---

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**WESTERN DISTRICT OF TEXAS**

Case number (if known): _____  Chapter __**7**__

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**06/24**

If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **American Canning LLC** |
| **2.** | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number (EIN)** | __4__ __6__ – __1__ __2__ __6__ __6__ __2__ __1__ __7__ |

**4.**  **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **8001 Industry Way**<br>Number    Street | **4509 Freidrich Ln Bldg 4, Unit 415**<br>Number    Street |
| | P.O. Box |
| **Austin**          **TX**   **78744**<br>City              State  ZIP Code | **Austin**          **TX**   **78744**<br>City              State  ZIP Code |
| **Travis**<br>County | Location of principal assets, if different from principal place of business |
| | Number    Street |
| | City              State  ZIP Code |

**5.**  **Debtor's website (URL)**  _____

**6.**  **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

---

Debtor __American Canning LLC__ _____   Case number (if known) _____

**7. Describe debtor's business**

*A. Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

*B. Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

*C.* NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

____  ____  ____  ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☑ Chapter 7
☐ Chapter 9
☐ Chapter 11.  *Check all that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).  If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
☐ Yes.  District _____  When _____  Case number _____
                                             MM / DD / YYYY

         District _____  When _____  Case number _____
                                             MM / DD / YYYY

         District _____  When _____  Case number _____
                                             MM / DD / YYYY

Official Form 201                  **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                  page 2

Debtor __American Canning LLC_____    Case number (if known) _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases.  If more than 1, attach a separate list.

☒ No

☐ Yes.    Debtor _____    Relationship _____

District _____    When _____
MM / DD / YYYY

Case number, if known _____

Debtor _____    Relationship _____

District _____    When _____
MM / DD / YYYY

Case number, if known _____

**11. Why is the case filed in *this district?***

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention.  Attach additional sheets if needed.

**Why does the property need immediate attention?**     *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**     _____
Number      Street

_____

_____
City                              State    ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

**▮ Statistical and adminstrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

Debtor  **American Canning LLC**_____   Case number (if known) _____

| 14. | **Estimated number of creditors** | ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|---|---|
| | | ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| | | ☒ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| | | ☐ 200-999 | | |

| 15. | **Estimated assets** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|---|
| | | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | | ☒ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| 16. | **Estimated liabilities** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|---|
| | | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | | ☐ $100,001-$500,000 | ☒ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### ■ Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. | **Declaration and signature of authorized representative of debtor** | ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
|---|---|---|
| | | ■ I have been authorized to file this petition on behalf of the debtor. |
| | | ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **12/31/2024**_____
_____MM / DD / YYYY

X  **/s/ David Racino**_____
Signature of authorized representative of debtor

**David Racino**_____
Printed name

**Manager**_____
Title

| 18. | **Signature of attorney** | X  **/s/ Douglas J. Powell**_____ | Date  **12/31/2024**_____ |
|---|---|---|---|
| | | Signature of attorney for debtor | MM / DD / YYYY |

**Douglas J. Powell**_____
Printed name

**The Law Offices of Douglas J. Powell, P.C.**_____
Firm name

**P. O. Box 340686**_____
Number        Street

_____

**Lakeway**_____   **TX**_____   **78734**_____
City                                    State       ZIP Code

**(512) 476-2457**_____   **dpowell@dougpowelllaw.com**_____
Contact phone                        Email address

**16194900**_____   **TX**_____
Bar number                        State

## Fill in this information to identify the case

Debtor name  **American Canning LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets -- Real and Personal Property          **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐  No. Go to Part 2.
   ☑  Yes. Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**                     **Current value of debtor's interest**

2. **Cash on hand**                                                                                                          **$0.00**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of account number

| | | | | |
|---|---|---|---|---|
| 3.1. | **Checking account at Plains Capital Bank** | **Checking account** | 1  3  9  4 | $1,181.19 |
| 3.2. | **Checking account at PlainsCapital Bank (Under the name of MFG, the wholly owned subsidiary)** | **Checking account** | 9  9  0  0 | $0.00 |

4. **Other cash equivalents**      *(Identify all)*

   Name of institution (bank or brokerage firm)

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          $1,181.19

## Part 2:    Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑  No. Go to Part 3.
   ☐  Yes. Fill in the information below.

Debtor **American Canning LLC** _____ Case number (if known) _____
Name

**Current value of debtor's interest**

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

9. **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

$0.00

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes. Fill in the information below.

**Current value of debtor's interest**

11. **Accounts receivable**

11a. 90 days old or less: _____ – _____ = ..............➔ _____
$0.00 $0.00 $0.00
face amount doubtful or uncollectible accounts

11b. Over 90 days old: _____ – _____ = ..............➔ _____
$450,584.61 $450,584.61 $0.00
face amount doubtful or uncollectible accounts

12. **Total of Part 3**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$0.00

## Part 4: Investments

13. **Does the debtor own any investments?**

☐ No. Go to Part 5.
☑ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity: % of ownership:

15.1. **All ownership interest in AMCAN MFG, LLC**

**EIN 87-3561782**

**Company has ceased all operations and has no assets.**
**For tax purposes treated as a disregarded entity.** 100% $0.00

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

17. **Total of Part 4**
Add lines 14 through 16. Copy the total to line 83.

$0.00

Debtor   __American Canning LLC_____     Case number (if known)   _____
       Name

## Part 5:   Inventory, excluding agriculture assets

**18.   Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes.  Fill in the information below.

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.   Raw materials** | | | | |
| **20.   Work in progress** | | | | |
| **21.   Finished goods, including goods held for resale** | | | | |
| **Debtor's inventory** | | | | |
| See Exhibit "B" attached. | | | | |
| **This is the inventory presently reflected on the Debtor's reocrds but (1.) everything reflected here may not be in the former warehouse  space of the Debtor as it could have been removed by the landlord or other parties or sold but not yet timely recorded in the Debtor's records, and (2.) additional items may have recently come in that are alos not reflected here.** | | | | |
| **Nonetheless, without access to the warehouse, this is the best effort the Debtor and its representative can mkae to show what inventory may bstill be there.** | 12/30/2024 | $674,198.00 | Cost | $674,198.00 |
| **22.   Other inventory or supplies** | | | | |

**23.   Total of Part 5**
Add lines 19 through 22.  Copy the total to line 84.

| | $674,198.00 |
|---|---|

**24.   Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

**25.   Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes.  Book value _____   Valuation method_____   Current value _____

**26.   Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

**27.   Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**
☑ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

Debtor   **American Canning LLC**                              Case number (if known) _____

      Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops--either planted or harvested** | | | |
| **29. Farm animals**  *Examples:*  Livestock, poultry, farm-raised fish | | | |
| **30. Farm machinery and equipment**  (Other than titled motor vehicles) | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |

**33. Total of Part 6.**
Add lines 28 through 32.  Copy the total to line 85.

                                                             **$0.00**

**34. Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
      ☐ No
      ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☐ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☐ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☐ No
☐ Yes

---

**Part 7:**  **Office furniture, fixtures, and equipment; and collectibles**

---

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☒ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| desks, chairs, conference tables and chairs, cubicles, break room furniture, Kitchen furniture, file cabinets, etc. | | | |
| Debtor's representatives do not have an exact inventory of what is still in the former leasehold of the Debtor.  It is further possible that some of the furniture may have previoulsy been removed by the landlord or other parties. | | | |
| Value unknown at this time. | | | |
| Value unknown at this time. | | | **Unknown** |

**40. Office fixtures**

---

Debtor    **American Canning LLC**                                        Case number (if known) _____

          Name

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
    Add lines 39 through 42.  Copy the total to line 86.

| | |
|---|---|
| | **$0.00** |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☒ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

### Part 8:   Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No.  Go to Part 9.
    ☒ Yes.  Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2006 GMC C7500 Box truck**<br>**(Value estimated)** | | | **$4,500.00** |
| 47.2. **2012 Freightliner M2 106 Medium DU**<br>**Value estimated** | | | **$7,500.00** |
| 48. **Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| **Debtor has been locked out of its premises and the main secured creditor has conducted a foreclosure sale of its assets that were on the premises when the Debtor was locked out. Debtor does not have access to the premises and therefore cannot say what may still be at the premsies - if anything - that would qualify as machinery and/or equipment that was not foreclosed by the main secured creditor.** | | | **$0.00** |
| **(4) electric Toyota forkllifts on lease from Toyota Industries Commercial Finance, Inc.**<br>**P.O. Box 660926**<br>**Dallas, TX   75266** | | | |
| **Value less than what's owed on the lease.** | | | **$0.00** |

51. **Total of Part 8.**
    Add lines 47 through 50.  Copy the total to line 87.

| | |
|---|---|
| | **$12,000.00** |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☒ No
    ☐ Yes

12/31/2024 11:17:16am

Debtor    **American Canning LLC**                                Case number (if known) _____
               Name

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

### Part 9:  Real property

**54. Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.

☐ Yes.  Fill in the information below.

**55.    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | | | | |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.     **$0.00**

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

### Part 10:  Intangibles and Intellectual Property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.

☑ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| **Trademark for the words "American Canning" and the logo for American Canning** | | | **$0.00** |
| **61. Internet domain names and websites** | | | |
| **www.americancanning.com** | | | **$0.00** |
| **62. Licenses, franchises, and royalties** | | | |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| **Debtor has a list of its former customers, but does not beleive it has any value at this time.** | | | **$0.00** |
| **64. Other intangibles, or intellectual property** | | | |
| **65. Goodwill** | | | |

**66. Total of Part 10.**

Add lines 60 through 65.  Copy the total to line 89.     **$0.00**

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No

☐ Yes

---

Debtor   __American Canning LLC_____   Case number (if known) _____
         Name

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 11: All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.  Go to Part 12.

☐ Yes.  Fill in the information below.

                                                                     **Current value of**
                                                                     **debtor's interest**

**71. Notes receivable**

Description (include name of obligor)

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

**73. Interests in insurance policies or annuities**

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**76. Trusts, equitable or future interests in property**

**77. Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

**78. Total of Part 11.**

Add lines 71 through 77.  Copy the total to line 90.

                                                                                              **$0.00**

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor  **American Canning LLC**　　　　　　　　　　　　　　　　Case number (if known) _____
　　　　　Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $1,181.19 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $674,198.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $12,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*...........................➔ | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. 91a. | $687,379.19 | + 91b. $0.00 |

92. **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92 .................................................................. **$687,379.19**

## Exhibit A

**American Canning LLC**
**Holding Company : American Canning LLC**
**A/R Aging Detail**
**As of December 27, 2024**

| Customer | Transaction Type | Date | Document Number | P.O. No. | Due Date | Age | Open Balance |
|---|---|---|---|---|---|---|---|
| **C01019 5 Stones Artisan Brewery** | | | | | | | |
| | Invoice | 8/16/2024 | INV49117 | | 9/15/2024 | 103 | $687.33 |
| | Invoice | 8/16/2024 | INV49119 | | 9/15/2024 | 103 | $900.32 |
| **Total - C01019 5 Stones Artisan Brewery** | | | | | | | **$1,587.65** |
| **C01061 Aquabrew Craft Beer** | | | | | | | |
| | Invoice | 10/19/2022 | INV35512 | | 11/18/2022 | 770 | $318.92 |
| **Total - C01061 Aquabrew Craft Beer** | | | | | | | **$318.92** |
| **C01081 Augusta Label** | | | | | | | |
| | Invoice | 5/16/2019 | 4009 | | 6/15/2019 | 2,022 | $4,628.47 |
| **Total - C01081 Augusta Label** | | | | | | | **$4,628.47** |
| **C01083 Austin Beerworks** | | | | | | | |
| | Invoice | 9/6/2024 | INV49584 | | 10/6/2024 | 82 | $3,145.32 |
| | Invoice | 9/12/2024 | INV49733 | | 10/12/2024 | 76 | $303.00 |
| | Invoice | 9/12/2024 | INV49765 | | 10/12/2024 | 76 | $20,155.29 |
| **Total - C01083 Austin Beerworks** | | | | | | | **$23,603.61** |
| **C01093 Baa Baa Brewhouse** | | | | | | | |
| | Invoice | 3/23/2022 | INV26504 | | 4/22/2022 | 980 | $122.35 |
| | Invoice | 4/7/2022 | INV26784 | | 5/7/2022 | 965 | $2,789.56 |
| | Invoice | 4/20/2022 | INV27089 | | 5/20/2022 | 952 | $2,815.28 |
| | Invoice | 5/18/2022 | INV27795 | | 6/17/2022 | 924 | $2,536.21 |
| | Invoice | 6/15/2022 | INV29998 | | 7/15/2022 | 896 | $2,389.92 |
| | Invoice | 7/14/2022 | INV29533 | | 8/13/2022 | 867 | $2,995.38 |
| | Invoice | 7/27/2022 | INV29765 | | 8/26/2022 | 854 | $288.00 |
| | Invoice | 8/10/2022 | INV31647 | | 9/9/2022 | 840 | $2,274.23 |
| | Invoice | 3/21/2023 | INV35511 | | 4/20/2023 | 617 | $386.55 |
| **Total - C01093 Baa Baa Brewhouse** | | | | | | | **$16,597.48** |
| **C01123 Big River Brewing** | | | | | | | |
| | Invoice | 6/8/2021 | INV18287 | | 7/8/2021 | 1,268 | $4,351.48 |
| **Total - C01123 Big River Brewing** | | | | | | | **$4,351.48** |
| **C01183 Community Beer Co.** | | | | | | | |
| | Invoice | 1/11/2023 | INV33912 | 4404 | 2/10/2023 | 686 | $3,532.68 |
| **Total - C01183 Community Beer Co.** | | | | | | | **$3,532.68** |
| **C01195 Dalai Sofia** | | | | | | | |
| | Invoice | 2/7/2020 | INV2658 | | 2/7/2020 | 1,785 | $950.30 |
| | Invoice | 3/13/2020 | INV3311 | | 3/13/2020 | 1,750 | $4,184.89 |
| | Invoice | 4/3/2020 | INV4161 | | 4/3/2020 | 1,729 | $6,888.61 |
| | Invoice | 4/6/2020 | INV4160 | | 4/6/2020 | 1,726 | $2,132.87 |
| | Invoice | 8/25/2020 | INV9769 | | 8/25/2020 | 1,585 | $816.90 |
| **Total - C01195 Dalai Sofia** | | | | | | | **$14,973.57** |
| **C01229 Flying Tiger Brewery** | | | | | | | |
| | Invoice | 8/29/2022 | INV30529 | | 8/29/2022 | 851 | $918.32 |
| **Total - C01229 Flying Tiger Brewery** | | | | | | | **$918.32** |
| **C01240 Gamer Packaging** | | | | | | | |
| | Invoice | 7/17/2024 | INV48358 | | 8/16/2024 | 133 | $752.55 |
| **Total - C01240 Gamer Packaging** | | | | | | | **$752.55** |
| **C01243 Ghost Train Brewing Co.** | | | | | | | |
| | Invoice | 9/21/2023 | INV40856 | | 10/21/2023 | 433 | $4,444.93 |
| | Invoice | 10/20/2023 | INV41640 | | 11/19/2023 | 404 | $476.31 |
| **Total - C01243 Ghost Train Brewing Co.** | | | | | | | **$4,921.24** |
| **C01272 Hops and Grain Production LLC** | | | | | | | |
| | Invoice | 3/29/2019 | 3787 | | 4/28/2019 | 2,070 | $7,296.00 |
| **Total - C01272 Hops and Grain Production LLC** | | | | | | | **$7,296.00** |
| **C01278 Independence Brewing Co.** | | | | | | | |
| | Invoice | 7/29/2024 | INV48652 | | 8/28/2024 | 121 | $12,320.00 |
| | Invoice | 9/27/2024 | INV50273 | | 9/27/2024 | 91 | $440.00 |
| | Invoice | 9/30/2024 | INV50295 | | 9/30/2024 | 88 | $880.00 |
| **Total - C01278 Independence Brewing Co.** | | | | | | | **$13,640.00** |
| **C01280 Infamous Brewing Co.** | | | | | | | |
| | Invoice | 9/27/2024 | INV50274 | | 9/27/2024 | 91 | $259.53 |
| **Total - C01280 Infamous Brewing Co.** | | | | | | | **$259.53** |
| **C01294 Lake Austin Ales** | | | | | | | |
| | Invoice | 3/15/2019 | 3707 | | 4/14/2019 | 2,084 | $5,441.12 |
| | Invoice | 4/15/2019 | 3852 | | 5/15/2019 | 2,053 | $4,963.64 |
| **Total - C01294 Lake Austin Ales** | | | | | | | **$10,404.76** |
| **C01295 Lake Tribe Brewing Company** | | | | | | | |
| | Invoice | 9/26/2023 | INV40949 | | 9/26/2023 | 458 | $1,078.03 |
| **Total - C01295 Lake Tribe Brewing Company** | | | | | | | **$1,078.03** |
| **C01298 Last Stand Brewing Company** | | | | | | | |
| | Invoice | 3/30/2020 | INV3916 | | 4/29/2020 | 1,703 | $636.00 |
| | Invoice | 4/9/2020 | INV4685 | KEGS | 5/9/2020 | 1,693 | $624.00 |

**American Canning LLC**
**Holding Company : American Canning LLC**
**A/R Aging Detail**
**As of December 27, 2024**

| Customer | Transaction Type | Date | Document Number | P.O. No. | Due Date | Age | Open Balance |
|---|---|---|---|---|---|---|---|
| | Invoice | 4/14/2020 | INV5256 | KEGS 4/14/20 | 5/14/2020 | 1,688 | $646.00 |
| **Total - C01298 Last Stand Brewing Company** | | | | | | | **$1,906.00** |
| C01314 Lorelei Brewing | | | | | | | |
| | Invoice | 10/14/2022 | INV31853 | | 11/13/2022 | 775 | $5,840.60 |
| **Total - C01314 Lorelei Brewing** | | | | | | | **$5,840.60** |
| C01325 Megaton Brewery | | | | | | | |
| | Invoice | 2/7/2023 | INV35146 | | 2/7/2023 | 689 | $515.27 |
| | Invoice | 4/19/2023 | INV36504 | | 4/19/2023 | 618 | $757.75 |
| **Total - C01325 Megaton Brewery** | | | | | | | **$1,273.02** |
| C01331 Moontower Cider | | | | | | | |
| | Invoice | 9/26/2022 | INV31237 | | 10/26/2022 | 793 | $1,923.19 |
| | Invoice | 3/21/2023 | INV35464 | | 4/20/2023 | 617 | $1,852.37 |
| | Invoice | 3/21/2023 | INV35467 | | 4/20/2023 | 617 | $1,246.62 |
| | Invoice | 4/4/2023 | INV36507 | | 5/4/2023 | 603 | $1,425.12 |
| | Invoice | 7/1/2023 | INV39132 | | 7/31/2023 | 515 | $1,535.42 |
| **Total - C01331 Moontower Cider** | | | | | | | **$7,982.72** |
| C01387 Rentsch Brewery | | | | | | | |
| | Invoice | 9/8/2022 | INV30796 | | 10/8/2022 | 811 | $1,906.48 |
| | Invoice | 9/8/2022 | INV30797 | | 10/8/2022 | 811 | $1,400.78 |
| **Total - C01387 Rentsch Brewery** | | | | | | | **$3,307.26** |
| C01398 Rocky Mountain High Brands | | | | | | | |
| | Invoice | 10/31/2019 | INV540 | | 12/1/2019 | 1,853 | $12,208.74 |
| **Total - C01398 Rocky Mountain High Brands** | | | | | | | **$12,208.74** |
| C01405 Saloon Door | | | | | | | |
| | Invoice | 4/8/2020 | INV4196 | | 5/8/2020 | 1,694 | $2,739.60 |
| | Invoice | 7/29/2020 | INV8876 | | 7/29/2020 | 1,612 | $1,026.96 |
| **Total - C01405 Saloon Door** | | | | | | | **$3,766.56** |
| C01429 Southern Heights Brewing | | | | | | | |
| | Invoice | 4/19/2022 | INV26901 | | 5/19/2022 | 953 | $1,596.80 |
| **Total - C01429 Southern Heights Brewing** | | | | | | | **$1,596.80** |
| C01441 Strange Land Brewing | | | | | | | |
| | Invoice | 8/22/2018 | 2782 | | 9/21/2018 | 2,289 | $3,285.91 |
| | Invoice | 8/22/2018 | 2781 | | 9/21/2018 | 2,289 | $4,347.88 |
| | Invoice | 9/11/2018 | 2872 | | 10/11/2018 | 2,269 | $1,898.25 |
| **Total - C01441 Strange Land Brewing** | | | | | | | **$9,532.04** |
| C01448 Taps and Caps | | | | | | | |
| | Invoice | 9/14/2021 | INV21293 | | 9/14/2021 | 1,200 | $1,404.94 |
| **Total - C01448 Taps and Caps** | | | | | | | **$1,404.94** |
| C01472 True Vine Brewing Co. | | | | | | | |
| | Invoice | 9/6/2024 | INV49630 | | 10/6/2024 | 82 | $2,000.00 |
| **Total - C01472 True Vine Brewing Co.** | | | | | | | **$2,000.00** |
| C01482 Vanessa House Beer Co. | | | | | | | |
| | Invoice | 7/8/2019 | 4226 | | 8/7/2019 | 1,969 | $1,150.63 |
| | Invoice | 7/18/2019 | 4275 | | 8/17/2019 | 1,959 | $2,977.20 |
| | Invoice | 7/26/2019 | 4316 | | 8/25/2019 | 1,951 | $7,335.80 |
| | Invoice | 7/30/2019 | 4326 | | 8/29/2019 | 1,947 | $2,457.05 |
| | Invoice | 8/12/2019 | 4383 | | 9/11/2019 | 1,934 | $1,510.04 |
| **Total - C01482 Vanessa House Beer Co.** | | | | | | | **$15,430.72** |
| C01490 Weathered Souls Brewing Co. | | | | | | | |
| | Invoice | 11/2/2023 | INV41954 | | 12/2/2023 | 391 | $697.58 |
| | Invoice | 11/20/2023 | INV42365 | | 12/20/2023 | 373 | $1,351.75 |
| | Invoice | 2/15/2024 | INV44286 | | 3/16/2024 | 286 | $1,299.22 |
| **Total - C01490 Weathered Souls Brewing Co.** | | | | | | | **$3,348.55** |
| C01494 Whitestone Brewery | | | | | | | |
| | Invoice | 5/1/2023 | INV36657 | | 5/31/2023 | 576 | $2,049.70 |
| | Invoice | 5/8/2023 | INV36840 | | 6/7/2023 | 569 | $2,022.80 |
| | Invoice | 6/13/2023 | INV37906 | | 7/13/2023 | 533 | $3,150.90 |
| | Invoice | 6/13/2023 | INV38498 | | 7/13/2023 | 533 | $50.00 |
| | Invoice | 6/27/2023 | INV38241 | | 7/27/2023 | 519 | $1,050.30 |
| | Invoice | 6/27/2023 | INV38497 | | 7/27/2023 | 519 | $1,050.30 |
| | Invoice | 8/8/2023 | INV39644 | | 9/7/2023 | 477 | $4,201.20 |
| **Total - C01494 Whitestone Brewery** | | | | | | | **$13,575.20** |
| C01503 Wunder-Pilz Kombucha | | | | | | | |
| | Invoice | 3/10/2020 | INV3212 | | 3/10/2020 | 1,753 | $2,435.49 |
| | Invoice | 8/26/2020 | INV9814 | | 9/25/2020 | 1,554 | $1,050.30 |
| **Total - C01503 Wunder-Pilz Kombucha** | | | | | | | **$3,485.79** |
| C01507 Zilker Brewing Company | | | | | | | |
| | Invoice | 7/9/2024 | INV48134 | Apply CM1162 | 8/8/2024 | 141 | $46.00 |
| **Total - C01507 Zilker Brewing Company** | | | | | | | **$46.00** |
| C01514 Belching Beaver Brewery | | | | | | | |

**American Canning LLC**
**Holding Company : American Canning LLC**
**A/R Aging Detail**
**As of December 27, 2024**

| Customer | Transaction Type | Date | Document Number | P.O. No. | Due Date | Age | Open Balance |
|---|---|---|---|---|---|---|---|
| | Invoice | 10/15/2024 | INV50475 | | 10/15/2024 | 73 | $564.00 |
| **Total - C01514 Belching Beaver Brewery** | | | | | | | **$564.00** |
| C01517 iCan Solutions | | | | | | | |
| | Invoice | 4/27/2020 | INV5442 | | 4/27/2020 | 1,705 | $920.57 |
| **Total - C01517 iCan Solutions** | | | | | | | **$920.57** |
| C01735 Scout & Cellar | | | | | | | |
| | Invoice | 2/24/2020 | INV2938 | | 3/10/2020 | 1,753 | $4,686.10 |
| | Invoice | 3/9/2020 | INV3516 | | 3/24/2020 | 1,739 | $759.10 |
| **Total - C01735 Scout & Cellar** | | | | | | | **$5,445.20** |
| C02063 Viva Brewing LLC | | | | | | | |
| | Invoice | 7/21/2022 | INV29539 | | 8/20/2022 | 860 | $98.00 |
| | Invoice | 12/19/2022 | INV33197 | | 1/18/2023 | 709 | $980.00 |
| **Total - C02063 Viva Brewing LLC** | | | | | | | **$1,078.00** |
| C02082 Levels Beverage Company | | | | | | | |
| | Invoice | 4/23/2020 | INV5278 | | 4/23/2020 | 1,709 | $95.63 |
| **Total - C02082 Levels Beverage Company** | | | | | | | **$95.63** |
| C02285 Wetlands Sake, LLC | | | | | | | |
| | Invoice | 3/19/2021 | INV15706 | | 3/19/2021 | 1,379 | $165.00 |
| | Invoice | 9/8/2021 | INV21289 | | 9/8/2021 | 1,206 | $4,857.60 |
| | Invoice | 9/9/2021 | INV21109 | | 9/9/2021 | 1,205 | $4,301.40 |
| | Invoice | 9/15/2021 | INV21324 | | 9/15/2021 | 1,199 | $13,722.72 |
| **Total - C02285 Wetlands Sake, LLC** | | | | | | | **$23,046.72** |
| C02619 New Magnolia Brewing LLC | | | | | | | |
| | Invoice | 9/1/2023 | INV40459 | | 9/1/2023 | 483 | $3,600.78 |
| | Invoice | 11/22/2023 | INV42435 | | 11/22/2023 | 401 | $5,352.02 |
| **Total - C02619 New Magnolia Brewing LLC** | | | | | | | **$8,952.80** |
| C02742 NEFF Brewing | | | | | | | |
| | Invoice | 9/16/2020 | INV10461 | | 9/16/2020 | 1,563 | $344.22 |
| | Invoice | 10/13/2020 | INV11310 | | 10/13/2020 | 1,536 | $1,861.06 |
| **Total - C02742 NEFF Brewing** | | | | | | | **$2,205.28** |
| C03013 Nueces Brewing Co. | | | | | | | |
| | Invoice | 7/5/2022 | INV29017 | | 7/5/2022 | 906 | $1,296.93 |
| **Total - C03013 Nueces Brewing Co.** | | | | | | | **$1,296.93** |
| C03016 Fauxmo | | | | | | | |
| | Invoice | 10/27/2022 | INV32427 | 50% terms for SO12306 | 11/26/2022 | 762 | $31,459.44 |
| **Total - C03016 Fauxmo** | | | | | | | **$31,459.44** |
| C03732 The Great Lakes Coffee Roasting Co. | | | | | | | |
| | Invoice | 6/22/2021 | INV18643 | | 6/22/2021 | 1,284 | $589.00 |
| **Total - C03732 The Great Lakes Coffee Roasting Co.** | | | | | | | **$589.00** |
| C04988 BLUMANIA Energy, LLC | | | | | | | |
| | Invoice | 9/29/2021 | INV21813 | | 9/29/2021 | 1,185 | $14,644.48 |
| **Total - C04988 BLUMANIA Energy, LLC** | | | | | | | **$14,644.48** |
| C05649 Full Fledged Brewing Company | | | | | | | |
| | Invoice | 3/24/2022 | INV26262 | Apply CM#570 | 3/24/2022 | 1,009 | $1,231.15 |
| **Total - C05649 Full Fledged Brewing Company** | | | | | | | **$1,231.15** |
| C05909 Second Pitch Beer Company | | | | | | | |
| | Invoice | 4/1/2022 | INV26516 | | 4/1/2022 | 1,001 | $1,690.17 |
| | Invoice | 5/17/2022 | INV27786 | | 5/17/2022 | 955 | $1,719.83 |
| | Invoice | 6/28/2022 | INV29524 | | 6/28/2022 | 913 | $2,001.80 |
| | Invoice | 8/4/2022 | INV30010 | | 8/4/2022 | 876 | $1,713.46 |
| | Invoice | 9/19/2022 | INV31172 | | 9/19/2022 | 830 | $272.60 |
| **Total - C05909 Second Pitch Beer Company** | | | | | | | **$7,397.86** |
| C06124 Both And, LLC dba Sunriser | | | | | | | |
| | Invoice | 3/31/2022 | INV26514 | | 3/31/2022 | 1,002 | $2,367.94 |
| **Total - C06124 Both And, LLC dba Sunriser** | | | | | | | **$2,367.94** |
| C06128 Islla Street | | | | | | | |
| | Invoice | 9/30/2019 | INV381 | | 9/30/2019 | 1,915 | $402.69 |
| **Total - C06128 Islla Street** | | | | | | | **$402.69** |
| C06601 Fenwick Farms Brewing Company | | | | | | | |
| | Invoice | 5/4/2023 | INV36745 | Apply CM405 | 5/4/2023 | 603 | $722.34 |
| | Invoice | 5/4/2023 | INV36839 | Apply CM405 | 5/4/2023 | 603 | $669.08 |
| **Total - C06601 Fenwick Farms Brewing Company** | | | | | | | **$1,391.42** |
| C06816 Laugh Hero LLC | | | | | | | |
| | Invoice | 10/28/2021 | INV22586 | | 10/28/2021 | 1,156 | $1,760.09 |
| **Total - C06816 Laugh Hero LLC** | | | | | | | **$1,760.09** |
| C07284 Tired Hands Brewing Company | | | | | | | |
| | Invoice | 1/9/2024 | INV43387 | | 1/9/2024 | 353 | $1,156.79 |
| **Total - C07284 Tired Hands Brewing Company** | | | | | | | **$1,156.79** |
| C07321 Hi Sign Brewing | | | | | | | |
| | Invoice | 8/31/2018 | 2828 | | 9/30/2018 | 2,280 | $41.62 |
| | Invoice | 9/18/2018 | 2903 | | 10/18/2018 | 2,262 | $2,835.60 |

**American Canning LLC**
**Holding Company : American Canning LLC**
**A/R Aging Detail**
**As of December 27, 2024**

| Customer | Transaction Type | Date | Document Number | P.O. No. | Due Date | Age | Open Balance |
|---|---|---|---|---|---|---|---|
| | Invoice | 9/20/2018 | 2918 | | 10/20/2018 | 2,260 | $612.00 |
| | Invoice | 9/30/2018 | 2985 | | 10/31/2018 | 2,249 | $280.86 |
| | Invoice | 9/30/2018 | 2979 | | 10/31/2018 | 2,249 | $711.20 |
| | Invoice | 10/23/2018 | 3087 | | 11/22/2018 | 2,227 | $144.00 |
| | Invoice | 10/23/2018 | 3098 | | 11/22/2018 | 2,227 | $508.00 |
| | Invoice | 10/23/2018 | 3095 | | 11/22/2018 | 2,227 | $1,016.00 |
| | Invoice | 10/23/2018 | 3083 | | 11/22/2018 | 2,227 | $1,270.00 |
| | Invoice | 10/31/2018 | 3144 | | 12/2/2018 | 2,217 | $2,067.00 |
| | Invoice | 11/23/2018 | 3221 | | 12/23/2018 | 2,196 | $413.48 |
| | Invoice | 11/23/2018 | 3233 | | 12/23/2018 | 2,196 | $1,310.08 |
| | Invoice | 12/31/2018 | 3376 | | 1/30/2019 | 2,158 | $2,530.40 |
| | Invoice | 1/7/2019 | 3402 | | 2/6/2019 | 2,151 | $6,261.50 |
| | Invoice | 1/17/2019 | 3438 | | 2/16/2019 | 2,141 | $2,873.08 |
| | Invoice | 1/21/2019 | 3454 | | 2/20/2019 | 2,137 | $1,710.00 |
| **Total - C07321 Hi Sign Brewing** | | | | | | | **$24,584.82** |
| **C07517 Ninth Planet Beverage Solutions LLC** | | | | | | | |
| | Invoice | 6/28/2024 | INV48109 | | 8/12/2024 | 137 | $5,592.72 |
| | Invoice | 7/1/2024 | INV47927 | 240083 | 8/15/2024 | 134 | $15,000.72 |
| **Total - C07517 Ninth Planet Beverage Solutions LLC** | | | | | | | **$20,593.44** |
| **C07557 Redi Pax Corp.** | | | | | | | |
| | Invoice | 6/30/2023 | INV38571 | | 6/30/2023 | 546 | $38.12 |
| **Total - C07557 Redi Pax Corp.** | | | | | | | **$38.12** |
| **C07772 (512) Brewing Co** | | | | | | | |
| | Invoice | 11/29/2021 | INV23557 | | 11/29/2021 | 1,124 | $596.88 |
| **Total - C07772 (512) Brewing Co** | | | | | | | **$596.88** |
| **C08000 Ursa Major Distilling** | | | | | | | |
| | Invoice | 10/1/2024 | INV50291 | | 10/1/2024 | 87 | $315.25 |
| **Total - C08000 Ursa Major Distilling** | | | | | | | **$315.25** |
| **C08351 Alba Brewing** | | | | | | | |
| | Invoice | 3/27/2024 | INV45542 | | 3/27/2024 | 275 | $532.25 |
| **Total - C08351 Alba Brewing** | | | | | | | **$532.25** |
| **C08633 Farm Ale Brewing Co** | | | | | | | |
| | Invoice | 6/7/2023 | INV37758 | | 6/7/2023 | 569 | $547.42 |
| **Total - C08633 Farm Ale Brewing Co** | | | | | | | **$547.42** |
| **C08649 Twisted X Brewing Co.** | | | | | | | |
| | Invoice | 9/26/2018 | 2950 | | 10/26/2018 | 2,254 | $3,660.77 |
| | Invoice | 12/10/2019 | INV1599 | 8313 | 12/10/2019 | 1,844 | $276.00 |
| | Invoice | 1/27/2020 | INV2299 | Twisted X - 12oz KEG SE: | 1/27/2020 | 1,796 | $17.14 |
| **Total - C08649 Twisted X Brewing Co.** | | | | | | | **$3,953.91** |
| **C09243 Packform** | | | | | | | |
| | Invoice | 5/29/2024 | INV46997 - Revised | | 6/28/2024 | 182 | $16,000.00 |
| | Invoice | 9/18/2024 | INV49871 | | 10/18/2024 | 70 | $4,842.00 |
| **Total - C09243 Packform** | | | | | | | **$20,842.00** |
| **C09512 The Bloody Buddy** | | | | | | | |
| | Invoice | 10/1/2023 | INV41647 | | 10/1/2023 | 453 | $2,005.36 |
| **Total - C09512 The Bloody Buddy** | | | | | | | **$2,005.36** |
| **C09866 Repairative Beverage, LLC** | | | | | | | |
| | Invoice | 6/23/2023 | INV38108 | | 6/23/2023 | 553 | $800.00 |
| | Invoice | 11/2/2023 | INV41961 | 7.5oz Sleek Artwork | 11/2/2023 | 421 | $1,000.00 |
| **Total - C09866 Repairative Beverage, LLC** | | | | | | | **$1,800.00** |
| **C10274 QuickStop Beer & Wine** | | | | | | | |
| | Invoice | 10/1/2024 | INV50290 | | 10/1/2024 | 87 | $112.60 |
| **Total - C10274 QuickStop Beer & Wine** | | | | | | | **$112.60** |
| **C10422 Mother Road Beverage Co** | | | | | | | |
| | Invoice | 9/27/2024 | INV50275 | | 9/27/2024 | 91 | $436.98 |
| **Total - C10422 Mother Road Beverage Co** | | | | | | | **$436.98** |
| **C10534 Spaces in the City** | | | | | | | |
| | Journal | 12/4/2023 | JE2754 | | 12/4/2023 | 389 | $113.01 |
| **Total - C10534 Spaces in the City** | | | | | | | **$113.01** |
| **C10558 Drink LMNT** | | | | | | | |
| | Credit Memo | 9/23/2024 | CM1474 | 8000 | 9/23/2024 | 95 | ($174.00) |
| | Credit Memo | 9/23/2024 | CM1475 | 8000 | 9/23/2024 | 95 | ($1,275.00) |
| | Credit Memo | 9/23/2024 | CM1476 | 8000 | 9/23/2024 | 95 | ($2,535.00) |
| | Credit Memo | 9/23/2024 | CM1477 | 8000 | 9/23/2024 | 95 | ($3,025.00) |
| | Credit Memo | 9/23/2024 | CM1478 | 8000 | 9/23/2024 | 95 | ($3,025.00) |
| | Credit Memo | 9/23/2024 | CM1479 | 8000 | 9/23/2024 | 95 | ($3,025.00) |
| | Credit Memo | 9/23/2024 | CM1480 | 8000 | 9/23/2024 | 95 | ($3,025.00) |
| | Credit Memo | 9/23/2024 | CM1481 | 8000 | 9/23/2024 | 95 | ($3,025.00) |
| | Credit Memo | 9/23/2024 | CM1482 | 8000 | 9/23/2024 | 95 | ($3,025.00) |
| | Credit Memo | 9/23/2024 | CM1483 | 8000 | 9/23/2024 | 95 | ($3,025.00) |

**American Canning LLC**
**Holding Company : American Canning LLC**
**A/R Aging Detail**
**As of December 27, 2024**

| Customer | Transaction Type | Date | Document Number | P.O. No. | Due Date | Age | Open Balance |
|---|---|---|---|---|---|---|---|
| | Credit Memo | 9/23/2024 | CM1484 | 8000 | 9/23/2024 | 95 | ($3,825.00) |
| | Invoice | 9/23/2024 | INV50195 | 9500 | 10/8/2024 | 80 | $226,703.31 |
| | Credit Memo | 9/24/2024 | CM1485 | PO9000A | 9/24/2024 | 94 | ($3,825.00) |
| | Credit Memo | 9/24/2024 | CM1486 | PO9000A | 9/24/2024 | 94 | ($3,825.00) |
| | Credit Memo | 9/24/2024 | CM1487 | PO9000A | 9/24/2024 | 94 | ($3,825.00) |
| | Credit Memo | 9/24/2024 | CM1488 | PO9000A | 9/24/2024 | 94 | ($3,825.00) |
| | Credit Memo | 9/24/2024 | CM1489 | PO9000A | 9/24/2024 | 94 | ($3,825.00) |
| | Credit Memo | 9/24/2024 | CM1490 | PO9000A | 9/24/2024 | 94 | ($3,825.00) |
| | Credit Memo | 9/24/2024 | CM1491 | PO9000A | 9/24/2024 | 94 | ($3,825.00) |
| | Credit Memo | 9/24/2024 | CM1492 | PO9000A | 9/24/2024 | 94 | ($3,825.00) |
| | Credit Memo | 9/24/2024 | CM1493 | PO9000A | 9/24/2024 | 94 | ($3,825.00) |
| | Credit Memo | 9/24/2024 | CM1494 | PO9000A | 9/24/2024 | 94 | ($3,825.00) |
| | Credit Memo | 9/24/2024 | CM1495 | PO9000A | 9/24/2024 | 94 | ($3,825.00) |
| | Credit Memo | 9/24/2024 | CM1496 | PO9000A | 9/24/2024 | 94 | ($3,825.00) |
| | Credit Memo | 9/24/2024 | CM1497 | PO9000A | 9/24/2024 | 94 | ($3,825.00) |
| | Credit Memo | 9/24/2024 | CM1498 | PO9000A | 9/24/2024 | 94 | ($3,825.00) |
| | Credit Memo | 9/24/2024 | CM1499 | PO9000A | 9/24/2024 | 94 | ($3,825.00) |
| | Credit Memo | 9/24/2024 | CM1500 | PO9000A | 9/24/2024 | 94 | ($3,825.00) |
| | Credit Memo | 9/24/2024 | CM1501 | PO9000A | 9/24/2024 | 94 | ($3,825.00) |
| | Credit Memo | 9/24/2024 | CM1502 | PO9000A | 9/24/2024 | 94 | ($3,825.00) |
| | Credit Memo | 9/24/2024 | CM1503 | PO9000A | 9/24/2024 | 94 | ($3,825.00) |
| | Credit Memo | 9/24/2024 | CM1504 | PO9000A | 9/24/2024 | 95 | ($3,825.00) |
| | Credit Memo | 9/24/2024 | CM1505 | PO9000A | 9/24/2024 | 94 | ($3,825.00) |
| | Credit Memo | 9/24/2024 | CM1506 | PO9000A | 9/24/2024 | 94 | ($2,712.00) |
| | Credit Memo | 9/24/2024 | CM1507 | PO9000A | 9/24/2024 | 94 | ($2,550.00) |
| | Credit Memo | 9/24/2024 | CM1508 | PO9000A | 9/24/2024 | 94 | ($2,448.00) |
| | Credit Memo | 9/24/2024 | CM1509 | PO9000B | 9/24/2024 | 94 | ($2,550.00) |
| | Credit Memo | 9/24/2024 | CM1510 | PO9000B | 9/24/2024 | 94 | ($2,550.00) |
| | Credit Memo | 9/24/2024 | CM1511 | PO9000B | 9/24/2024 | 94 | ($2,550.00) |
| | Credit Memo | 9/24/2024 | CM1512 | PO9000B | 9/24/2024 | 94 | ($2,448.00) |
| | Credit Memo | 9/24/2024 | CM1513 | PO9000B | 9/24/2024 | 94 | ($2,448.00) |
| | Credit Memo | 9/24/2024 | CM1514 | PO9000B | 9/24/2024 | 94 | ($2,448.00) |
| | Credit Memo | 9/24/2024 | CM1515 | PO9000A | 9/24/2024 | 94 | ($102.00) |
| | Credit Memo | 9/24/2024 | CM1516 | PO9000B | 9/24/2024 | 94 | ($2,282.00) |
| | Credit Memo | 9/24/2024 | CM1517 | PO9000B | 9/24/2024 | 94 | ($1,680.00) |
| | Credit Memo | 9/24/2024 | CM1518 | PO9000B | 9/24/2024 | 94 | ($1,680.00) |
| | Credit Memo | 9/24/2024 | CM1519 | PO9000B | 9/24/2024 | 94 | ($1,680.00) |
| | Credit Memo | 9/24/2024 | CM1520 | PO9000B | 9/24/2024 | 94 | ($1,680.00) |
| | Credit Memo | 9/24/2024 | CM1521 | PO9000B | 9/24/2024 | 94 | ($1,680.00) |
| | Credit Memo | 9/24/2024 | CM1522 | PO9000B | 9/24/2024 | 94 | ($1,680.00) |
| | Credit Memo | 9/24/2024 | CM1523 | PO9000B | 9/24/2024 | 94 | ($1,680.00) |
| | Credit Memo | 9/24/2024 | CM1524 | PO9000B | 9/24/2024 | 94 | ($1,680.00) |
| | Credit Memo | 9/24/2024 | CM1525 | PO9000B | 9/24/2024 | 94 | ($1,680.00) |
| | Credit Memo | 9/24/2024 | CM1526 | PO9000B | 9/24/2024 | 94 | ($1,680.00) |
| | Credit Memo | 9/24/2024 | CM1527 | PO9000B | 9/24/2024 | 94 | ($1,680.00) |
| | Credit Memo | 9/24/2024 | CM1528 | PO9000B | 9/24/2024 | 94 | ($1,680.00) |
| | Credit Memo | 9/24/2024 | CM1529 | PO9000B | 9/24/2024 | 94 | ($1,680.00) |
| | Credit Memo | 9/24/2024 | CM1530 | PO9000B | 9/24/2024 | 94 | ($1,680.00) |
| | Credit Memo | 9/24/2024 | CM1531 | PO9000B | 9/24/2024 | 94 | ($1,680.00) |
| | Credit Memo | 9/24/2024 | CM1532 | PO9000B | 9/24/2024 | 94 | ($1,680.00) |
| | Credit Memo | 9/24/2024 | CM1533 | PO9000B | 9/24/2024 | 94 | ($1,680.00) |
| | Credit Memo | 9/24/2024 | CM1534 | PO9000B | 9/24/2024 | 94 | ($1,680.00) |
| | Credit Memo | 9/24/2024 | CM1535 | PO9000B | 9/24/2024 | 94 | ($210.00) |
| **Total - C10558 Drink LMNT** | | | | | | | **$62,656.31** |
| **C10578 Environment Control** | | | | | | | |
| | Invoice | 2/20/2024 | INV44370 | | 2/20/2024 | 311 | $145.09 |
| **Total - C10578 Environment Control** | | | | | | | **$145.09** |
| **C10610 Noob Energy** | | | | | | | |
| | Invoice | 1/15/2024 | INV43613 | | 2/14/2024 | 317 | $4,084.50 |
| **Total - C10610 Noob Energy** | | | | | | | **$4,084.50** |
| **C10675 Arch Ray Resort** | | | | | | | |
| | Invoice | 12/15/2023 | INV42935 | | 12/15/2023 | 378 | $554.48 |
| **Total - C10675 Arch Ray Resort** | | | | | | | **$554.48** |
| **C11098 Oklahome Bev** | | | | | | | |
| | Invoice | 4/23/2024 | INV46361 | | 4/23/2024 | 248 | $157.50 |
| | Invoice | 4/26/2024 | INV46362 | | 4/26/2024 | 245 | $225.00 |
| **Total - C11098 Oklahome Bev** | | | | | | | **$382.50** |
| **C11832 Tenth Ward Distilling Co.** | | | | | | | |
| | Journal | 9/30/2024 | JE3404 | | 9/30/2024 | 88 | $4,930.68 |
| **Total - C11832 Tenth Ward Distilling Co.** | | | | | | | **$4,930.68** |

**American Canning LLC**
**Holding Company : American Canning LLC**
**A/R Aging Detail**
**As of December 27, 2024**

| Customer | Transaction Type | Date | Document Number | P.O. No. | Due Date | Age | Open Balance |
|---|---|---|---|---|---|---|---|
| **C12120 cold spring beverages** | | | | | | | |
| | Journal | 9/23/2024 | JE3403 | | 9/23/2024 | 95 | $177.20 |
| **Total - C12120 cold spring beverages** | | | | | | | **$177.20** |

**Exhibit "B"**

| Item | Class | On Hand | committed | Available | Total Value |
|---|---|---|---|---|---|
| TRAY-STD-AUTO-24CN-KRFT-UNCTD-3-1440CT | Supplies : Corrugate : Case Trays | 26150 | | 26150 | $10,486.15 |
| TRAY-SLIM-ROLL-24CN-KRFT-UNCTD-25-1200CT | Supplies : Corrugate : Case Trays | 15829 | | 15829 | $3,539.73 |
| TRAY-SLIM-ROLL-24CN-KRFT-UNCTD-25-140CT | Supplies : Corrugate : Case Trays | 23 | | 23 | $747.13 |
| TRAY-STD-AUTO-24CN-KRFT-UNCTD-3-100CT | Supplies : Corrugate : Case Trays | 15 | | 15 | $637.27 |
| TRAY-STD-ROLL-24CN-KRFT-UNCTD-3-1400CT | Supplies : Corrugate : Case Trays | 0.12 | | 0.12 | $0.03 |
| TRAY-SLEEK-ROLL-24CN-KRFT-UNCTD-3-1200CT | Supplies : Corrugate : Case Trays | 0.08 | | 0.08 | $0.02 |
| Mayawell-Strawberry Ginger V2 (aTULC) | Supplies : Cans : Printed Can : MFG (pcn) | 285915 | | 285915 | $28,591.50 |
| Ranch Hand - Denver Ranch Water (aTULC) | Supplies : Cans : Printed Can : MFG (pcn) | 130704 | | 130704 | $28,591.50 |
| Ranch Hand - Denver Ranch Water (aTULC) | Supplies : Cans : Printed Can : MFG (pcn) | 155211 | | 155211 | $28,591.50 |
| Mayawell-Pineapple Mango V2 (aTULC) | Supplies : Cans : Printed Can : MFG (pcn) | 179718 | | 179718 | $22,056.30 |
| Mayawell-Pineapple Mango V2 (aTULC) | Supplies : Cans : Printed Can : MFG (pcn) | 40845 | | 40845 | $22,056.30 |
| Ranch Hand - Denver Chilton (aTULC) | Supplies : Cans : Printed Can : MFG (pcn) | 81690 | | 81690 | $22,056.30 |
| Ranch Hand - Denver Chilton (aTULC) | Supplies : Cans : Printed Can : MFG (pcn) | 138873 | | 138873 | $22,056.30 |
| Ranch Hand - Denver Paloma (aTULC) | Supplies : Cans : Printed Can : MFG (pcn) | 8169 | | 8169 | $14,704.20 |
| Ranch Hand - Denver Paloma (aTULC) | Supplies : Cans : Printed Can : MFG (pcn) | 138873 | | 138873 | $14,704.20 |
| Ranch Hand - Denver Pineapple Ranch Water (aTULC) | Supplies : Cans : Printed Can : MFG (pcn) | 138873 | | 138873 | $13,887.30 |
| Country Luau - Vanilla (aTULC) | Supplies : Cans : Printed Can : MFG (pcn) | 130704 | | 130704 | $13,070.40 |
| Mayawell - Raspberry Cucumber (aTULC) | Supplies : Cans : Printed Can : MFG (pcn) | 89859 | | 89859 | $8,985.90 |
| Mayawell-Pear Lime V2 (aTULC) | Supplies : Cans : Printed Can : MFG (pcn) | 89859 | | 89859 | $8,985.90 |
| Mayawell-Raspberry Cucumber V2 (aTULC) | Supplies : Cans : Printed Can : MFG (pcn) | 89859 | | 89859 | $8,985.90 |
| Mayawell - Pear Lime (aTULC) | Supplies : Cans : Printed Can : MFG (pcn) | 73521 | | 73521 | $7,352.10 |
| Ranch Hand - Denver Jalapeno (aTULC) | Supplies : Cans : Printed Can : MFG (pcn) | 24507 | | 24507 | $6,535.20 |
| Ranch Hand - Denver Jalapeno (aTULC) | Supplies : Cans : Printed Can : MFG (pcn) | 40845 | | 40845 | $6,535.20 |
| Ranch Hand - Denver Margarita (aTULC) | Supplies : Cans : Printed Can : MFG (pcn) | 57183 | | 57183 | $5,718.30 |
| St. Elmo - Hop Water (aTULC) | Supplies : Cans : Printed Can : MFG (pcn) | 56016 | | 56016 | $5,601.60 |
| Mayawell - Pineapple Mango (aTULC) | Supplies : Cans : Printed Can : MFG (pcn) | 40845 | | 40845 | $4,084.50 |
| Drink LMNT Black Cherry Lime - Amazon Edition (aTULC) | Supplies : Cans : Printed Can : MFG (pcn) | 18672 | | 18672 | $2,240.64 |
| Country Luau - Dirty Shirley (aTULC) | Supplies : Cans : Printed Can : MFG (pcn) | 8169 | | 8169 | $816.90 |
| Country Luau - Extra Dirty (aTULC) | Supplies : Cans : Printed Can : MFG (pcn) | 8169 | | 8169 | $816.90 |
| Mayawell - Strawberry Ginger (aTULC) | Supplies : Cans : Printed Can : MFG (pcn) | 8169 | | 8169 | $816.90 |
| AmCan Event Can - Ingredients Design (aTULC) | Supplies : Cans : Printed Can : MFG (pcn) | 5446 | | 5446 | $544.60 |
| Drink LMNT Citrus Salt - Amazon Edition (aTULC) | Supplies : Cans : Printed Can : MFG (pcn) | 3501 | | 3501 | $420.12 |
| Drink LMNT Grapefruit Salt - Amazon Edition (aTULC) | Supplies : Cans : Printed Can : MFG (pcn) | 389 | | 389 | $46.68 |
| Drink LMNT Watermelon Salt - Amazon Edition (aTULC) | Supplies : Cans : Printed Can : MFG (pcn) | 389 | | 389 | $46.68 |
| CAN-16OZ-STANDARD-EPOXY-BALL-16L | Supplies : Cans : Brite Cans : Sourced (brite) | 627457 | | 627457 | $55,400.53 |
| CAN-192OZ-STANDARD-BPANI-BALL-13L | Supplies : Cans : Brite Cans : Sourced (brite) | 156767 | | 156767 | $28,023.80 |
| CAN-187ML-SLIM-BPANI-BALL-23L | Supplies : Cans : Brite Cans : Sourced (brite) | 129482 | | 129482 | $17,874.48 |
| CAN-187ML-SLIM-BPANI-BALL-11L | Supplies : Cans : Brite Cans : Sourced (brite) | 122474 | | 122474 | $17,146.36 |
| CAN-12OZ-SLEEK-BPANI-BALL-16L | Supplies : Cans : Brite Cans : Sourced (brite) | 147134 | | 147134 | $13,839.42 |
| CAN-250ML-SLIM-BPANI-GLOBAL-BALL-18L | Supplies : Cans : Brite Cans : Sourced (brite) | 66218 | | 66218 | $9,932.70 |
| CAN-12OZ-SLEEK-BPANI-BALL-14L | Supplies : Cans : Brite Cans : Sourced (brite) | 70840 | | 70840 | $6,375.60 |
| CAN-192OZ-STANDARD-BPANI-BALL-6L | Supplies : Cans : Brite Cans : Sourced (brite) | 28008 | | 28008 | $5,041.44 |
| CAN-12OZ-SLEEK-BPANI-BALL-8L | Supplies : Cans : Brite Cans : Sourced (brite) | 40330 | | 40330 | $3,629.70 |
| CAN-750ML-CROWLER-BPANI-BALL | Supplies : Cans : Brite Cans : Sourced (brite) | 8638 | | 8638 | $2,362.92 |
| CAN-16OZ-STANDARD-EPOXY-BALL-8L | Supplies : Cans : Brite Cans : Sourced (brite) | 24896 | | 24896 | $2,240.64 |
| CAN-75OZ-SLEEK-BPANI-BALL-21L | Supplies : Cans : Brite Cans : Sourced (brite) | 10626 | | 10626 | $956.34 |
| CAN-250ML-SLIM-BPANI-GLOBAL-BALL-9L | Supplies : Cans : Brite Cans : Sourced (brite) | 5274 | | 5274 | $791.10 |
| CAN-200ML-SLIM-BPANI-BALL-22L | Supplies : Cans : Brite Cans : Sourced (brite) | 2870 | | 2870 | $356.65 |
| CAN-12OZ-STANDARD-BPANI-BALL-21L | Supplies : Cans : Brite Cans : Sourced (brite) | 3890 | | 3890 | $338.66 |
| CAN-750ML-CRW-BPANI-96PK | Supplies : Cans : Brite Cans : Sourced (brite) | 11 | | 11 | $332.99 |
| CAN-32OZ-CROWLER-BPANI-BALL | Supplies : Cans : Brite Cans : Sourced (brite) | 234 | | 234 | $68.35 |
| CAN-75OZ-SLEEK-BPANI-BALL-24L | Supplies : Cans : Brite Cans : Sourced (brite) | 446 | | 446 | $38.16 |
| CAN-EA-16OZ-STD-ATULC-BRITE-16L | Supplies : Cans : Brite Cans : MFG (brite) | 209282 | | 209282 | $23,858.14 |
| CAN-PLT-16OZ-STD-ATULC-BLACKMATTE-14L | Supplies : Cans : Brite Cans : MFG (brite) | 13 | | 13 | $9,065.40 |
| CAN-PLT-16OZ-STD-ATULC-WHITEGLOSSY-14L | Supplies : Cans : Brite Cans : MFG (brite) | 12 | | 12 | $8,368.06 |
| CAN-PLT-16OZ-STD-ATULC-BLACKMATTE-8L | Supplies : Cans : Brite Cans : MFG (brite) | 18 | | 18 | $7,374.33 |
| CAN-PLT-16OZ-STD-ATULC-WHITEGLOSSY-8L | Supplies : Cans : Brite Cans : MFG (brite) | 11 | | 11 | $4,532.85 |
| CAN-PLT-16OZ-STD-ATULC-BRITE-14L | Supplies : Cans : Brite Cans : MFG (brite) | 6 | | 6 | $4,053.32 |
| CAN-EA-16OZ-STD-ATULC-WHITEGLOSSY-16L | Supplies : Cans : Brite Cans : MFG (brite) | 27230 | | 27230 | $3,104.22 |
| CAN-PLT-16OZ-STD-ATULC-BRITE-8L | Supplies : Cans : Brite Cans : MFG (brite) | 3 | | 3 | $1,191.71 |
| CAN-EA-12OZ-STD-ATULC-BRITE-21L | Supplies : Cans : Brite Cans : MFG (brite) | 3115 | | 3115 | $311.50 |
| CAN-EA-12OZ-STD-ATULC-WHITEGLOSSY-21L | Supplies : Cans : Brite Cans : MFG (brite) | 1556 | | 1556 | $155.60 |
| PAK-6PKSTD-PINK | Supplies : Can Handles | 107 | | 107 | $7,798.05 |
| PAK-4PKSLEEK-MARIGOLD | Supplies : Can Handles | 61 | | 61 | $5,970.80 |
| PAK-4PKSLEEK-TROPORNG | Supplies : Can Handles | 60 | | 60 | $5,684.35 |
| PAK-4PKSLEEK-ULTBLUE | Supplies : Can Handles | 46 | | 46 | $5,571.89 |
| PAK-4PKSLIM-BLACK | Supplies : Can Handles | 56 | | 56 | $4,865.71 |
| PAK-6PKSLEEK-RED | Supplies : Can Handles | 56 | | 56 | $4,775.79 |
| PAK-4PKSLEEK-YELLOW | Supplies : Can Handles | 42 | | 42 | $4,066.36 |

| Item | Class | On Hand | committed | Available | Total Value |
|---|---|---|---|---|---|
| PAK-4PKSLIM-GRAPHITE | Supplies : Can Handles | 42 | | 42 | $3,979.50 |
| PAK-6PKSTD-EMRLDGRN | Supplies : Can Handles | 41 | | 41 | $2,883.49 |
| PAK-4PKSLEEK-SPRNGGRN | Supplies : Can Handles | 25 | | 25 | $2,495.04 |
| PAK-6PKSTD-TROPGRN | Supplies : Can Handles | 27 | | 27 | $2,011.80 |
| PAK-6PKSTD-GOLD | Supplies : Can Handles | 25 | | 25 | $1,796.46 |
| PAK-4PKSLEEK-TROPGRN | Supplies : Can Handles | 17 | | 17 | $1,645.91 |
| PAK-3PKCRW-BLACK | Supplies : Can Handles | 27 | | 27 | $1,605.55 |
| PAK-6PKSTD-DARKGRN | Supplies : Can Handles | 18 | | 18 | $1,341.21 |
| PAK-6PKSTD-IRIS | Supplies : Can Handles | 18 | | 18 | $1,293.45 |
| PAK-4PKSTD-RED | Supplies : Can Handles | 14 | | 14 | $1,220.14 |
| PAK-6PKSTD-STLBLUE | Supplies : Can Handles | 16 | | 16 | $1,192.18 |
| PAK-4PKSTD-CREAM | Supplies : Can Handles | 14 | | 14 | $1,043.16 |
| PAK-4PKSTD-BURGUNDY | Supplies : Can Handles | 11 | | 11 | $982.10 |
| PAK-6PKSTD-ROYLBLUE | Supplies : Can Handles | 12 | | 12 | $894.14 |
| PAK-6PKSLEEK-ULTBLUE | Supplies : Can Handles | 13 | | 13 | $880.10 |
| PAK-4PKSLEEK-TROPLIME | Supplies : Can Handles | 8 | | 8 | $774.54 |
| PAK-4PKSLEEK-DARKPINK | Supplies : Can Handles | 7 | | 7 | $677.73 |
| PAK-4PKSTD-SUNSTRED | Supplies : Can Handles | 7 | | 7 | $610.07 |
| PAK-4PKSLIM-WHITE | Supplies : Can Handles | 6 | | 6 | $540.12 |
| PAK-4PKSTD-MARIGOLD | Supplies : Can Handles | 6 | | 6 | $522.92 |
| PAK-4PKSLEEK-WHITE | Supplies : Can Handles | 4 | | 4 | $387.21 |
| PAK-6PKSTD-RED | Supplies : Can Handles | 5 | | 5 | $372.56 |
| PAK-4PKSLIM-RED | Supplies : Can Handles | 4 | | 4 | $358.92 |
| PAK-6PKSTD-BERRYRED | Supplies : Can Handles | 4 | | 4 | $292.83 |
| PAK-6PKSTD-TROPORNG | Supplies : Can Handles | 3 | | 3 | $218.79 |
| PAK-4PKSLEEK-BLACK | Supplies : Can Handles | 1 | | 1 | $96.82 |
| PAK-6PKSTD-SPRNGGRN | Supplies : Can Handles | 1 | | 1 | $71.86 |
| PAK-6PKSTD-AQUA | Supplies : Can Handles | 1 | | 1 | $69.16 |
| PAK-6PKSTD-POWDBLUE | Supplies : Can Handles | 10 | | 10 | $1.40 |
| END-202-CDL-10ST-GLD-SLVR-BALL-BPANI-600 | Supplies : Can Ends | 1412 | | 1412 | $22,779.48 |
| END-202-CDL-BLANK-SLVR-SLVR-BALL-BPANI-600 | Supplies : Can Ends | 1130 | | 1130 | $17,492.40 |
| END-202-SUPR-10ST-SLVR-SLVR-CRWN-BPANI-580 | Supplies : Can Ends | 698 | | 698 | $8,096.80 |
| END-200-CDLW-10ST-SLVR-SLVR-BALL-BPANI-575 | Supplies : Can Ends | 222 | | 222 | $5,272.05 |
| END-200-CDLW-10ST-SLVR-SLVR-BALL-BPANI-552 | Supplies : Can Ends | 220 | | 220 | $4,966.14 |
| END-200-CDLW-BLANK-SLVR-SLVR-BALL-BPANI-552 | Supplies : Can Ends | 210 | | 210 | $4,920.28 |
| END-202-LOE-10ST-SLVR-BLK-BALL-BPANI-552 | Supplies : Can Ends | 17 | | 17 | $271.55 |
| END-202-LOE-BLANK-SLVR-SLVR-BALL-BPANI-552 | Supplies : Can Ends | 12 | | 12 | $181.23 |
| END-300-LRG-10ST-SLVR-SLVR-BALL-BPANI-384 | Supplies : Can Ends | 3 | | 3 | $105.49 |
| END-202-LOE-10ST-SLVR-SLVR-BALL-BPANI-552 | Supplies : Can Ends | 3 | | 3 | $45.24 |

**TOTAL**                                                                                                          **$674,197.95**

**Fill in this information to identify the case:**

Debtor name __**American Canning LLC**__

United States Bankruptcy Court for the: __**WESTERN DISTRICT OF TEXAS**__

Case number
(if known) _____

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1.   Do any creditors have claims secured by debtor's property?**

☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| **Part 1:** | **List Creditors Who Have Secured Claims** |
| --- | --- |

**2.   List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |

**2.1**

| **Creditor's name** | **Describe debtor's property that is subject to a lien** | _____ | _____ |
| --- | --- | --- | --- |

**Creditor's mailing address**

_____

_____

_____

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☐ Yes.  Specify each creditor, including this creditor, and its relative priority.

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☐ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

**3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**                **$0.00**

**Fill in this information to identify the case:**

Debtor    __American Canning LLC__

United States Bankruptcy Court for the: __WESTERN DISTRICT OF TEXAS__

Case number
(if known)   _____

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☒ No. Go to Part 2.

   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**

   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1**   **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:** *Check all that apply.*

_____

_____    ☐ Contingent

_____    ☐ Unliquidated

   ☐ Disputed

_____

**Basis for the claim:**

_____

**Date or dates debt was incurred**

_____

**Is the claim subject to offset?**

☐ No

**Last 4 digits of account**
**number** ___ ___ ___ ___

☐ Yes

**Specify Code subsection of PRIORITY unsecured**
**claim:** 11 U.S.C. § 507(a)( _____ )

Debtor    **American Canning LLC**                                    Case number (if known) _____

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3.    **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,600.00** |
|---|---|---|---|

**1220 Spirits**

**4350 Semple Ave.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**St. Louis**          **MO**     **63120**

**Basis for the claim:**
**Business Debt**

Date or dates debt was incurred     **various**

**Is the claim subject to offset?**

Last 4 digits of account number     __ __ __ __

☒ No
☐ Yes

---

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$360.97** |
|---|---|---|---|

**24 Hour, Ltd.**

**8911 Directors Row**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Dallas**          **TX**     **75247**

**Basis for the claim:**
**Business Debt**

Date or dates debt was incurred     **various**

**Is the claim subject to offset?**

Last 4 digits of account number     __ __ __ __

☒ No
☐ Yes

---

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,581.00** |
|---|---|---|---|

**Altstadt Brewery**

**6120 E US Hwy 290**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Fredericksburg**          **TX**     **78624**

**Basis for the claim:**
**Business Debt**

Date or dates debt was incurred     **various**

**Is the claim subject to offset?**

Last 4 digits of account number     __ __ __ __

☒ No
☐ Yes

| Debtor | American Canning LLC | Case number (if known) | |
|---|---|---|---|

---

**Part 2:**    **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,740.00 |
|---|---|---|---|

*Check all that apply.*

**Aluminati, Inc.**

**2440 Railroad St.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Corona** | **CA** | **92878** |
|---|---|---|

**Business Debt**

**Date or dates debt was incurred**    **various**

**Is the claim subject to offset?**

**Last 4 digits of account number**    __ __ __ __

☒ No
☐ Yes

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $280.00 |
|---|---|---|---|

*Check all that apply.*

**Alvarado Street Brewery**

**1315 Dayton St, Ste E**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Salinas** | **CA** | **93901** |
|---|---|---|

**Business Debt**

**Date or dates debt was incurred**    **various**

**Is the claim subject to offset?**

**Last 4 digits of account number**    __ __ __ __

☒ No
☐ Yes

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $1,837.50 |
|---|---|---|---|

*Check all that apply.*

**Arendes, Green, Richtermeyer & Stahl**

**904 Retama St.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| **Austin** | **TX** | **78704** |
|---|---|---|

**Business Debt**

**Date or dates debt was incurred**    **various**

**Is the claim subject to offset?**

**Last 4 digits of account number**    __ __ __ __

☒ No
☐ Yes

| Debtor | **American Canning LLC** | | Case number (if known) | |
|--------|--------------------------|--|------------------------|--|

| **Part 2:** | **Additional Page** |
|-------------|---------------------|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.7** **Nonpriority creditor's name and mailing address**

**AT&T**

**Bankruptcy Dept.**

**PO Box 769**

**Arlington**     **TX**     **76004**

Date or dates debt was incurred    **various**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Internet / phone**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$800.00**

---

**3.8** **Nonpriority creditor's name and mailing address**

**Austin Beerworks**

**909 Linden St.**

**Unit 1**

**Austin**     **TX**     **78702**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$34,482.00**

---

**3.9** **Nonpriority creditor's name and mailing address**

**Automation Designs, Inc.**

**P.O. Box 1641**

**San Marcos**     **TX**     **78667**

Date or dates debt was incurred    **various**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$129.68**

---

**3.10** **Nonpriority creditor's name and mailing address**

**Ball Corporation**

**9300 W. 108th CircleBroomfield, CO  8**

**Broomfield**     **CO**     **80021**

Date or dates debt was incurred    **various**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$498,837.34**

---

| Debtor | American Canning LLC | Case number (if known) | |
|--------|---------------------|------------------------|--|

## Part 2:  Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.11**  **Nonpriority creditor's name and mailing address**

Banc of America Leaseing & Capital

P.O. Box 405874

| Atlanta | GA | 30384 |
|---------|-----|------|

**Date or dates debt was incurred**    various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Business Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$32,308.18

---

**3.12**  **Nonpriority creditor's name and mailing address**

Bar 2 Table

201 Morris Street

| Toldeo | OH | 43604 |
|--------|-----|------|

**Date or dates debt was incurred**    various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Business Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,960.00

---

**3.13**  **Nonpriority creditor's name and mailing address**

Belching Beaver Brewery

1334 Rocky Point Drive

| Oceanside | CA | 92056 |
|-----------|-----|------|

**Date or dates debt was incurred**    various

**Last 4 digits of account number**    __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Business Debt

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,124.00

---

| Debtor | American Canning LLC | | Case number (if known) | |
|--------|---------------------|--|-----------------------|--|

## Part 2: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.14** Nonpriority creditor's name and mailing address

**Benjamin Mills**

**1946 North Birch Avenue**

**Fayetteville**      **AR**    **72703**

Date or dates debt was incurred    **various**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Business Debt**

Is the claim subject to offset?

☑ No
☐ Yes

**$135.00**

---

**3.15** Nonpriority creditor's name and mailing address

**Berlin Packaging**

**1645 Tchoupitoulas St.**

**New Orleans**      **LA**    **70130**

Date or dates debt was incurred    **various**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Business Debt**

Is the claim subject to offset?

☑ No
☐ Yes

**$1,749.00**

---

**3.16** Nonpriority creditor's name and mailing address

**Big Country Foods dba Willards Brewery**

**1703 La Costa Meadows Dr.**

**San Marcos**      **CA**    **92078**

Date or dates debt was incurred    **various**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Business Debt**

Is the claim subject to offset?

☑ No
☐ Yes

**$10,230.00**

---

**3.17** Nonpriority creditor's name and mailing address

**Bishop Cider Co.**

**663 North Manus Drive, Suite 190**

**Dallas**      **TX**    **75224**

Date or dates debt was incurred    **various**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:

**Business Debt**

Is the claim subject to offset?

☑ No
☐ Yes

**$135.00**

---

Debtor  **American Canning LLC**      Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.18**   **Nonpriority creditor's name and mailing address**

**Blackeye Beverage**

**705 Vandalia Street**

**St. Paul**     **MN**   **55114**

Date or dates debt was incurred   **various**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$415.00**

---

**3.19**   **Nonpriority creditor's name and mailing address**

**Brewer Family Provisions dba Forth Disti**

**840 SE Woodland Blvd, STE 185**

**Bend**     **OR**   **97702**

Date or dates debt was incurred   **various**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$3,909.00**

---

**3.20**   **Nonpriority creditor's name and mailing address**

**Canworks, Inc.**

**800 Interchange Blvd.**

**Suite 106**

**Austin**     **TX**   **78721**

Date or dates debt was incurred   **various**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$1.00**

---

**3.21**   **Nonpriority creditor's name and mailing address**

**CH Robinson**

**P.O. Box 9121**

**Minneapolis,  MN 55480**

Date or dates debt was incurred   **various**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$243.50**

---

Debtor    **American Canning LLC**                          Case number (if known) _____

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.        Amount of claim

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $16,840.73 |

**Cintas Corp**

**2525 Ridgepoint Drive**

**Suite 300**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Austin**                    **TX**      **78754**

**Basis for the claim:**
**Business Debt**

Date or dates debt was incurred        **various**

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __

☒ No
☐ Yes

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $36,519.00 |

**City of Austin**

**Dba Austin Energy**

**721 Barton Springs Rd.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Austin**                    **TX**      **78704**

**Basis for the claim:**
**Utility services**

Date or dates debt was incurred        **various**

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __

☒ No
☐ Yes

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1.00 |

**Constellation Brands Inc.**

**235 Bloomfield Rd.**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Canandaigua**                **NY**      **14424**

**Basis for the claim:**
**Business Debt**

Date or dates debt was incurred        **various**

**Is the claim subject to offset?**

Last 4 digits of account number    __ __ __ __

☒ No
☐ Yes

| Debtor | American Canning LLC | Case number (if known) |
|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.25** Nonpriority creditor's name and mailing address

**Country Luau Spirits LLC**

**1117 Altum Street**

**Austin**                     **TX**      **78721**

Date or dates debt was incurred          **various**

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$13,036.00

**3.26** Nonpriority creditor's name and mailing address

**Creek Leaf Wellness dba Easy Hemp Co.**

**114 14th St. S.**

**Birmingham**            **AL**      **35233**

Date or dates debt was incurred          **various**

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$7,618.00

**3.27** Nonpriority creditor's name and mailing address

**Curious Elixirs**

**139 Folly Mill Road**

**Seabrook, NH   3874**

Date or dates debt was incurred          **various**

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

$145.00

Debtor **American Canning LLC** _____ Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.28 | **Nonpriority creditor's name and mailing address** |

**De Lage Landen Financial Services, Inc.**

**P.O. Box 41602**

**Philadelphia**      **PA**    **19101-1602**

**Date or dates debt was incurred**    **various**

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business Debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$2,503.41**

| 3.29 | **Nonpriority creditor's name and mailing address** |

**DeadBeach Brewery**

**3200 Durazno Ave**

**El Paso**      **TX**    **79905**

**Date or dates debt was incurred**    **various**

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business Debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$25,068.00**

| 3.30 | **Nonpriority creditor's name and mailing address** |

**Diane White**

**10040 East Happy Valley Rd**

**Unit #200**

**Scottsdale**      **AZ**    **85255**

**Date or dates debt was incurred**    _____

**Last 4 digits of account number**   __ __ __ __

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business Debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$500,000.00**

Debtor    **American Canning LLC**      Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.31 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$12,000.00**

**Distant Brewing**

**568 Old Mammoth Road**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Mammoth Lakes**      **CA**    **93546**

Basis for the claim:
**Business Debt**

Date or dates debt was incurred    **various**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.32 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$186,653.00**

**Drink LMNT**

**6000 Condor Dr.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Moorpark**      **CA**    **93021**

Basis for the claim:
**Business Debt**

Date or dates debt was incurred    **various**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.33 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$435.00**

**Drink New Brew**

**1920 Hillhurst Ave.#512**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Los Angeles**      **CA**    **90027**

Basis for the claim:
**Business Debt**

Date or dates debt was incurred    **various**

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

| Debtor | American Canning LLC | Case number (if known) | |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.34** Nonpriority creditor's name and mailing address

**DWS Printing Associates**

**1011 Bryson Walk**

**Bryson City,  NC28713**

As of the petition filing date, the claim is:
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Debt**

Date or dates debt was incurred        **various**

Last 4 digits of account number        __ __ __ __

Is the claim subject to offset?

- ☒ No
- ☐ Yes

**$28,500.00**

---

**3.35** Nonpriority creditor's name and mailing address

**Earths Brew**

**14980 Limestone School Rd**

**Leesburg          VA      20176**

As of the petition filing date, the claim is:
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Debt**

Date or dates debt was incurred        **various**

Last 4 digits of account number        __ __ __ __

Is the claim subject to offset?

- ☒ No
- ☐ Yes

**$3,498.00**

---

**3.36** Nonpriority creditor's name and mailing address

**Faith Springs, LLC dba H2forLife**

**24 Clear Lane**

**Blue Ridge          GA      30513**

As of the petition filing date, the claim is:
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Business Debt**

Date or dates debt was incurred        **various**

Last 4 digits of account number        __ __ __ __

Is the claim subject to offset?

- ☒ No
- ☐ Yes

**$3,120.00**

Debtor   **American Canning LLC**                                   Case number (if known)

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                Amount of claim

| 3.37 | **Nonpriority creditor's name and mailing address** |
| --- | --- |

**Fast Track Packaging Inc.**

**935A Southgate Drive, Unit 2**

**Guelph, ON   N1L 0B9**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business Debt**

$1,440.00

Date or dates debt was incurred        **various**

Last 4 digits of account number        __ __ __ __

Is the claim subject to offset?

☒ No
☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** |
| --- | --- |

**First Citizens Bank**

**21146 Network Place**

**Chicago**                    **IL      60673-1211**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business Debt**

$1,113.00

Date or dates debt was incurred        **various**

Last 4 digits of account number        __ __ __ __

Is the claim subject to offset?

☒ No
☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** |
| --- | --- |

**Gamer Packaging**

**330 2nd Ave S. #895**

**Minneapolis**                **MN    55401**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business Debt**

$405.00

Date or dates debt was incurred        **various**

Last 4 digits of account number        __ __ __ __

Is the claim subject to offset?

☒ No
☐ Yes

Debtor    **American Canning LLC**      Case number (if known) _____

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| | | |
|---|---|---|
| **3.40** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: |

**Georgia-Pacific**

**133 Peachtree St. NE**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**$8,051.42**

**Atlanta**    **GA**   **30303**

**Basis for the claim:**
**Business Debt**

Date or dates debt was incurred    **various**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

---

| | | |
|---|---|---|
| **3.41** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: |

**GlobalTranz Enterprises, Inc.**

**P.O. Box 203285**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**$82,750.90**

**Dallas**    **TX**   **75320**

**Basis for the claim:**
**Business Debt**

Date or dates debt was incurred

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

---

| | | |
|---|---|---|
| **3.42** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: |

**Grace Ridge Brewing**

**3815 W Valley Hwy N.**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**$2,160.00**

**Auburn**    **WA**   **98001**

**Basis for the claim:**
**Business Debt**

Date or dates debt was incurred    **various**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   __ __ __ __

Debtor    __American Canning LLC_____    Case number (if known) _____

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.43 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$18,328.69**

__Green Bay Packaging__

☐ Contingent

__5901 Campus Drive__

☐ Unliquidated

☐ Disputed

Basis for the claim:

__Fort Worth_____ TX    76140__

__Business Debt__

**Date or dates debt was incurred**    __various__

Is the claim subject to offset?

**Last 4 digits of account number**    __ __ __ __

☒ No
☐ Yes

| 3.44 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$404.00**

__Green Bench Brewing Company__

☐ Contingent

__1133 Baum Avenue North__

☐ Unliquidated

☐ Disputed

Basis for the claim:

__Saint Petersburg_____ FL    33705__

__Business Debt__

**Date or dates debt was incurred**    __various__

Is the claim subject to offset?

**Last 4 digits of account number**    __ __ __ __

☒ No
☐ Yes

| 3.45 | Nonpriority creditor's name and mailing address |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$8,175.00**

__Huss Brewing Co.__

☐ Contingent

__1520 West Mineral Road, #102__

☐ Unliquidated

☐ Disputed

Basis for the claim:

__Tempe_____ AZ    85283__

__Business Debt__

**Date or dates debt was incurred**    __various__

Is the claim subject to offset?

**Last 4 digits of account number**    __ __ __ __

☒ No
☐ Yes

| Debtor | American Canning LLC | Case number (if known) | |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.46 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Ian Willis**

**P.O. BOX 5664**

**Snowmass Village          CO      81615**

Date or dates debt was incurred

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,500,000.00**

| 3.47 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Independence Brewing Co.**

**3913 Todd Ln.  #607**

**Austin                           TX      78744**

Date or dates debt was incurred          **various**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,320.00**

| 3.48 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Innovative Separations NB, LLC**

**1 Hawthorne Street#24a**

**San Francisco, CA94105**

Date or dates debt was incurred          **various**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$3,960.00**

Debtor    **American Canning LLC**      Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.      Amount of claim

| 3.49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$6,461.75** |

*Check all that apply.*

**Jani-King**

**2523 South Lakeline Blvd.**

**Cedar Park, TX78613**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Business Debt**

Date or dates debt was incurred    **various**    **Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __
- ☑ No
- ☐ Yes

| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$43.12** |

*Check all that apply.*

**Knight Office Solutions**

**2525 Brockton Dr.#290**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Business Debt**

**Austin**      **TX**    **78758**

Date or dates debt was incurred    **various**    **Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __
- ☑ No
- ☐ Yes

| 3.51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$135.00** |

*Check all that apply.*

**Lakewood Brewing Company**

**2302 Executive Dr.**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Business Debt**

**Garland**      **TX**    **75041**

Date or dates debt was incurred    **various**    **Is the claim subject to offset?**

Last 4 digits of account number   __ __ __ __
- ☑ No
- ☐ Yes

Debtor  __American Canning LLC_____  Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.52 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

__Leaf Commercial Capital__

☐ Contingent

__2005 Market Street__

☐ Unliquidated

☐ Disputed

Basis for the claim:

__Philadelphia__          __PA__    __19103__          __Business Debt__

Date or dates debt was incurred          __various__

Is the claim subject to offset?

Last 4 digits of account number          __ __ __ __

☒ No
☐ Yes

**$3,781.48**

| 3.53 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

__Left Coast Brewing Co.__

☐ Contingent

__1313 Calle Avenzado__

☐ Unliquidated

☐ Disputed

Basis for the claim:

__San Clemente__          __CA__    __92673__          __Business Debt__

Date or dates debt was incurred          __various__

Is the claim subject to offset?

Last 4 digits of account number          __ __ __ __

☒ No
☐ Yes

**$1,560.00**

| 3.54 | Nonpriority creditor's name and mailing address |

As of the petition filing date, the claim is:
*Check all that apply.*

__Linde Gas & Equipment__

☐ Contingent

__2801 Montopolis Drive__

☐ Unliquidated

☐ Disputed

Basis for the claim:

__Austin__          __TX__    __78741__          __Business Debt__

Date or dates debt was incurred          __various__

Is the claim subject to offset?

Last 4 digits of account number          __ __ __ __

☒ No
☐ Yes

**$1,916.25**

Debtor __American Canning LLC_____     Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.        Amount of claim

---

**3.55** Nonpriority creditor's name and mailing address

LIT Industrial, L.P.

c/o Travis W. McNellie

Jackson Walker, LLP

777 Main Street, Suite 2100

Fort Worth                    TX      76102

Date or dates debt was incurred          various

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Breach of Lease.

Is the claim subject to offset?

☒ No
☐ Yes

$102,249.76

---

**3.56** Nonpriority creditor's name and mailing address

Live Oak Brewing Co.

1615 Crozier Lane

Del Valle                      TX      78617

Date or dates debt was incurred          various

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Business Debt

Is the claim subject to offset?

☒ No
☐ Yes

$19,737.00

---

**3.57** Nonpriority creditor's name and mailing address

Lone Star Hazmat Response, LLC

115 W 5th Street

Tyler                          TX      75701

Date or dates debt was incurred          various

Last 4 digits of account number          __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Business Debt

Is the claim subject to offset?

☒ No
☐ Yes

$5,655.00

---

Debtor    **American Canning LLC**                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

---

| 3.58 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is:        **$415.00**
*Check all that apply.*

**Lumberyard Brewing Co.**

**5 S. San Francisco St.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Flagstaff**                  **AZ**      **86001**       **Business Debt**

**Date or dates debt was incurred**      **various**       **Is the claim subject to offset?**

**Last 4 digits of account number**   __ __ __ __       ☑ No
☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is:        **$749.00**
*Check all that apply.*

**Marco Reyna**

**16016 New Independence Parkway**

**Ste. 100**

**Winter Garden, FL34787**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Business Debt**

**Date or dates debt was incurred**      **various**       **Is the claim subject to offset?**

**Last 4 digits of account number**   __ __ __ __       ☑ No
☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is:        **$19,926.00**
*Check all that apply.*

**Mayawell**

**18913 Philip Way**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**New Caney**                  **TX**      **77357**       **Business Debt**

**Date or dates debt was incurred**      **various**       **Is the claim subject to offset?**

**Last 4 digits of account number**   __ __ __ __       ☑ No
☐ Yes

---

| Debtor | American Canning LLC | Case number (if known) | |
|--------|----------------------|------------------------|--|

---

**Part 2:**   **Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.61**   **Nonpriority creditor's name and mailing address**

Meanwhile Brewing Co.

1517 Weyford Dr.

_____

Austin                    TX      78757

**Date or dates debt was incurred**       various

**Last 4 digits of account number**      __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business Debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$1,126.00**

---

**3.62**   **Nonpriority creditor's name and mailing address**

Meridian Hive Meadery

8120 Exchange Dr.

Suite 400

Austin                    TX      78754

**Date or dates debt was incurred**       various

**Last 4 digits of account number**      __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business Debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$2,184.00**

---

**3.63**   **Nonpriority creditor's name and mailing address**

Meta Brand Corp.

25 Progress St.

_____

Edison                    NJ      08820

**Date or dates debt was incurred**       various

**Last 4 digits of account number**      __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business Debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$290.00**

---

| Debtor | American Canning LLC | Case number (if known) | |
|---|---|---|---|

## Part 2:     Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.64**   **Nonpriority creditor's name and mailing address**

Miller Marketing & Distribution (Una Fam

2301 Metropolitan Ave.

Kansas City      KS    66106

Date or dates debt was incurred    various

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Business Debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**$1,560.00**

---

**3.65**   **Nonpriority creditor's name and mailing address**

Nicol Scales & Measurement

P.O. Box 222288

Dallas      TX    75222-2288

Date or dates debt was incurred    various

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Business Debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**$513.00**

---

**3.66**   **Nonpriority creditor's name and mailing address**

Oak Highlands Brewery

10484 Brockwood Rd.

Dallas      TX    75238

Date or dates debt was incurred    various

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Business Debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**$636.00**

---

**3.67**   **Nonpriority creditor's name and mailing address**

OKC Soda Co.

6516 Westrock Drive

Oklahoma City      OK    73132

Date or dates debt was incurred    various

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Business Debt

**Is the claim subject to offset?**

☑ No
☐ Yes

**$969.00**

---

Debtor    **American Canning LLC**                                 Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.68 | Nonpriority creditor's name and mailing address |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$750.00**

**OneDigital Topco LLC**

**200 Galleria Parkway**

**Suite 1950**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Business Debt**

**Atlanta**          **GA**    **30339**

Date or dates debt was incurred          **various**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number      __ __ __ __

---

| 3.69 | Nonpriority creditor's name and mailing address |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$11,070.00**

**Packform**

**25852 McBean Pkwy., #714**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Business Debt**

**Valencia**        **CA**    **91335**

Date or dates debt was incurred          **various**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number      __ __ __ __

---

| 3.70 | Nonpriority creditor's name and mailing address |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$199,726.86**

**PakTech OPI**

**70 S. Bertelsen Rd.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Business Debt**

**Eugene**          **OR**    **97402**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number      __ __ __ __

| Debtor | American Canning LLC | Case number (if known) | |
|---|---|---|---|

## Part 2: Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | |
|---|---|---|---|

**Paq-Source Austin, LLC**

**P.O. Box 81882**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,895.50**

**Austin**                    **TX      78708**

**Basis for the claim:**
**Business Debt**

Date or dates debt was incurred          **various**

Last 4 digits of account number          __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | |
|---|---|---|---|

**Pinthouse Pizza, LLC**

**4279 Burnet Rd.**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$570.00**

**Austin**                    **TX      78756**

**Basis for the claim:**
**Business Debt**

Date or dates debt was incurred          **various**

Last 4 digits of account number          __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | |
|---|---|---|---|

**Point Remove Wine & Brewing Co.**

**102 S. Crestliner**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$4,017.00**

**Morrliton**                    **AR      72110**

**Basis for the claim:**
**Business Debt**

Date or dates debt was incurred          **various**

Last 4 digits of account number          __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | |
|---|---|---|---|

**PSSI Pest Solutions**

**P.O. Box 645026**

*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,665.96**

**Dallas**                    **TX      75264-5026**

**Basis for the claim:**
**Business Debt**

Date or dates debt was incurred          **various**

Last 4 digits of account number          __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor __American Canning LLC_____  Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.75 | **Nonpriority creditor's name and mailing address** |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$26,376.00**

__Ranch Hand_____

__12501 Pauls Valley Rd._____

__Unit D_____

☐ Contingent
☐ Unliquidated
☐ Disputed

_____

__Austin_____ TX____ 78737_____

**Basis for the claim:**
__Business Debt_____

**Date or dates debt was incurred**   __various_____

**Last 4 digits of account number**   __ __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$1,224.00**

__Ranch House Brewery_____

__6565 N Toltec Buttes Rd._____

_____

☐ Contingent
☐ Unliquidated
☐ Disputed

__Eloy_____ AZ____ 85131_____

**Basis for the claim:**
__Business Debt_____

**Date or dates debt was incurred**   __various_____

**Last 4 digits of account number**   __ __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** |
|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**$918.00**

__Ranger Creek Brewing & Distilling_____

__4834 Whirlwind Dr._____

_____

☐ Contingent
☐ Unliquidated
☐ Disputed

__San Antonio_____ TX____ 78217_____

**Basis for the claim:**
__Business Debt_____

**Date or dates debt was incurred**   __various_____

**Last 4 digits of account number**   __ __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | American Canning LLC | Case number (if known) | |
|---|---|---|---|

## Part 2:   Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,469.00 |
|---|---|---|---|

Check all that apply.

**Real Ale Brewing Company**

**6109 Mountain Villa Dr.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Austin**          **TX**     **78731**

**Basis for the claim:**
**Business Debt**

Date or dates debt was incurred          **various**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number      __ __ __ __

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,512.00 |
|---|---|---|---|

Check all that apply.

**Rockaway Drinks LLC**

**238 Beach 132nd Street**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Rockaway Park**       **NY**     **11694**

**Basis for the claim:**
**Business Debt**

Date or dates debt was incurred          **various**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number      __ __ __ __

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,584.00 |
|---|---|---|---|

Check all that apply.

**Saints and Sinners Brewing Company LLC**

**327 E Friar Tuck Ln.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston**          **TX**     **77024**

**Basis for the claim:**
**Business Debt**

Date or dates debt was incurred          **various**

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number      __ __ __ __

Debtor    **American Canning LLC**                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.81 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$21,538.54** |
|---|---|---|---|

**Salesforce**

**P.O. Box 203141**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Dallas**                    **TX        75320-3141**

**Basis for the claim:**
**Business Debt**

**Date or dates debt was incurred** _____

**Last 4 digits of account number**  __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| 3.82 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$145.00** |
|---|---|---|---|

**San Juan Seltzer**

**3901 1st Avenue South**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Seattle**                    **WA        98134**

**Basis for the claim:**
**Business Debt**

**Date or dates debt was incurred**    **various**

**Last 4 digits of account number**  __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

---

| 3.83 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,142.00** |
|---|---|---|---|

**Santa Monica Mountains Farmstead**

**23219 N. 23rd Place**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Phoenix**                    **AZ        85024**

**Basis for the claim:**
**Business Debt**

**Date or dates debt was incurred**    **various**

**Last 4 digits of account number**  __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Debtor   **American Canning LLC**                              Case number (if known) _____

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.84 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Sherwin Williams**

**101 Prospect Ave NW**

_____

**Cleveland**           **OH**     **44115**

**Date or dates debt was incurred**     **various**

**Last 4 digits of account number**     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Business Debt**

Is the claim subject to offset?

☑ No
☐ Yes

**$6,476.00**

| 3.85 | **Nonpriority creditor's name and mailing address** |
|---|---|

**St. Ambrose Cellars**

**971 South Pioneer Road**

_____

**Beulah**              **MI**     **49617**

**Date or dates debt was incurred**     **various**

**Last 4 digits of account number**     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Business Debt**

Is the claim subject to offset?

☑ No
☐ Yes

**$6,522.00**

| 3.86 | **Nonpriority creditor's name and mailing address** |
|---|---|

**St. Elmo Brewing Co.**

**440 East St Elmo Rd, STE G-2**

_____

**Austin**              **TX**     **78745**

**Date or dates debt was incurred**     **various**

**Last 4 digits of account number**     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Business Debt**

Is the claim subject to offset?

☑ No
☐ Yes

**$6,604.00**

| Debtor | American Canning LLC | Case number (if known) | |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.87** Nonpriority creditor's name and mailing address

**Stesti Brewing Company**

**P.O. Box 31**

**Lovelady**      **TX**    **75851**

Date or dates debt was incurred    **various**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☒ No
☐ Yes

**$219.00**

---

**3.88** Nonpriority creditor's name and mailing address

**Stormalong Cider**

**320 Industrial Rd.**

**Leominster**      **MA**    **01453**

Date or dates debt was incurred    **various**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☒ No
☐ Yes

**$145.00**

---

**3.89** Nonpriority creditor's name and mailing address

**Sunil Surana**

**8001 Edmondson Bend**

**Austin**      **TX**    **78744**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☒ No
☐ Yes

**$119,879.62**

**Sunil Surana**
**8001 Edmondson Bend**
**Austin, TX  78744**

| Debtor | **American Canning LLC** | Case number (if known) | |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $152,056.42 |
|---|---|---|---|

*Check all that apply.*

Synergi Partners

151 West Evans Street

Florence,SC 29501

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Business Debt

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __


| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $145.00 |
|---|---|---|---|

*Check all that apply.*

Talkhouse

800 Interchange Blvd.

Ste. 106

☐ Contingent
☐ Unliquidated
☐ Disputed

Austin          TX     78721

**Basis for the claim:**
Business Debt

Date or dates debt was incurred        various

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __


| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $314,682.79 |
|---|---|---|---|

*Check all that apply.*

TC Austin Industrial Development, Inc.

500 West 2nd Street

Suite 1550

☐ Contingent
☐ Unliquidated
☐ Disputed

Austin          TX     78701

**Basis for the claim:**
Business Debt / Breach of Lease

Date or dates debt was incurred        various

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

Debtor    **American Canning LLC**      Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.      Amount of claim

---

**3.93**   **Nonpriority creditor's name and mailing address**

**Texas Beer Co.**

**P.O. Box 201**

**Taylor**      **TX**    **76574**

Date or dates debt was incurred    **various**

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business Debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$2,469.00**

---

**3.94**   **Nonpriority creditor's name and mailing address**

**Texas Gas Service**

**610 E. St. Elmo Rd**

**Austin**      **TX**    **78745**

Date or dates debt was incurred    **various**

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business Debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$2,127.11**

---

**3.95**   **Nonpriority creditor's name and mailing address**

**THE ESTATE OF DAVID P. WILLIS, JR.**

**c/o Brian Willis**

**175 Pratts Dam Road**

**Coatesville**      **PA**    **19320**

Date or dates debt was incurred    _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Business Debt / Investor**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$3,491,913.00**

---

| Debtor | American Canning LLC | | Case number (if known) | |
|---|---|---|---|---|

## Part 2:    Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.96**  Nonpriority creditor's name and mailing address

**Tipsy Spritzers**

**845 Middle Tennessee Blvd.**

**Murfreesboro,  TN 37129**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Date or dates debt was incurred          **various**

Last 4 digits of account number          __ __ __ __

Is the claim subject to offset?

☑ No
☐ Yes

**$4,345.00**

---

**3.97**  Nonpriority creditor's name and mailing address

**Toyo Seikan Co., LTD**

**2-18-1 Higashi Gotanda**

**Shinagawa-Ku**

**Tokyo, Japan  141-9640**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Repossession Deficiency / Business Debt**

Date or dates debt was incurred

Last 4 digits of account number          __ __ __ __

Is the claim subject to offset?

☑ No
☐ Yes

**$55,269,057.00**

---

**3.98**  Nonpriority creditor's name and mailing address

**Toyota Industries Commercial Finance, In**

**P.O. Box 660926**

**Dallas**                              **TX      75266**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Date or dates debt was incurred          **2021-2023**

Last 4 digits of account number          __ __ __ __

Is the claim subject to offset?

☑ No
☐ Yes

**$83,064.52**

| Debtor | American Canning LLC | Case number (if known) | |
|---|---|---|---|

## Part 2: | Additional Page

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.99** Nonpriority creditor's name and mailing address

**Trusted Tech Team**

**5171 California Ave.**

**Suite 250**

**Irvine**          **CA    92617**

Date or dates debt was incurred          **various**

Last 4 digits of account number    __ __ __ __

Trusted Tech Team
5171 California Ave.
Suite 250
Irvine, CA  92617

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$2,514.13**

---

**3.100** Nonpriority creditor's name and mailing address

**Tweaker Energy Drink**

**13757 N. Stemmons Fwy.**

**Farmers Branch**          **TX    75234**

Date or dates debt was incurred          **various**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$7,650.00**

---

**3.101** Nonpriority creditor's name and mailing address

**Uinta Brewing Company**

**269 E 1200 S.**

**Bountiful**          **UT    84010**

Date or dates debt was incurred          **various**

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,560.00**

Debtor    **American Canning LLC**_____   Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          Amount of claim

| 3.102 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$5,627.92** |

**United Rentals**_____
**P.O. Box 840514**_____

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Dallas**_____ **TX**____ **75284-0514**____

**Basis for the claim:**
**Business Debt**_____

**Date or dates debt was incurred**    **various**_____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    __ __ __ __

---

| 3.103 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$19,016.61** |

**UPS**_____
**P.O. Box 650690**_____

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Dallas**_____ **TX**____ **75265**____

**Basis for the claim:**
**Business Debt**_____

**Date or dates debt was incurred**    **various**_____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    __ __ __ __

---

| 3.104 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$199.72** |

**Videojet Technologies, Inc.**_____
**12113 Collection Center Dr.**_____

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Chicago**_____ **IL**____ **60693**____

**Basis for the claim:**
**Business Debt**_____

**Date or dates debt was incurred**    **various**_____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    __ __ __ __

| Debtor | **American Canning LLC** | Case number (if known) | |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.105** Nonpriority creditor's name and mailing address

**Waste Management**

**P.O. Box 660345**

**Dallas**      **TX**    **75266-0345**

Date or dates debt was incurred    **various**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$4,471.38**

---

**3.106** Nonpriority creditor's name and mailing address

**Whalers Brewing Company**

**1174 Kingstown Road**

**South Kingstown**    **RI**    **02879**

Date or dates debt was incurred    **various**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$135.00**

---

**3.107** Nonpriority creditor's name and mailing address

**Wild Brewing Co.**

**601 7th Avenue**

**Altoona**    **PA**    **16602**

Date or dates debt was incurred    **various**

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

**$1,560.00**

---

Debtor    __American Canning LLC_____    Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.    Amount of claim

| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $1.00 |
|---|---|---|---|

__Wildpack Beverage_____

__4007 Commercial Center Dr.#700_____

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

__Austin_____ __TX____ __78744____

Date or dates debt was incurred    **various**

Last 4 digits of account number    __ __ __ __

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $3,656.00 |
|---|---|---|---|

__Young & Pratt, Inc._____

__12822 Old Kimbro Rd._____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

__Manor_____ __TX____ __78653-4519____

Date or dates debt was incurred    **various**

Last 4 digits of account number    __ __ __ __

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $3,132.00 |
|---|---|---|---|

__Zilker Brewing Company_____

__1701 E 6th St._____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

__Austin_____ __TX____ __78702____

Date or dates debt was incurred    **various**

Last 4 digits of account number    __ __ __ __

Basis for the claim:
**Business Debt**

Is the claim subject to offset?
☑ No
☐ Yes

Debtor    **American Canning LLC**                                    Case number (if known) _____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|---------------------------------------------------------------|

**5.**    Add the amounts of priority and nonpriority unsecured claims.

|     |                                  |     | **Total of claim amounts** |
|-----|----------------------------------|-----|----------------------------|
| 5a. | **Total claims from Part 1**     | 5a. | $0.00                      |
| 5b. | **Total claims from Part 2**     | 5b. + | $63,083,643.76           |
| 5c. | **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $63,083,643.76 |

**Fill in this information to identify the case:**

Debtor name __**American Canning LLC**__

United States Bankruptcy Court for the: __**WESTERN DISTRICT OF TEXAS**__

Case number _____ Chapter __**7**__
(if known)

☐ Check if this is an amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**                    State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | **Lease on (4) forklifts Contract to be REJECTED** | **Toyota Industries Commercial Finance, In** |
|---|---|---|---|
| | | | **P.O. Box 660926** |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Dallas**          **TX**     **75266** |

**Fill in this information to identify the case:**

Debtor name    **American Canning LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries
consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the
   schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is
   owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor
   separately in Column 2.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |

**Fill in this information to identify the case:**

Debtor Name  **American Canning LLC**

United States Bankruptcy Court for the:  **WESTERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

**Part 1:    Summary of Assets**

1.  *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

    1a.  **Real property:**
         Copy line 88 from Schedule A/B............................................................. | **$0.00**

    1b.  **Total personal property:**
         Copy line 91A from Schedule A/B............................................................ | **$687,379.19**

    1c.  **Total of all property:**
         Copy line 92 from Schedule A/B............................................................ | **$687,379.19**

**Part 2:    Summary of Liabilities**

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D...................................... | **$0.00**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a.  **Total claim amounts of priority unsecured claims:**
         Copy the total claims from Part 1 from line 5a of Schedule E/F............................................ | **$0.00**

    3b.  **Total amount of claims of nonpriority amount of unsecured claims:**
         Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F.............................. | **+  $63,083,643.76**

4.  **Total liabilities**
    Lines 2 + 3a + 3b................................................................................................. | **$63,083,643.76**

**Fill in this information to identify the case and this filing:**

Debtor Name  **American Canning LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known)

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents.  This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **12/31/2024**
    MM / DD / YYYY

**X** **/s/ David Racino**
Signature of individual signing on behalf of debtor

**David Racino**
Printed name

**Manager**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **American Canning LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any
additional pages, write the debtor's name and case number (if known).

---

### Part 1:   Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply. | Gross revenue<br>(before deductions<br>and exclusions |
|---|---|---|---|---|
| From the beginning of the fiscal year to filing date | From **01/01/2024** <br>MM / DD / YYYY | to   Filing date | ☑ Operating a business<br>☐ Other _____ | **$16,905,178.00** |
| For prior year: | From **01/01/2023** <br>MM / DD / YYYY | to **12/31/2023** <br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | **$17,439,122.00** |
| For the year before that: | From **01/01/2022** <br>MM / DD / YYYY | to **12/31/2022** <br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | **$21,611,009.00** |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | | Description of sources of revenue | Gross revenue<br>from each source<br>(before deductions<br>and exclusions |
|---|---|---|---|---|
| From the beginning of the fiscal year to filing date | From **01/01/2024** <br>MM / DD / YYYY | to   Filing date | **Sales of Debtors assets during wind d** | **$2,168,978.00** |
| For prior year: | From **01/01/2023** <br>MM / DD / YYYY | to **12/31/2023** <br>MM / DD / YYYY | _____ | _____ |
| For the year before that: | From **01/01/2022** <br>MM / DD / YYYY | to **12/31/2022** <br>MM / DD / YYYY | _____ | _____ |

---

| Debtor | American Canning LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

## Part 2:  List Certain Transfers Made Before Filing for Bankruptcy

**3.  Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575.  (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Dwyer Murphy Calvert, LLP** | | **$8,829.09** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | Creditor's name | | | |
| | Street | | | |
| | City   State   ZIP Code | | | |
| 3.2. | **BVWD, LLP** | | **$9,712.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | Creditor's name | | | |
| | Street | | | |
| | City   State   ZIP Code | | | |
| 3.3. | **UPS** | | **$9,737.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | Creditor's name | | | |
| | Street | | | |
| | City   State   ZIP Code | | | |
| 3.4. | **Principal Life Insurance** | | **$10,512.47** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | Creditor's name | | | |
| | Street | | | |
| | City   State   ZIP Code | | | |
| 3.5. | **Toyota Industries Commercial Finance, In** | | **$12,288.26** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  **Lease payments** |
| | Creditor's name | | | |
| | **P.O. Box 660926** | | | |
| | Street | | | |
| | **Dallas**   **TX**   **75266** | | | |
| | City   State   ZIP Code | | | |
| 3.6. | **Complete TransPack Solutions, LLC** | | **$12,917.05** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other _____ |
| | Creditor's name | | | |
| | Street | | | |
| | City   State   ZIP Code | | | |

| Debtor | **American Canning LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

**Creditor's name and address**  **Dates**  **Total amount or value**  **Reasons for payment or transfer**
*Check all that apply*

3.7. **Sunil Surana**     $14,415.00
Creditor's name

Street

City    State   ZIP Code

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☑ Services
- ☑ Other **Accounting wind up**

---

**Creditor's name and address**  **Dates**  **Total amount or value**  **Reasons for payment or transfer**
*Check all that apply*

3.8. **Ramp**     $25,444.14
Creditor's name

Street

City    State   ZIP Code

- ☐ Secured debt
- ☑ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☐ Other

---

**Creditor's name and address**  **Dates**  **Total amount or value**  **Reasons for payment or transfer**
*Check all that apply*

3.9. **City of Austin - Utilities**     $40,448.57
Creditor's name

Street

City    State   ZIP Code

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☑ Services
- ☐ Other

---

**Creditor's name and address**  **Dates**  **Total amount or value**  **Reasons for payment or transfer**
*Check all that apply*

3.10. **Guideline**
Creditor's name

Street

City    State   ZIP Code

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other **401(k) contributions**

---

**Creditor's name and address**  **Dates**  **Total amount or value**  **Reasons for payment or transfer**
*Check all that apply*

3.11. **UnitedHealthcare**     $75,328.24
Creditor's name

Street

City    State   ZIP Code

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☑ Services
- ☑ Other **Health insurance for er**

---

**Creditor's name and address**  **Dates**  **Total amount or value**  **Reasons for payment or transfer**
*Check all that apply*

3.12. **Park 183 Phase 3, LLC**     $240,410.00
Creditor's name

Street

City    State   ZIP Code

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☑ Other **Rent - liquidated CD se**

---

**Creditor's name and address**  **Dates**  **Total amount or value**  **Reasons for payment or transfer**
*Check all that apply*

3.13. **Ball Corporation**     $128,069.00
Creditor's name
**9300 W. 108th CircleBroomfield, CO  8**
Street

**Broomfield**    **CO**   **80021**
City    State   ZIP Code

- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☑ Services
- ☑ Other **Shipping of last orders**

---

Debtor  **American Canning LLC**

Name  _____  Case number (if known) _____

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|

3.14.  **Plains Capital**                                    **$371,917.20**

Creditor's name

Street

City              State    ZIP Code

Reasons for payment or transfer
*Check all that apply*
- ☑ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☐ Services
- ☐ Other  _____

3.15.  **GlobalTranz**                                       **$125,979.00**

Creditor's name

Street

City              State    ZIP Code

Reasons for payment or transfer
*Check all that apply*
- ☐ Secured debt
- ☐ Unsecured loan repayments
- ☐ Suppliers or vendors
- ☑ Services
- ☑ Other  **Shipping**

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575.  (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor.  11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|

4.1.  **Ian Willis**

Insider's name
**P.O. BOX 5664**
Street

**Snowmass Village    CO    81615**
City              State    ZIP Code

Relationship to debtor
**Shareholder**

Dates:
**12/29/2023**
**1/2/2024**
**1/29/2024**
**3/4/3034**
**3/29/2024**
**4/29/2024**
**5/31/2024**
**6/28/2024**
**7/26/2024**
**8/30/2024**

Total amount or value  **$123,500.00**

Reasons for payment or transfer  **Repayment of loan to company**

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|

4.2.  **The Estate of David P. Willis, Jr.**

Insider's name
**c/o Brian Willis**
Street
**175 Pratts Dam Road**

**Coatesville    PA    19320**
City              State    ZIP Code

Relationship to debtor
**Shareholder at time of death (May? 2023)**

Dates:
**1/29/2024**
**2/29/2024**
**3/29/2024**
**4/29/2024**
**5/29/2024**
**6/28/2024**
**7/26/2024**
**8/30/2024**

Total amount or value  **$173,698.72**

Reasons for payment or transfer  **Repayment of loan(s) to Debtor.**

| Debtor | **American Canning LLC** | Case number (if known) | _____ |
|---|---|---|---|
| | Name | | |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.  Do not include property listed in line 6.

☐ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | **Toyo Seikan Co., LTD** | **To the best of Debtors knowledge, all** | **12/3/2024** | **$15,000,000.00** |
| | Creditor's name | **equipment used to make the** | | |
| | **2-18-1 Higashi Gotanda** | **aluminun cans which Debtor sold as** | | |
| | Street | **a part of its business. Debtor has** | | |
| | **Shinagawa-Ku** | **requested an inventory and** | | |
| | | **accounting from this sale by Toyo** | | |
| | **Tokyo, Japan**          **141-9640** | **Sieken, but has not been provided** | | |
| | City          State     ZIP Code | **with this information yet.** | | |
| | | | | |
| | | **Equipment under the name of** | | |
| | | **AMCAN MFG LLC, the wholly owned** | | |
| | | **subsidiary.** | | |
| | | | | |
| | | **Value of assets sold is estimated** | | |
| | | **based on the best guess of Debtor.** | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

## Part 3:   Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☑ None

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

## Part 4:   Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

Debtor    **American Canning LLC**                                    Case number (if known) _____
       Name

## Part 5:    Certain Losses

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

## Part 6:    Certain Payments or Transfers

**11.  Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Douglas J. Powell, P.C.** | | **12/16/2024** | **$25,338.00** |
| | **Address** | | | |
| | **P. O. Box 340686** | | | |
| | Street | | | |
| | | | | |
| | **Lakeway**       **TX**    **78734** | | | |
| | City          State    ZIP Code | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |
| | | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | **Dwyer Murphy Calvert** | **Over the last year to year and a half.** | | **$158,725.00** |
| | **Address** | | | |
| | | | | |
| | Street | | | |
| | | | | |
| | City          State    ZIP Code | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |
| | | | | |

Debtor     **American Canning LLC**                                              Case number (if known) _____
           Name

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.3. | **Holland Knight** | **Over the last year** | | **$130,000.00** |

Address

_____
Street

_____

_____
City                    State    ZIP Code

Email or website address

_____

Who made the payment, if not debtor?

_____

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.4. | **Gordian Group** | **Investment advisor** | | **$125,000.00** |

Address

_____
Street

_____

_____
City                    State    ZIP Code

Email or website address

_____

Who made the payment, if not debtor?

_____

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.5. | **Westlake Securites** | **Investment advisors** | | **$117,000.00** |

Address

_____
Street

_____

_____
City                    State    ZIP Code

Email or website address

_____

Who made the payment, if not debtor?

_____

| Debtor | American Canning LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

**13. Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

☐ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Various businesses and individuals** | **As it became clear that the business could not go forward, Debtor began liquidating its assets.** | | |
| | **Address** | | | |
| | Street | **Exhbit "C" has been attached to this Statement of Financial Affairs detailing the numerous sales made by the Debtor leading up to this bankrtupcy proceeding.** | | |
| | City          State     ZIP Code | | | |
| | **Relationship to debtor** | **Further information is available upon request.** | | |

---

## Part 7:    Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | | | Dates of occupancy | | | |
|---|---|---|---|---|---|---|---|
| 14.1. | **8219 Burleson Road. Suite 300** | | | From | **mid-2019** | To | **2-2022** |
| | Street | | | | | | |
| | **Austin** | **TX** | **78744** | | | | |
| | City | State | ZIP Code | | | | |

Debtor    **American Canning LLC**                                      Case number (if known) _____
     Name

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

- diagnosing or treating injury, deformity, or disease, or

- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes.  State the nature of the information collected and retained _____

    Does the debtor have a privacy policy about that information?
    ☐ No.
    ☐ Yes.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No.  Go to Part 10.
☑ Yes.  Does the debtor serve as plan administrator?
    ☑ No.  Go to Part 10.
    ☐ Yes.  Fill in below:

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case.  Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

Debtor __**American Canning LLC**_____     Case number (if known) _____
         Name

## Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

**21.  Property held for another**

List any property that the debtor holds or controls that another entity owns.  Include any property borrowed from, being stored for, or held in trust.  Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **Ball Corporation**<br>Name<br><br>**9300 W. 108th CircleBroomfield, CO  8**<br>Street<br><br>_____<br><br>**Broomfield       CO    80021**<br>City                State    ZIP Code | **Debtor's former leasehold** | **PKG-PALLET-BALL-CIRCULAR**<br>**688$70.00 ea.**<br>**$48,160.00**<br><br>**PKG-TOPFRM-BALL-CIRCULAR834**<br>**$32.00 ea.**<br>**$26,688.00**<br><br>**PKG-CANTIER-BALL-CIRCULAR14,927**<br>**$3.00 ea.**<br>**$44,781.00**<br><br>**PKG-ENDPALLET-BALL-CIRCULAR90**<br>**$145.00 ea.**<br>**$13,050.00** | **$132,679.00** |

Debtor　**American Canning LLC**　　　　　　　　　　　Case number (if known) _____
　　　　Name

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless or the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

☑ No
☐ Yes.  Provide details below.

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes.  Provide details below.

**24. Has the debtor notified any govermental unit of any release of hazardous material?**

☑ No
☐ Yes.  Provide details below.

## Part 13: Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.  Include this information even if already listed in the Schedules.

☐ None

|  | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | **AMCAN MFG, LLC**<br>Name | **Aluminum beverage can mfg** | EIN: **8  7 – 3  5  6  1  7  8  2** |
|  | Street |  | **Dates business existed** |
|  | City　　　　State　ZIP Code |  | **From** _____ **To** _____ |

**26. Books, records, and financial statements**

26a.　List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

|  | Name and address | Dates of service |
|---|---|---|
| 26a.1. | **BVWD, LLP**<br>Name<br>**8117 Preston Road**<br>Street | **From  2021  To  Present** |
|  | **Dallas**　　　　　　**TX**　**75225**<br>City　　　　　　　State　　ZIP Code |  |

| Debtor | **American Canning LLC** | Case number (if known) | |
|--------|--------------------------|------------------------|--|
| | Name | | |

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

26d.1.  **PlainsCapital Bank**
_____
Name

_____
Street

_____

_____
City                              State        ZIP Code

**27.  Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No.

☐ Yes.  Give the details about the two most recent inventories.

**28.  List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| David Racino | 10900 Catthorn Cove<br>Austin, TX 78759 | Manager /CEO | 22.5% |
| Michael Daniel | 5100 Grover Ave<br>Austin, TX 78756 | Manager / COO | 22.5% |

**29.  Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes.  Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|----------------------------------------------------|

Debtor　**American Canning LLC**　　　　　　　　　Case number (if known) _____
　　　　　　Name

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.1.　**See answer to Question 4**
　　　　Name

　　　　Street

　　　　City　　　　　State　ZIP Code

　　　　**Relationship to debtor**

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

---

**Part 14:　Signature and Declaration**

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **12/31/2024**
　　　　　MM / DD / YYYY

X **/s/ David Racino**　　　　　　　　　　　　Printed name **David Racino**
　Signature of individual signing on behalf of the debtor

　Position or relationship to debtor **Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No
☐ Yes

# Exhibit "C"

**American Canning LLC**
**Holding Company : American Canning LLC**
**Sales by Item Detail**
**September 1, 2024 - December 31, 2024**

| Item | Type | Date | Document Number | Description | Serial Numbers | Qty. Sold | Sales Price | Revenue | Customer |
|---|---|---|---|---|---|---|---|---|---|
| Austin Beerworks - Blood Work Orange (aTULC) - 16L | Invoice | 9/6/2024 | INV49584 | Austin Beerworks - Blood Work Orange (aTULC) | CAN20240509 | 12,448.00 | $0.12 | $1,493.76 | C01083 Austin Beerworks |
| Austin Beerworks - Blood Work Orange (aTULC) - 16L | Invoice | 9/20/2024 | INV49972 | Austin Beerworks - Blood Work Orange (aTULC) | CAN20240509 | 43,568.00 | $0.12 | $5,228.16 | C01083 Austin Beerworks |
| Austin Beerworks - Blood Work Orange (aTULC) - 16L | Invoice | 9/26/2024 | INV50302 | Austin Beerworks - Blood Work Orange (aTULC) | CAN20240509 | 56,016.00 | $0.06 | $3,360.96 | C01083 Austin Beerworks |
| Austin Beerworks - Flavor Country (Ball) | Invoice | 9/12/2024 | INV49765 | Austin Beer Works - Flavor Country (Ball) | | 184,775.00 | $0.10 | $19,305.29 | C01083 Austin Beerworks |
| Austin Beerworks - Hop Water (aTULC) - 16L | Invoice | 9/20/2024 | INV49972 | Austin Beerworks - Hop Water (aTULC) | CAN20240417 | 31,120.00 | $0.12 | $3,734.40 | C01083 Austin Beerworks |
| Austin Beerworks - Hop Water (aTULC) - 16L | Invoice | 9/26/2024 | INV50302 | Austin Beerworks - Hop Water (aTULC) | CAN20240417 | 56,016.00 | $0.06 | $3,360.96 | C01083 Austin Beerworks |
| CAN-32OZ-CRW-BPANI-96PK | Invoice | 9/3/2024 | INV49507 | Can, 32oz Crowler Brite, 96 Pack | | 4.00 | $47.52 | $190.08 | C12051 Edward Liversidge |
| CAN-32OZ-CRW-BPANI-96PK | Invoice | 9/3/2024 | INV49517 | Can, 32oz Crowler Brite, 96 Pack | | 1.00 | $47.52 | $47.52 | C01746 Antietam Brewery |
| CAN-32OZ-CRW-BPANI-96PK | Invoice | 9/3/2024 | INV49523 | Can, 32oz Crowler Brite, 96 Pack | | 3.00 | $47.52 | $142.56 | C12053 CV Harris |
| CAN-32OZ-CRW-BPANI-96PK | Invoice | 9/4/2024 | INV49540 | Can, 32oz Crowler Brite, 96 Pack | | 4.00 | $47.52 | $190.08 | C09730 Zom Brew Works |
| CAN-32OZ-CRW-BPANI-96PK | Invoice | 9/4/2024 | INV49525 | Can, 32oz Crowler Brite, 96 Pack | | 4.00 | $46.86 | $186.87 | C11643 Other Lands |
| CAN-32OZ-CRW-BPANI-96PK | Invoice | 9/4/2024 | INV49534 | Can, 32oz Crowler Brite, 96 Pack | | 1.00 | $46.86 | $46.86 | C12063 Nathaniel Midberry |
| CAN-32OZ-CRW-BPANI-96PK | Invoice | 9/4/2024 | INV49531 | Can, 32oz Crowler Brite, 96 Pack | | 2.00 | $47.52 | $95.04 | C05675 stone's throw brewing |
| CAN-32OZ-CRW-BPANI-96PK | Invoice | 9/4/2024 | INV49555 | Can, 32oz Crowler Brite, 96 Pack | | 4.00 | $47.52 | $190.01 | C10984 Bullfrog Creek Brewing |
| CAN-32OZ-CRW-BPANI-96PK | Invoice | 9/5/2024 | INV49564 | Can, 32oz Crowler Brite, 96 Pack | | 1.00 | $46.86 | $46.86 | C03870 Troubled Waters Brewing |
| CAN-32OZ-CRW-BPANI-96PK | Invoice | 9/5/2024 | INV49573 | Can, 32oz Crowler Brite, 96 Pack | | 1.00 | $46.86 | $46.86 | C12065 Crazy Uncle Mike's |
| CAN-32OZ-CRW-BPANI-96PK | Invoice | 9/6/2024 | INV49629 | Can, 32oz Crowler Brite, 96 Pack | | 2.00 | $46.86 | $93.72 | C07983 Gilla Brewing Company |
| CAN-32OZ-CRW-BPANI-96PK | Invoice | 9/6/2024 | INV49596 | Can, 32oz Crowler Brite, 96 Pack | | 10.00 | $47.52 | $475.20 | C01300 Lazarus Brewing Co |
| CAN-32OZ-CRW-BPANI-96PK | Invoice | 9/6/2024 | INV49612 | Can, 32oz Crowler Brite, 96 Pack | | 1.00 | $46.86 | $46.86 | C03927 42 North Brewing Company |
| CAN-32OZ-CRW-BPANI-96PK | Invoice | 9/6/2024 | INV49584 | Can, 32oz Crowler Brite, 96 Pack | | 3.00 | $32.50 | $97.51 | C01083 Austin Beerworks |
| CAN-32OZ-CRW-BPANI-96PK | Invoice | 9/9/2024 | INV49646 | Can, 32oz Crowler Brite, 96 Pack | | 2.00 | $46.86 | $93.72 | C12093 Ironclad Brewery |
| CAN-32OZ-CRW-BPANI-96PK | Invoice | 9/9/2024 | INV49647 | Can, 32oz Crowler Brite, 96 Pack | | 3.00 | $46.86 | $140.58 | C10811 Crook Point Brewing Company |
| CAN-32OZ-CRW-BPANI-96PK | Invoice | 9/10/2024 | INV49682 | Can, 32oz Crowler Brite, 96 Pack | | 1.00 | $46.86 | $46.86 | C03806 Bluffview Growler |
| CAN-32OZ-CRW-BPANI-96PK | Invoice | 9/11/2024 | INV49713 | Can, 32oz Crowler Brite, 96 Pack | | 4.00 | $46.86 | $186.87 | C02873 Cloven Hoof Brewing Co. |
| CAN-32OZ-CRW-BPANI-96PK | Invoice | 9/11/2024 | INV49709 | Can, 32oz Crowler Brite, 96 Pack | | 3.00 | $46.86 | $140.58 | C01775 Hops Hill |
| CAN-32OZ-CRW-BPANI-96PK | Invoice | 9/12/2024 | INV49736 | Can, 32oz Crowler Brite, 96 Pack | | 12.00 | $46.86 | $562.29 | C03950 Ooga Brewing Company |
| CAN-32OZ-CRW-BPANI-96PK | Invoice | 9/12/2024 | INV49753 | Can, 32oz Crowler Brite, 96 Pack | | 2.00 | $46.86 | $93.26 | C12109 Brewed & Bottled, LLC |
| CAN-32OZ-CRW-BPANI-96PK | Invoice | 9/12/2024 | INV49750 | Can, 32oz Crowler Brite, 96 Pack | | 2.00 | $46.86 | $93.72 | C02973 StillFire Brewing |
| CAN-32OZ-CRW-BPANI-96PK | Invoice | 9/12/2024 | INV49728 | Can, 32oz Crowler Brite, 96 Pack | | 1.00 | $46.86 | $46.86 | C12103 Smoke Brewing Co |
| CAN-32OZ-CRW-BPANI-96PK | Invoice | 9/16/2024 | INV49792 | Can, 32oz Crowler Brite, 96 Pack | | 3.00 | $46.86 | $140.05 | C12126 Ken Beaujean |
| CAN-32OZ-CRW-BPANI-96PK | Invoice | 9/16/2024 | INV49789 | Can, 32oz Crowler Brite, 96 Pack | | 4.00 | $46.86 | $186.87 | C05527 Greg Speicher |
| CAN-32OZ-CRW-BPANI-96PK | Invoice | 9/16/2024 | INV49790 | Can, 32oz Crowler Brite, 96 Pack | | 1.00 | $46.86 | $46.86 | C05611 Big Thompson Brewery |
| CAN-32OZ-CRW-BPANI-96PK | Invoice | 9/17/2024 | INV49823 | Can, 32oz Crowler Brite, 96 Pack | | 1.00 | $46.86 | $46.86 | C01639 Central District Brewing |
| CAN-32OZ-CRW-BPANI-96PK | Invoice | 9/18/2024 | INV49853 | Can, 32oz Crowler Brite, 96 Pack | | 6.00 | $46.86 | $280.54 | C02683 Edgewise Eight Brewing |
| CAN-32OZ-CRW-BPANI-96PK | Invoice | 9/19/2024 | INV49904 | Can, 32oz Crowler Brite, 96 Pack | | 4.00 | $46.86 | $187.44 | C11212 Gravity Taproom |
| CAN-32OZ-CRW-BPANI-96PK | Invoice | 9/19/2024 | INV49915 | Can, 32oz Crowler Brite, 96 Pack | | 1.00 | $46.86 | $46.86 | C03042 Heavy Reel Brewing |
| CAN-32OZ-CRW-BPANI-96PK | Invoice | 9/19/2024 | INV49903 | Can, 32oz Crowler Brite, 96 Pack | | 4.00 | $46.86 | $187.44 | C02511 Jersey Girl Brewing |
| CAN-32OZ-CRW-BPANI-96PK | Invoice | 9/19/2024 | INV49956 | Can, 32oz Crowler Brite, 96 Pack | | 4.00 | $46.86 | $186.87 | C09940 Cody Craft Brewing |
| CAN-32OZ-CRW-BPANI-96PK | Invoice | 9/20/2024 | INV49963 | Can, 32oz Crowler Brite, 96 Pack | | 4.00 | $46.86 | $186.12 | C03806 Bluffview Growler |
| CAN-32OZ-CRW-BPANI-96PK | Invoice | 9/23/2024 | INV49991 | Can, 32oz Crowler Brite, 96 Pack | | 6.00 | $46.86 | $281.16 | C01367 Peoria Artisan Brewery |
| CAN-32OZ-CRW-BPANI-96PK | Invoice | 9/23/2024 | INV50021 | Can, 32oz Crowler Brite, 96 Pack | | 1.00 | $46.86 | $46.86 | C03504 Random Row Brewing Co. |
| CAN-32OZ-CRW-BPANI-96PK | Invoice | 9/23/2024 | INV50013 | Can, 32oz Crowler Brite, 96 Pack | | 3.00 | $46.86 | $140.58 | C03968 Dead Armadillo Craft Brewing |
| CAN-32OZ-CRW-BPANI-96PK | Invoice | 9/23/2024 | INV49996 | Can, 32oz Crowler Brite, 96 Pack | | 6.00 | $46.86 | $281.16 | C10617 Need Pizza |
| CAN-32OZ-CRW-BPANI-96PK | Invoice | 9/25/2024 | INV50105 | Can, 32oz Crowler Brite, 96 Pack | | 3.00 | $44.00 | $132.00 | C02725 Suncreek Brewery |
| CAN-32OZ-CRW-BPANI-96PK | Invoice | 9/25/2024 | INV50120 | Can, 32oz Crowler Brite, 96 Pack | | 1.00 | $44.00 | $44.00 | C02280 Rally Cap Brewing Company |
| CAN-32OZ-CRW-BPANI-96PK | Invoice | 9/25/2024 | INV50125 | Can, 32oz Crowler Brite, 96 Pack | | 1.00 | $44.00 | $41.05 | C11674 Erin Patterson |
| CAN-32OZ-CRW-BPANI-96PK | Invoice | 9/25/2024 | INV50107 | Can, 32oz Crowler Brite, 96 Pack | | 3.00 | $44.00 | $132.00 | C09560 Wicked Rain |
| CAN-32OZ-CRW-BPANI-96PK | Invoice | 9/25/2024 | INV50116 | Can, 32oz Crowler Brite, 96 Pack | | 4.00 | $44.00 | $138.28 | C10236 Crafted & Cured |
| CAN-32OZ-CRW-BPANI-96PK | Invoice | 9/25/2024 | INV50083 | Can, 32oz Crowler Brite, 96 Pack | | 2.00 | $46.86 | $93.72 | C01607 Nomadic Beerworks |
| CAN-32OZ-CRW-BPANI-96PK | Invoice | 9/25/2024 | INV50128 | Can, 32oz Crowler Brite, 96 Pack | | 3.00 | $44.00 | $132.00 | C02451 Intuition Ale Works |
| CAN-32OZ-CRW-BPANI-96PK | Invoice | 9/25/2024 | INV50129 | Can, 32oz Crowler Brite, 96 Pack | | 5.00 | $44.00 | $220.00 | C07909 Armored Cow Brewing |
| CAN-32OZ-CRW-BPANI-96PK | Invoice | 9/25/2024 | INV50119 | Can, 32oz Crowler Brite, 96 Pack | | 6.00 | $44.00 | $207.42 | C01775 Hops Hill |
| CAN-32OZ-CRW-BPANI-96PK | Invoice | 9/25/2024 | INV50117 | Can, 32oz Crowler Brite, 96 Pack | | 4.00 | $44.00 | $138.28 | C10070 Cooper House Project |
| CAN-32OZ-CRW-BPANI-96PK | Invoice | 9/26/2024 | INV50176 | Can, 32oz Crowler Brite, 96 Pack | | 2.00 | $44.00 | $88.00 | C09591 Shady Grove Cider Co. LLC |
| CAN-32OZ-CRW-BPANI-96PK | Invoice | 9/26/2024 | INV50183 | Can, 32oz Crowler Brite, 96 Pack | | 4.00 | $46.86 | $187.44 | C10491 Rueggenbach Brewing Co LLC |
| CAN-32OZ-CRW-BPANI-96PK | Invoice | 9/26/2024 | INV50177 | Can, 32oz Crowler Brite, 96 Pack | | 2.00 | $44.00 | $88.00 | C07983 Gilla Brewing Company |
| CAN-32OZ-CRW-BPANI-96PK | Invoice | 9/27/2024 | INV50213 | Can, 32oz Crowler Brite, 96 Pack | | 3.00 | $44.00 | $132.00 | C10592 The Hop Doctor, LLC |
| CAN-32OZ-CRW-BPANI-96PK | Invoice | 9/27/2024 | INV50224 | Can, 32oz Crowler Brite, 96 Pack | | 6.00 | $44.00 | $264.00 | C03089 Whipsaw Brewing |
| CAN-32OZ-CRW-BPANI-96PK | Invoice | 9/30/2024 | INV50322 | Can, 32oz Crowler Brite, 96 Pack | | 3.00 | $44.00 | $102.00 | C01094 Saints and Sinners Brewing Company LLC |
| CAN-32OZ-CRW-BPANI-96PK | Invoice | 9/30/2024 | INV50331 | Can, 32oz Crowler Brite, 96 Pack | | 4.00 | $34.00 | $136.00 | C08143 Backswing Brewing Co. |
| CAN-32OZ-CRW-BPANI-96PK | Invoice | 10/2/2024 | INV50372 | Can, 32oz Crowler Brite, 96 Pack | | 5.00 | $34.00 | $170.00 | C03806 Bluffview Growler |
| CAN-32OZ-CRW-BPANI-96PK | Invoice | 10/2/2024 | INV50412 | Can, 32oz Crowler Brite, 96 Pack | | 1.00 | $34.00 | $34.00 | C05234 Threefold Cafe |
| CAN-32OZ-CRW-BPANI-96PK | Invoice | 10/2/2024 | INV50402 | Can, 32oz Crowler Brite, 96 Pack | | 2.00 | $34.00 | $68.00 | C01854 Insurgent Brewing Co. |
| CAN-32OZ-CRW-BPANI-96PK | Invoice | 10/2/2024 | INV50365 | Can, 32oz Crowler Brite, 96 Pack | | 2.00 | $34.00 | $68.00 | C12220 Great Heights Brewing Company |
| CAN-32OZ-CRW-BPANI-96PK | Invoice | 10/2/2024 | INV50363 | Can, 32oz Crowler Brite, 96 Pack | | 4.00 | $34.00 | $136.00 | C05527 Greg Speicher |
| CAN-32OZ-CRW-BPANI-96PK | Invoice | 10/2/2024 | INV50359 | Can, 32oz Crowler Brite, 96 Pack | | 3.00 | $34.00 | $102.00 | C04497 Second Salem Brewing Co |
| CAN-32OZ-CRW-BPANI-96PK | Invoice | 10/2/2024 | INV50352 | Can, 32oz Crowler Brite, 96 Pack | | 4.00 | $34.00 | $136.00 | C10914 The Open Bottle |
| CAN-32OZ-CRW-BPANI-96PK | Invoice | 10/2/2024 | INV50399 | Can, 32oz Crowler Brite, 96 Pack | | 12.00 | $34.00 | $408.00 | C01136 Bluebonnet Beer Company |
| CAN-32OZ-CRW-BPANI-96PK | Invoice | 10/3/2024 | INV50434 | Can, 32oz Crowler Brite, 96 Pack | | 3.00 | $34.00 | $109.47 | C12191 WhichCraft |
| CAN-32OZ-CRW-BPANI-96PK | Invoice | 10/3/2024 | INV50432 | Can, 32oz Crowler Brite, 96 Pack | | 4.00 | $34.00 | $136.00 | C12226 Vista Brewing |
| CAN-750ML-CRW-BPANI-96PK | Invoice | 9/3/2024 | INV49504 | Can, 750ml Crowler Brite, 96 Pack | | 2.00 | $44.88 | $89.76 | C01325 Megaton Brewery |
| CAN-750ML-CRW-BPANI-96PK | Invoice | 9/12/2024 | INV49746 | Can, 750ml Crowler Brite, 96 Pack | | 3.00 | $44.33 | $132.99 | C01298 Last Stand Brewing Company |
| CAN-750ML-CRW-BPANI-96PK | Invoice | 9/12/2024 | INV49743 | Can, 750ml Crowler Brite, 96 Pack | | 2.00 | $44.33 | $88.66 | C10897 Crooked Ewe Brewery |

**American Canning LLC**
**Holding Company : American Canning LLC**
**Sales by Item Detail**
**September 1, 2024 - December 31, 2024**

| Item | Type | Date | Document Number | Description | Serial Numbers | Qty. Sold | Sales Price | Revenue | Customer |
|---|---|---|---|---|---|---|---|---|---|
| CAN-750ML-CRW-BPANI-96PK | Invoice | 9/23/2024 | INV49995 | Can, 750ml Crowler Brite, 96 Pack | | 6.00 | $44.33 | $265.98 | C10856 Local Pint |
| CAN-750ML-CRW-BPANI-96PK | Invoice | 9/23/2024 | INV50034 | Can, 750ml Crowler Brite, 96 Pack | | 4.00 | $44.33 | $176.76 | C01325 Megaton Brewery |
| CAN-750ML-CRW-BPANI-96PK | Invoice | 9/25/2024 | INV50115 | Can, 750ml Crowler Brite, 96 Pack | | 4.00 | $44.33 | $177.32 | C02865 Elkton Brewing Company |
| CAN-750ML-CRW-BPANI-96PK | Invoice | 9/26/2024 | INV50192 | Can, 750ml Crowler Brite, 96 Pack | | 10.00 | $44.33 | $320.00 | C12197 Anna Borland |
| CAN-750ML-CRW-BPANI-96PK | Invoice | 9/26/2024 | INV50182 | Can, 750ml Crowler Brite, 96 Pack | | 2.00 | $44.33 | $88.66 | C01647 GretchenBrew LLC DBA Little Dog Brewing Co |
| CAN-750ML-CRW-BPANI-96PK | Invoice | 9/27/2024 | INV50269 | Can, 750ml Crowler Brite, 96 Pack | | 4.00 | $44.33 | $177.32 | C02754 Southern Roots Brewing |
| CAN-750ML-CRW-BPANI-96PK | Invoice | 9/27/2024 | INV50270 | Can, 750ml Crowler Brite, 96 Pack | | 2.00 | $44.33 | $88.21 | C01382 Real Ale Brewing Company |
| CAN-750ML-CRW-BPANI-96PK | Invoice | 9/30/2024 | INV50313 | Can, 750ml Crowler Brite, 96 Pack | | 6.00 | $32.00 | $192.00 | C12213 Dustin Evans |
| CAN-750ML-CRW-BPANI-96PK | Invoice | 10/4/2024 | INV50458 | Can, 750ml Crowler Brite, 96 Pack | | 12.00 | $44.33 | $531.96 | C11230 Prost Alehouse |
| CAN-EA-12OZ-STD-ATULC-BLACKGLOSSY-21L | Invoice | 10/11/2024 | INV50465 | Single Can, 12oz, Standard Glossy Black, aTULC | | 44,735.00 | $0.10 | $4,473.50 | C11946 Can-One |
| CAN-EA-12OZ-STD-ATULC-BLACKMATTE-21L | Invoice | 10/11/2024 | INV50465 | Single Can, 12oz, Standard Matte Black, aTULC | | 4,170.00 | $0.10 | $417.00 | C11946 Can-One |
| CAN-EA-12OZ-STD-ATULC-BRITE-21L | Invoice | 9/27/2024 | INV50297 | Can, 12oz, Standard Brite, aTULC | | 29,561.00 | $0.15 | $4,434.15 | C11021 DWS Printing Associates |
| CAN-EA-12OZ-STD-ATULC-BRITENOWAX-21L | Invoice | 9/27/2024 | INV50297 | Can, 12oz, Standard Brite, aTULC NO WAX | | 55,238.00 | $0.15 | $8,285.70 | C11021 DWS Printing Associates |
| CAN-EA-12OZ-STD-ATULC-GOLDGLOSSY-21L | Invoice | 9/30/2024 | INV50298 | Single Can, 12oz, Standard Glossy Gold, aTULC | | 163,223.00 | $0.10 | $16,322.30 | C09320 1220 Spirits |
| CAN-EA-12OZ-STD-ATULC-WHITEGLOSSY-18L | Invoice | 9/6/2024 | INV49585 | Single Can, 12oz Standard Full White, aTULC 18L sold in eaches | | 35,010.00 | $0.16 | $5,601.60 | C10584 Creek Leaf Wellness dba Easy Hemp Co. |
| CAN-EA-12OZ-STD-ATULC-WHITEGLOSSY-18L | Invoice | 10/2/2024 | INV50414 | Can, 12oz, Standard Full White, aTULC 18L sold in eaches | | 147,042.00 | $0.12 | $17,645.04 | C10584 Creek Leaf Wellness dba Easy Hemp Co. |
| CAN-EA-12OZ-STD-ATULC-WHITEGLOSSY-21L | Invoice | 9/13/2024 | INV49772 | Can, 12oz, Standard Full White, aTULC | | 480.00 | $0.19 | $91.20 | C04292 Alamo Beer Company, LLC |
| CAN-EA-16OZ-STD-ATULC-BLACKMATTE-16L | Invoice | 10/11/2024 | INV50465 | Single Can, 16oz, Standard Matte Black, aTULC | | 2,334.00 | $0.10 | $233.40 | C11946 Can-One |
| CAN-EA-16OZ-STD-ATULC-BRITE-16L | Invoice | 10/11/2024 | INV50465 | Single Can, 16oz, Standard Brite, aTULC, No Over Varnish | | 149,376.00 | $0.10 | $14,937.60 | C11946 Can-One |
| CAN-EA-16OZ-STD-ATULC-BRITE-16L | Invoice | 10/15/2024 | INV50475 | Single Can, 16oz, Standard Brite, aTULC, No Over Varnish | | 37,344.00 | $0.04 | $1,493.76 | C01514 Belching Beaver Brewery |
| CAN-PLT-12OZ-STD-ATULC-BLACKMATTE-10L | Invoice | 9/4/2024 | INV49554 | Pallet of 12oz Standard aTULC Matte Black Cans 10 layers, 3890 cans/pallet On One-Way Dunnage with wrap, corner boards and sides | | 1.00 | $739.10 | $739.10 | C11194 Moon Flower |
| CAN-PLT-12OZ-STD-ATULC-BLACKMATTE-10L | Invoice | 9/4/2024 | INV49558 | Pallet of 12oz Standard aTULC Matte Black Cans 10 layers, 3890 cans/pallet On One-Way Dunnage with wrap, corner boards, and sides | | 1.00 | $739.10 | $739.10 | C11118 Green Ape Coffee Roasters |
| CAN-PLT-12OZ-STD-ATULC-BLACKMATTE-10L | Invoice | 9/23/2024 | INV50019 | Pallet of 12oz Standard aTULC Matte Black Cans 10 layers, 3890 cans/pallet On One-Way Dunnage with wrap, corner boards, and sides | | 2.00 | $739.10 | $1,478.20 | C04979 Precarious Beer Project |
| CAN-PLT-12OZ-STD-ATULC-BLACKMATTE-10L | Invoice | 9/25/2024 | INV50049 | Pallet of 12oz Standard aTULC Matte Black Cans 10 layers, 3890 cans/pallet On One-Way Dunnage with wrap, corner boards, and sides | | 1.00 | $544.69 | $544.69 | C09587 Towerhouse Farm Brewery |
| CAN-PLT-12OZ-STD-ATULC-BLACKMATTE-10L | Invoice | 9/25/2024 | INV50077 | Pallet of 12oz Standard aTULC Matte Black Cans 10 layers, 3890 cans/pallet On One-Way Dunnage with wrap, corner boards, and sides | | 1.00 | $544.69 | $544.34 | C11194 Moon Flower |
| CAN-PLT-12OZ-STD-ATULC-BLACKMATTE-18L | Invoice | 9/20/2024 | INV49961 | Pallet of 12oz Standard aTULC Black Matte Cans 18 layers, 7002 cans/pallet On One-Way Dunnage with wrap, corner boards, and sides | | 3.00 | $1,330.38 | $3,991.14 | C11203 JACKIE OS PUB & BREWERY |
| CAN-PLT-12OZ-STD-ATULC-BRITE-10L | Invoice | 9/9/2024 | INV49654 | Pallet of 12oz Standard aTULC Brites 10 layers, 3890 cans/pallet On One-Way Dunnage with wrap, corner boards, and sides | | 2.00 | $739.10 | $1,478.20 | C10431 Clean Cannabis Company |
| CAN-PLT-12OZ-STD-ATULC-BRITE-10L | Invoice | 9/9/2024 | INV49662 | Pallet of 12oz Standard aTULC Brites 10 layers, 3890 cans/pallet On One-Way Dunnage with wrap, corner boards, and sides | | 1.00 | $739.10 | $739.10 | C01326 Meridian Hive Meadery |
| CAN-PLT-12OZ-STD-ATULC-BRITE-10L | Invoice | 9/9/2024 | INV49659 | Pallet of 12oz Standard aTULC Brites 10 layers, 3890 cans/pallet On One-Way Dunnage with wrap, corner boards, and sides | | 1.00 | $739.10 | $739.10 | C01183 Community Beer Co. |
| CAN-PLT-12OZ-STD-ATULC-BRITE-10L | Invoice | 9/17/2024 | INV49828 | Pallet of 12oz Standard aTULC Brites 10 layers, 3890 cans/pallet On One-Way Dunnage with wrap, corner boards, and sides | | 1.00 | $739.10 | $739.10 | C11469 Voyager Cider |
| CAN-PLT-12OZ-STD-ATULC-BRITE-10L | Invoice | 9/18/2024 | INV49864 | Pallet of 12oz Standard aTULC Brites 10 layers, 3890 cans/pallet On One-Way Dunnage with wrap, corner boards, and sides | | 4.00 | $739.10 | $2,956.40 | C08263 The Brewery at Tirrito Farm |
| CAN-PLT-12OZ-STD-ATULC-BRITE-10L | Invoice | 9/27/2024 | INV50297 | Pallet of 12oz Standard aTULC Brites 10 layers, 3890 cans/pallet On One-Way Dunnage with wrap, corner boards, and sides | | 7.00 | $583.50 | $4,084.50 | C11021 DWS Printing Associates |
| CAN-PLT-12OZ-STD-ATULC-BRITE-18L | Invoice | 9/9/2024 | INV49662 | Pallet of 12oz Standard aTULC Brites 18 layers, 7002 cans/pallet On One-Way Dunnage with wrap, corner boards, and sides | | 3.00 | $1,330.38 | $3,991.14 | C01326 Meridian Hive Meadery |
| CAN-PLT-12OZ-STD-ATULC-BRITE-18L | Invoice | 9/18/2024 | INV50460 | Pallet of 12oz Standard aTULC Brites 18 layers, 7002 cans/pallet On One-Way Dunnage with wrap, corner boards, and sides | | 2.00 | $1,330.38 | $2,655.48 | C06815 Mean Mule Distillery Co |
| CAN-PLT-12OZ-STD-ATULC-BRITE-18L | Invoice | 9/27/2024 | INV50297 | Pallet of 12oz Standard aTULC Brites 18 layers, 7002 cans/pallet On One-Way Dunnage with wrap, corner boards, and sides | | 3.00 | $1,050.38 | $3,150.90 | C11021 DWS Printing Associates |
| CAN-PLT-12OZ-STD-ATULC-GOLDGLOSSY-10L | Invoice | 9/4/2024 | INV49560 | Pallet of 12oz Standard aTULC Gold Glossy Cans 10 layers, 3890 cans/pallet On One-Way Dunnage with wrap, corner boards, and sides | | 4.00 | $739.10 | $2,956.40 | C07749 Palate Pack |
| CAN-PLT-12OZ-STD-ATULC-GOLDGLOSSY-10L | Invoice | 9/20/2024 | INV49960 | Pallet of 12oz Standard aTULC Gold Glossy Cans 10 layers, 3890 cans/pallet On One-Way Dunnage with wrap, corner boards, and sides | | 1.00 | $739.10 | $739.10 | C08734 Wild State Ciders |
| CAN-PLT-12OZ-STD-ATULC-GOLDGLOSSY-10L | Invoice | 9/23/2024 | INV50017 | Pallet of 12oz Standard aTULC Gold Glossy Cans 10 layers, 3890 cans/pallet On One-Way Dunnage with wrap, corner boards, and sides | | 1.00 | $739.10 | $739.01 | C09379 Lawless Brewing Company |
| CAN-PLT-12OZ-STD-ATULC-GOLDGLOSSY-10L | Invoice | 9/26/2024 | INV50173 | Pallet of 12oz Standard aTULC Gold Glossy Cans 10 layers, 3890 cans/pallet On One-Way Dunnage with wrap, corner boards, and sides | | 1.00 | $544.60 | $542.14 | C01133 Black Star Co-op |
| CAN-PLT-12OZ-STD-ATULC-GOLDGLOSSY-10L | Invoice | 9/27/2024 | INV50264 | Pallet of 12oz Standard aTULC Gold Glossy Cans 10 layers, 3890 cans/pallet On One-Way Dunnage with wrap, corner boards, and sides | | 10.00 | $544.60 | $5,446.00 | C10566 Restoration Cider Co |

**American Canning LLC**
**Holding Company : American Canning LLC**
**Sales by Item Detail**
**September 1, 2024 - December 31, 2024**

| Item | Type | Date | Document Number | Description | Serial Numbers | Qty. Sold | Sales Price | Revenue | Customer |
|---|---|---|---|---|---|---|---|---|---|
| CAN-PLT-12OZ-STD-ATULC-GOLDGLOSSY-18L | Invoice | 10/2/2024 | INV50374 | Pallet of 12oz Standard aTULC Gold Glossy Cans 18 layers, 7002 cans/pallet On One-Way Dunnage with wrap, corner boards, and sides | | 1.00 | $700.20 | $700.20 | C11389 Olde Salem Brewing Company |
| CAN-PLT-12OZ-STD-ATULC-GOLDGLOSSY-18L | Invoice | 10/2/2024 | INV50348 | Pallet of 12oz Standard aTULC Gold Glossy Cans 18 layers, 7002 cans/pallet On One-Way Dunnage with wrap, corner boards, and sides | | 2.00 | $700.20 | $1,400.40 | C01147 Brazos Valley Brewing |
| CAN-PLT-12OZ-STD-ATULC-GOLDGLOSSY-18L | Invoice | 10/2/2024 | INV50397 | Pallet of 12oz Standard aTULC Gold Glossy Cans 18 layers, 7002 cans/pallet On One-Way Dunnage with wrap, corner boards, and sides | | 1.00 | $700.20 | $700.20 | C03245 Symbiotik Kombucha |
| CAN-PLT-12OZ-STD-ATULC-GOLDGLOSSY-18L | Invoice | 10/3/2024 | INV50429 | Pallet of 12oz Standard aTULC Gold Glossy Cans 18 layers, 7002 cans/pallet On One-Way Dunnage with wrap, corner boards, and sides | | 2.00 | $740.00 | $1,480.00 | C06278 Db Chem Inc |
| CAN-PLT-12OZ-STD-ATULC-GOLDGLOSSY-18L | Invoice | 10/4/2024 | INV50444 | Pallet of 12oz Standard aTULC Gold Glossy Cans 18 layers, 7002 cans/pallet On One-Way Dunnage with wrap, corner boards, and sides | | 2.00 | $700.20 | $1,400.40 | C01383 Red Horn Brewing |
| CAN-PLT-12OZ-STD-ATULC-GOLDGLOSSY-18L | Invoice | 10/11/2024 | INV50465 | Pallet of 12oz Standard aTULC Gold Glossy Cans 18 layers, 7002 cans/pallet On One-Way Dunnage with wrap, corner boards, and sides | | 2.00 | $700.20 | $1,400.40 | C11946 Can-One |
| CAN-PLT-12OZ-STD-ATULC-WHITEGLOSSY-10L | Invoice | 9/20/2024 | INV49961 | Pallet of 12oz Standard aTULC Glossy White Cans 10 layers, 3890 cans/pallet On One-Way Dunnage with wrap, corner boards, and sides | | 1.00 | $739.10 | $739.10 | C11203 JACKIE OS PUB & BREWERY |
| CAN-PLT-12OZ-STD-ATULC-WHITEGLOSSY-10L | Invoice | 9/27/2024 | INV50264 | Pallet of 12oz Standard aTULC Glossy White Cans 10 layers, 3890 cans/pallet On One-Way Dunnage with wrap, corner boards, and sides | | 5.00 | $544.60 | $2,723.00 | C10566 Restoration Cider Co |
| CAN-PLT-12OZ-STD-ATULC-WHITEGLOSSY-10L | Invoice | 9/27/2024 | INV50268 | Pallet of 12oz Standard aTULC Glossy White Cans 10 layers, 3890 cans/pallet On One-Way Dunnage with wrap, corner boards, and sides | | 6.00 | $544.60 | $3,267.60 | C10566 Restoration Cider Co |
| CAN-PLT-12OZ-STD-ATULC-WHITEGLOSSY-18L | Invoice | 9/10/2024 | INV49696 | Pallet of 12oz Standard aTULC Glossy White Cans 18 layers, 7002 cans/pallet On One-Way Dunnage with wrap, corner boards, and sides | | 2.00 | $1,330.38 | $2,660.76 | C12021 Sunny Bev LLC |
| CAN-PLT-12OZ-STD-ATULC-WHITEGLOSSY-18L | Invoice | 9/17/2024 | INV49826 | Pallet of 12oz Standard aTULC Glossy White Cans 18 layers, 7002 cans/pallet On One-Way Dunnage with wrap, corner boards, and sides | | 3.00 | $1,330.38 | $3,991.14 | C10781 Pauwela Beverage Co. |
| CAN-PLT-12OZ-STD-ATULC-WHITEGLOSSY-18L | Invoice | 9/26/2024 | INV50165 | Pallet of 12oz Standard aTULC Glossy White Cans 18 layers, 7002 cans/pallet On One-Way Dunnage with wrap, corner boards, and sides | | 1.00 | $980.28 | $980.28 | C10989 DorroDorr |
| CAN-PLT-16OZ-STD-ATULC-BLACKMATTE-14L | Invoice | 10/2/2024 | INV50350 | Pallet of 16oz Standard aTULC Black Matte Cans 14 layers, 5446 cans/pallet On One-Way Dunnage with wrap, corner boards, and sides | | 1.00 | $599.06 | $599.06 | C11579 Donald Kretz |
| CAN-PLT-16OZ-STD-ATULC-BLACKMATTE-14L | Invoice | 10/2/2024 | INV50373 | Pallet of 16oz Standard aTULC Black Matte Cans 14 layers, 5446 cans/pallet On One-Way Dunnage with wrap, corner boards, and sides | | 1.00 | $599.06 | $599.06 | C02028 Keg Grove Brewing Company |
| CAN-PLT-16OZ-STD-ATULC-BLACKMATTE-8L | Invoice | 9/17/2024 | INV49818 | Pallet of 16oz Standard Black Matte Cans 8 layers, 3112 cans/pallet On One-Way Dunnage with wrap, corner boards, and sides | | 1.00 | $684.64 | $684.64 | C09440 Oddstory Brewing Co. |
| CAN-PLT-16OZ-STD-ATULC-BLACKMATTE-8L | Invoice | 9/20/2024 | INV49924 | Pallet of 16oz Standard Black Matte Cans 8 layers, 3112 cans/pallet On One-Way Dunnage with wrap, corner boards, and sides | | 1.00 | $684.64 | $684.25 | C12140 MAG Formulations |
| CAN-PLT-16OZ-STD-ATULC-BLACKMATTE-8L | Invoice | 9/27/2024 | INV50256 | Pallet of 16oz Standard Black Matte Cans 8 layers, 3112 cans/pallet On One-Way Dunnage with wrap, corner boards, and sides | | 1.00 | $420.00 | $360.85 | C07571 The Southern Growl Beer Company |
| CAN-PLT-16OZ-STD-ATULC-BLACKMATTE-8L | Invoice | 10/2/2024 | INV50379 | Pallet of 16oz Standard Black Matte Cans 8 layers, 3112 cans/pallet On One-Way Dunnage with wrap, corner boards, and sides | | 1.00 | $342.32 | $342.32 | C02617 The Lost Druid |
| CAN-PLT-16OZ-STD-ATULC-BRITE-14L | Invoice | 10/10/2024 | INV50466 | Pallet of 16oz Standard aTULC Brite Cans 14 layers, 5446 cans/pallet On One-Way Dunnage with wrap, corner boards, and sides | | 6.00 | $272.30 | $1,633.80 | C08432 WilCraft Can |
| CAN-PLT-16OZ-STD-ATULC-BRITE-8L | Invoice | 9/18/2024 | INV49864 | Pallet of 16oz Standard aTULC Brite Cans 8 layers, 3112 cans/pallet On One-Way Dunnage with wrap, corner boards, and sides | | 2.00 | $684.64 | $1,369.28 | C08263 The Brewery at Tirrito Farm |
| CAN-PLT-16OZ-STD-ATULC-BRITE-8L | Invoice | 9/25/2024 | INV50051 | Pallet of 16oz Standard aTULC Brite Cans 8 layers, 3112 cans/pallet On One-Way Dunnage with wrap, corner boards, and sides | | 1.00 | $497.92 | $497.92 | C11792 Nucleus Mead |
| CAN-PLT-16OZ-STD-ATULC-BRITE-8L | Invoice | 9/27/2024 | INV50200 | Pallet of 16oz Standard aTULC Brite Cans 8 layers, 3112 cans/pallet On One-Way Dunnage with wrap, corner boards, and sides | | 4.00 | $420.00 | $1,680.00 | C10681 Wild Barley Kitchen and Brewery |
| CAN-PLT-16OZ-STD-ATULC-WHITEGLOSSY-14L | Invoice | 10/2/2024 | INV50373 | Pallet of 16oz Standard aTULC White Glossy Cans 14 layers, 5446 cans/pallet On One-Way Dunnage with wrap, corner boards, and sides | | 1.00 | $599.06 | $599.06 | C02028 Keg Grove Brewing Company |
| CAN-PLT-16OZ-STD-ATULC-WHITEGLOSSY-14L | Invoice | 10/11/2024 | INV50465 | Pallet of 16oz Standard aTULC White Glossy Cans 14 layers, 5446 cans/pallet On One-Way Dunnage with wrap, corner boards, and sides | | 2.00 | $544.60 | $1,089.20 | C11946 Can-One |
| CAN-PLT-16OZ-STD-ATULC-WHITEGLOSSY-8L | Invoice | 9/30/2012 | INV50301 | Pallet of 16oz Standard White Glossy Cans 8 layers, 3112 cans/pallet On One-Way Dunnage with wrap, corner boards, and sides | | 4.00 | $497.92 | $1,653.35 | C02567 The Thirsty Growler |
| Country Luau - Dirty Shirley (aTULC) | Invoice | 10/2/2024 | INV50417 | Country Luau - Dirty Shirley | CAN20240124 | 196,056.00 | $0.06 | $11,763.36 | C06081 Country Luau Spirits LLC |
| Country Luau - Extra Dirty (aTULC) | Invoice | 10/2/2024 | INV50417 | Country Luau - Extra Dirty | CAN20240117 | 98,028.00 | $0.06 | $5,881.68 | C06081 Country Luau Spirits LLC |
| Country Luau - Vanilla (aTULC) | Invoice | 10/2/2024 | INV50417 | Country Luau - Vanilla | CAN20240118 | 98,028.00 | $0.06 | $5,881.68 | C06081 Country Luau Spirits LLC |
| Drink LMNT Black Cherry Lime - Amazon Edition (aTULC) | Invoice | 9/23/2024 | INV50195 | Drink LMNT - Black Cherry Lime (Amazon Edition) | CAN2024082021 | 1,064,304.00 | $0.19 | $202,217.76 | C10558 Drink LMNT |
| Easy Hemp Co - Grapefruit (aTULC) | Invoice | 10/2/2024 | INV50414 | Easy Hemp Co - Grapefruit (aTULC) | CAN20240429 | 84,024.00 | $0.12 | $10,082.88 | C10584 Creek Leaf Wellness dba Easy Hemp Co. |
| Easy Hemp Co - Lime (aTULC) | Invoice | 10/2/2024 | INV50414 | Easy Hemp Co - Lime (aTULC) | CAN20240429 | 84,024.00 | $0.12 | $10,082.88 | C10584 Creek Leaf Wellness dba Easy Hemp Co. |
| Easy Hemp Co - Original (aTULC) | Invoice | 10/2/2024 | INV50414 | Easy Hemp Co - Original (aTULC) | CAN20240430 | 91,026.00 | $0.12 | $10,923.12 | C10584 Creek Leaf Wellness dba Easy Hemp Co. |

**American Canning LLC**
**Holding Company : American Canning LLC**
**Sales by Item Detail**
**September 1, 2024 - December 31, 2024**

| Item | Type | Date | Document Number | Description | Serial Numbers | Qty. Sold | Sales Price | Revenue | Customer |
|---|---|---|---|---|---|---|---|---|---|
| Gin & Juice - Apricot (Ball) | Invoice | 9/17/2024 | INV49836 | Gin & Juice - Apricot (Ball) | | 404,800.00 | $0.10 | $41,896.80 | C09243 Packform |
| Gin & Juice - Citrus (Ball) | Invoice | 9/17/2024 | INV49836 | Gin & Juice - Citrus (Ball) | | 404,800.00 | $0.10 | $41,896.80 | C09243 Packform |
| Gin & Juice - Melon (Ball) | Invoice | 9/17/2024 | INV49836 | Gin & Juice - Melon (Ball) | | 404,800.00 | $0.10 | $41,896.80 | C09243 Packform |
| Gin & Juice - Passionfruit (Ball) | Invoice | 9/17/2024 | INV49836 | Gin & Juice - Passionfruit (Ball) | | 404,800.00 | $0.10 | $41,896.80 | C09243 Packform |
| Live Oak Brewing - Live Oak Hefeweizen (Ball) | Invoice | 9/5/2024 | INV49576 | Live Oak Brewing - Live Oak Hefeweizen (Ball) | | 204,225.00 | $0.10 | $21,337.43 | C04472 Live Oak Brewing CO. |
| PAK-01-0067 | Invoice | 9/9/2024 | INV49664 | Packaging Crate- Domestic, Ground, 58L X 46W X 66T | | 1.00 | $750.00 | $750.00 | C08799 Pneumatic Scale Angelus |
| PAK-01-0067 | Invoice | 9/23/2024 | INV50031 | Packaging Crate- Domestic, Ground, 58L X 46W X 66T | | 1.00 | $750.00 | $750.00 | C02754 Southern Roots Brewing |
| PAK-01-0067 | Invoice | 9/30/2024 | INV50293 | Packaging Crate- Domestic, Ground, 58L X 46W X 66T | | 1.00 | $750.00 | $750.00 | C03595 Two Docs Brewing Co. |
| PAK-01-0067 | Invoice | 9/30/2024 | INV50293 | Packaging Crate- Domestic, Ground, 58L X 46W X 66T | | 1.00 | $750.00 | $750.00 | C03595 Two Docs Brewing Co. |
| PAK-01-0068 | Invoice | 9/20/2024 | INV49929 | Packaging Crate- Domestic, Ground, 58L X 46W X 81T | | 1.00 | $750.00 | $750.00 | C10062 Arty's Premium Beverages |
| PAK-01-0068 | Invoice | 9/20/2024 | INV49929 | Packaging Crate- Domestic, Ground, 58L X 46W X 81T | | 1.00 | $750.00 | $750.00 | C10062 Arty's Premium Beverages |
| PAK-01-0068 | Invoice | 9/23/2024 | INV50031 | Packaging Crate- Domestic, Ground, 58L X 46W X 81T | | 1.00 | $750.00 | $750.00 | C02754 Southern Roots Brewing |
| PAK-01-0068 | Invoice | 9/30/2024 | INV50293 | Packaging Crate- Domestic, Ground, 58L X 46W X 81T | | 1.00 | $750.00 | $750.00 | C03595 Two Docs Brewing Co. |
| Ranch Hand - Denver Jalapeno (aTULC) | Invoice | 10/4/2024 | INV50441 | Ranch Hand - Denver Jalapeno (aTULC) | CAN20240501 | 57,183.00 | $0.10 | $5,718.30 | C01379 Ranch Hand |
| Ranch Hand - Denver Paloma (aTULC) | Invoice | 10/4/2024 | INV50441 | Ranch Hand - Denver Paloma (aTULC) | CAN20231228 | 57,183.00 | $0.10 | $5,718.30 | C01379 Ranch Hand |
| Ranch Hand - Denver Ranch Water (aTULC) | Invoice | 10/4/2024 | INV50441 | Ranch Hand - Denver Ranch Water (aTULC) | CAN20240422 | 81,690.00 | $0.10 | $8,169.00 | C01379 Ranch Hand |
| Sovany - Apple (Ball) | Invoice | 10/17/2024 | INV50478 | Sovany - Apple | | 202,400.00 | $0.11 | $22,814.53 | C10064 Sovany |
| Sovany - Raspberry (Ball) | Invoice | 10/17/2024 | INV50478 | Sovany - Raspberry | | 202,400.00 | $0.11 | $22,814.53 | C10064 Sovany |
| Sovany - Tangerine (Ball) | Invoice | 10/17/2024 | INV50478 | Sovany - Orange | | 202,400.00 | $0.11 | $22,814.53 | C10064 Sovany |
| St. Elmo - Carl (aTULC) | Invoice | 9/18/2024 | INV50294 | St. Elmo - Carl (aTULC) | CAN20240508 | 24,896.00 | $0.06 | $1,493.76 | C01434 St. Elmo Brewing Co. |
| St. Elmo - Carl (aTULC) | Invoice | 10/4/2024 | INV50456 | St. Elmo - Carl (aTULC) | CAN20231113(62 | 130,704.00 | $0.06 | $7,842.24 | C01434 St. Elmo Brewing Co. |
| St. Elmo - Hop Water (aTULC) | Invoice | 9/18/2024 | INV50294 | St. Elmo - Hop Water (aTULC) | CAN20231220(62 | 24,896.00 | $0.06 | $1,493.76 | C01434 St. Elmo Brewing Co. |
| St. Elmo - Hop Water (aTULC) | Invoice | 10/4/2024 | INV50456 | St. Elmo - Hop Water (aTULC) | CAN20231220(12 | 74,688.00 | $0.06 | $4,481.28 | C01434 St. Elmo Brewing Co. |
| TRAY-SLEEK-ROLL-24CN-KRFT-UNCTD-3-140CT | Invoice | 9/3/2024 | INV49496 | Sleek, Rollover Kraft Case Tray, 24 Can Capacity, 3" wall, Uncoated, 140CT | | 2.00 | $64.50 | $129.00 | C04910 Simplicity Cocktails |
| TRAY-SLEEK-ROLL-24CN-KRFT-UNCTD-3-140CT | Invoice | 9/3/2024 | INV49515 | Sleek, Rollover Kraft Case Tray, 24 Can Capacity, 3" wall, Uncoated, 140CT | | 4.00 | $64.50 | $258.00 | C10917 Indigo |
| TRAY-SLEEK-ROLL-24CN-KRFT-UNCTD-3-140CT | Invoice | 9/23/2024 | INV50027 | Sleek, Rollover Kraft Case Tray, 24 Can Capacity, 3" wall, Uncoated, 140CT | | 3.00 | $64.50 | $193.50 | C01025 903 Brewers |
| TRAY-SLEEK-ROLL-24CN-KRFT-UNCTD-3-140CT | Invoice | 9/23/2024 | INV49982 | Sleek, Rollover Kraft Case Tray, 24 Can Capacity, 3" wall, Uncoated, 140CT | | 3.00 | $64.50 | $193.50 | C04910 Simplicity Cocktails |
| TRAY-SLEEK-ROLL-24CN-KRFT-UNCTD-3-140CT | Invoice | 9/23/2024 | INV49982 | Sleek, Rollover Kraft Case Tray, 24 Can Capacity, 3" wall, Uncoated, 140CT | | 4.00 | $64.50 | $258.00 | C01980 Citizen Cider |
| TRAY-SLEEK-ROLL-24CN-KRFT-UNCTD-3-140CT | Invoice | 9/25/2024 | INV50092 | Sleek, Rollover Kraft Case Tray, 24 Can Capacity, 3" wall, Uncoated, 140CT | | 8.00 | $60.00 | $480.00 | C08228 Planet 13 |
| TRAY-SLEEK-ROLL-24CN-KRFT-UNCTD-3-140CT | Invoice | 9/27/2024 | INV50202 | Sleek, Rollover Kraft Case Tray, 24 Can Capacity, 3" wall, Uncoated, 140CT | | 1.00 | $60.00 | $60.00 | C08441 Canworks, Inc |
| TRAY-SLEEK-ROLL-24CN-KRFT-UNCTD-3-140CT | Invoice | 10/2/2024 | INV50394 | Sleek, Rollover Kraft Case Tray, 24 Can Capacity, 3" wall, Uncoated, 140CT | | 1.00 | $46.00 | $46.00 | C12230 DIRTY WATER COMPANY LLC |
| TRAY-SLEEK-ROLL-24CN-KRFT-UNCTD-3-140CT | Invoice | 10/3/2024 | INV50425 | Sleek, Rollover Kraft Case Tray, 24 Can Capacity, 3" wall, Uncoated, 140CT | | 4.00 | $46.00 | $184.00 | C11503 Jarek Elmasian |
| TRAY-SLEEK-ROLL-24CN-KRFT-UNCTD-3-140CT | Invoice | 10/4/2024 | INV50455 | Sleek, Rollover Kraft Case Tray, 24 Can Capacity, 3" wall, Uncoated, 140CT | | 14.00 | $42.00 | $588.00 | C08441 Canworks, Inc |
| TRAY-SLIM-ROLL-24CN-KRFT-UNCTD-25-140CT | Invoice | 9/26/2024 | INV50185 | Rollover Case Tray - Slim - Bundle of 140 | | 4.00 | $66.92 | $267.68 | C11832 Tenth Ward Distilling Co. |
| TRAY-SLIM-ROLL-24CN-KRFT-UNCTD-25-140CT | Invoice | 9/30/2024 | INV50329 | Rollover Case Tray - Slim - Bundle of 140 | | 11.00 | $38.00 | $418.00 | C12222 Just Enough Wines |
| TRAY-SLIM-ROLL-24CN-KRFT-UNCTD-25-140CT | Invoice | 10/1/2024 | INV50340 | Rollover Case Tray - Slim - Bundle of 140 | | 4.00 | $38.00 | $152.00 | C06237 Protector Cellars |
| TRAY-SLIM-ROLL-24CN-KRFT-UNCTD-25-180CT | Invoice | 9/19/2024 | INV49916 | Rollover Case Tray - Slim - Bundle of 140 | | 2.00 | $76.00 | $148.46 | C11392 BCAG |
| TRAY-SLIM-ROLL-24CN-KRFT-UNCTD-25-180CT | Invoice | 9/25/2024 | INV50072 | Rollover Case Tray - Slim - Bundle of 180 | | 2.00 | $76.00 | $152.00 | C11578 Salvation Coffee Company |
| TRAY-STD-AUTO-24CN-KRFT-UNCTD-3-100CT | Invoice | 9/3/2024 | INV49494 | Standard, Auto-Locking Kraft Case Tray, 24 Can Capacity, 3" wall, Uncoated, 100CT | | 1.00 | $68.00 | $68.00 | C07437 Klooz Brewz |
| TRAY-STD-AUTO-24CN-KRFT-UNCTD-3-100CT | Invoice | 9/3/2024 | INV49520 | Standard, Auto-Locking Kraft Case Tray, 24 Can Capacity, 3" wall, Uncoated, 100CT | | 1.00 | $68.00 | $68.00 | C02904 River Bluff Brewing |
| TRAY-STD-AUTO-24CN-KRFT-UNCTD-3-100CT | Invoice | 9/6/2024 | INV49595 | Standard, Auto-Locking Kraft Case Tray, 24 Can Capacity, 3" wall, Uncoated, 100CT | | 3.00 | $68.00 | $201.55 | C02071 Frontyard Brewing |
| TRAY-STD-AUTO-24CN-KRFT-UNCTD-3-100CT | Invoice | 9/9/2024 | INV49645 | Standard, Auto-Locking Kraft Case Tray, 24 Can Capacity, 3" wall, Uncoated, 100CT | | 1.00 | $68.00 | $68.00 | C08101 Maize Valley Brewery |
| TRAY-STD-AUTO-24CN-KRFT-UNCTD-3-100CT | Invoice | 9/10/2024 | INV49692 | Standard, Auto-Locking Kraft Case Tray, 24 Can Capacity, 3" wall, Uncoated, 100CT | | 2.00 | $68.00 | $136.00 | C02583 CODA Brewing Co. |
| TRAY-STD-AUTO-24CN-KRFT-UNCTD-3-100CT | Invoice | 9/10/2024 | INV49689 | Standard, Auto-Locking Kraft Case Tray, 24 Can Capacity, 3" wall, Uncoated, 100CT | | 2.00 | $68.00 | $136.00 | C07980 The filling station microbrewery |
| TRAY-STD-AUTO-24CN-KRFT-UNCTD-3-100CT | Invoice | 9/16/2024 | INV49791 | Standard, Auto-Locking Kraft Case Tray, 24 Can Capacity, 3" wall, Uncoated, 100CT | | 2.00 | $68.00 | $136.00 | C10870 Pets In Need |
| TRAY-STD-AUTO-24CN-KRFT-UNCTD-3-100CT | Invoice | 9/20/2024 | INV49951 | Standard, Auto-Locking Kraft Case Tray, 24 Can Capacity, 3" wall, Uncoated, 100CT | | 3.00 | $68.00 | $199.16 | C03002 Icebox Brewing Company |
| TRAY-STD-AUTO-24CN-KRFT-UNCTD-3-100CT | Invoice | 9/20/2024 | INV49973 | Standard, Auto-Locking Kraft Case Tray, 24 Can Capacity, 3" wall, Uncoated, 100CT | | 4.00 | $68.00 | $272.00 | C02121 Dorcol Distilling + Brewing Co. |
| TRAY-STD-AUTO-24CN-KRFT-UNCTD-3-100CT | Invoice | 9/23/2024 | INV50011 | Standard, Auto-Locking Kraft Case Tray, 24 Can Capacity, 3" wall, Uncoated, 100CT | | 4.00 | $68.00 | $272.00 | C01596 King Bean Coffee |
| TRAY-STD-AUTO-24CN-KRFT-UNCTD-3-100CT | Invoice | 9/23/2024 | INV50004 | Standard, Auto-Locking Kraft Case Tray, 24 Can Capacity, 3" wall, Uncoated, 100CT | | 4.00 | $68.00 | $272.00 | C11053 New Belgium Brewing |
| TRAY-STD-AUTO-24CN-KRFT-UNCTD-3-100CT | Invoice | 9/25/2024 | INV50070 | Standard, Auto-Locking Kraft Case Tray, 24 Can Capacity, 3" wall, Uncoated, 100CT | | 2.00 | $58.00 | $114.20 | C01264 Hold Out Brewing |

**American Canning LLC**
**Holding Company : American Canning LLC**
**Sales by Item Detail**
**September 1, 2024 - December 31, 2024**

| Item | Type | Date | Document Number | Description | Serial Numbers | Qty. Sold | Sales Price | Revenue | Customer |
|---|---|---|---|---|---|---|---|---|---|
| TRAY-STD-AUTO-24CN-KRFT-UNCTD-3-100CT | Invoice | 9/25/2024 | INV50075 | Standard, Auto-Locking Kraft Case Tray, 24 Can Capacity, 3" wall, Uncoated, 100CT | | 2.00 | $58.00 | $116.00 | C02230 Quirk Brewing |
| TRAY-STD-AUTO-24CN-KRFT-UNCTD-3-100CT | Invoice | 9/25/2024 | INV50106 | Standard, Auto-Locking Kraft Case Tray, 24 Can Capacity, 3" wall, Uncoated, 100CT | | 1.00 | $58.00 | $58.00 | C02068 Element Kombucha |
| TRAY-STD-AUTO-24CN-KRFT-UNCTD-3-100CT | Invoice | 9/25/2024 | INV50057 | Standard, Auto-Locking Kraft Case Tray, 24 Can Capacity, 3" wall, Uncoated, 100CT | | 4.00 | $58.00 | $232.00 | C11131 Dan Lawrence |
| TRAY-STD-AUTO-24CN-KRFT-UNCTD-3-100CT | Invoice | 9/26/2024 | INV50162 | Standard, Auto-Locking Kraft Case Tray, 24 Can Capacity, 3" wall, Uncoated, 100CT | | 6.00 | $58.00 | $344.46 | C04386 Ankrolab Brewing Co. |
| TRAY-STD-AUTO-24CN-KRFT-UNCTD-3-100CT | Invoice | 9/26/2024 | INV50191 | Standard, Auto-Locking Kraft Case Tray, 24 Can Capacity, 3" wall, Uncoated, 100CT | | 6.00 | $56.00 | $336.00 | C10870 Pets In Need |
| TRAY-STD-AUTO-24CN-KRFT-UNCTD-3-100CT | Invoice | 9/27/2024 | INV50266 | Standard, Auto-Locking Kraft Case Tray, 24 Can Capacity, 3" wall, Uncoated, 100CT | | 1.00 | $53.08 | $53.08 | C05692 Desert Monks |
| TRAY-STD-AUTO-24CN-KRFT-UNCTD-3-100CT | Invoice | 9/27/2024 | INV50263 | Standard, Auto-Locking Kraft Case Tray, 24 Can Capacity, 3" wall, Uncoated, 100CT | | 6.00 | $58.00 | $348.00 | C02071 Frontyard Brewing |
| TRAY-STD-AUTO-24CN-KRFT-UNCTD-3-100CT | Invoice | 9/27/2024 | INV50202 | Standard, Auto-Locking Kraft Case Tray, 24 Can Capacity, 3" wall, Uncoated, 100CT | | 1.00 | $58.00 | $58.00 | C08441 Canworks, Inc |
| TRAY-STD-AUTO-24CN-KRFT-UNCTD-3-100CT | Invoice | 9/30/2024 | INV50312 | Standard, Auto-Locking Kraft Case Tray, 24 Can Capacity, 3" wall, Uncoated, 100CT | | 1.00 | $50.00 | $50.00 | C02415 Vector Brewing |
| TRAY-STD-AUTO-24CN-KRFT-UNCTD-3-100CT | Invoice | 10/1/2024 | INV50036 | Standard, Auto-Locking Kraft Case Tray, 24 Can Capacity, 3" wall, Uncoated, 100CT | | 1.00 | $50.00 | $50.00 | C03194 Parleaux Beer Lab |
| TRAY-STD-AUTO-24CN-KRFT-UNCTD-3-100CT | Invoice | 10/3/2024 | INV50418 | Standard, Auto-Locking Kraft Case Tray, 24 Can Capacity, 3" wall, Uncoated, 100CT | | 1.00 | $58.00 | $57.19 | C01082 Austin Beer Garden & Brewery |
| TRAY-STD-AUTO-24CN-KRFT-UNCTD-3-100CT | Invoice | 10/4/2024 | INV50444 | Standard, Auto-Locking Kraft Case Tray, 24 Can Capacity, 3" wall, Uncoated, 100CT | | 6.00 | $50.00 | $300.00 | C01383 Red Horn Brewing |
| TRAY-STD-AUTO-24CN-KRFT-UNCTD-3-100CT | Invoice | 10/11/2024 | INV50471 | Standard, Auto-Locking Kraft Case Tray, 24 Can Capacity, 3" wall, Uncoated, 100CT | | 8.00 | $30.00 | $240.00 | C01201 Dorcol Distilling + Brewing Co. |
| TRAY-STD-ROLL-24CN-KRFT-UNCTD-3-120CT | Invoice | 9/3/2024 | INV49491 | Tray, Roll Over, Standard Cans, 24 cans, 3" wall, Uncoated, 120ct | | 2.00 | $59.21 | $118.42 | C01383 Red Horn Brewing |
| TRAY-STD-ROLL-24CN-KRFT-UNCTD-3-120CT | Invoice | 9/3/2024 | INV49499 | Tray, Roll Over, Standard Cans, 24 cans, 3" wall, Uncoated, 120ct | | 3.00 | $59.21 | $177.63 | C12044 adventurous ales |
| TRAY-STD-ROLL-24CN-KRFT-UNCTD-3-120CT | Invoice | 9/4/2024 | INV49557 | Tray, Roll Over, Standard Cans, 24 cans, 3" wall, Uncoated, 120ct | | 2.00 | $59.21 | $118.42 | C10548 Fast Friends Beer Company |
| TRAY-STD-ROLL-24CN-KRFT-UNCTD-3-120CT | Invoice | 9/5/2024 | INV49562 | Tray, Roll Over, Standard Cans, 24 cans, 3" wall, Uncoated, 120ct | | 1.00 | $59.21 | $59.21 | C12027 Bobby Chacko |
| TRAY-STD-ROLL-24CN-KRFT-UNCTD-3-120CT | Invoice | 9/6/2024 | INV49603 | Tray, Roll Over, Standard Cans, 24 cans, 3" wall, Uncoated, 120ct | | 1.00 | $59.21 | $59.21 | C03615 Iowa Project Brewing Company LLC |
| TRAY-STD-ROLL-24CN-KRFT-UNCTD-3-120CT | Invoice | 9/6/2024 | INV49590 | Tray, Roll Over, Standard Cans, 24 cans, 3" wall, Uncoated, 120ct | | 1.00 | $59.21 | $59.21 | C01383 Red Horn Brewing |
| TRAY-STD-ROLL-24CN-KRFT-UNCTD-3-120CT | Invoice | 9/9/2024 | INV49633 | Tray, Roll Over, Standard Cans, 24 cans, 3" wall, Uncoated, 120ct | | 1.00 | $59.21 | $59.21 | C02280 Rally Cap Brewing Company |
| TRAY-STD-ROLL-24CN-KRFT-UNCTD-3-120CT | Invoice | 9/9/2024 | INV49653 | Tray, Roll Over, Standard Cans, 24 cans, 3" wall, Uncoated, 120ct | | 1.00 | $59.21 | $59.21 | C10868 Fermented Felon LLC |
| TRAY-STD-ROLL-24CN-KRFT-UNCTD-3-120CT | Invoice | 9/9/2024 | INV49661 | Tray, Roll Over, Standard Cans, 24 cans, 3" wall, Uncoated, 120ct | | 4.00 | $59.21 | $236.84 | C09617 Third Coast Coffee |
| TRAY-STD-ROLL-24CN-KRFT-UNCTD-3-120CT | Invoice | 9/12/2024 | INV49732 | Tray, Roll Over, Standard Cans, 24 cans, 3" wall, Uncoated, 120ct | | 4.00 | $59.21 | $235.43 | C10859 Corn Coast Brewing Company |
| TRAY-STD-ROLL-24CN-KRFT-UNCTD-3-120CT | Invoice | 9/12/2024 | INV49761 | Tray, Roll Over, Standard Cans, 24 cans, 3" wall, Uncoated, 120ct | | 1.00 | $59.21 | $59.21 | C04001 Camp Colvos Brewing |
| TRAY-STD-ROLL-24CN-KRFT-UNCTD-3-120CT | Invoice | 9/16/2024 | INV49785 | Tray, Roll Over, Standard Cans, 24 cans, 3" wall, Uncoated, 120ct | | 5.00 | $59.21 | $296.05 | C01373 Pretoria Fields Collective |
| TRAY-STD-ROLL-24CN-KRFT-UNCTD-3-120CT | Invoice | 9/16/2024 | INV49796 | Tray, Roll Over, Standard Cans, 24 cans, 3" wall, Uncoated, 120ct | | 4.00 | $59.21 | $233.45 | C10296 Barry VanDyke |
| TRAY-STD-ROLL-24CN-KRFT-UNCTD-3-120CT | Invoice | 9/17/2024 | INV49817 | Tray, Roll Over, Standard Cans, 24 cans, 3" wall, Uncoated, 120ct | | 1.00 | $59.21 | $59.21 | C02487 Nearburg Brewing |
| TRAY-STD-ROLL-24CN-KRFT-UNCTD-3-120CT | Invoice | 9/17/2024 | INV49828 | Tray, Roll Over, Standard Cans, 24 cans, 3" wall, Uncoated, 120ct | | 1.00 | $59.21 | $59.21 | C11469 Voyager Cider |
| TRAY-STD-ROLL-24CN-KRFT-UNCTD-3-120CT | Invoice | 9/17/2024 | INV49826 | Tray, Roll Over, Standard Cans, 24 cans, 3" wall, Uncoated, 120ct | | 8.00 | $59.21 | $473.68 | C10781 Pauwela Beverage Co. |
| TRAY-STD-ROLL-24CN-KRFT-UNCTD-3-120CT | Invoice | 9/18/2024 | INV49877 | Tray, Roll Over, Standard Cans, 24 cans, 3" wall, Uncoated, 120ct | | 4.00 | $59.21 | $236.84 | C08325 Daily Culture |
| TRAY-STD-ROLL-24CN-KRFT-UNCTD-3-120CT | Invoice | 9/18/2024 | INV49846 | Tray, Roll Over, Standard Cans, 24 cans, 3" wall, Uncoated, 120ct | | 1.00 | $59.21 | $57.70 | C03659 Defiance Brewing Co. |
| TRAY-STD-ROLL-24CN-KRFT-UNCTD-3-120CT | Invoice | 9/18/2024 | INV50460 | Tray, Roll Over, Standard Cans, 24 cans, 3" wall, Uncoated, 120ct | | 10.00 | $59.21 | $590.92 | C06815 Mean Mule Distillery Co |
| TRAY-STD-ROLL-24CN-KRFT-UNCTD-3-120CT | Invoice | 9/19/2024 | INV49905 | Tray, Roll Over, Standard Cans, 24 cans, 3" wall, Uncoated, 120ct | | 2.00 | $59.21 | $118.42 | C11392 BCAG |
| TRAY-STD-ROLL-24CN-KRFT-UNCTD-3-120CT | Invoice | 9/20/2024 | INV49928 | Tray, Roll Over, Standard Cans, 24 cans, 3" wall, Uncoated, 120ct | | 2.00 | $59.21 | $117.66 | C06026 Roughhouse Brewing |
| TRAY-STD-ROLL-24CN-KRFT-UNCTD-3-120CT | Invoice | 9/23/2024 | INV49977 | Tray, Roll Over, Standard Cans, 24 cans, 3" wall, Uncoated, 120ct | | 1.00 | $52.00 | $52.00 | C01938 Border Brewing Company |
| TRAY-STD-ROLL-24CN-KRFT-UNCTD-3-120CT | Invoice | 9/23/2024 | INV50024 | Tray, Roll Over, Standard Cans, 24 cans, 3" wall, Uncoated, 120ct | | 4.00 | $59.21 | $236.84 | C03624 North Park Beer Co |
| TRAY-STD-ROLL-24CN-KRFT-UNCTD-3-120CT | Invoice | 9/23/2024 | INV50036 | Tray, Roll Over, Standard Cans, 24 cans, 3" wall, Uncoated, 120ct | | 1.00 | $59.21 | $59.21 | C01383 Red Horn Brewing |
| TRAY-STD-ROLL-24CN-KRFT-UNCTD-3-120CT | Invoice | 9/23/2024 | INV50017 | Tray, Roll Over, Standard Cans, 24 cans, 3" wall, Uncoated, 120ct | | 2.00 | $59.21 | $118.41 | C09379 Lawless Brewing Company |
| TRAY-STD-ROLL-24CN-KRFT-UNCTD-3-120CT | Invoice | 9/23/2024 | INV50008 | Tray, Roll Over, Standard Cans, 24 cans, 3" wall, Uncoated, 120ct | | 1.00 | $59.21 | $59.21 | C01951 Deviant Wolfe Brewing, LLC |
| TRAY-STD-ROLL-24CN-KRFT-UNCTD-3-120CT | Invoice | 9/23/2024 | INV50000 | Tray, Roll Over, Standard Cans, 24 cans, 3" wall, Uncoated, 120ct | | 4.00 | $59.21 | $236.84 | C12161 mark garramone |
| TRAY-STD-ROLL-24CN-KRFT-UNCTD-3-120CT | Invoice | 9/25/2024 | INV50121 | Tray, Roll Over, Standard Cans, 24 cans, 3" wall, Uncoated, 120ct | | 2.00 | $52.00 | $104.00 | C03659 Defiance Brewing Co. |
| TRAY-STD-ROLL-24CN-KRFT-UNCTD-3-120CT | Invoice | 9/25/2024 | INV50147 | Tray, Roll Over, Standard Cans, 24 cans, 3" wall, Uncoated, 120ct | | 1.00 | $52.00 | $50.34 | C02280 Rally Cap Brewing Company |
| TRAY-STD-ROLL-24CN-KRFT-UNCTD-3-120CT | Invoice | 9/25/2024 | INV50060 | Tray, Roll Over, Standard Cans, 24 cans, 3" wall, Uncoated, 120ct | | 4.00 | $52.00 | $205.30 | C09297 Casey Brewing |
| TRAY-STD-ROLL-24CN-KRFT-UNCTD-3-120CT | Invoice | 9/25/2024 | INV50112 | Tray, Roll Over, Standard Cans, 24 cans, 3" wall, Uncoated, 120ct | | 3.00 | $52.00 | $156.00 | C12044 adventurous ales |
| TRAY-STD-ROLL-24CN-KRFT-UNCTD-3-120CT | Invoice | 9/26/2024 | INV50184 | Tray, Roll Over, Standard Cans, 24 cans, 3" wall, Uncoated, 120ct | | 4.00 | $52.00 | $208.00 | C01019 5 Stones Artisan Brewery |
| TRAY-STD-ROLL-24CN-KRFT-UNCTD-3-120CT | Invoice | 9/26/2024 | INV50194 | Tray, Roll Over, Standard Cans, 24 cans, 3" wall, Uncoated, 120ct | | 3.00 | $48.00 | $144.00 | C11471 CCSWB |
| TRAY-STD-ROLL-24CN-KRFT-UNCTD-3-120CT | Invoice | 9/26/2024 | INV50163 | Tray, Roll Over, Standard Cans, 24 cans, 3" wall, Uncoated, 120ct | | 2.00 | $52.00 | $102.17 | C10729 Wackadoo Brewing |
| TRAY-STD-ROLL-24CN-KRFT-UNCTD-3-120CT | Invoice | 9/26/2024 | INV50186 | Tray, Roll Over, Standard Cans, 24 cans, 3" wall, Uncoated, 120ct | | 4.00 | $59.21 | $236.84 | C10548 Fast Friends Beer Company |
| TRAY-STD-ROLL-24CN-KRFT-UNCTD-3-120CT | Invoice | 9/27/2024 | INV50229 | Tray, Roll Over, Standard Cans, 24 cans, 3" wall, Uncoated, 120ct | | 2.00 | $48.00 | $96.00 | C03498 Block Brewing Company |
| TRAY-STD-ROLL-24CN-KRFT-UNCTD-3-120CT | Invoice | 9/27/2024 | INV50226 | Tray, Roll Over, Standard Cans, 24 cans, 3" wall, Uncoated, 120ct | | 1.00 | $48.00 | $48.00 | C03169 Bear Fox LLC |
| TRAY-STD-ROLL-24CN-KRFT-UNCTD-3-120CT | Invoice | 9/27/2024 | INV50212 | Tray, Roll Over, Standard Cans, 24 cans, 3" wall, Uncoated, 120ct | | 3.00 | $52.00 | $151.08 | C06026 Roughhouse Brewing |
| TRAY-STD-ROLL-24CN-KRFT-UNCTD-3-120CT | Invoice | 9/30/2024 | INV50317 | Tray, Roll Over, Standard Cans, 24 cans, 3" wall, Uncoated, 120ct | | 2.00 | $40.00 | $80.00 | C02501 Fairport Brewing Company |
| TRAY-STD-ROLL-24CN-KRFT-UNCTD-3-120CT | Invoice | 9/30/2024 | INV50331 | Tray, Roll Over, Standard Cans, 24 cans, 3" wall, Uncoated, 120ct | | 2.00 | $40.00 | $80.00 | C08643 JAFB Wooster Brewery |
| TRAY-STD-ROLL-24CN-KRFT-UNCTD-3-120CT | Invoice | 9/30/2024 | INV50299 | Tray, Roll Over, Standard Cans, 24 cans, 3" wall, Uncoated, 120ct | | 8.00 | $52.00 | $390.68 | C08532 Low Road Brewing |
| TRAY-STD-ROLL-24CN-KRFT-UNCTD-3-120CT | Invoice | 10/2/2024 | INV50362 | Tray, Roll Over, Standard Cans, 24 cans, 3" wall, Uncoated, 120ct | | 2.00 | $40.00 | $80.00 | C12218 John Oglesbee |
| TRAY-STD-ROLL-24CN-KRFT-UNCTD-3-120CT | Invoice | 10/2/2024 | INV50410 | Tray, Roll Over, Standard Cans, 24 cans, 3" wall, Uncoated, 120ct | | 3.00 | $40.00 | $120.00 | C11471 CCSWB |
| TRAY-STD-ROLL-24CN-KRFT-UNCTD-3-120CT | Invoice | 10/2/2024 | INV50406 | Tray, Roll Over, Standard Cans, 24 cans, 3" wall, Uncoated, 120ct | | 1.00 | $40.00 | $40.00 | C12233 Victoria Monroy |
| TRAY-STD-ROLL-24CN-KRFT-UNCTD-3-120CT | Invoice | 10/2/2024 | INV50383 | Tray, Roll Over, Standard Cans, 24 cans, 3" wall, Uncoated, 120ct | | 2.00 | $40.00 | $80.00 | C12225 Wanderlust Brewing Company |
| TRAY-STD-ROLL-24CN-KRFT-UNCTD-3-120CT | Invoice | 10/4/2024 | INV50429 | Tray, Roll Over, Standard Cans, 24 cans, 3" wall, Uncoated, 120ct | | 5.00 | $40.00 | $200.00 | C06278 Db Chem Inc |
| TRAY-STD-ROLL-24CN-KRFT-UNCTD-3-120CT | Invoice | 10/4/2024 | INV50455 | Tray, Roll Over, Standard Cans, 24 cans, 3" wall, Uncoated, 120ct | | 1.00 | $38.00 | $38.00 | C08441 Canworks, Inc |

**American Canning LLC**
**Holding Company : American Canning LLC**
**Sales by Item Detail**
**September 1, 2024 - December 31, 2024**

| Item | Type | Date | Document Number | Description | Serial Numbers | Qty. Sold | Sales Price | Revenue | Customer |
|---|---|---|---|---|---|---|---|---|---|
| Victory Beverage - Throttle Punch (Ball) | Invoice | 9/17/2024 | INV49835 | Victory Beverage - Throttle Punch | | 194,304.00 | $0.11 | $21,901.95 | C10127 Victory Beverages |
| CAN-12OZ-SLEEK-BPANI-BALL-14L | Invoice | 9/10/2024 | INV49703 | Can - 12oz Sleek Brite - BPANI - BALL | | 63,756.00 | $0.16 | $10,027.54 | C03382 Okc Soda Co |
| CAN-12OZ-SLEEK-BPANI-BALL-14L | Invoice | 9/10/2024 | INV49698 | Can - 12oz Sleek Brite - BPANI - BALL | | 14,168.00 | $0.16 | $2,260.64 | C12091 Tom Fernandez |
| CAN-12OZ-SLEEK-BPANI-BALL-14L | Invoice | 10/2/2024 | INV50405 | Can - 12oz Sleek Brite - BPANI - BALL | | 28,336.00 | $0.10 | $2,833.60 | C01980 Citizen Cider |
| CAN-12OZ-SLEEK-BPANI-BALL-14L | Invoice | 9/10/2024 | INV50392 | Can - 12oz Sleek Brite - BPANI - BALL | | 14,168.00 | $0.10 | $1,416.80 | C12229 Tumbleroot |
| CAN-12OZ-SLEEK-BPANI-BALL-14L | Invoice | 10/15/2024 | INV49475 | Can - 12oz Sleek Brite - BPANI - BALL | | 16,192.00 | $0.04 | $647.68 | C01514 Belching Beaver Brewery |
| CAN-12OZ-SLEEK-BPANI-BALL-8L | Invoice | 9/6/2024 | INV49625 | Can - 12oz Sleek Brite - BPANI - BALL - 8 Layers | | 16,192.00 | $0.16 | $2,590.72 | C01980 Citizen Cider |
| CAN-12OZ-SLEEK-BPANI-BALL-8L | Invoice | 9/9/2024 | INV49659 | Can - 12oz Sleek Brite - BPANI - BALL - 8 Layers | | 4,048.00 | $0.16 | $647.68 | C01183 Community Beer Co. |
| CAN-12OZ-SLEEK-BPANI-BALL-8L | Invoice | 9/12/2024 | INV49734 | Can - 12oz Sleek Brite - BPANI - BALL - 8 Layers | | 24,288.00 | $0.16 | $3,820.02 | C09654 Indigo |
| CAN-12OZ-SLEEK-BPANI-BALL-8L | Invoice | 9/27/2024 | INV50207 | Can - 12oz Sleek Brite - BPANI - BALL - 8 Layers | | 4,048.00 | $0.13 | $40.48 | C06808 Saro Cider |
| CAN-12OZ-SLEEK-BPANI-BALL-8L | Invoice | 9/27/2024 | INV50246 | Can - 12oz Sleek Brite - BPANI - BALL - 8 Layers | | 4,048.00 | $0.12 | $485.76 | C09868 Russell Powers |
| CAN-12OZ-SLEEK-BPANI-BALL-8L | Invoice | 9/27/2024 | INV50258 | Can - 12oz Sleek Brite - BPANI - BALL - 8 Layers | | 12,144.00 | $0.13 | $1,578.72 | C06034 Botanical Brewing Co |
| CAN-12OZ-SLEEK-BPANI-BALL-8L | Invoice | 10/2/2024 | INV50345 | Can - 12oz Sleek Brite - BPANI - BALL - 8 Layers | | 24,288.00 | $0.13 | $1,249.49 | C06034 Botanical Brewing Co |
| CAN-12OZ-SLEEK-BPANI-BALL-8L | Invoice | 10/3/2024 | INV50424 | Can - 12oz Sleek Brite - BPANI - BALL - 8 Layers | | 8,096.00 | $0.12 | $971.52 | C12227 Joe Wood |
| CAN-12OZ-STANDARD-BPANI-BALL-10L | Invoice | 9/3/2024 | INV49920 | Can - 12oz Standard Brite - BPANI - Ball - 10 Layers | | 3,890.00 | $0.15 | $583.50 | C02904 River Bluff Brewing |
| CAN-12OZ-STANDARD-BPANI-BALL-10L | Invoice | 9/6/2024 | INV49592 | Can - 12oz Standard Brite - BPANI - Ball - 10 Layers | | 3,890.00 | $0.15 | $583.50 | C10649 Terry Hawbaker |
| CAN-12OZ-STANDARD-BPANI-BALL-10L | Invoice | 9/10/2024 | INV49699 | Can - 12oz Standard Brite - BPANI - Ball - 10 Layers | | 7,780.00 | $0.15 | $1,157.77 | C01045 Amalga Distillery LLC |
| CAN-12OZ-STANDARD-BPANI-BALL-10L | Invoice | 9/10/2024 | INV49697 | Can - 12oz Standard Brite - BPANI - Ball - 10 Layers | | 3,890.00 | $0.15 | $583.50 | C08173 3rd Level Brewing |
| CAN-12OZ-STANDARD-BPANI-BALL-10L | Invoice | 9/12/2024 | INV49731 | Can - 12oz Standard Brite - BPANI - Ball - 10 Layers | | 15,560.00 | $0.15 | $2,334.00 | C08993 Wild River Brewing |
| CAN-12OZ-STANDARD-BPANI-BALL-10L | Invoice | 9/13/2024 | INV49768 | Can - 12oz Standard Brite - BPANI - Ball - 10 Layers | | 3,890.00 | $0.15 | $583.14 | C05581 Bowigens Beer Company |
| CAN-12OZ-STANDARD-BPANI-BALL-10L | Invoice | 9/18/2024 | INV49860 | Can - 12oz Standard Brite - BPANI - Ball - 10 Layers | | 3,890.00 | $0.15 | $574.95 | C09707 Fat Toad Brewing Company |
| CAN-12OZ-STANDARD-BPANI-BALL-10L | Invoice | 9/18/2024 | INV49861 | Can - 12oz Standard Brite - BPANI - Ball - 10 Layers | | 3,890.00 | $0.15 | $583.50 | C12131 Sharon Garman |
| CAN-12OZ-STANDARD-BPANI-BALL-10L | Invoice | 9/20/2024 | INV49954 | Can - 12oz Standard Brite - BPANI - Ball - 10 Layers | | 7,780.00 | $0.13 | $930.41 | C01451 Texas Beer Co |
| CAN-12OZ-STANDARD-BPANI-BALL-10L | Invoice | 9/23/2024 | INV50036 | Can - 12oz Standard Brite - BPANI - Ball - 10 Layers | | 3,890.00 | $0.15 | $583.50 | C01383 Red Horn Brewing |
| CAN-12OZ-STANDARD-BPANI-BALL-10L | Invoice | 9/25/2024 | INV50069 | Can - 12oz Standard Brite - BPANI - Ball - 10 Layers | | 3,890.00 | $0.12 | $465.63 | C10755 Natural 20 Brewing Co. |
| CAN-12OZ-STANDARD-BPANI-BALL-10L | Invoice | 9/25/2024 | INV50091 | Can - 12oz Standard Brite - BPANI - Ball - 10 Layers | | 7,780.00 | $0.15 | $1,167.00 | C01300 Lazarus Brewing Co |
| CAN-12OZ-STANDARD-BPANI-BALL-10L | Invoice | 9/26/2024 | INV50184 | Can - 12oz Standard Brite - BPANI - Ball - 10 Layers | | 7,780.00 | $0.12 | $933.60 | C01019 5 Stones Artisan Brewery |
| CAN-12OZ-STANDARD-BPANI-BALL-10L | Invoice | 9/26/2024 | INV50183 | Can - 12oz Standard Brite - BPANI - Ball - 10 Layers | | 3,890.00 | $0.12 | $466.80 | C10491 Rueggenbach Brewing Co LLC |
| CAN-12OZ-STANDARD-BPANI-BALL-10L | Invoice | 9/26/2024 | INV50186 | Can - 12oz Standard Brite - BPANI - Ball - 10 Layers | | 3,890.00 | $0.15 | $583.50 | C10548 Fast Friends Beer Company |
| CAN-12OZ-STANDARD-BPANI-BALL-10L | Invoice | 9/27/2024 | INV50254 | Can - 12oz Standard Brite - BPANI - Ball - 10 Layers | | 3,890.00 | $0.12 | $466.80 | C12195 Colorado State University |
| CAN-12OZ-STANDARD-BPANI-BALL-10L | Invoice | 9/27/2024 | INV50245 | Can - 12oz Standard Brite - BPANI - Ball - 10 Layers | | 11,670.00 | $0.12 | $1,269.87 | C01280 Infamous Brewing Co. |
| CAN-12OZ-STANDARD-BPANI-BALL-10L | Invoice | 9/27/2024 | INV50261 | Can - 12oz Standard Brite - BPANI - Ball - 10 Layers | | 7,780.00 | $0.12 | $891.17 | C05581 Bowigens Beer Company |
| CAN-12OZ-STANDARD-BPANI-BALL-10L | Invoice | 9/27/2024 | INV50241 | Can - 12oz Standard Brite - BPANI - Ball - 10 Layers | | 3,890.00 | $0.12 | $466.80 | C01494 Whitestone Brewery |
| CAN-12OZ-STANDARD-BPANI-BALL-10L | Invoice | 9/27/2024 | INV50024 | Can - 12oz Standard Brite - BPANI - Ball - 10 Layers | | 7,780.00 | $0.12 | $905.66 | C03067 Pearl Beach Brew Pub |
| CAN-12OZ-STANDARD-BPANI-BALL-10L | Invoice | 9/30/2024 | INV50299 | Can - 12oz Standard Brite - BPANI - Ball - 10 Layers | | 3,890.00 | $0.12 | $438.38 | C08532 Low Road Brewing |
| CAN-12OZ-STANDARD-BPANI-BALL-10L | Invoice | 10/3/2024 | INV50421 | Can - 12oz Standard Brite - BPANI - Ball - 10 Layers | | 7,780.00 | $0.12 | $933.60 | C10832 Zen Donkey Farms |
| CAN-12OZ-STANDARD-BPANI-BALL-18L | Invoice | 9/6/2024 | INV49630 | Can - 12oz Standard Brite - BPANI - Ball | | 7,002.00 | $0.15 | $1,038.89 | C01472 True Vine Brewing Co. |
| CAN-12OZ-STANDARD-BPANI-BALL-18L | Invoice | 9/17/2024 | INV49840 | Can - 12oz Standard Brite - BPANI - Ball | | 7,002.00 | $0.15 | $1,042.10 | C02587 Wanderlust Brewing Company |
| CAN-12OZ-STANDARD-BPANI-BALL-18L | Invoice | 9/26/2024 | INV50166 | Can - 12oz Standard Brite - BPANI - Ball | | 14,004.00 | $0.12 | $1,680.48 | C08455 National Food Lab |
| CAN-12OZ-STANDARD-BPANI-BALL-18L | Invoice | 9/26/2024 | INV50178 | Can - 12oz Standard Brite - BPANI - Ball | | 7,002.00 | $0.12 | $840.24 | C02280 Rally Cap Brewing Company |
| CAN-12OZ-STANDARD-BPANI-BALL-18L | Invoice | 9/26/2024 | INV50175 | Can - 12oz Standard Brite - BPANI - Ball | | 14,004.00 | $0.12 | $1,680.48 | C12172 Eagle Warehousing |
| CAN-12OZ-STANDARD-BPANI-BALL-18L | Invoice | 9/27/2024 | INV50262 | Can - 12oz Standard Brite - BPANI - Ball | | 49,014.00 | $0.09 | $4,411.26 | C02901 Nebraska Brewing Company |
| CAN-12OZ-STANDARD-BPANI-BALL-18L | Invoice | 9/27/2024 | INV50208 | Can - 12oz Standard Brite - BPANI - Ball | | 28,008.00 | $0.12 | $3,360.96 | C02961 Lazy Beach Brewing |
| CAN-12OZ-STANDARD-BPANI-BALL-18L | Invoice | 9/30/2024 | INV50244 | Can - 12oz Standard Brite - BPANI - Ball | | 14,004.00 | $0.12 | $1,680.48 | C08455 National Food Lab |
| CAN-12OZ-STANDARD-BPANI-BALL-18L | Invoice | 10/3/2024 | INV50419 | Can - 12oz Standard Brite - BPANI - Ball | | 14,004.00 | $0.12 | $1,680.48 | C11667 Rusty Axe Brewing Company, LLC |
| CAN-12OZ-STANDARD-BPANI-BALL-21L | Invoice | 9/6/2024 | INV49587 | Can - 12oz Standard Brite - BPANI - Ball | | 204,225.00 | $0.11 | $21,443.63 | C09190 Altstadt Brewery |
| CAN-12OZ-STANDARD-BPANI-BALL-21L | Invoice | 10/4/2024 | INV50454 | Can - 12oz Standard Brite - BPANI - Ball | | 204,225.00 | $0.11 | $21,443.63 | C09190 Altstadt Brewery |
| CAN-12OZ-STANDARD-BPANI-BALL-21L | Invoice | 10/10/2024 | INV50467 | Can - 12oz Standard Brite - BPANI - Ball | | 178,940.00 | $0.04 | $7,157.60 | C09190 Altstadt Brewery |
| CAN-12OZ-STANDARD-BPANI-BALL-21L | Invoice | 10/23/2024 | INV50477 | Can - 12oz Standard Brite - BPANI - Ball | | 204,225.00 | $0.11 | $21,443.63 | C09190 Altstadt Brewery |
| CAN-16OZ-STANDARD-BPANI-BALL-14L | Invoice | 9/6/2024 | INV49631 | Can - 16oz Standard Brite - BPANI - Ball - 14 Layers | | 5,446.00 | $0.18 | $980.28 | C03011 West Mountain Brewing Company |
| CAN-16OZ-STANDARD-BPANI-BALL-14L | Invoice | 9/6/2024 | INV49589 | Can - 16oz Standard Brite - BPANI - Ball - 14 Layers | | 5,446.00 | $0.18 | $980.28 | C04065 Idyll Hounds Brewery |
| CAN-16OZ-STANDARD-BPANI-BALL-14L | Invoice | 9/9/2024 | INV49660 | Can - 16oz Standard Brite - BPANI - Ball - 14 Layers | | 32,676.00 | $0.18 | $5,643.45 | C06912 Junkyard Brewing |
| CAN-16OZ-STANDARD-BPANI-BALL-14L | Invoice | 9/12/2024 | INV49741 | Can - 16oz Standard Brite - BPANI - Ball - 14 Layers | | 5,446.00 | $0.18 | $980.28 | C08078 White Rock Alehouse |
| CAN-16OZ-STANDARD-BPANI-BALL-14L | Invoice | 9/16/2024 | INV49834 | Can - 16oz Standard Brite - BPANI - Ball - 14 Layers | | 10,892.00 | $0.18 | $1,971.67 | C01617 Crowling Rental Co |
| CAN-16OZ-STANDARD-BPANI-BALL-14L | Invoice | 9/17/2024 | INV49832 | Can - 16oz Standard Brite - BPANI - Ball - 14 Layers | | 5,446.00 | $0.18 | $980.28 | C02280 Rally Cap Brewing Company |
| CAN-16OZ-STANDARD-BPANI-BALL-14L | Invoice | 9/19/2024 | INV49918 | Can - 16oz Standard Brite - BPANI - Ball - 14 Layers | | 5,446.00 | $0.18 | $980.28 | C07871 Johnson City Brewing Company |
| CAN-16OZ-STANDARD-BPANI-BALL-14L | Invoice | 9/20/2024 | INV49957 | Can - 16oz Standard Brite - BPANI - Ball - 14 Layers | | 5,446.00 | $0.18 | $977.44 | C04033 Louie's Kombucha |
| CAN-16OZ-STANDARD-BPANI-BALL-14L | Invoice | 9/20/2024 | INV49969 | Can - 16oz Standard Brite - BPANI - Ball - 14 Layers | | 16,338.00 | $0.18 | $2,940.84 | C02616 Buckstin Brewing Company |
| CAN-16OZ-STANDARD-BPANI-BALL-14L | Invoice | 9/20/2024 | INV49976 | Can - 16oz Standard Brite - BPANI - Ball - 14 Layers | | 10,892.00 | $0.18 | $1,960.56 | C01291 Kuenstler Brewing |
| CAN-16OZ-STANDARD-BPANI-BALL-14L | Invoice | 9/23/2024 | INV50014 | Can - 16oz Standard Brite - BPANI - Ball - 14 Layers | | 5,446.00 | $0.18 | $980.28 | C08317 Onsite Brewing Company |
| CAN-16OZ-STANDARD-BPANI-BALL-14L | Invoice | 9/23/2024 | INV49970 | Can - 16oz Standard Brite - BPANI - Ball - 14 Layers | | 16,338.00 | $0.18 | $2,940.84 | C02616 Buckstin Brewing Company |
| CAN-16OZ-STANDARD-BPANI-BALL-14L | Invoice | 9/25/2024 | INV50078 | Can - 16oz Standard Brite - BPANI - Ball - 14 Layers | | 10,892.00 | $0.14 | $1,524.88 | C02812 Short Story Brewing |
| CAN-16OZ-STANDARD-BPANI-BALL-14L | Invoice | 9/25/2024 | INV50086 | Can - 16oz Standard Brite - BPANI - Ball - 14 Layers | | 5,446.00 | $0.14 | $762.44 | C04112 Division Brewing |
| CAN-16OZ-STANDARD-BPANI-BALL-14L | Invoice | 9/25/2024 | INV50090 | Can - 16oz Standard Brite - BPANI - Ball - 14 Layers | | 5,446.00 | $0.14 | $762.44 | C02444 Whistle Punk Brewing |
| CAN-16OZ-STANDARD-BPANI-BALL-14L | Invoice | 9/25/2024 | INV50069 | Can - 16oz Standard Brite - BPANI - Ball - 14 Layers | | 5,446.00 | $0.14 | $760.53 | C10755 Natural 20 Brewing Co |
| CAN-16OZ-STANDARD-BPANI-BALL-14L | Invoice | 9/25/2024 | INV50167 | Can - 16oz Standard Brite - BPANI - Ball - 14 Layers | | 5,446.00 | $0.14 | $752.09 | C02956 Batch Craft Beer & Kolaches |
| CAN-16OZ-STANDARD-BPANI-BALL-14L | Invoice | 9/26/2024 | INV50175 | Can - 16oz Standard Brite - BPANI - Ball - 14 Layers | | 21,784.00 | $0.14 | $3,049.76 | C12172 Eagle Warehousing |
| CAN-16OZ-STANDARD-BPANI-BALL-14L | Invoice | 9/27/2024 | INV50210 | Can - 16oz Standard Brite - BPANI - Ball - 14 Layers | | 5,446.00 | $0.14 | $762.44 | C12184 Flying Tiger Brewery |
| CAN-16OZ-STANDARD-BPANI-BALL-14L | Invoice | 9/27/2024 | INV50243 | Can - 16oz Standard Brite - BPANI - Ball - 14 Layers | | 100.00 | $0.14 | $14.00 | C09920 Marco Reyna |
| CAN-16OZ-STANDARD-BPANI-BALL-14L | Invoice | 10/3/2024 | INV50419 | Can - 16oz Standard Brite - BPANI - Ball - 14 Layers | | 5,446.00 | $0.14 | $762.44 | C11667 Rusty Axe Brewing Company, LLC |
| CAN-16OZ-STANDARD-BPANI-BALL-14L | Invoice | 10/3/2024 | INV50420 | Can - 16oz Standard Brite - BPANI - Ball - 14 Layers | | 5,446.00 | $0.14 | $762.44 | C07490 Icarus Fermentation |
| CAN-16OZ-STANDARD-BPANI-BALL-16L | Invoice | 10/3/2024 | INV50427 | Can - 16oz - Standard Brite - BPANI - Ball | | 136,928.00 | $0.17 | $23,620.08 | C07251 Ranch House Brewery |
| CAN-16OZ-STANDARD-BPANI-BALL-16L | Invoice | 10/4/2024 | INV50448 | Can - 16oz - Standard Brite - BPANI - Ball | | 57,961.00 | $0.08 | $4,636.88 | C01617 Crowling Rental Co |

**American Canning LLC**
**Holding Company : American Canning LLC**
**Sales by Item Detail**
**September 1, 2024 - December 31, 2024**

| Item | Type | Date | Document Number | Description | Serial Numbers | Qty. Sold | Sales Price | Revenue | Customer |
|---|---|---|---|---|---|---|---|---|---|
| CAN-16OZ-STANDARD-BPANI-BALL-8L | Invoice | 9/4/2024 | INV49559 | Can - 16oz - Standard Brite - BPANI - Ball - 8 Layers | | 3,112.00 | $0.18 | $560.16 | C09170 Save The World Brewing Co. |
| CAN-16OZ-STANDARD-BPANI-BALL-8L | Invoice | 9/4/2024 | INV49555 | Can - 16oz - Standard Brite - BPANI - Ball - 8 Layers | | 3,112.00 | $0.18 | $559.95 | C10984 Bullfrog Creek Brewing |
| CAN-16OZ-STANDARD-BPANI-BALL-8L | Invoice | 9/6/2024 | INV49629 | Can - 16oz - Standard Brite - BPANI - Ball - 8 Layers | | 3,112.00 | $0.18 | $560.16 | C07983 Gilla Brewing Company |
| CAN-16OZ-STANDARD-BPANI-BALL-8L | Invoice | 9/6/2024 | INV49591 | Can - 16oz - Standard Brite - BPANI - Ball - 8 Layers | | 3,112.00 | $0.18 | $560.16 | C02770 Wings a-Blazn' |
| CAN-16OZ-STANDARD-BPANI-BALL-8L | Invoice | 9/6/2024 | INV49593 | Can - 16oz - Standard Brite - BPANI - Ball - 8 Layers | | 3,112.00 | $0.18 | $560.16 | C02132 Rowley Farmhouse Ales |
| CAN-16OZ-STANDARD-BPANI-BALL-8L | Invoice | 9/6/2024 | INV49594 | Can - 16oz - Standard Brite - BPANI - Ball - 8 Layers | | 3,112.00 | $0.18 | $560.16 | C04042 Sceptre Brewing Arts |
| CAN-16OZ-STANDARD-BPANI-BALL-8L | Invoice | 9/12/2024 | INV49732 | Can - 16oz - Standard Brite - BPANI - Ball - 8 Layers | | 6,224.00 | $0.18 | $1,113.63 | C10859 Corn Coast Brewing Company |
| CAN-16OZ-STANDARD-BPANI-BALL-8L | Invoice | 9/12/2024 | INV49730 | Can - 16oz - Standard Brite - BPANI - Ball - 8 Layers | | 6,224.00 | $0.18 | $1,109.88 | C02266 Audacious Aleworks |
| CAN-16OZ-STANDARD-BPANI-BALL-8L | Invoice | 9/12/2024 | INV49735 | Can - 16oz - Standard Brite - BPANI - Ball - 8 Layers | | 3,112.00 | $0.12 | $376.49 | C01434 St. Elmo Brewing Co. |
| CAN-16OZ-STANDARD-BPANI-BALL-8L | Invoice | 9/13/2024 | INV49767 | Can - 16oz - Standard Brite - BPANI - Ball - 8 Layers | | 3,112.00 | $0.18 | $559.96 | C05613 Grains & Taps LLC |
| CAN-16OZ-STANDARD-BPANI-BALL-8L | Invoice | 9/13/2024 | INV49766 | Can - 16oz - Standard Brite - BPANI - Ball - 8 Layers | | 3,112.00 | $0.18 | $560.16 | C06946 Mountaintown Brewing |
| CAN-16OZ-STANDARD-BPANI-BALL-8L | Invoice | 9/16/2024 | INV49794 | Can - 16oz - Standard Brite - BPANI - Ball - 8 Layers | | 6,224.00 | $0.18 | $1,109.83 | C09170 Save The World Brewing Co. |
| CAN-16OZ-STANDARD-BPANI-BALL-8L | Invoice | 9/17/2024 | INV49831 | Can - 16oz - Standard Brite - BPANI - Ball - 8 Layers | | 3,112.00 | $0.18 | $511.45 | C01507 Zilker Brewing Company |
| CAN-16OZ-STANDARD-BPANI-BALL-8L | Invoice | 9/17/2024 | INV49822 | Can - 16oz - Standard Brite - BPANI - Ball - 8 Layers | | 3,112.00 | $0.18 | $559.55 | C02487 Nearburg Brewing |
| CAN-16OZ-STANDARD-BPANI-BALL-8L | Invoice | 9/17/2024 | INV49819 | Can - 16oz - Standard Brite - BPANI - Ball - 8 Layers | | 3,112.00 | $0.18 | $560.16 | C09536 Great Raft Brewing |
| CAN-16OZ-STANDARD-BPANI-BALL-8L | Invoice | 9/18/2024 | INV50294 | Can - 16oz - Standard Brite - BPANI - Ball - 8 Layers | | 3,112.00 | $0.11 | $342.32 | C01434 St. Elmo Brewing Co. |
| CAN-16OZ-STANDARD-BPANI-BALL-8L | Invoice | 9/20/2024 | INV49952 | Can - 16oz - Standard Brite - BPANI - Ball - 8 Layers | | 3,112.00 | $0.18 | $554.12 | C01542 Bankhead Brewing Co. |
| CAN-16OZ-STANDARD-BPANI-BALL-8L | Invoice | 9/20/2024 | INV49922 | Can - 16oz - Standard Brite - BPANI - Ball - 8 Layers | | 3,112.00 | $0.18 | $560.16 | C05166 Three Taverns Brewery |
| CAN-16OZ-STANDARD-BPANI-BALL-8L | Invoice | 9/20/2024 | INV49953 | Can - 16oz - Standard Brite - BPANI - Ball - 8 Layers | | 3,112.00 | $0.18 | $560.16 | C06738 Tent City Beer |
| CAN-16OZ-STANDARD-BPANI-BALL-8L | Invoice | 9/23/2024 | INV50016 | Can - 16oz - Standard Brite - BPANI - Ball - 8 Layers | | 3,112.00 | $0.18 | $547.21 | C10801 Fait la Force Brewing Company |
| CAN-16OZ-STANDARD-BPANI-BALL-8L | Invoice | 9/23/2024 | INV50036 | Can - 16oz - Standard Brite - BPANI - Ball - 8 Layers | | 3,112.00 | $0.18 | $560.16 | C01383 Red Horn Brewing |
| CAN-16OZ-STANDARD-BPANI-BALL-8L | Invoice | 9/23/2024 | INV50018 | Can - 16oz - Standard Brite - BPANI - Ball - 8 Layers | | 6,224.00 | $0.18 | $1,111.94 | C07990 KAPA GROUP LLC DBA BOOCHMAN KOMBUCHA |
| CAN-16OZ-STANDARD-BPANI-BALL-8L | Invoice | 9/23/2024 | INV50035 | Can - 16oz - Standard Brite - BPANI - Ball - 8 Layers | | 3,112.00 | $0.18 | $560.16 | C11018 JOSH KEYWORTH |
| CAN-16OZ-STANDARD-BPANI-BALL-8L | Invoice | 9/25/2024 | INV50052 | Can - 16oz - Standard Brite - BPANI - Ball - 8 Layers | | 3,112.00 | $0.14 | $435.68 | C01352 Oddwood Ales |
| CAN-16OZ-STANDARD-BPANI-BALL-8L | Invoice | 9/25/2024 | INV50066 | Can - 16oz - Standard Brite - BPANI - Ball - 8 Layers | | 3,112.00 | $0.14 | $435.68 | C11314 TRVE Brewing AVL |
| CAN-16OZ-STANDARD-BPANI-BALL-8L | Invoice | 9/25/2024 | INV50050 | Can - 16oz - Standard Brite - BPANI - Ball - 8 Layers | | 6,224.00 | $0.14 | $871.36 | C08199 Cabin Creek Brewing |
| CAN-16OZ-STANDARD-BPANI-BALL-8L | Invoice | 9/25/2024 | INV50060 | Can - 16oz - Standard Brite - BPANI - Ball - 8 Layers | | 9,336.00 | $0.14 | $1,290.05 | C09297 Casey Brewing |
| CAN-16OZ-STANDARD-BPANI-BALL-8L | Invoice | 9/25/2024 | INV50070 | Can - 16oz - Standard Brite - BPANI - Ball - 8 Layers | | 6,224.00 | $0.14 | $857.87 | C01264 Hold Out Brewing |
| CAN-16OZ-STANDARD-BPANI-BALL-8L | Invoice | 9/25/2024 | INV50067 | Can - 16oz - Standard Brite - BPANI - Ball - 8 Layers | | 3,112.00 | $0.14 | $433.91 | C11995 James Scrogin |
| CAN-16OZ-STANDARD-BPANI-BALL-8L | Invoice | 9/25/2024 | INV50076 | Can - 16oz - Standard Brite - BPANI - Ball - 8 Layers | | 15,560.00 | $0.14 | $2,125.73 | C02219 Dos Sirenos Brewing |
| CAN-16OZ-STANDARD-BPANI-BALL-8L | Invoice | 9/26/2024 | INV50164 | Can - 16oz - Standard Brite - BPANI - Ball - 8 Layers | | 3,112.00 | $0.14 | $435.41 | C01997 Steamworks Brewing |
| CAN-16OZ-STANDARD-BPANI-BALL-8L | Invoice | 9/26/2024 | INV50187 | Can - 16oz - Standard Brite - BPANI - Ball - 8 Layers | | 6,224.00 | $0.18 | $1,118.40 | C01458 The Brewtorium |
| CAN-16OZ-STANDARD-BPANI-BALL-8L | Invoice | 9/26/2024 | INV50186 | Can - 16oz - Standard Brite - BPANI - Ball - 8 Layers | | 6,224.00 | $0.18 | $1,120.32 | C10548 Fast Friends Beer Company |
| CAN-16OZ-STANDARD-BPANI-BALL-8L | Invoice | 9/26/2024 | INV50159 | Can - 16oz - Standard Brite - BPANI - Ball - 8 Layers | | 3,112.00 | $0.14 | $435.68 | C03290 Barking Armadillo Brewing |
| CAN-16OZ-STANDARD-BPANI-BALL-8L | Invoice | 9/27/2024 | INV50265 | Can - 16oz - Standard Brite - BPANI - Ball - 8 Layers | | 3,112.00 | $0.14 | $435.68 | C02041 Blue Heron Brewing Co. |
| CAN-16OZ-STANDARD-BPANI-BALL-8L | Invoice | 9/27/2024 | INV50253 | Can - 16oz - Standard Brite - BPANI - Ball - 8 Layers | | 18,672.00 | $0.14 | $2,227.27 | C09170 Save The World Brewing Co. |
| CAN-16OZ-STANDARD-BPANI-BALL-8L | Invoice | 9/27/2024 | INV50214 | Can - 16oz - Standard Brite - BPANI - Ball - 8 Layers | | 3,112.00 | $0.18 | $560.16 | C01310 Longtab Brewing Company |
| CAN-16OZ-STANDARD-BPANI-BALL-8L | Invoice | 9/27/2024 | INV50261 | Can - 16oz - Standard Brite - BPANI - Ball - 8 Layers | | 3,112.00 | $0.14 | $415.88 | C05581 Bowigens Beer Company |
| CAN-16OZ-STANDARD-BPANI-BALL-8L | Invoice | 9/27/2024 | INV50201 | Can - 16oz - Standard Brite - BPANI - Ball - 8 Layers | | 3,112.00 | $0.14 | $435.68 | C03403 Stumptown Brewery |
| CAN-16OZ-STANDARD-BPANI-BALL-8L | Invoice | 9/27/2024 | INV50248 | Can - 16oz - Standard Brite - BPANI - Ball - 8 Layers | | 3,112.00 | $0.14 | $435.68 | C02211 Royal Palm Brewing Company |
| CAN-16OZ-STANDARD-BPANI-BALL-8L | Invoice | 9/27/2024 | INV50221 | Can - 16oz - Standard Brite - BPANI - Ball - 8 Layers | | 12,448.00 | $0.14 | $1,721.91 | C08184 Buddhas Brew |
| CAN-16OZ-STANDARD-BPANI-BALL-8L | Invoice | 10/2/2024 | INV50370 | Can - 16oz - Standard Brite - BPANI - Ball - 8 Layers | | 3,112.00 | $0.11 | $342.32 | C05613 Grains & Taps LLC |
| CAN-16OZ-STANDARD-BPANI-BALL-8L | Invoice | 10/3/2024 | INV50422 | Can - 16oz - Standard Brite - BPANI - Ball - 8 Layers | | 18,672.00 | $0.11 | $2,053.92 | C12216 Junkyard Brewing Company |
| CAN-16OZ-STANDARD-BPANI-BALL-8L | Invoice | 10/3/2024 | INV50423 | Can - 16oz - Standard Brite - BPANI - Ball - 8 Layers | | 9,336.00 | $0.11 | $1,026.96 | C12223 Bird Street Brewing |
| CAN-16OZ-STANDARD-BPANI-BALL-8L | Invoice | 10/4/2024 | INV50456 | Can - 16oz - Standard Brite - BPANI - Ball - 8 Layers | | 6,224.00 | $0.11 | $684.64 | C01434 St. Elmo Brewing Co. |
| CAN-16OZ-STANDARD-EPOXY-BALL-14L | Invoice | 9/13/2024 | INV49770 | Can - 16oz - Standard Brite - Epoxy - Ball - 14 Layer | | 16,338.00 | $0.18 | $2,916.20 | C06491 Jester King Brewery |
| CAN-16OZ-STANDARD-EPOXY-BALL-14L | Invoice | 9/13/2024 | INV49773 | Can - 16oz - Standard Brite - Epoxy - Ball - 14 Layer | | 5,446.00 | $0.18 | $972.69 | C05598 Flashpoint Brewing Company |
| CAN-16OZ-STANDARD-EPOXY-BALL-14L | Invoice | 9/23/2024 | INV50028 | Can - 16oz - Standard Brite - Epoxy - Ball - 14 Layer | | 27,230.00 | $0.18 | $4,830.90 | C06491 Jester King Brewery |
| CAN-16OZ-STANDARD-EPOXY-BALL-14L | Invoice | 9/23/2024 | INV49959 | Can - 16oz - Standard Brite - Epoxy - Ball - 14 Layer | | 5,446.00 | $0.18 | $977.11 | C03194 Parleaux Beer Lab |
| CAN-16OZ-STANDARD-EPOXY-BALL-14L | Invoice | 9/25/2024 | INV50053 | Can - 16oz - Standard Brite - Epoxy - Ball - 14 Layer | | 5,446.00 | $0.14 | $752.58 | C01365 Palisade Brewing Company |
| CAN-16OZ-STANDARD-EPOXY-BALL-14L | Invoice | 9/26/2024 | INV50169 | Can - 16oz - Standard Brite - Epoxy - Ball - 14 Layer | | 5,446.00 | $0.14 | $759.44 | C10651 Tanner Brewing Company |
| CAN-16OZ-STANDARD-EPOXY-BALL-14L | Invoice | 9/26/2024 | INV50163 | Can - 16oz - Standard Brite - Epoxy - Ball - 14 Layer | | 5,446.00 | $0.14 | $749.01 | C10729 Wackadoo Brewing |
| CAN-16OZ-STANDARD-EPOXY-BALL-14L | Invoice | 9/27/2024 | INV50251 | Can - 16oz - Standard Brite - Epoxy - Ball - 14 Layer | | 10,892.00 | $0.12 | $1,206.72 | C03002 Icebox Brewing Company |
| CAN-16OZ-STANDARD-EPOXY-BALL-14L | Invoice | 9/27/2024 | INV50260 | Can - 16oz - Standard Brite - Epoxy - Ball - 14 Layer | | 10,892.00 | $0.14 | $1,270.44 | C06491 Jester King Brewery |
| CAN-16OZ-STANDARD-EPOXY-BALL-14L | Invoice | 9/27/2024 | INV50259 | Can - 16oz - Standard Brite - Epoxy - Ball - 14 Layer | | 5,446.00 | $0.14 | $711.26 | C06491 Jester King Brewery |
| CAN-16OZ-STANDARD-EPOXY-BALL-14L | Invoice | 9/27/2024 | INV50257 | Can - 16oz - Standard Brite - Epoxy - Ball - 14 Layer | | 5,446.00 | $0.12 | $653.52 | C09120 Earths Brew |
| CAN-16OZ-STANDARD-EPOXY-BALL-14L | Invoice | 10/2/2024 | INV50366 | Can - 16oz - Standard Brite - Epoxy - Ball - 14 Layer | | 10,892.00 | $0.10 | $1,089.20 | C01291 Kuenstler Brewing |
| CAN-16OZ-STANDARD-EPOXY-BALL-14L | Invoice | 10/2/2024 | INV50357 | Can - 16oz - Standard Brite - Epoxy - Ball - 14 Layer | | 5,446.00 | $0.10 | $544.60 | C03194 Parleaux Beer Lab |
| CAN-16OZ-STANDARD-EPOXY-BALL-14L | Invoice | 10/2/2024 | INV50353 | Can - 16oz - Standard Brite - Epoxy - Ball - 14 Layer | | 5,446.00 | $0.10 | $544.60 | C02961 Lazy Beach Brewing |
| CAN-16OZ-STANDARD-EPOXY-BALL-14L | Invoice | 10/2/2024 | INV50349 | Can - 16oz - Standard Brite - Epoxy - Ball - 14 Layer | | 5,446.00 | $0.10 | $544.60 | C01217 Fairhope Brewing Co. |
| CAN-16OZ-STANDARD-EPOXY-BALL-14L | Invoice | 10/2/2024 | INV50408 | Can - 16oz - Standard Brite - Epoxy - Ball - 14 Layer | | 5,446.00 | $0.10 | $544.60 | C10129 Traust Brewing Company |
| CAN-16OZ-STANDARD-EPOXY-BALL-14L | Invoice | 10/2/2024 | INV50380 | Can - 16oz - Standard Brite - Epoxy - Ball - 14 Layer | | 5,446.00 | $0.10 | $544.60 | C02280 Rally Cap Brewing Company |
| CAN-16OZ-STANDARD-EPOXY-BALL-14L | Invoice | 10/4/2024 | INV50447 | Can - 16oz - Standard Brite - Epoxy - Ball - 14 Layer | | 38,122.00 | $0.09 | $3,430.98 | C06080 prison brewing co llc |
| CAN-16OZ-STANDARD-EPOXY-BALL-14L | Invoice | 10/4/2024 | INV50444 | Can - 16oz - Standard Brite - Epoxy - Ball - 14 Layer | | 5,446.00 | $0.10 | $544.60 | C01383 Red Horn Brewing |
| CAN-16OZ-STANDARD-EPOXY-BALL-14L | Invoice | 10/4/2024 | INV50445 | Can - 16oz - Standard Brite - Epoxy - Ball - 14 Layer | | 10,892.00 | $0.10 | $1,089.20 | C01617 Crowling Rental Co |
| CAN-16OZ-STANDARD-EPOXY-BALL-8L | Invoice | 9/6/2024 | INV49583 | Can - 16oz - Standard Brite - Epoxy - Ball - 8 Layer | | 3,112.00 | $0.18 | $562.03 | C08319 Ink Factory Brewing |
| CAN-16OZ-STANDARD-EPOXY-BALL-8L | Invoice | 9/17/2024 | INV49839 | Can - 16oz - Standard Brite - Epoxy - Ball - 8 Layer | | 3,112.00 | $0.18 | $560.16 | C06407 Vacancy Brewing |
| CAN-16OZ-STANDARD-EPOXY-BALL-8L | Invoice | 9/19/2024 | INV49919 | Can - 16oz - Standard Brite - Epoxy - Ball - 8 Layer | | 3,112.00 | $0.18 | $560.16 | C08194 Manhattan Brewing Company |
| CAN-16OZ-STANDARD-EPOXY-BALL-8L | Invoice | 9/23/2024 | INV50017 | Can - 16oz - Standard Brite - Epoxy - Ball - 8 Layer | | 3,112.00 | $0.18 | $560.09 | C09379 Lawless Brewing Company |
| CAN-16OZ-STANDARD-EPOXY-BALL-8L | Invoice | 9/23/2024 | INV50030 | Can - 16oz - Standard Brite - Epoxy - Ball - 8 Layer | | 3,112.00 | $0.18 | $560.16 | C01300 Lazarus Brewing Co |
| CAN-16OZ-STANDARD-EPOXY-BALL-8L | Invoice | 9/25/2024 | INV50088 | Can - 16oz - Standard Brite - Epoxy - Ball - 8 Layer | | 3,112.00 | $0.14 | $433.91 | C03493 Coastal County Brewing Company |
| CAN-16OZ-STANDARD-EPOXY-BALL-8L | Invoice | 9/26/2024 | INV50162 | Can - 16oz - Standard Brite - Epoxy - Ball - 8 Layer | | 12,448.00 | $0.14 | $1,725.00 | C04386 Ankrolab Brewing Co. |
| CAN-16OZ-STANDARD-EPOXY-BALL-8L | Invoice | 9/26/2024 | INV50184 | Can - 16oz - Standard Brite - Epoxy - Ball - 8 Layer | | 6,224.00 | $0.14 | $871.36 | C01019 5 Stones Artisan Brewery |

**American Canning LLC**
**Holding Company : American Canning LLC**
**Sales by Item Detail**
**September 1, 2024 - December 31, 2024**

| Item | Type | Date | Document Number | Description | Serial Numbers | Qty. Sold | Sales Price | Revenue | Customer |
|---|---|---|---|---|---|---|---|---|---|
| CAN-16OZ-STANDARD-EPOXY-BALL-8L | Invoice | 9/27/2024 | INV50272 | Can - 16oz - Standard Brite - Epoxy - Ball - 8 Layer | | 3,112.00 | $0.18 | $562.03 | C08319 Ink Factory Brewing |
| CAN-16OZ-STANDARD-EPOXY-BALL-8L | Invoice | 9/27/2024 | INV50255 | Can - 16oz - Standard Brite - Epoxy - Ball - 8 Layer | | 3,112.00 | $0.12 | $373.44 | C03850 Riverside Rhapsody |
| CAN-16OZ-STANDARD-EPOXY-BALL-8L | Invoice | 9/27/2024 | INV50249 | Can - 16oz - Standard Brite - Epoxy - Ball - 8 Layer | | 6,224.00 | $0.12 | $700.52 | C11182 Black Pearl Fisheries, llc |
| CAN-16OZ-STANDARD-EPOXY-BALL-8L | Invoice | 9/27/2024 | INV50247 | Can - 16oz - Standard Brite - Epoxy - Ball - 8 Layer | | 3,112.00 | $0.12 | $373.44 | C02211 Royal Palm Brewing Company |
| CAN-16OZ-STANDARD-EPOXY-BALL-8L | Invoice | 9/27/2024 | INV50245 | Can - 16oz - Standard Brite - Epoxy - Ball - 8 Layer | | 6,224.00 | $0.12 | $677.27 | C01280 Infamous Brewing Co. |
| CAN-16OZ-STANDARD-EPOXY-BALL-8L | Invoice | 9/27/2024 | INV50240 | Can - 16oz - Standard Brite - Epoxy - Ball - 8 Layer | | 3,112.00 | $0.12 | $373.44 | C08799 Pneumatic Scale Angelus |
| CAN-16OZ-STANDARD-EPOXY-BALL-8L | Invoice | 9/27/2024 | INV50266 | Can - 16oz - Standard Brite - Epoxy - Ball - 8 Layer | | 3,112.00 | $0.14 | $398.72 | C05692 Desert Monks |
| CAN-16OZ-STANDARD-EPOXY-BALL-8L | Invoice | 10/2/2024 | INV50362 | Can - 16oz - Standard Brite - Epoxy - Ball - 8 Layer | | 12,448.00 | $0.10 | $1,244.80 | C12218 John Oglesbee |
| CAN-16OZ-STANDARD-EPOXY-BALL-8L | Invoice | 10/2/2024 | INV50396 | Can - 16oz - Standard Brite - Epoxy - Ball - 8 Layer | | 3,112.00 | $0.10 | $311.20 | C03196 Cypress Grove Brewing |
| CAN-16OZ-STANDARD-EPOXY-BALL-8L | Invoice | 10/2/2024 | INV50384 | Can - 16oz - Standard Brite - Epoxy - Ball - 8 Layer | | 3,112.00 | $0.10 | $311.20 | C01036 Ale Spike |
| CAN-16OZ-STANDARD-EPOXY-BALL-8L | Invoice | 10/3/2024 | INV50431 | Can - 16oz - Standard Brite - Epoxy - Ball - 8 Layer | | 3,112.00 | $0.14 | $400.57 | C06407 Vacancy Brewing |
| CAN-16OZ-STANDARD-EPOXY-BALL-8L | Invoice | 10/4/2024 | INV50447 | Can - 16oz - Standard Brite - Epoxy - Ball - 8 Layer | | 37,344.00 | $0.09 | $3,360.96 | C06080 prison brewing co llc |
| CAN-187ML-SLIM-BPANI-BALL-11L | Invoice | 9/25/2024 | INV50079 | Can - 187mL Slim Brite - BPANI - Ball - 11 Layers | | 6,446.00 | $0.23 | $1,472.72 | C10924 Rinna Lee |
| CAN-192OZ-STANDARD-BPANI-BALL-13L | Invoice | 10/4/2024 | INV50448 | Can - 19.2oz Standard Brite - BPANI - Ball | | 60,684.00 | $0.11 | $6,675.24 | C01617 Crowling Rental Co |
| CAN-192OZ-STANDARD-BPANI-BALL-13L | Invoice | 10/15/2024 | INV50475 | Can - 19.2oz Standard Brite - BPANI - Ball - 13L | | 25,285.00 | $0.04 | $1,011.40 | C01514 Belching Beaver Brewery |
| CAN-192OZ-STANDARD-BPANI-BALL-6L | Invoice | 9/12/2024 | INV49730 | Can - 19.2oz Standard Brite - BPANI - Ball - 6L | | 2,334.00 | $0.29 | $670.55 | C02266 Audacious Aleworks |
| CAN-192OZ-STANDARD-BPANI-BALL-6L | Invoice | 9/16/2024 | INV49834 | Can - 19.2oz Standard Brite - BPANI - Ball - 6L | | 4,668.00 | $0.30 | $1,390.97 | C01617 Crowling Rental Co |
| CAN-192OZ-STANDARD-BPANI-BALL-6L | Invoice | 9/18/2024 | INV49863 | Can - 19.2oz Standard Brite - BPANI - Ball - 6L | | 2,334.00 | $0.29 | $676.86 | C02819 Weekend Brewing Company |
| CAN-192OZ-STANDARD-BPANI-BALL-6L | Invoice | 9/27/2024 | INV50253 | Can - 19.2oz Standard Brite - BPANI - Ball - 6L | | 4,668.00 | $0.22 | $875.00 | C09170 Save The World Brewing Co. |
| CAN-192OZ-STANDARD-BPANI-BALL-6L | Invoice | 9/27/2024 | INV50400 | Can - 19.2oz Standard Brite - BPANI - Ball - 6L | | 9,336.00 | $0.19 | $1,773.84 | C01617 Crowling Rental Co |
| CAN-200ML-SLIM-BPANI-BALL-11L | Invoice | 10/7/2024 | INV50459 | Can - 200mL Slim Brite - BPANI - Ball -11L | | 25,784.00 | $0.19 | $4,913.91 | C02158 Greenhook Ginsmiths |
| CAN-200ML-SLIM-BPANI-BALL-20L | Invoice | 10/7/2024 | INV50459 | Can - 200mL Slim Brite - BPANI - Ball - 20L | | 46,880.00 | $0.19 | $8,934.39 | C02158 Greenhook Ginsmiths |
| CAN-200ML-SLIM-BPANI-BALL-22L | Invoice | 9/10/2024 | INV49695 | Can - 200mL Slim Brite - BPANI - Ball | | 30.00 | $0.19 | ($19.28) | C12075 Gristmill Distillers |
| CAN-250ML-SLIM-BPANI-GLOBAL-BALL-9L | Invoice | 9/26/2024 | INV50185 | Can - 250mL Slim Brite - BPANI - Ball - GLOBAL - 9 layers | | 15,822.00 | $0.18 | $2,768.85 | C11832 Tenth Ward Distilling Co. |
| CAN-250ML-SLIM-BPANI-GLOBAL-BALL-9L | Invoice | 9/30/2024 | INV50306 | Can - 250mL Slim Brite - BPANI - Ball - GLOBAL - 9 layers | | 5,274.00 | $0.16 | $843.84 | C12206 Sistine Spritz |
| CAN-32OZ-CROWLER-BPANI-BALL | Invoice | 9/12/2024 | INV49737 | Can - 32oz Crowler Brite - BPANI - Ball | | 2,400.00 | $0.49 | $1,171.44 | C12700 The Growler Spot |
| CAN-32OZ-CROWLER-BPANI-BALL | Invoice | 9/16/2024 | INV49834 | Can - 32oz Crowler Brite - BPANI - Ball | | 2,400.00 | $0.50 | $1,188.05 | C01617 Crowling Rental Co |
| CAN-32OZ-CROWLER-BPANI-BALL | Invoice | 9/16/2024 | INV49834 | Can - 32oz Crowler Brite - BPANI - Ball | | 2,400.00 | $0.50 | $1,496.59 | C01617 Crowling Rental Co |
| CAN-32OZ-CROWLER-BPANI-BALL | Invoice | 9/23/2024 | INV49980 | Can - 32oz Crowler Brite - BPANI - Ball | | 2,400.00 | $0.36 | $864.00 | C03806 Bluffview Growler |
| CAN-32OZ-CROWLER-BPANI-BALL | Invoice | 9/23/2024 | INV49979 | Can - 32oz Crowler Brite - BPANI - Ball | | 2,400.00 | $0.36 | $864.00 | C12100 The Growler Spot |
| CAN-32OZ-CROWLER-BPANI-BALL | Invoice | 9/25/2024 | INV50080 | Can - 32oz Crowler Brite - BPANI - Ball | | 2,400.00 | $0.40 | $960.00 | C02646 Beers Looking At You |
| CAN-32OZ-CROWLER-BPANI-BALL | Invoice | 9/25/2024 | INV50091 | Can - 32oz Crowler Brite - BPANI - Ball | | 1,200.00 | $0.39 | $468.60 | C01300 Lazarus Brewing Co |
| CAN-32OZ-CROWLER-BPANI-BALL | Invoice | 9/25/2024 | INV50075 | Can - 32oz Crowler Brite - BPANI - Ball | | 1,200.00 | $0.36 | $432.00 | C02230 Quirk Brewing |
| CAN-32OZ-CROWLER-BPANI-BALL | Invoice | 9/25/2024 | INV50054 | Can - 32oz Crowler Brite - BPANI - Ball | | 1,200.00 | $0.36 | $432.00 | C03491 Living the Dream Brewing Company |
| CAN-32OZ-CROWLER-BPANI-BALL | Invoice | 9/25/2024 | INV50061 | Can - 32oz Crowler Brite - BPANI - Ball | | 1,200.00 | $0.36 | $432.00 | C06924 Krootz Brewing Co |
| CAN-32OZ-CROWLER-BPANI-BALL | Invoice | 9/27/2024 | INV50197 | Can - 32oz Crowler Brite - BPANI - Ball | | 2,400.00 | $0.34 | $768.00 | C11269 The Corner Craft Beer |
| CAN-32OZ-CROWLER-BPANI-BALL | Invoice | 9/27/2024 | INV50209 | Can - 32oz Crowler Brite - BPANI - Ball | | 1,200.00 | $0.44 | $484.03 | C05646 Fly Llama Brewing |
| CAN-32OZ-CROWLER-BPANI-BALL | Invoice | 9/27/2024 | INV50198 | Can - 32oz Crowler Brite - BPANI - Ball | | 2,400.00 | $0.34 | $771.24 | C03583 Reservoir Brewing |
| CAN-32OZ-CROWLER-BPANI-BALL | Invoice | 9/30/2024 | INV50304 | Can - 32oz Crowler Brite - BPANI - Ball | | 1,200.00 | $0.34 | $408.00 | C01746 Antietam Brewery |
| CAN-32OZ-CROWLER-BPANI-BALL | Invoice | 9/30/2024 | INV50299 | Can - 32oz Crowler Brite - BPANI - Ball | | 1,200.00 | $0.44 | $495.86 | C08532 Low Road Brewing |
| CAN-32OZ-CROWLER-BPANI-BALL | Invoice | 10/2/2024 | INV50390 | Can - 32oz Crowler Brite - BPANI - Ball | | 2,400.00 | $0.30 | $720.00 | C10993 NINE GIANT BREVING |
| CAN-32OZ-CROWLER-BPANI-BALL | Invoice | 10/2/2024 | INV50385 | Can - 32oz Crowler Brite - BPANI - Ball | | 2,400.00 | $0.30 | $720.00 | C02907 Chicago Brew Werks |
| CAN-32OZ-CROWLER-BPANI-BALL | Invoice | 10/3/2024 | INV50430 | Can - 32oz Crowler Brite - BPANI - Ball | | 2,400.00 | $0.20 | $480.00 | C01617 Crowling Rental Co |
| CAN-32OZ-CROWLER-BPANI-BALL | Invoice | 10/4/2024 | INV50448 | Can - 32oz Crowler Brite - BPANI - Ball | | 2,400.00 | $0.20 | $480.00 | C01617 Crowling Rental Co |
| CAN-32OZ-CROWLER-BPANI-BALL | Invoice | 10/4/2024 | INV50445 | Can - 32oz Crowler Brite - BPANI - Ball | | 4,800.00 | $0.30 | $1,440.00 | C01617 Crowling Rental Co |
| CAN-32OZ-CROWLER-BPANI-BALL | Invoice | 10/11/2024 | INV50464 | Can - 32oz Crowler Brite - BPANI - Ball | | 4,080.00 | $0.20 | $816.00 | C11333 DECA Beer Company |
| CAN-750ML-CROWLER-BPANI-BALL | Invoice | 9/23/2024 | INV50025 | Can - 750mL Crowler Brite - BPANI - BALL | | 5,760.00 | $0.46 | $2,649.60 | C02349 Deft Brewing LLC |
| CAN-750ML-CROWLER-BPANI-BALL | Invoice | 10/2/2024 | INV50370 | Can - 750mL Crowler Brite - BPANI - BALL | | 1,440.00 | $0.28 | $403.20 | C08613 Grains & Taps LLC |
| CAN-750ML-CROWLER-BPANI-BALL | Invoice | 10/2/2024 | INV50416 | Can - 750mL Crowler Brite - BPANI - BALL | | 8,640.00 | $0.28 | $2,419.20 | C01368 Pirnhouse Pizza, LLC |
| CAN-750ML-CROWLER-BPANI-BALL | Invoice | 10/3/2024 | INV50387 | Can - 750mL Crowler Brite - BPANI - BALL | | 5,760.00 | $0.28 | $1,612.80 | C10581 Buckin Nuts |
| CAN-750ML-CROWLER-BPANI-BALL | Invoice | 10/3/2024 | INV50430 | Can - 750mL Crowler Brite - BPANI - BALL | | 14,400.00 | $0.18 | $2,592.00 | C01617 Crowling Rental Co |
| CAN-750ML-CROWLER-BPANI-BALL | Invoice | 10/4/2024 | INV50448 | Can - 750mL Crowler Brite - BPANI - BALL | | 5,760.00 | $0.18 | $1,036.80 | C01617 Crowling Rental Co |
| CAN-750ML-CROWLER-BPANI-BALL | Invoice | 10/4/2024 | INV50445 | Can - 750mL Crowler Brite - BPANI - BALL | | 7,200.00 | $0.28 | $2,016.00 | C01617 Crowling Rental Co |
| CAN-75OZ-SLEEK-BPANI-BALL-12L | Invoice | 10/10/2024 | INV50466 | Can - 7.5 oz Sleek Brite - BPANI - Ball -12L | | 66,792.00 | $0.04 | $2,671.68 | C08432 WilCraft Can |
| CAN-75OZ-SLEEK-BPANI-BALL-21L | Invoice | 10/3/2024 | INV50425 | Can - 7.5 oz Sleek Brite - BPANI - Ball -21L | | 10,626.00 | $0.09 | $956.34 | C11503 Jarek Elmasian |
| CAN-75OZ-SLEEK-BPANI-BALL-21L | Invoice | 10/10/2024 | INV50466 | Can - 7.5 oz Sleek Brite - BPANI - Ball -21L | | 42,504.00 | $0.04 | $1,700.16 | C08432 WilCraft Can |
| CAN-75OZ-SLEEK-BPANI-BALL-21L | Credit Memo | 10/31/2024 | CM1553 | Can - 7.5 oz Sleek Brite - BPANI - Ball -21L | | -10,626.00 | $0.04 | ($425.04) | C08432 WilCraft Can |
| CAN-75OZ-SLEEK-BPANI-BALL-24L | Invoice | 9/17/2024 | INV49838 | Can - 7.5 oz Sleek Brite - BPANI - Ball -024L | | 60.00 | $0.14 | $8.34 | C11032 FueX Technologies |
| CAN-75OZ-SLEEK-BPANI-BALL-24L | Invoice | 10/10/2024 | INV50466 | Can - 7.5 oz Sleek Brite - BPANI - Ball -024L | | 12,114.00 | $0.04 | $484.56 | C08432 WilCraft Can |
| END-200-CDLW-10ST-SLVR-SLVR-BALL-BPANI-552 | Invoice | 9/27/2024 | INV50203 | End, Slim, CDL-W, Ball, BPANI, 10ST | | 36.00 | $32.24 | $1,052.74 | C11415 Wondry Wine |
| END-200-CDLW-10ST-SLVR-SLVR-BALL-BPANI-552 | Invoice | 10/1/2024 | INV50340 | End, Slim, CDL-W, Ball, BPANI, 10ST | | 12.00 | $23.76 | $285.12 | C06237 Protector Cellars |
| END-200-CDLW-10ST-SLVR-SLVR-BALL-BPANI-575 | Invoice | 9/20/2024 | INV50446 | End, Slim, CDL-W, Ball, BPANI, 10ST | | 48.00 | $23.76 | $1,140.48 | C11300 Canned Fun LLC |
| END-200-CDLW-10ST-SLVR-SLVR-BALL-BPANI-575 | Invoice | 9/6/2024 | INV49613 | End, Slim, CDL-W, Ball, BPANI, 10ST | | 35.00 | $34.93 | $1,183.00 | C12077 DO Cocktails |
| END-200-CDLW-10ST-SLVR-SLVR-BALL-BPANI-575 | Invoice | 9/20/2024 | INV49941 | End, Slim, CDL-W, Ball, BPANI, 10ST | | 64.00 | $34.93 | $2,096.00 | C10549 Ventura Spirits Co. |
| END-200-CDLW-10ST-SLVR-SLVR-BALL-BPANI-575 | Invoice | 9/25/2024 | INV50079 | End, Slim, CDL-W, Ball, BPANI, 10ST | | 12.00 | $34.93 | $416.37 | C10924 Rinna Lee |
| END-200-CDLW-BLANK-SLVR-SLVR-BALL-BPANI-552 | Invoice | 9/26/2024 | INV50185 | End, Slim, CDL-W, Ball, BPANI | | 36.00 | $24.84 | $894.24 | C11832 Tenth Ward Distilling Co. |
| END-202-CDL-10ST-GLD-SLVR-BALL-BPANI-600 | Invoice | 9/16/2024 | INV49811 | End, 202 CDL+, Gold Shell, 10ST, Ball, BPANI | | 1.00 | $26.16 | $26.16 | C10584 Creek Leaf Wellness dba Easy Hemp Co. |
| END-202-CDL-10ST-GLD-SLVR-BALL-BPANI-600 | Invoice | 9/20/2024 | INV49925 | End, 202 CDL+, Gold Shell, 10ST, Ball, BPANI | | 168.00 | $24.69 | $4,147.92 | C10584 Creek Leaf Wellness dba Easy Hemp Co. |
| END-202-CDL-10ST-GLD-SLVR-BALL-BPANI-600 | Invoice | 10/1/2024 | INV50335 | End, 202 CDL+, Gold Shell, 10ST, Ball, BPANI | | 24.00 | $17.20 | $412.80 | C06681 Clouds Brewing |
| END-202-CDL-10ST-GLD-SLVR-BALL-BPANI-600 | Invoice | 10/1/2024 | INV50338 | End, 202 CDL+, Gold Shell, 10ST, Ball, BPANI | | 24.00 | $17.20 | $412.80 | C02260 Bold Monk Brewing Co |
| END-202-CDL-10ST-GLD-SLVR-BALL-BPANI-600 | Invoice | 10/2/2024 | INV50362 | End, 202 CDL+, Gold Shell, 10ST, Ball, BPANI | | 12.00 | $17.20 | $206.40 | C12218 John Oglesbee |
| END-202-CDL-10ST-SLVR-SLVR-BALL-BPANI-600 | Invoice | 9/4/2024 | INV49523 | End, 202 CDL+, Silver Shell, 10ST, Ball, BPANI | | 1.00 | $26.16 | $25.80 | C10779 Christian Perez |
| END-202-CDL-10ST-SLVR-SLVR-BALL-BPANI-600 | Invoice | 9/5/2024 | INV49578 | End, 202 CDL+, Silver Shell, 10ST, Ball, BPANI | | 7.00 | $26.16 | $183.12 | C02651 Holzlager Brewing LLC |

**American Canning LLC**
**Holding Company : American Canning LLC**
**Sales by Item Detail**
**September 1, 2024 - December 31, 2024**

| Item | Type | Date | Document Number | Description | Serial Numbers | Qty. Sold | Sales Price | Revenue | Customer |
|---|---|---|---|---|---|---|---|---|---|
| END-202-CDL-10ST-SLVR-SLVR-BALL-BPANI-600 | Invoice | 9/20/2024 | INV49957 | End, 202 CDL+, Silver Shell, 10ST, Ball, BPANI | | 10.00 | $26.16 | $260.84 C04033 Love's Kombucha | |
| END-202-CDL-10ST-SLVR-SLVR-BALL-BPANI-600 | Invoice | 9/26/2024 | INV50152 | End, 202 CDL+, Silver Shell, 10ST, Ball, BPANI | | 36.00 | $21.74 | $782.64 C06034 Botanical Brewing Co | |
| END-202-CDL-10ST-SLVR-SLVR-BALL-BPANI-600 | Invoice | 9/27/2024 | INV50258 | End, 202 CDL+, Silver Shell, 10ST, Ball, BPANI | | 12.00 | $21.74 | $260.88 C06034 Botanical Brewing Co | |
| END-202-CDL-10ST-SLVR-SLVR-BALL-BPANI-600 | Invoice | 10/1/2024 | INV50339 | End, 202 CDL+, Silver Shell, 10ST, Ball, BPANI | | 24.00 | $16.20 | $388.80 C12229 Tumblersot | |
| END-202-CDL-10ST-SLVR-SLVR-BALL-BPANI-600 | Invoice | 10/2/2024 | INV50382 | End, 202 CDL+, Silver Shell, 10ST, Ball, BPANI | | 432.00 | $16.20 | $6,998.40 C12224 Pier-Luca Bruno | |
| END-202-CDL-10ST-SLVR-SLVR-BALL-BPANI-600 | Invoice | 10/3/2024 | INV50424 | End, 202 CDL+, Silver Shell, 10ST, Ball, BPANI | | 12.00 | $16.20 | $194.40 C12227 Joe Wood | |
| END-202-CDL-10ST-SLVR-SLVR-BALL-BPANI-600 | Invoice | 10/4/2024 | INV50451 | End, 202 CDL+, Silver Shell, 10ST, Ball, BPANI | | 201.00 | $12.00 | $2,412.00 C01083 Austin Beerworks | |
| END-202-CDL-5ST-SLVR-SLVR-BALL-BPANI-600 | Invoice | 9/10/2024 | INV49704 | End, 202 CDL+, Silver 5ST, Ball, BPANI | | 637.00 | $20.00 | $12,738.73 C10127 Victory Beverages | |
| END-202-CDL-BLANK-SLVR-SLVR-BALL-BPANI-600 | Invoice | 10/2/2024 | INV50382 | End, 202 CDL+, Silver Shell, BLANK, Ball, BPANI | | 128.00 | $16.60 | $2,124.80 C12224 Pier-Luca Bruno | |
| END-202-CDL-BLANK-SLVR-SLVR-BALL-BPANI-600 | Invoice | 10/2/2024 | INV50396 | End, 202 CDL+, Silver Shell, BLANK, Ball, BPANI | | 12.00 | $16.60 | $199.20 C03196 Cypress Grove Brewing | |
| END-202-LOE-10ST-GLD-SLVR-BALL-BPANI-552 | Invoice | 9/3/2024 | INV49490 | End, 202 LOE/B-64, Gold 10ST, BPANI | | 46.00 | $25.57 | $1,176.22 C07772 (512) Brewing Co | |
| END-202-LOE-10ST-GLD-SLVR-BALL-BPANI-552 | Invoice | 9/3/2024 | INV49516 | End, 202 LOE/B-64, Gold 10ST, BPANI | | 6.00 | $25.57 | $153.42 C06309 Suite B34 | |
| END-202-LOE-10ST-GLD-SLVR-BALL-BPANI-552 | Invoice | 9/4/2024 | INV49532 | End, 202 LOE/B-64, Gold 10ST, BPANI | | 12.00 | $25.57 | $296.88 C05765 Bellwether Brewing | |
| END-202-LOE-10ST-GLD-SLVR-BALL-BPANI-552 | Invoice | 9/4/2024 | INV49558 | End, 202 LOE/B-64, Gold 10ST, BPANI | | 2.00 | $25.57 | $51.14 C11118 Green Ape Coffee Roasters | |
| END-202-LOE-10ST-GLD-SLVR-BALL-BPANI-552 | Invoice | 9/4/2024 | INV49560 | End, 202 LOE/B-64, Gold 10ST, BPANI | | 22.00 | $24.74 | $544.29 C07749 Palate Pack | |
| END-202-LOE-10ST-GLD-SLVR-BALL-BPANI-552 | Invoice | 9/5/2024 | INV49570 | End, 202 LOE/B-64, Gold 10ST, BPANI | | 5.00 | $25.57 | $102.85 C10815 Southern Revere Cellars | |
| END-202-LOE-10ST-GLD-SLVR-BALL-BPANI-552 | Invoice | 9/5/2024 | INV49568 | End, 202 LOE/B-64, Gold 10ST, BPANI | | 4.00 | $25.57 | $102.28 C01352 Oddwood Ales | |
| END-202-LOE-10ST-GLD-SLVR-BALL-BPANI-552 | Invoice | 9/6/2024 | INV49602 | End, 202 LOE/B-64, Gold 10ST, BPANI | | 12.00 | $25.57 | $304.52 C12080 James Woods | |
| END-202-LOE-10ST-GLD-SLVR-BALL-BPANI-552 | Invoice | 9/6/2024 | INV49592 | End, 202 LOE/B-64, Gold 10ST, BPANI | | 4.00 | $25.57 | $102.28 C10649 Terry Hawbaker | |
| END-202-LOE-10ST-GLD-SLVR-BALL-BPANI-552 | Invoice | 9/9/2024 | INV49640 | End, 202 LOE/B-64, Gold 10ST, BPANI | | 25.00 | $25.57 | $637.49 C12091 Tom Fernandez | |
| END-202-LOE-10ST-GLD-SLVR-BALL-BPANI-552 | Invoice | 9/9/2024 | INV49634 | End, 202 LOE/B-64, Gold 10ST, BPANI | | 12.00 | $25.57 | $301.12 C09629 Transparent Brewing Company | |
| END-202-LOE-10ST-GLD-SLVR-BALL-BPANI-552 | Invoice | 9/10/2024 | INV49692 | End, 202 LOE/B-64, Gold 10ST, BPANI | | 10.00 | $25.57 | $255.70 C02583 CODA Brewing Co. | |
| END-202-LOE-10ST-GLD-SLVR-BALL-BPANI-552 | Invoice | 9/10/2024 | INV49687 | End, 202 LOE/B-64, Gold 10ST, BPANI | | 18.00 | $25.57 | $454.50 C04008 Electric Brewing co | |
| END-202-LOE-10ST-GLD-SLVR-BALL-BPANI-552 | Invoice | 9/10/2024 | INV49702 | End, 202 LOE/B-64, Gold 10ST, BPANI | | 320.00 | $23.72 | $7,590.22 C01438 Stormalong Cider | |
| END-202-LOE-10ST-GLD-SLVR-BALL-BPANI-552 | Invoice | 9/11/2024 | INV49712 | End, 202 LOE/B-64, Gold 10ST, BPANI | | 2.00 | $25.57 | $50.02 C06312 Mary Rooney | |
| END-202-LOE-10ST-GLD-SLVR-BALL-BPANI-552 | Invoice | 9/12/2024 | INV49727 | End, 202 LOE/B-64, Gold 10ST, BPANI | | 12.00 | $25.57 | $303.00 C11525 TightKnit Brewing Co. | |
| END-202-LOE-10ST-GLD-SLVR-BALL-BPANI-552 | Invoice | 9/12/2024 | INV49756 | End, 202 LOE/B-64, Gold 10ST, BPANI | | 1.00 | $25.57 | $25.57 C08078 White Rock Alehouse | |
| END-202-LOE-10ST-GLD-SLVR-BALL-BPANI-552 | Invoice | 9/13/2024 | INV49779 | End, 202 LOE/B-64, Gold 10ST, BPANI | | 20.00 | $25.57 | $505.00 C07047 Movement Brewing Co. | |
| END-202-LOE-10ST-GLD-SLVR-BALL-BPANI-552 | Invoice | 9/16/2024 | INV49797 | End, 202 LOE/B-64, Gold 10ST, BPANI | | 24.00 | $25.57 | $606.00 C06151 Forest and Main Brewing Company | |
| END-202-LOE-10ST-GLD-SLVR-BALL-BPANI-552 | Invoice | 9/18/2024 | INV49888 | End, 202 LOE/B-64, Gold 10ST, BPANI | | 2.00 | $25.57 | $51.14 C02382 Community Beer Works | |
| END-202-LOE-10ST-GLD-SLVR-BALL-BPANI-552 | Invoice | 9/18/2024 | INV49855 | End, 202 LOE/B-64, Gold 10ST, BPANI | | 6.00 | $25.57 | $150.74 C07188 Lucky Luke Brewing | |
| END-202-LOE-10ST-GLD-SLVR-BALL-BPANI-552 | Invoice | 9/18/2024 | INV49852 | End, 202 LOE/B-64, Gold 10ST, BPANI | | 12.00 | $25.57 | $303.00 C03085 False Idol Brewing | |
| END-202-LOE-10ST-GLD-SLVR-BALL-BPANI-552 | Invoice | 9/18/2024 | INV50460 | End, 202 LOE/B-64, Gold 10ST, BPANI | | 24.00 | $25.57 | $612.46 C06815 Mean Mule Distillery Co | |
| END-202-LOE-10ST-GLD-SLVR-BALL-BPANI-552 | Invoice | 9/18/2024 | INV50294 | End, 202 LOE/B-64, Gold 10ST, BPANI | | 80.00 | $17.34 | $1,387.20 C01434 St. Elmo Brewing Co | |
| END-202-LOE-10ST-GLD-SLVR-BALL-BPANI-552 | Invoice | 9/20/2024 | INV49939 | End, 202 LOE/B-64, Gold 10ST, BPANI | | 16.00 | $25.57 | $409.12 C11525 TightKnit Brewing Co. | |
| END-202-LOE-10ST-GLD-SLVR-BALL-BPANI-552 | Invoice | 9/20/2024 | INV49950 | End, 202 LOE/B-64, Gold 10ST, BPANI | | 12.00 | $25.57 | $303.00 C07188 Lucky Luke Brewing | |
| END-202-LOE-10ST-GLD-SLVR-BALL-BPANI-552 | Invoice | 9/20/2024 | INV49934 | End, 202 LOE/B-64, Gold 10ST, BPANI | | 11.00 | $25.57 | $281.27 C11282 HIVEMIND BEVERAGE LLC | |
| END-202-LOE-10ST-GLD-SLVR-BALL-BPANI-552 | Invoice | 9/20/2024 | INV49947 | End, 202 LOE/B-64, Gold 10ST, BPANI | | 12.00 | $25.57 | $306.84 C07744 Wye Hill Kitchen & Brewing | |
| END-202-LOE-10ST-GLD-SLVR-BALL-BPANI-552 | Invoice | 9/20/2024 | INV49935 | End, 202 LOE/B-64, Gold 10ST, BPANI | | 11.00 | $25.57 | $281.27 C11282 HIVEMIND BEVERAGE LLC | |
| END-202-LOE-10ST-GLD-SLVR-BALL-BPANI-552 | Invoice | 9/23/2024 | INV50016 | End, 202 LOE/B-64, Gold 10ST, BPANI | | 36.00 | $25.57 | $899.24 C10801 Fait la Force Brewing Company | |
| END-202-LOE-10ST-GLD-SLVR-BALL-BPANI-552 | Invoice | 9/23/2024 | INV50017 | End, 202 LOE/B-64, Gold 10ST, BPANI | | 7.00 | $25.57 | $178.97 C09379 Lawless Brewing Company | |
| END-202-LOE-10ST-GLD-SLVR-BALL-BPANI-552 | Invoice | 9/23/2024 | INV50012 | End, 202 LOE/B-64, Gold 10ST, BPANI | | 1.00 | $25.57 | $25.52 C11282 HIVEMIND BEVERAGE LLC | |
| END-202-LOE-10ST-GLD-SLVR-BALL-BPANI-552 | Invoice | 9/23/2024 | INV49985 | End, 202 LOE/B-64, Gold 10ST, BPANI | | 12.00 | $25.57 | $303.00 C01980 Citizen Cider | |
| END-202-LOE-10ST-GLD-SLVR-BALL-BPANI-552 | Invoice | 9/23/2024 | INV50029 | End, 202 LOE/B-64, Gold 10ST, BPANI | | 12.00 | $25.57 | $306.84 C01291 Kuerstler Brewing | |
| END-202-LOE-10ST-GLD-SLVR-BALL-BPANI-552 | Invoice | 9/25/2024 | INV50142 | End, 202 LOE/B-64, Gold 10ST, BPANI | | 12.00 | $25.57 | $306.84 C05812 Fort Point Beer Co | |
| END-202-LOE-10ST-GLD-SLVR-BALL-BPANI-552 | Invoice | 9/25/2024 | INV50118 | End, 202 LOE/B-64, Gold 10ST, BPANI | | 12.00 | $22.30 | $267.60 C11762 Potosi Beverage Co | |
| END-202-LOE-10ST-GLD-SLVR-BALL-BPANI-552 | Invoice | 9/25/2024 | INV50069 | End, 202 LOE/B-64, Gold 10ST, BPANI | | 12.00 | $25.57 | $306.08 C10755 Neural J2 Brewing Co. | |
| END-202-LOE-10ST-GLD-SLVR-BALL-BPANI-552 | Invoice | 9/25/2024 | INV50130 | End, 202 LOE/B-64, Gold 10ST, BPANI | | 24.00 | $25.57 | $613.68 C07772 (512) Brewing Co | |
| END-202-LOE-10ST-GLD-SLVR-BALL-BPANI-552 | Invoice | 9/26/2024 | INV50184 | End, 202 LOE/B-64, Gold 10ST, BPANI | | 12.00 | $25.57 | $306.84 C01019 5 Stones Artisan Brewery | |
| END-202-LOE-10ST-GLD-SLVR-BALL-BPANI-552 | Invoice | 9/26/2024 | INV50151 | End, 202 LOE/B-64, Gold 10ST, BPANI | | 8.00 | $19.51 | $156.08 C10315 Addison Lippert | |
| END-202-LOE-10ST-GLD-SLVR-BALL-BPANI-552 | Invoice | 9/26/2024 | INV50173 | End, 202 LOE/B-64, Gold 10ST, BPANI | | 12.00 | $25.57 | $305.46 C01133 Black Star Co-op | |
| END-202-LOE-10ST-GLD-SLVR-BALL-BPANI-552 | Invoice | 9/27/2024 | INV50204 | End, 202 LOE/B-64, Gold 10ST, BPANI | | 12.00 | $22.30 | $259.59 C03067 Pearl Beach Brew Pub | |
| END-202-LOE-10ST-GLD-SLVR-BALL-BPANI-552 | Invoice | 9/27/2024 | INV50214 | End, 202 LOE/B-64, Gold 10ST, BPANI | | 12.00 | $25.57 | $306.84 C01310 Longtab Brewing Company | |
| END-202-LOE-10ST-GLD-SLVR-BALL-BPANI-552 | Invoice | 9/30/2024 | INV50298 | End, 202 LOE/B-64, Gold 10ST, BPANI | | 259.00 | $15.98 | $4,138.82 C09320 1220 Spirits | |
| END-202-LOE-10ST-GLD-SLVR-BALL-BPANI-552 | Invoice | 10/2/2024 | INV50414 | End, 202 LOE/B-64, Gold 10ST, BPANI | | 342.00 | $17.34 | $5,930.28 C10584 Creek Leaf Wellness dba Easy Hemp Co. | |
| END-202-LOE-10ST-GLD-SLVR-BALL-BPANI-552 | Invoice | 10/2/2024 | INV50416 | End, 202 LOE/B-64, Gold 10ST, BPANI | | 48.00 | $20.81 | $998.88 C01368 Pinthouse Pizza, LLC | |
| END-202-LOE-10ST-GLD-SLVR-BALL-BPANI-552 | Invoice | 10/3/2024 | INV50418 | End, 202 LOE/B-64, Gold 10ST, BPANI | | 12.00 | $22.30 | $263.87 C01082 Austin Beer Garden & Brewery | |
| END-202-LOE-10ST-GLD-SLVR-BALL-BPANI-552 | Invoice | 10/4/2024 | INV50456 | End, 202 LOE/B-64, Gold 10ST, BPANI | | 180.00 | $17.34 | $3,121.20 C01434 St. Elmo Brewing Co. | |
| END-202-LOE-10ST-SLVR-BLK-BALL-BPANI-552 | Invoice | 9/3/2024 | INV49505 | End, 202 LOE/B-64, Silver Shell, Black Tab, 10ST, Ball, BPANI | | 11.00 | $25.57 | $281.27 C11282 HIVEMIND BEVERAGE LLC | |
| END-202-LOE-10ST-SLVR-BLK-BALL-BPANI-552 | Invoice | 9/3/2024 | INV49509 | End, 202 LOE/B-64, Silver Shell, Black Tab, 10ST, Ball, BPANI | | 12.00 | $25.57 | $306.84 C07120 Candy Cloud | |
| END-202-LOE-10ST-SLVR-BLK-BALL-BPANI-552 | Invoice | 9/4/2024 | INV49554 | End, 202 LOE/B-64, Silver Shell, Black Tab, 10ST, Ball, BPANI | | 8.00 | $25.57 | $204.56 C11194 Moon Flower | |
| END-202-LOE-10ST-SLVR-BLK-BALL-BPANI-552 | Invoice | 9/4/2024 | INV49526 | End, 202 LOE/B-64, Silver Shell, Black Tab, 10ST, Ball, BPANI | | 36.00 | $25.57 | $920.52 C11370 Candy Cloud | |
| END-202-LOE-10ST-SLVR-BLK-BALL-BPANI-552 | Invoice | 9/4/2024 | INV49545 | End, 202 LOE/B-64, Silver Shell, Black Tab, 10ST, Ball, BPANI | | 12.00 | $25.57 | $306.84 C06979 Dark Matter Coffee | |
| END-202-LOE-10ST-SLVR-BLK-BALL-BPANI-552 | Invoice | 9/4/2024 | INV49555 | End, 202 LOE/B-64, Silver Shell, Black Tab, 10ST, Ball, BPANI | | 6.00 | $25.57 | $153.36 C10984 Bullfrog Creek Brewing | |
| END-202-LOE-10ST-SLVR-BLK-BALL-BPANI-552 | Invoice | 9/5/2024 | INV49565 | End, 202 LOE/B-64, Silver Shell, Black Tab, 10ST, Ball, BPANI | | 5.00 | $25.57 | $127.85 C11392 BCAG | |
| END-202-LOE-10ST-SLVR-BLK-BALL-BPANI-552 | Invoice | 9/5/2024 | INV49577 | End, 202 LOE/B-64, Silver Shell, Black Tab, 10ST, Ball, BPANI | | 35.00 | $25.57 | $894.95 C10917 Indigo | |
| END-202-LOE-10ST-SLVR-BLK-BALL-BPANI-552 | Invoice | 9/6/2024 | INV49628 | End, 202 LOE/B-64, Silver Shell, Black Tab, 10ST, Ball, BPANI | | 48.00 | $25.57 | $1,227.36 C09464 Big Hat Spirits | |
| END-202-LOE-10ST-SLVR-BLK-BALL-BPANI-552 | Invoice | 9/6/2024 | INV49583 | End, 202 LOE/B-64, Silver Shell, Black Tab, 10ST, Ball, BPANI | | 6.00 | $25.17 | $151.03 C08319 Ink Factory Brewing | |
| END-202-LOE-10ST-SLVR-BLK-BALL-BPANI-552 | Invoice | 9/6/2024 | INV49617 | End, 202 LOE/B-64, Silver Shell, Black Tab, 10ST, Ball, BPANI | | 2.00 | $25.57 | $51.02 C05371 Nathan Doerfler | |
| END-202-LOE-10ST-SLVR-BLK-BALL-BPANI-552 | Invoice | 9/9/2024 | INV49632 | End, 202 LOE/B-64, Silver Shell, Black Tab, 10ST, Ball, BPANI | | 2.00 | $25.57 | $51.02 C09328 Fistful of Ale | |
| END-202-LOE-10ST-SLVR-BLK-BALL-BPANI-552 | Invoice | 9/9/2024 | INV49638 | End, 202 LOE/B-64, Silver Shell, Black Tab, 10ST, Ball, BPANI | | 20.00 | $25.57 | $493.60 C12044 adventurous ales | |
| END-202-LOE-10ST-SLVR-BLK-BALL-BPANI-552 | Invoice | 9/9/2024 | INV49637 | End, 202 LOE/B-64, Silver Shell, Black Tab, 10ST, Ball, BPANI | | 1.00 | $25.57 | $25.57 C09544 Givaudan | |
| END-202-LOE-10ST-SLVR-BLK-BALL-BPANI-552 | Invoice | 9/10/2024 | INV49688 | End, 202 LOE/B-64, Silver Shell, Black Tab, 10ST, Ball, BPANI | | 20.00 | $25.57 | $486.40 C11400 Nishesh Patel | |

**American Canning LLC**
**Holding Company : American Canning LLC**
**Sales by Item Detail**
**September 1, 2024 - December 31, 2024**

| Item | Type | Date | Document Number | Description | Serial Numbers | Qty. Sold | Sales Price | Revenue | Customer |
|---|---|---|---|---|---|---|---|---|---|
| END-202-LOE-10ST-SLVR-BLK-BALL-BPANI-552 | Invoice | 9/11/2024 | INV49720 | End, 202 LOE/B-64, Silver Shell, Black Tab, 10ST, Ball, BPANI | | 6.00 | $25.57 | $153.42 | C11282 HIVEMIND BEVERAGE LLC |
| END-202-LOE-10ST-SLVR-BLK-BALL-BPANI-552 | Invoice | 9/11/2024 | INV49712 | End, 202 LOE/B-64, Silver Shell, Black Tab, 10ST, Ball, BPANI | | 2.00 | $25.57 | $50.02 | C05312 Mary Rooney |
| END-202-LOE-10ST-SLVR-BLK-BALL-BPANI-552 | Invoice | 9/12/2024 | INV49734 | End, 202 LOE/B-64, Silver Shell, Black Tab, 10ST, Ball, BPANI | | 44.00 | $23.60 | $1,038.31 | C09654 Indigo |
| END-202-LOE-10ST-SLVR-BLK-BALL-BPANI-552 | Invoice | 9/12/2024 | INV49754 | End, 202 LOE/B-64, Silver Shell, Black Tab, 10ST, Ball, BPANI | | 2.00 | $25.57 | $51.02 | C03053 13th Child Brewing LLC |
| END-202-LOE-10ST-SLVR-BLK-BALL-BPANI-552 | Invoice | 9/12/2024 | INV49732 | End, 202 LOE/B-64, Silver Shell, Black Tab, 10ST, Ball, BPANI | | 12.00 | $25.57 | $305.01 | C10850 Corn Coast Brewing Company |
| END-202-LOE-10ST-SLVR-BLK-BALL-BPANI-552 | Invoice | 9/13/2024 | INV49767 | End, 202 LOE/B-64, Silver Shell, Black Tab, 10ST, Ball, BPANI | | 4.00 | $25.57 | $102.24 | C05613 Grains & Taps LLC |
| END-202-LOE-10ST-SLVR-BLK-BALL-BPANI-552 | Invoice | 9/13/2024 | INV49768 | End, 202 LOE/B-64, Silver Shell, Black Tab, 10ST, Ball, BPANI | | 8.00 | $25.57 | $204.44 | C05581 Bowigens Beer Company |
| END-202-LOE-10ST-SLVR-BLK-BALL-BPANI-552 | Invoice | 9/13/2024 | INV49766 | End, 202 LOE/B-64, Silver Shell, Black Tab, 10ST, Ball, BPANI | | 36.00 | $25.57 | $920.52 | C06946 Mountaintown Brewing |
| END-202-LOE-10ST-SLVR-BLK-BALL-BPANI-552 | Invoice | 9/16/2024 | INV49796 | End, 202 LOE/B-64, Silver Shell, Black Tab, 10ST, Ball, BPANI | | 12.00 | $25.57 | $302.45 | C10296 Barry VanDyke |
| END-202-LOE-10ST-SLVR-BLK-BALL-BPANI-552 | Invoice | 9/16/2024 | INV49814 | End, 202 LOE/B-64, Silver Shell, Black Tab, 10ST, Ball, BPANI | | 36.00 | $25.57 | $878.99 | C08589 Greenbrier Valley Brewing Company |
| END-202-LOE-10ST-SLVR-BLK-BALL-BPANI-552 | Invoice | 9/16/2024 | INV49815 | End, 202 LOE/B-64, Silver Shell, Black Tab, 10ST, Ball, BPANI | | 24.00 | $25.57 | $592.32 | C09962 Faith Springs, LLC dba H2forLife |
| END-202-LOE-10ST-SLVR-BLK-BALL-BPANI-552 | Invoice | 9/18/2024 | INV49842 | End, 202 LOE/B-64, Silver Shell, Black Tab, 10ST, Ball, BPANI | | 6.00 | $25.57 | $153.42 | C11477 Tara Wrage |
| END-202-LOE-10ST-SLVR-BLK-BALL-BPANI-552 | Invoice | 9/18/2024 | INV49859 | End, 202 LOE/B-64, Silver Shell, Black Tab, 10ST, Ball, BPANI | | 12.00 | $25.57 | $306.84 | C06979 Dark Matter Coffee |
| END-202-LOE-10ST-SLVR-BLK-BALL-BPANI-552 | Invoice | 9/18/2024 | INV49845 | End, 202 LOE/B-64, Silver Shell, Black Tab, 10ST, Ball, BPANI | | 7.00 | $25.57 | $178.57 | C08972 Magic 13 |
| END-202-LOE-10ST-SLVR-BLK-BALL-BPANI-552 | Invoice | 9/18/2024 | INV49876 | End, 202 LOE/B-64, Silver Shell, Black Tab, 10ST, Ball, BPANI | | 12.00 | $25.57 | $306.84 | C07120 Candy Cloud |
| END-202-LOE-10ST-SLVR-BLK-BALL-BPANI-552 | Invoice | 9/18/2024 | INV49864 | End, 202 LOE/B-64, Silver Shell, Black Tab, 10ST, Ball, BPANI | | 36.00 | $25.57 | $920.52 | C08263 The Brewery at Tirrito Farm |
| END-202-LOE-10ST-SLVR-BLK-BALL-BPANI-552 | Invoice | 9/18/2024 | INV49867 | End, 202 LOE/B-64, Silver Shell, Black Tab, 10ST, Ball, BPANI | | 48.00 | $25.57 | $1,147.68 | C07193 Barrow Brewing Company |
| END-202-LOE-10ST-SLVR-BLK-BALL-BPANI-552 | Invoice | 9/19/2024 | INV49910 | End, 202 LOE/B-64, Silver Shell, Black Tab, 10ST, Ball, BPANI | | 4.00 | $25.57 | $102.21 | C08640 Knotty Brewing |
| END-202-LOE-10ST-SLVR-BLK-BALL-BPANI-552 | Invoice | 9/19/2024 | INV49912 | End, 202 LOE/B-64, Silver Shell, Black Tab, 10ST, Ball, BPANI | | 14.00 | $25.57 | $345.52 | C06162 Pig Minds Brewing Co |
| END-202-LOE-10ST-SLVR-BLK-BALL-BPANI-552 | Invoice | 9/19/2024 | INV49916 | End, 202 LOE/B-64, Silver Shell, Black Tab, 10ST, Ball, BPANI | | 12.00 | $25.57 | $299.70 | C11382 BCAG |
| END-202-LOE-10ST-SLVR-BLK-BALL-BPANI-552 | Invoice | 9/20/2024 | INV49962 | End, 202 LOE/B-64, Silver Shell, Black Tab, 10ST, Ball, BPANI | | 11.00 | $25.57 | $280.61 | C11282 HIVEMIND BEVERAGE LLC |
| END-202-LOE-10ST-SLVR-BLK-BALL-BPANI-552 | Invoice | 9/20/2024 | INV49933 | End, 202 LOE/B-64, Silver Shell, Black Tab, 10ST, Ball, BPANI | | 4.00 | $25.57 | $102.17 | C11665 Cedar City Brewing Company |
| END-202-LOE-10ST-SLVR-BLK-BALL-BPANI-552 | Invoice | 9/20/2024 | INV49955 | End, 202 LOE/B-64, Silver Shell, Black Tab, 10ST, Ball, BPANI | | 60.00 | $25.57 | $1,534.20 | C06979 Dark Matter Coffee |
| END-202-LOE-10ST-SLVR-BLK-BALL-BPANI-552 | Invoice | 9/20/2024 | INV49952 | End, 202 LOE/B-64, Silver Shell, Black Tab, 10ST, Ball, BPANI | | 12.00 | $25.57 | $303.53 | C01542 Bankhead Brewing Co. |
| END-202-LOE-10ST-SLVR-BLK-BALL-BPANI-552 | Invoice | 9/20/2024 | INV49964 | End, 202 LOE/B-64, Silver Shell, Black Tab, 10ST, Ball, BPANI | | 144.00 | $25.57 | $3,337.92 | C11017 The Mills Beer |
| END-202-LOE-10ST-SLVR-BLK-BALL-BPANI-552 | Invoice | 9/20/2024 | INV49966 | End, 202 LOE/B-64, Silver Shell, Black Tab, 10ST, Ball, BPANI | | 3.00 | $25.57 | $76.53 | C09794 Cedars Brewpub LLC |
| END-202-LOE-10ST-SLVR-BLK-BALL-BPANI-552 | Invoice | 9/20/2024 | INV49949 | End, 202 LOE/B-64, Silver Shell, Black Tab, 10ST, Ball, BPANI | | 4.00 | $25.57 | $102.04 | C09544 Givaudan |
| END-202-LOE-10ST-SLVR-BLK-BALL-BPANI-552 | Invoice | 9/20/2024 | INV49948 | End, 202 LOE/B-64, Silver Shell, Black Tab, 10ST, Ball, BPANI | | 36.00 | $25.57 | $860.76 | C08993 Wild River Brewing |
| END-202-LOE-10ST-SLVR-BLK-BALL-BPANI-552 | Invoice | 9/20/2024 | INV49944 | End, 202 LOE/B-64, Silver Shell, Black Tab, 10ST, Ball, BPANI | | 60.00 | $25.57 | $1,534.20 | C12156 Candy Cloud Glenview |
| END-202-LOE-10ST-SLVR-BLK-BALL-BPANI-552 | Invoice | 9/23/2024 | INV50011 | End, 202 LOE/B-64, Silver Shell, Black Tab, 10ST, Ball, BPANI | | 12.00 | $25.57 | $306.84 | C01596 King Bean Coffee |
| END-202-LOE-10ST-SLVR-BLK-BALL-BPANI-552 | Invoice | 9/23/2024 | INV50017 | End, 202 LOE/B-64, Silver Shell, Black Tab, 10ST, Ball, BPANI | | 4.00 | $25.57 | $102.27 | C09379 Lawless Brewing Company |
| END-202-LOE-10ST-SLVR-BLK-BALL-BPANI-552 | Invoice | 9/23/2024 | INV50012 | End, 202 LOE/B-64, Silver Shell, Black Tab, 10ST, Ball, BPANI | | 10.00 | $25.57 | $255.15 | C11282 HIVEMIND BEVERAGE LLC |
| END-202-LOE-10ST-SLVR-BLK-BALL-BPANI-552 | Invoice | 9/23/2024 | INV50018 | End, 202 LOE/B-64, Silver Shell, Black Tab, 10ST, Ball, BPANI | | 12.00 | $25.57 | $304.54 | C07990 KAPA GROUP LLC DBA BOOCHMAN KOMBUCHA |
| END-202-LOE-10ST-SLVR-BLK-BALL-BPANI-552 | Invoice | 9/23/2024 | INV50035 | End, 202 LOE/B-64, Silver Shell, Black Tab, 10ST, Ball, BPANI | | 12.00 | $25.57 | $306.84 | C11018 JOSH KEYWORTH |
| END-202-LOE-10ST-SLVR-BLK-BALL-BPANI-552 | Invoice | 9/23/2024 | INV49970 | End, 202 LOE/B-64, Silver Shell, Black Tab, 10ST, Ball, BPANI | | 60.00 | $25.57 | $1,534.20 | C02616 Buckstin Brewing Company |
| END-202-LOE-10ST-SLVR-BLK-BALL-BPANI-552 | Invoice | 9/25/2024 | INV50139 | End, 202 LOE/B-64, Silver Shell, Black Tab, 10ST, Ball, BPANI | | 60.00 | $25.57 | $1,434.60 | C01262 Hidden Springs Ale Works |
| END-202-LOE-10ST-SLVR-BLK-BALL-BPANI-552 | Invoice | 9/25/2024 | INV50137 | End, 202 LOE/B-64, Silver Shell, Black Tab, 10ST, Ball, BPANI | | 8.00 | $25.57 | $204.43 | C11194 Moon Flower |
| END-202-LOE-10ST-SLVR-BLK-BALL-BPANI-552 | Invoice | 9/26/2024 | INV50164 | End, 202 LOE/B-64, Silver Shell, Black Tab, 10ST, Ball, BPANI | | 108.00 | $25.57 | $2,582.28 | C10917 Indigo |
| END-202-LOE-10ST-SLVR-BLK-BALL-BPANI-552 | Invoice | 9/26/2024 | INV50148 | End, 202 LOE/B-64, Silver Shell, Black Tab, 10ST, Ball, BPANI | | 6.00 | $25.57 | $153.33 | C01997 Steamworks Brewing |
| END-202-LOE-10ST-SLVR-BLK-BALL-BPANI-552 | Invoice | 9/26/2024 | INV50154 | End, 202 LOE/B-64, Silver Shell, Black Tab, 10ST, Ball, BPANI | | 12.00 | $21.32 | $255.84 | C09120 Earths Brew |
| END-202-LOE-10ST-SLVR-BLK-BALL-BPANI-552 | Invoice | 9/26/2024 | INV50154 | End, 202 LOE/B-64, Silver Shell, Black Tab, 10ST, Ball, BPANI | | 12.00 | $22.84 | $274.08 | C11440 Ocelot Brewing Company |
| END-202-LOE-10ST-SLVR-BLK-BALL-BPANI-552 | Invoice | 9/26/2024 | INV50171 | End, 202 LOE/B-64, Silver Shell, Black Tab, 10ST, Ball, BPANI | | 60.00 | $25.57 | $1,534.20 | C03052 Pedal Haus Brewery |
| END-202-LOE-10ST-SLVR-BLK-BALL-BPANI-552 | Invoice | 9/26/2024 | INV50170 | End, 202 LOE/B-64, Silver Shell, Black Tab, 10ST, Ball, BPANI | | 36.00 | $25.57 | $860.76 | C08993 Wild River Brewing |
| END-202-LOE-10ST-SLVR-BLK-BALL-BPANI-552 | Invoice | 9/26/2024 | INV50184 | End, 202 LOE/B-64, Silver Shell, Black Tab, 10ST, Ball, BPANI | | 12.00 | $25.57 | $306.84 | C01019 5 Stones Artisan Brewery |
| END-202-LOE-10ST-SLVR-BLK-BALL-BPANI-552 | Invoice | 9/26/2024 | INV50162 | End, 202 LOE/B-64, Silver Shell, Black Tab, 10ST, Ball, BPANI | | 12.00 | $25.57 | $303.72 | C04386 Ankrolab Brewing Co. |
| END-202-LOE-10ST-SLVR-BLK-BALL-BPANI-552 | Invoice | 9/26/2024 | INV50161 | End, 202 LOE/B-64, Silver Shell, Black Tab, 10ST, Ball, BPANI | | 72.00 | $22.84 | $1,439.28 | C10296 Barry VanDyke |
| END-202-LOE-10ST-SLVR-BLK-BALL-BPANI-552 | Invoice | 9/26/2024 | INV50155 | End, 202 LOE/B-64, Silver Shell, Black Tab, 10ST, Ball, BPANI | | 108.00 | $22.84 | $2,031.48 | C09023 Throwback Brewery |
| END-202-LOE-10ST-SLVR-BLK-BALL-BPANI-552 | Invoice | 9/26/2024 | INV50158 | End, 202 LOE/B-64, Silver Shell, Black Tab, 10ST, Ball, BPANI | | 12.00 | $22.84 | $274.08 | C10868 Fermented Felon LLC |
| END-202-LOE-10ST-SLVR-BLK-BALL-BPANI-552 | Invoice | 9/27/2024 | INV50272 | End, 202 LOE/B-64, Silver Shell, Black Tab, 10ST, Ball, BPANI | | 12.00 | $24.36 | $292.32 | C08319 Ink Factory Brewing |
| END-202-LOE-10ST-SLVR-BLK-BALL-BPANI-552 | Invoice | 9/27/2024 | INV50249 | End, 202 LOE/B-64, Silver Shell, Black Tab, 10ST, Ball, BPANI | | 12.00 | $21.32 | $239.96 | C11182 Black Pearl Fisheries, llc |
| END-202-LOE-10ST-SLVR-BLK-BALL-BPANI-552 | Invoice | 9/27/2024 | INV50219 | End, 202 LOE/B-64, Silver Shell, Black Tab, 10ST, Ball, BPANI | | 60.00 | $16.43 | $985.80 | C09529 Black Spruce Brewing Company |
| END-202-LOE-10ST-SLVR-BLK-BALL-BPANI-552 | Invoice | 9/27/2024 | INV50208 | End, 202 LOE/B-64, Silver Shell, Black Tab, 10ST, Ball, BPANI | | 72.00 | $22.84 | $1,644.48 | C02961 Lazy Beach Brewing |
| END-202-LOE-10ST-SLVR-BLK-BALL-BPANI-552 | Invoice | 9/27/2024 | INV50261 | End, 202 LOE/B-64, Silver Shell, Black Tab, 10ST, Ball, BPANI | | 15.00 | $22.84 | $327.03 | C05581 Bowigens Beer Company |
| END-202-LOE-10ST-SLVR-BLK-BALL-BPANI-552 | Invoice | 9/27/2024 | INV50256 | End, 202 LOE/B-64, Silver Shell, Black Tab, 10ST, Ball, BPANI | | 108.00 | $21.32 | $1,978.31 | C07571 The Southern Growl Beer Company |
| END-202-LOE-10ST-SLVR-BLK-BALL-BPANI-552 | Invoice | 9/27/2024 | INV50204 | End, 202 LOE/B-64, Silver Shell, Black Tab, 10ST, Ball, BPANI | | 12.00 | $22.84 | $265.88 | C03067 Pearl Beach Brew Pub |
| END-202-LOE-10ST-SLVR-BLK-BALL-BPANI-552 | Invoice | 9/27/2024 | INV50267 | End, 202 LOE/B-64, Silver Shell, Black Tab, 10ST, Ball, BPANI | | 192.00 | $21.32 | $3,231.36 | C06979 Dark Matter Coffee |
| END-202-LOE-10ST-SLVR-BLK-BALL-BPANI-552 | Invoice | 9/27/2024 | INV50248 | End, 202 LOE/B-64, Silver Shell, Black Tab, 10ST, Ball, BPANI | | 12.00 | $21.32 | $255.84 | C02211 Royal Palm Brewing Company |
| END-202-LOE-10ST-SLVR-BLK-BALL-BPANI-552 | Invoice | 9/30/2024 | INV50312 | End, 202 LOE/B-64, Silver Shell, Black Tab, 10ST, Ball, BPANI | | 7.00 | $16.43 | $115.01 | C02415 Vector Brewing |
| END-202-LOE-10ST-SLVR-BLK-BALL-BPANI-552 | Invoice | 10/1/2024 | INV50334 | End, 202 LOE/B-64, Silver Shell, Black Tab, 10ST, Ball, BPANI | | 36.00 | $16.43 | $591.48 | C01147 Brazos Valley Brewing |
| END-202-LOE-10ST-SLVR-BLK-BALL-BPANI-552 | Invoice | 10/3/2024 | INV50427 | End, 202 LOE/B-64, Silver Shell, Black Tab, 10ST, Ball, BPANI | | 248.00 | $22.50 | $5,580.00 | C07251 Ranch House Brewery |
| END-202-LOE-10ST-SLVR-BLK-BALL-BPANI-552 | Invoice | 10/3/2024 | INV50419 | End, 202 LOE/B-64, Silver Shell, Black Tab, 10ST, Ball, BPANI | | 36.00 | $21.32 | $767.52 | C11667 Rusty Axe Brewing Company, LLC |
| END-202-LOE-10ST-SLVR-BLK-BALL-BPANI-552 | Credit Memo | 10/29/2024 | CM1551 | End, 202 LOE/B-64, Silver Shell, Black Tab, 10ST, Ball, BPANI | | -17.00 | $22.50 | $(382.50) | C07251 Ranch House Brewery |
| END-202-LOE-10ST-SLVR-SLVR-BALL-BPANI-552 | Invoice | 9/3/2024 | INV49491 | End, 202 LOE/B-64, Silver, 10ST, Ball, BPANI | | 6.00 | $25.57 | $153.42 | C01383 Red Horn Brewing |
| END-202-LOE-10ST-SLVR-SLVR-BALL-BPANI-552 | Invoice | 9/3/2024 | INV49520 | End, 202 LOE/B-64, Silver, 10ST, Ball, BPANI | | 7.00 | $25.57 | $178.99 | C02904 River Bluff Brewing |
| END-202-LOE-10ST-SLVR-SLVR-BALL-BPANI-552 | Invoice | 9/4/2024 | INV49535 | End, 202 LOE/B-64, Silver, 10ST, Ball, BPANI | | 12.00 | $25.57 | $296.88 | C01380 Ranger Creek Brewing & Distilling |
| END-202-LOE-10ST-SLVR-SLVR-BALL-BPANI-552 | Invoice | 9/4/2024 | INV49528 | End, 202 LOE/B-64, Silver, 10ST, Ball, BPANI | | 12.00 | $25.57 | $296.50 | C07261 Our Mutual Friend Brewing Co. |
| END-202-LOE-10ST-SLVR-SLVR-BALL-BPANI-552 | Invoice | 9/4/2024 | INV49546 | End, 202 LOE/B-64, Silver, 10ST, Ball, BPANI | | 12.00 | $25.57 | $304.47 | C05598 Flashpoint Brewing Company |
| END-202-LOE-10ST-SLVR-SLVR-BALL-BPANI-552 | Invoice | 9/6/2024 | INV49537 | End, 202 LOE/B-64, Silver, 10ST, Ball, BPANI | | 12.00 | $25.57 | $296.88 | C10502 Bradley Gaines |
| END-202-LOE-10ST-SLVR-SLVR-BALL-BPANI-552 | Invoice | 9/6/2024 | INV49587 | End, 202 LOE/B-64, Silver, 10ST, Ball, BPANI | | 637.00 | $19.32 | $12,306.84 | C09190 Altstadt Brewery |
| END-202-LOE-10ST-SLVR-SLVR-BALL-BPANI-552 | Invoice | 9/6/2024 | INV49591 | End, 202 LOE/B-64, Silver, 10ST, Ball, BPANI | | 4.00 | $25.57 | $102.28 | C02770 Wings a-Blazin' |
| END-202-LOE-10ST-SLVR-SLVR-BALL-BPANI-552 | Invoice | 9/6/2024 | INV49590 | End, 202 LOE/B-64, Silver, 10ST, Ball, BPANI | | 10.00 | $25.57 | $255.70 | C01383 Red Horn Brewing |
| END-202-LOE-10ST-SLVR-SLVR-BALL-BPANI-552 | Invoice | 9/9/2024 | INV49636 | End, 202 LOE/B-64, Silver, 10ST, Ball, BPANI | | 36.00 | $25.57 | $920.52 | C02425 Goodwood Brewing Co. |
| END-202-LOE-10ST-SLVR-SLVR-BALL-BPANI-552 | Invoice | 9/9/2024 | INV49634 | End, 202 LOE/B-64, Silver, 10ST, Ball, BPANI | | 12.00 | $25.57 | $301.12 | C09629 Transparent Brewing Company |

**American Canning LLC**
**Holding Company : American Canning LLC**
**Sales by Item Detail**
**September 1, 2024 - December 31, 2024**

| Item | Type | Date | Document Number | Description | Serial Numbers | Qty. Sold | Sales Price | Revenue | Customer |
|---|---|---|---|---|---|---|---|---|---|
| END-202-LOE-10ST-SLVR-SLVR-BALL-BPANI-552 | Invoice | 9/9/2024 | INV49661 | End, 202 LOE/B-64, Silver, 10ST, Ball, BPANI | | 7.00 | $25.57 | $179.99 | C09617 Third Coast Coffee |
| END-202-LOE-10ST-SLVR-SLVR-BALL-BPANI-552 | Invoice | 9/9/2024 | INV49660 | End, 202 LOE/B-64, Silver, 10ST, Ball, BPANI | | 144.00 | $25.57 | $3,532.95 | C06912 Junkyard Brewing |
| END-202-LOE-10ST-SLVR-SLVR-BALL-BPANI-552 | Invoice | 9/9/2024 | INV49635 | End, 202 LOE/B-64, Silver, 10ST, Ball, BPANI | | 2.00 | $25.57 | $50.34 | C08640 Knotty Brewing |
| END-202-LOE-10ST-SLVR-SLVR-BALL-BPANI-552 | Invoice | 9/9/2024 | INV49639 | End, 202 LOE/B-64, Silver, 10ST, Ball, BPANI | | 3.00 | $25.57 | $75.51 | C12086 Peggy Teufel |
| END-202-LOE-10ST-SLVR-SLVR-BALL-BPANI-552 | Invoice | 9/11/2024 | INV49720 | End, 202 LOE/B-64, Silver, 10ST, Ball, BPANI | | 5.00 | $25.57 | $127.85 | C11282 HIVEMIND BEVERAGE LLC |
| END-202-LOE-10ST-SLVR-SLVR-BALL-BPANI-552 | Credit Memo | 9/11/2024 | CM1473 | End, 202 LOE/B-64, Silver, 10ST, Ball, BPANI | | -10.00 | $25.57 | ($255.70) | C07186 Justin Cloud |
| END-202-LOE-10ST-SLVR-SLVR-BALL-BPANI-552 | Invoice | 9/11/2024 | INV49705 | End, 202 LOE/B-64, Silver, 10ST, Ball, BPANI | | 10.00 | $25.57 | $218.34 | C07186 Justin Cloud |
| END-202-LOE-10ST-SLVR-SLVR-BALL-BPANI-552 | Invoice | 9/12/2024 | INV49738 | End, 202 LOE/B-64, Silver, 10ST, Ball, BPANI | | 28.00 | $24.36 | $682.07 | C12021 Sunny Bev LLC |
| END-202-LOE-10ST-SLVR-SLVR-BALL-BPANI-552 | Invoice | 9/12/2024 | INV49762 | End, 202 LOE/B-64, Silver, 10ST, Ball, BPANI | | 20.00 | $25.57 | $487.20 | C04804 Ole Shed Brewing |
| END-202-LOE-10ST-SLVR-SLVR-BALL-BPANI-552 | Invoice | 9/12/2024 | INV49735 | End, 202 LOE/B-64, Silver, 10ST, Ball, BPANI | | 12.00 | $24.74 | $296.89 | C01434 St. Elmo Brewing Co. |
| END-202-LOE-10ST-SLVR-SLVR-BALL-BPANI-552 | Invoice | 9/13/2024 | INV49770 | End, 202 LOE/B-64, Silver, 10ST, Ball, BPANI | | 31.00 | $25.57 | $786.03 | C06491 Jester King Brewery |
| END-202-LOE-10ST-SLVR-SLVR-BALL-BPANI-552 | Invoice | 9/13/2024 | INV49780 | End, 202 LOE/B-64, Silver, 10ST, Ball, BPANI | | 12.00 | $25.57 | $300.28 | C07878 Crooked Thumb Brewery |
| END-202-LOE-10ST-SLVR-SLVR-BALL-BPANI-552 | Invoice | 9/16/2024 | INV49794 | End, 202 LOE/B-64, Silver, 10ST, Ball, BPANI | | 12.00 | $25.57 | $303.97 | C09170 Save The World Brewing Co. |
| END-202-LOE-10ST-SLVR-SLVR-BALL-BPANI-552 | Invoice | 9/16/2024 | INV49834 | End, 202 LOE/B-64, Silver, 10ST, Ball, BPANI | | 40.00 | $23.97 | $958.71 | C01617 Crowling Rental Co |
| END-202-LOE-10ST-SLVR-SLVR-BALL-BPANI-552 | Invoice | 9/16/2024 | INV49793 | End, 202 LOE/B-64, Silver, 10ST, Ball, BPANI | | 48.00 | $25.57 | $1,132.80 | C09617 Third Coast Coffee |
| END-202-LOE-10ST-SLVR-SLVR-BALL-BPANI-552 | Invoice | 9/17/2024 | INV49839 | End, 202 LOE/B-64, Silver, 10ST, Ball, BPANI | | 6.00 | $25.51 | $153.06 | C06407 Vacancy Brewing |
| END-202-LOE-10ST-SLVR-SLVR-BALL-BPANI-552 | Invoice | 9/17/2024 | INV49828 | End, 202 LOE/B-64, Silver, 10ST, Ball, BPANI | | 8.00 | $25.17 | $201.37 | C11469 Voyager Cider |
| END-202-LOE-10ST-SLVR-SLVR-BALL-BPANI-552 | Invoice | 9/17/2024 | INV49826 | End, 202 LOE/B-64, Silver, 10ST, Ball, BPANI | | 38.00 | $23.60 | $896.72 | C12091 Pauwela Beverage Co. |
| END-202-LOE-10ST-SLVR-SLVR-BALL-BPANI-552 | Invoice | 9/17/2024 | INV49837 | End, 202 LOE/B-64, Silver, 10ST, Ball, BPANI | | 18.00 | $24.90 | $448.21 | C01194 Cuvee Coffee Co |
| END-202-LOE-10ST-SLVR-SLVR-BALL-BPANI-552 | Invoice | 9/18/2024 | INV49855 | End, 202 LOE/B-64, Silver, 10ST, Ball, BPANI | | 12.00 | $25.57 | $301.49 | C07188 Lucky Luke Brewing |
| END-202-LOE-10ST-SLVR-SLVR-BALL-BPANI-552 | Invoice | 9/20/2024 | INV49974 | End, 202 LOE/B-64, Silver, 10ST, Ball, BPANI | | 578.00 | $17.94 | $10,369.32 | C04472 Live Oak Brewing CO. |
| END-202-LOE-10ST-SLVR-SLVR-BALL-BPANI-552 | Invoice | 9/20/2024 | INV49924 | End, 202 LOE/B-64, Silver, 10ST, Ball, BPANI | | 1.00 | $25.57 | $25.56 | C12140 MAG Formulations |
| END-202-LOE-10ST-SLVR-SLVR-BALL-BPANI-552 | Invoice | 9/20/2024 | INV49926 | End, 202 LOE/B-64, Silver, 10ST, Ball, BPANI | | 48.00 | $25.57 | $1,132.80 | C01380 Ranger Creek Brewing & Distilling |
| END-202-LOE-10ST-SLVR-SLVR-BALL-BPANI-552 | Invoice | 10/2/2024 | INV50416 | End, 202 LOE/B-64, Silver, 10ST, Ball, BPANI | | 637.00 | $17.94 | $11,427.78 | C01368 Pinthouse Pizza, LLC |
| END-202-LOE-10ST-SLVR-SLVR-BALL-BPANI-552 | Invoice | 10/16/2024 | INV50479 | End, 202 LOE/B-64, Silver, 10ST, Ball, BPANI | | 637.00 | $19.32 | $12,306.84 | C09190 Altstadt Brewery |
| END-202-LOE-10ST-SLVR-SLVR-BALL-BPANI-552 | Invoice | 10/17/2024 | INV50478 | End, 202 LOE/B-64, Silver, 10ST, Ball, BPANI | | 1,274.00 | $19.32 | $24,613.68 | C10064 Sovany |
| END-202-LOE-10ST-SLVR-SLVR-BALL-BPANI-552 | Invoice | 10/23/2024 | INV50477 | End, 202 LOE/B-64, Silver, 10ST, Ball, BPANI | | 637.00 | $19.32 | $12,306.84 | C09190 Altstadt Brewery |
| END-202-LOE-4ST-SLVR-SLVR-BALL-BPANI-552 | Invoice | 10/4/2024 | INV50448 | End, 202 LOE/B-64, Silver, 4ST, Ball, BPANI | | 652.00 | $15.18 | $9,897.36 | C01617 Crowling Rental Co |
| END-202-LOE-BLANK-SLVR-SLVR-BALL-BPANI-552 | Invoice | 9/3/2024 | INV49490 | End, 202 LOE/B-64, Silver Blank, Ball, BPANI | | 46.00 | $25.57 | $1,176.22 | C07772 (512) Brewing Co |
| END-202-LOE-BLANK-SLVR-SLVR-BALL-BPANI-552 | Invoice | 9/3/2024 | INV49512 | End, 202 LOE/B-64, Silver Blank, Ball, BPANI | | 4.00 | $25.57 | $102.28 | C02230 Quirk Brewing |
| END-202-LOE-BLANK-SLVR-SLVR-BALL-BPANI-552 | Invoice | 9/5/2024 | INV49574 | End, 202 LOE/B-64, Silver Blank, Ball, BPANI | | 36.00 | $25.57 | $920.52 | C07730 Parsons North Brewing Company |
| END-202-LOE-BLANK-SLVR-SLVR-BALL-BPANI-552 | Invoice | 9/6/2024 | INV49629 | End, 202 LOE/B-64, Silver Blank, Ball, BPANI | | 4.00 | $25.57 | $102.28 | C07983 Gilla Brewing Company |
| END-202-LOE-BLANK-SLVR-SLVR-BALL-BPANI-552 | Invoice | 9/6/2024 | INV49595 | End, 202 LOE/B-64, Silver Blank, Ball, BPANI | | 14.00 | $25.57 | $353.67 | C02071 Frontyard Brewing |
| END-202-LOE-BLANK-SLVR-SLVR-BALL-BPANI-552 | Invoice | 9/6/2024 | INV49608 | End, 202 LOE/B-64, Silver Blank, Ball, BPANI | | 1.00 | $25.57 | $25.17 | C12084 Mucho Mate |
| END-202-LOE-BLANK-SLVR-SLVR-BALL-BPANI-552 | Invoice | 9/6/2024 | INV49630 | End, 202 LOE/B-64, Silver Blank, Ball, BPANI | | 18.00 | $24.74 | $445.33 | C01472 True Vine Brewing Co. |
| END-202-LOE-BLANK-SLVR-SLVR-BALL-BPANI-552 | Invoice | 9/9/2024 | INV49633 | End, 202 LOE/B-64, Silver Blank, Ball, BPANI | | 5.00 | $25.57 | $127.85 | C02280 Rally Cap Brewing Company |
| END-202-LOE-BLANK-SLVR-SLVR-BALL-BPANI-552 | Invoice | 9/10/2024 | INV49703 | End, 202 LOE/B-64, Silver Blank, Ball, BPANI | | 117.00 | $23.60 | $2,760.97 | C03382 Okc Soda Co |
| END-202-LOE-BLANK-SLVR-SLVR-BALL-BPANI-552 | Invoice | 9/10/2024 | INV49686 | End, 202 LOE/B-64, Silver Blank, Ball, BPANI | | 40.00 | $25.57 | $944.00 | C03371 Irwin Brewing CO |
| END-202-LOE-BLANK-SLVR-SLVR-BALL-BPANI-552 | Invoice | 9/10/2024 | INV49697 | End, 202 LOE/B-64, Silver Blank, Ball, BPANI | | 8.00 | $25.57 | $204.56 | C08173 3rd Level Brewing |
| END-202-LOE-BLANK-SLVR-SLVR-BALL-BPANI-552 | Invoice | 9/10/2024 | INV49680 | End, 202 LOE/B-64, Silver Blank, Ball, BPANI | | 2.00 | $25.57 | $50.34 | C08169 Copper Club |
| END-202-LOE-BLANK-SLVR-SLVR-BALL-BPANI-552 | Invoice | 9/11/2024 | INV49699 | End, 202 LOE/B-64, Silver Blank, Ball, BPANI | | 15.00 | $25.57 | $380.52 | C01045 Amalga Distillery LLC |
| END-202-LOE-BLANK-SLVR-SLVR-BALL-BPANI-552 | Invoice | 9/11/2024 | INV49719 | End, 202 LOE/B-64, Silver Blank, Ball, BPANI | | 8.00 | $25.57 | $204.56 | C08810 MoonGoat Coffee |
| END-202-LOE-BLANK-SLVR-SLVR-BALL-BPANI-552 | Invoice | 9/11/2024 | INV49715 | End, 202 LOE/B-64, Silver Blank, Ball, BPANI | | 24.00 | $25.57 | $600.29 | C05312 Mary Rooney |
| END-202-LOE-BLANK-SLVR-SLVR-BALL-BPANI-552 | Invoice | 9/11/2024 | INV49715 | End, 202 LOE/B-64, Silver Blank, Ball, BPANI | | 4.00 | $25.57 | $102.28 | C10491 Rueggenbach Brewing Co LLC |
| END-202-LOE-BLANK-SLVR-SLVR-BALL-BPANI-552 | Invoice | 9/12/2024 | INV49730 | End, 202 LOE/B-64, Silver Blank, Ball, BPANI | | 22.00 | $25.57 | $557.30 | C02266 Audacious Aleworks |
| END-202-LOE-BLANK-SLVR-SLVR-BALL-BPANI-552 | Invoice | 9/13/2024 | INV49769 | End, 202 LOE/B-64, Silver Blank, Ball, BPANI | | 44.00 | $25.57 | $1,038.40 | C01168 Celis Brewery |
| END-202-LOE-BLANK-SLVR-SLVR-BALL-BPANI-552 | Invoice | 9/17/2024 | INV49822 | End, 202 LOE/B-64, Silver Blank, Ball, BPANI | | 2.00 | $25.57 | $51.08 | C02487 Nearburg Brewing |
| END-202-LOE-BLANK-SLVR-SLVR-BALL-BPANI-552 | Invoice | 9/18/2024 | INV49860 | End, 202 LOE/B-64, Silver Blank, Ball, BPANI | | 12.00 | $25.57 | $302.35 | C09707 Fat Toad Brewing Company |
| END-202-LOE-BLANK-SLVR-SLVR-BALL-BPANI-552 | Invoice | 9/18/2024 | INV49846 | End, 202 LOE/B-64, Silver Blank, Ball, BPANI | | 12.00 | $25.57 | $299.00 | C03659 Defiance Brewing Co. |
| END-202-LOE-BLANK-SLVR-SLVR-BALL-BPANI-552 | Invoice | 9/18/2024 | INV49861 | End, 202 LOE/B-64, Silver Blank, Ball, BPANI | | 8.00 | $25.57 | $204.56 | C12131 Sharon Garman |
| END-202-LOE-BLANK-SLVR-SLVR-BALL-BPANI-552 | Invoice | 9/19/2024 | INV49909 | End, 202 LOE/B-64, Silver Blank, Ball, BPANI | | 4.00 | $25.57 | $100.68 | C12146 Jimmy's Java Inc. |
| END-202-LOE-BLANK-SLVR-SLVR-BALL-BPANI-552 | Invoice | 9/20/2024 | INV49928 | End, 202 LOE/B-64, Silver Blank, Ball, BPANI | | 10.00 | $25.57 | $254.06 | C06026 Roughhouse Brewing |
| END-202-LOE-BLANK-SLVR-SLVR-BALL-BPANI-552 | Invoice | 9/20/2024 | INV49975 | End, 202 LOE/B-64, Silver Blank, Ball, BPANI | | 44.00 | $25.57 | $1,108.90 | C06491 Jester King Brewery |
| END-202-LOE-BLANK-SLVR-SLVR-BALL-BPANI-552 | Invoice | 9/20/2024 | INV49973 | End, 202 LOE/B-64, Silver Blank, Ball, BPANI | | 18.00 | $24.36 | $438.48 | C01201 Dorcol Distilling + Brewing Co. |
| END-202-LOE-BLANK-SLVR-SLVR-BALL-BPANI-552 | Invoice | 9/20/2024 | INV49938 | End, 202 LOE/B-64, Silver Blank, Ball, BPANI | | 36.00 | $25.57 | $864.65 | C05312 Mary Rooney |
| END-202-LOE-BLANK-SLVR-SLVR-BALL-BPANI-552 | Invoice | 9/20/2024 | INV49953 | End, 202 LOE/B-64, Silver Blank, Ball, BPANI | | 6.00 | $25.57 | $153.42 | C06738 Tent City Beer |
| END-202-LOE-BLANK-SLVR-SLVR-BALL-BPANI-552 | Invoice | 9/20/2024 | INV49947 | End, 202 LOE/B-64, Silver Blank, Ball, BPANI | | 12.00 | $25.57 | $306.84 | C07744 Wye Hill Kitchen & Brewing |
| END-202-LOE-BLANK-SLVR-SLVR-BALL-BPANI-552 | Invoice | 9/20/2024 | INV49946 | End, 202 LOE/B-64, Silver Blank, Ball, BPANI | | 60.00 | $25.57 | $1,416.00 | C05504 Townline Ciderworks |
| END-202-LOE-BLANK-SLVR-SLVR-BALL-BPANI-552 | Invoice | 9/20/2024 | INV49936 | End, 202 LOE/B-64, Silver Blank, Ball, BPANI | | 4.00 | $25.57 | $100.68 | C10085 The Busted Cup Brewhouse |
| END-202-LOE-BLANK-SLVR-SLVR-BALL-BPANI-552 | Invoice | 9/20/2024 | INV49951 | End, 202 LOE/B-64, Silver Blank, Ball, BPANI | | 12.00 | $25.57 | $299.56 | C03002 Icebox Brewing Company |
| END-202-LOE-BLANK-SLVR-SLVR-BALL-BPANI-552 | Invoice | 9/20/2024 | INV49958 | End, 202 LOE/B-64, Silver Blank, Ball, BPANI | | 10.00 | $25.57 | $254.87 | C03194 Parleaux Beer Lab |
| END-202-LOE-BLANK-SLVR-SLVR-BALL-BPANI-552 | Invoice | 9/23/2024 | INV50014 | End, 202 LOE/B-64, Silver Blank, Ball, BPANI | | 10.00 | $25.57 | $255.70 | C08317 Onsite Brewing Company |
| END-202-LOE-BLANK-SLVR-SLVR-BALL-BPANI-552 | Invoice | 9/23/2024 | INV50032 | End, 202 LOE/B-64, Silver Blank, Ball, BPANI | | 12.00 | $25.57 | $306.84 | C02812 Short Story Brewing |
| END-202-LOE-BLANK-SLVR-SLVR-BALL-BPANI-552 | Invoice | 9/23/2024 | INV50037 | End, 202 LOE/B-64, Silver Blank, Ball, BPANI | | 12.00 | $25.57 | $306.84 | C02444 Whistle Punk Brewing |
| END-202-LOE-BLANK-SLVR-SLVR-BALL-BPANI-552 | Invoice | 9/23/2024 | INV50036 | End, 202 LOE/B-64, Silver Blank, Ball, BPANI | | 8.00 | $25.57 | $204.56 | C01383 Red Horn Brewing |
| END-202-LOE-BLANK-SLVR-SLVR-BALL-BPANI-552 | Invoice | 9/25/2024 | INV50121 | End, 202 LOE/B-64, Silver Blank, Ball, BPANI | | 12.00 | $21.67 | $260.04 | C03659 Defiance Brewing Co. |
| END-202-LOE-BLANK-SLVR-SLVR-BALL-BPANI-552 | Invoice | 9/25/2024 | INV50091 | End, 202 LOE/B-64, Silver Blank, Ball, BPANI | | 12.00 | $25.57 | $306.84 | C01300 Lazarus Brewing Co |
| END-202-LOE-BLANK-SLVR-SLVR-BALL-BPANI-552 | Invoice | 9/25/2024 | INV50147 | End, 202 LOE/B-64, Silver Blank, Ball, BPANI | | 12.00 | $25.57 | $297.02 | C02280 Rally Cap Brewing Company |
| END-202-LOE-BLANK-SLVR-SLVR-BALL-BPANI-552 | Invoice | 9/25/2024 | INV50146 | End, 202 LOE/B-64, Silver Blank, Ball, BPANI | | 24.00 | $25.57 | $613.68 | C08455 National Food Lab |
| END-202-LOE-BLANK-SLVR-SLVR-BALL-BPANI-552 | Invoice | 9/25/2024 | INV50138 | End, 202 LOE/B-64, Silver Blank, Ball, BPANI | | 12.00 | $25.57 | $306.84 | C03008 Spring Branch Kombucha |
| END-202-LOE-BLANK-SLVR-SLVR-BALL-BPANI-552 | Invoice | 9/25/2024 | INV50136 | End, 202 LOE/B-64, Silver Blank, Ball, BPANI | | 12.00 | $25.57 | $292.32 | C12183 Mitchell Zost |
| END-202-LOE-BLANK-SLVR-SLVR-BALL-BPANI-552 | Invoice | 9/25/2024 | INV50060 | End, 202 LOE/B-64, Silver Blank, Ball, BPANI | | 17.00 | $25.57 | $429.04 | C09297 Casey Brewing |
| END-202-LOE-BLANK-SLVR-SLVR-BALL-BPANI-552 | Invoice | 9/25/2024 | INV50130 | End, 202 LOE/B-64, Silver Blank, Ball, BPANI | | 48.00 | $25.57 | $1,227.36 | C07772 (512) Brewing Co |

**American Canning LLC**
**Holding Company : American Canning LLC**
**Sales by Item Detail**
**September 1, 2024 - December 31, 2024**

| Item | Type | Date | Document Number | Description | Serial Numbers | Qty. Sold | Sales Price | Revenue | Customer |
|---|---|---|---|---|---|---|---|---|---|
| END-202-LOE-BLANK-SLVR-SLVR-BALL-BPANI-552 | Invoice | 9/25/2024 | INV50141 | End, 202 LOE/B-64, Silver Blank, Ball, BPANI | | 12.00 | $25.57 | $306.84 | C04112 Division Brewing |
| END-202-LOE-BLANK-SLVR-SLVR-BALL-BPANI-552 | Invoice | 9/25/2024 | INV50140 | End, 202 LOE/B-64, Silver Blank, Ball, BPANI | | 50.00 | $25.57 | $1,180.00 | C08589 Greenbrier Valley Brewing Company |
| END-202-LOE-BLANK-SLVR-SLVR-BALL-BPANI-552 | Invoice | 9/25/2024 | INV50070 | End, 202 LOE/B-64, Silver Blank, Ball, BPANI | | 12.00 | $25.57 | $302.09 | C01264 Hold Out Brewing |
| END-202-LOE-BLANK-SLVR-SLVR-BALL-BPANI-552 | Invoice | 9/25/2024 | INV50067 | End, 202 LOE/B-64, Silver Blank, Ball, BPANI | | 6.00 | $25.57 | $152.79 | C11995 James Scrogin |
| END-202-LOE-BLANK-SLVR-SLVR-BALL-BPANI-552 | Invoice | 9/25/2024 | INV50088 | End, 202 LOE/B-64, Silver Blank, Ball, BPANI | | 6.00 | $25.57 | $152.79 | C03493 Coastal County Brewing Company |
| END-202-LOE-BLANK-SLVR-SLVR-BALL-BPANI-552 | Invoice | 9/25/2024 | INV50076 | End, 202 LOE/B-64, Silver Blank, Ball, BPANI | | 36.00 | $25.57 | $898.26 | C02219 Dos Sirenos Brewing |
| END-202-LOE-BLANK-SLVR-SLVR-BALL-BPANI-552 | Invoice | 9/25/2024 | INV50144 | End, 202 LOE/B-64, Silver Blank, Ball, BPANI | | 10.00 | $25.57 | $254.70 | C10651 Tanne Brewing Company |
| END-202-LOE-BLANK-SLVR-SLVR-BALL-BPANI-552 | Invoice | 9/25/2024 | INV50143 | End, 202 LOE/B-64, Silver Blank, Ball, BPANI | | 48.00 | $25.57 | $1,132.80 | C04252 Crooked Pecker Brewing Co |
| END-202-LOE-BLANK-SLVR-SLVR-BALL-BPANI-552 | Invoice | 9/25/2024 | INV50145 | End, 202 LOE/B-64, Silver Blank, Ball, BPANI | | 12.00 | $25.57 | $302.67 | C02956 Batch Craft Beer & Kolaches |
| END-202-LOE-BLANK-SLVR-SLVR-BALL-BPANI-552 | Invoice | 9/26/2024 | INV50159 | End, 202 LOE/B-64, Silver Blank, Ball, BPANI | | 6.00 | $25.57 | $130.02 | C03290 Barking Armadillo Brewing |
| END-202-LOE-BLANK-SLVR-SLVR-BALL-BPANI-552 | Invoice | 9/26/2024 | INV50174 | End, 202 LOE/B-64, Silver Blank, Ball, BPANI | | 60.00 | $25.57 | $1,416.00 | C12172 Eagle Warehousing |
| END-202-LOE-BLANK-SLVR-SLVR-BALL-BPANI-552 | Invoice | 9/26/2024 | INV50187 | End, 202 LOE/B-64, Silver Blank, Ball, BPANI | | 6.00 | $25.57 | $153.16 | C01458 The Brewtorium |
| END-202-LOE-BLANK-SLVR-SLVR-BALL-BPANI-552 | Invoice | 9/26/2024 | INV50157 | End, 202 LOE/B-64, Silver Blank, Ball, BPANI | | 12.00 | $21.67 | $260.04 | C10129 Traust Brewing Company |
| END-202-LOE-BLANK-SLVR-SLVR-BALL-BPANI-552 | Invoice | 9/26/2024 | INV50153 | End, 202 LOE/B-64, Silver Blank, Ball, BPANI | | 12.00 | $21.67 | $260.04 | C02046 Rock Stacker LLC |
| END-202-LOE-BLANK-SLVR-SLVR-BALL-BPANI-552 | Invoice | 9/26/2024 | INV50180 | End, 202 LOE/B-64, Silver Blank, Ball, BPANI | | 6.00 | $25.57 | $153.42 | C06681 Clouds Brewing |
| END-202-LOE-BLANK-SLVR-SLVR-BALL-BPANI-552 | Invoice | 9/26/2024 | INV50163 | End, 202 LOE/B-64, Silver Blank, Ball, BPANI | | 12.00 | $25.57 | $301.44 | C10729 Wackadoo Brewing |
| END-202-LOE-BLANK-SLVR-SLVR-BALL-BPANI-552 | Invoice | 9/26/2024 | INV50186 | End, 202 LOE/B-64, Silver Blank, Ball, BPANI | | 24.00 | $25.57 | $613.68 | C10548 Fast Friends Beer Company |
| END-202-LOE-BLANK-SLVR-SLVR-BALL-BPANI-552 | Invoice | 9/27/2024 | INV50236 | End, 202 LOE/B-64, Silver Blank, Ball, BPANI | | 20.00 | $25.57 | $361.08 | C06491 Jester King Brewery |
| END-202-LOE-BLANK-SLVR-SLVR-BALL-BPANI-552 | Invoice | 9/27/2024 | INV50255 | End, 202 LOE/B-64, Silver Blank, Ball, BPANI | | 12.00 | $21.67 | $260.04 | C03850 Riverside Rhapsody |
| END-202-LOE-BLANK-SLVR-SLVR-BALL-BPANI-552 | Invoice | 9/27/2024 | INV50246 | End, 202 LOE/B-64, Silver Blank, Ball, BPANI | | 12.00 | $21.67 | $260.04 | C09868 Russell Powers |
| END-202-LOE-BLANK-SLVR-SLVR-BALL-BPANI-552 | Invoice | 9/27/2024 | INV50245 | End, 202 LOE/B-64, Silver Blank, Ball, BPANI | | 48.00 | $21.67 | $943.21 | C01280 Infamous Brewing Co. |
| END-202-LOE-BLANK-SLVR-SLVR-BALL-BPANI-552 | Invoice | 9/27/2024 | INV50235 | End, 202 LOE/B-64, Silver Blank, Ball, BPANI | | 36.00 | $21.67 | $780.12 | C08455 National Food Lab |
| END-202-LOE-BLANK-SLVR-SLVR-BALL-BPANI-552 | Invoice | 9/27/2024 | INV50234 | End, 202 LOE/B-64, Silver Blank, Ball, BPANI | | 12.00 | $21.67 | $260.04 | C07490 Icarus Fermentation |
| END-202-LOE-BLANK-SLVR-SLVR-BALL-BPANI-552 | Invoice | 9/27/2024 | INV50263 | End, 202 LOE/B-64, Silver Blank, Ball, BPANI | | 24.00 | $21.67 | $520.08 | C02071 Frontyard Brewing |
| END-202-LOE-BLANK-SLVR-SLVR-BALL-BPANI-552 | Invoice | 9/27/2024 | INV50259 | End, 202 LOE/B-64, Silver Blank, Ball, BPANI | | 12.00 | $21.67 | $242.58 | C06491 Jester King Brewery |
| END-202-LOE-BLANK-SLVR-SLVR-BALL-BPANI-552 | Invoice | 9/27/2024 | INV50226 | End, 202 LOE/B-64, Silver Blank, Ball, BPANI | | 12.00 | $21.67 | $260.04 | C03169 Bear Fox LLC |
| END-202-LOE-BLANK-SLVR-SLVR-BALL-BPANI-552 | Invoice | 9/27/2024 | INV50201 | End, 202 LOE/B-64, Silver Blank, Ball, BPANI | | 12.00 | $21.67 | $260.04 | C03403 Stumptown Brewery |
| END-202-LOE-BLANK-SLVR-SLVR-BALL-BPANI-552 | Invoice | 9/27/2024 | INV50196 | End, 202 LOE/B-64, Silver Blank, Ball, BPANI | | 12.00 | $21.67 | $260.04 | C01201 Dorcol Distilling + Brewing Co. |
| END-202-LOE-BLANK-SLVR-SLVR-BALL-BPANI-552 | Invoice | 9/27/2024 | INV50212 | End, 202 LOE/B-64, Silver Blank, Ball, BPANI | | 12.00 | $25.57 | $297.16 | C06026 Roughhouse Brewing |
| END-202-LOE-BLANK-SLVR-SLVR-BALL-BPANI-552 | Invoice | 9/27/2024 | INV50211 | End, 202 LOE/B-64, Silver Blank, Ball, BPANI | | 23.00 | $25.57 | $581.09 | C08184 Buddhas Brew |
| END-202-LOE-BLANK-SLVR-SLVR-BALL-BPANI-552 | Invoice | 9/27/2024 | INV50265 | End, 202 LOE/B-64, Silver Blank, Ball, BPANI | | 12.00 | $21.67 | $260.04 | C02041 Blue Heron Brewing Co. |
| END-202-LOE-BLANK-SLVR-SLVR-BALL-BPANI-552 | Invoice | 9/27/2024 | INV50254 | End, 202 LOE/B-64, Silver Blank, Ball, BPANI | | 12.00 | $21.67 | $260.04 | C12195 Colorado State University |
| END-202-LOE-BLANK-SLVR-SLVR-BALL-BPANI-552 | Invoice | 9/27/2024 | INV50239 | End, 202 LOE/B-64, Silver Blank, Ball, BPANI | | 26.00 | $21.67 | $525.98 | C01437 Stesti Brewing Company |
| END-202-LOE-BLANK-SLVR-SLVR-BALL-BPANI-552 | Invoice | 9/30/2024 | INV50301 | End, 202 LOE/B-64, Silver Blank, Ball, BPANI | | 22.00 | $21.67 | $395.75 | C02567 The Thirsty Growler |
| END-202-LOE-BLANK-SLVR-SLVR-BALL-BPANI-552 | Invoice | 9/30/2024 | INV50299 | End, 202 LOE/B-64, Silver Blank, Ball, BPANI | | 12.00 | $21.67 | $244.21 | C08532 Low Road Brewing |
| END-202-LOE-BLANK-SLVR-SLVR-BALL-BPANI-552 | Invoice | 10/3/2024 | INV50431 | End, 202 LOE/B-64, Silver Blank, Ball, BPANI | | 10.00 | $21.67 | $199.24 | C06407 Vacancy Brewing |
| END-202-LOE-BLANK-SLVR-SLVR-BALL-BPANI-552 | Invoice | 10/4/2024 | INV50443 | End, 202 LOE/B-64, Silver Blank, Ball, BPANI | | 24.00 | $21.67 | $464.55 | C07772 (512) Brewing Co |
| END-202-SUPR-10ST-SLVR-SLVR-CRWN-BPANI-580 | Invoice | 9/6/2024 | INV49616 | End, 202 SuperEnd®, Silver 10ST, Crown, BPANI | | 10.00 | $24.41 | $244.10 | C10915 Township Brewing |
| END-202-SUPR-10ST-SLVR-SLVR-CRWN-BPANI-580 | Invoice | 9/12/2024 | INV49757 | End, 202 SuperEnd®, Silver 10ST, Crown, BPANI | | 4.00 | $24.00 | $96.00 | C08061 Tennfold Brewing |
| END-202-SUPR-10ST-SLVR-SLVR-CRWN-BPANI-580 | Invoice | 9/13/2024 | INV49784 | End, 202 SuperEnd®, Silver 10ST, Crown, BPANI | | 24.00 | $24.00 | $576.00 | C02901 Nebraska Brewing Company |
| END-202-SUPR-10ST-SLVR-SLVR-CRWN-BPANI-580 | Invoice | 9/13/2024 | INV49782 | End, 202 SuperEnd®, Silver 10ST, Crown, BPANI | | 24.00 | $24.00 | $576.00 | C09989 Michael Pearson |
| END-202-SUPR-10ST-SLVR-SLVR-CRWN-BPANI-580 | Invoice | 9/16/2024 | INV49785 | End, 202 SuperEnd®, Silver 10ST, Crown, BPANI | | 27.00 | $24.00 | $648.00 | C01373 Pretoria Fields Collective |
| END-202-SUPR-10ST-SLVR-SLVR-CRWN-BPANI-580 | Invoice | 9/17/2024 | INV49833 | End, 202 SuperEnd®, Silver 10ST, Crown, BPANI | | 361.00 | $24.00 | $7,885.19 | C01507 Zilker Brewing Company |
| END-202-SUPR-10ST-SLVR-SLVR-CRWN-BPANI-580 | Invoice | 9/19/2024 | INV49895 | End, 202 SuperEnd®, Silver 10ST, Crown, BPANI | | 48.00 | $24.00 | $1,152.00 | C03138 Daredevil Brewing Co |
| END-202-SUPR-10ST-SLVR-SLVR-CRWN-BPANI-580 | Invoice | 9/19/2024 | INV49894 | End, 202 SuperEnd®, Silver 10ST, Crown, BPANI | | 48.00 | $24.00 | $1,116.00 | C03138 Daredevil Brewing Co |
| END-202-SUPR-10ST-SLVR-SLVR-CRWN-BPANI-580 | Invoice | 9/23/2024 | INV50009 | End, 202 SuperEnd®, Silver 10ST, Crown, BPANI | | 24.00 | $24.00 | $576.00 | C07391 Schoolcraft College |
| END-202-SUPR-10ST-SLVR-SLVR-CRWN-BPANI-580 | Invoice | 9/23/2024 | INV50010 | End, 202 SuperEnd®, Silver 10ST, Crown, BPANI | | 75.00 | $24.00 | $1,743.75 | C02901 Nebraska Brewing Company |
| END-202-SUPR-10ST-SLVR-SLVR-CRWN-BPANI-580 | Invoice | 9/26/2024 | INV50160 | End, 202 SuperEnd®, Silver 10ST, Crown, BPANI | | 108.00 | $24.00 | $1,566.00 | C01904 8-Bit Aleworks |
| END-202-SUPR-10ST-SLVR-SLVR-CRWN-BPANI-580 | Invoice | 9/27/2024 | INV50266 | End, 202 SuperEnd®, Silver 10ST, Crown, BPANI | | 12.00 | $20.00 | $219.64 | C05692 Desert Monks |
| END-202-SUPR-10ST-SLVR-SLVR-CRWN-BPANI-580 | Invoice | 9/27/2024 | INV50218 | End, 202 SuperEnd®, Silver 10ST, Crown, BPANI | | 96.00 | $12.20 | $1,171.20 | C03138 Daredevil Brewing Co |
| END-202-SUPR-10ST-SLVR-SLVR-CRWN-BPANI-580 | Invoice | 9/27/2024 | INV50241 | End, 202 SuperEnd®, Silver 10ST, Crown, BPANI | | 12.00 | $16.57 | $198.84 | C01494 Whitestone Brewery |
| END-202-SUPR-10ST-SLVR-SLVR-CRWN-BPANI-580 | Invoice | 9/27/2024 | INV50230 | End, 202 SuperEnd®, Silver 10ST, Crown, BPANI | | 36.00 | $16.57 | $596.52 | C03498 Block Brewing Company |
| END-202-SUPR-10ST-SLVR-SLVR-CRWN-BPANI-580 | Invoice | 10/1/2024 | INV50344 | End, 202 SuperEnd®, Silver 10ST, Crown, BPANI | | 624.00 | $11.60 | $7,238.40 | C01278 Independence Brewing Co. |
| END-202-SUPR-10ST-SLVR-SLVR-CRWN-BPANI-580 | Invoice | 10/1/2024 | INV50342 | End, 202 SuperEnd®, Silver 10ST, Crown, BPANI | | 12.00 | $12.20 | $146.40 | C03245 Symbiotik Kombucha |
| END-202-SUPR-10ST-SLVR-SLVR-CRWN-BPANI-580 | Invoice | 10/2/2024 | INV50349 | End, 202 SuperEnd®, Silver 10ST, Crown, BPANI | | 24.00 | $12.20 | $292.80 | C01217 Fairhope Brewing Co. |
| END-202-SUPR-10ST-SLVR-SLVR-CRWN-BPANI-580 | Invoice | 10/3/2024 | INV50421 | End, 202 SuperEnd®, Silver 10ST, Crown, BPANI | | 24.00 | $16.57 | $397.68 | C10832 Zen Donkey Farms |
| END-202-SUPR-10ST-SLVR-SLVR-CRWN-BPANI-580 | Invoice | 10/4/2024 | INV50450 | End, 202 SuperEnd®, Silver 10ST, Crown, BPANI | | 624.00 | $13.05 | $8,143.20 | C11052 Four Corners Brewing Company |
| END-300-LRG-10ST-SLVR-SLVR-BALL-BPANI-384 | Invoice | 9/3/2024 | INV49507 | End, 300, King, Silver, 10ST, Ball, BPANI | | 2.00 | $59.36 | $118.72 | C12051 Edward Liversidge |
| END-300-LRG-10ST-SLVR-SLVR-BALL-BPANI-384 | Invoice | 9/3/2024 | INV49517 | End, 300, King, Silver, 10ST, Ball, BPANI | | 1.00 | $59.36 | $59.36 | C01746 Antietam Brewery |
| END-300-LRG-10ST-SLVR-SLVR-BALL-BPANI-384 | Invoice | 9/4/2024 | INV49540 | End, 300, King, Silver, 10ST, Ball, BPANI | | 3.00 | $59.36 | $178.08 | C09730 Zom Brew Works |
| END-300-LRG-10ST-SLVR-SLVR-BALL-BPANI-384 | Invoice | 9/4/2024 | INV49525 | End, 300, King, Silver, 10ST, Ball, BPANI | | 1.00 | $59.36 | $59.18 | C11643 Other Lands |
| END-300-LRG-10ST-SLVR-SLVR-BALL-BPANI-384 | Invoice | 9/4/2024 | INV49555 | End, 300, King, Silver, 10ST, Ball, BPANI | | 1.00 | $59.36 | $59.34 | C10984 Bullfrog Creek Brewing |
| END-300-LRG-10ST-SLVR-SLVR-BALL-BPANI-384 | Invoice | 9/6/2024 | INV49629 | End, 300, King, Silver, 10ST, Ball, BPANI | | 1.00 | $59.36 | $59.36 | C07983 Gilta Brewing Company |
| END-300-LRG-10ST-SLVR-SLVR-BALL-BPANI-384 | Invoice | 9/6/2024 | INV49612 | End, 300, King, Silver, 10ST, Ball, BPANI | | 1.00 | $59.36 | $59.36 | C03927 42 North Brewing Company |
| END-300-LRG-10ST-SLVR-SLVR-BALL-BPANI-384 | Invoice | 9/6/2024 | INV49584 | End, 300, King, Silver, 10ST, Ball, BPANI | | 1.00 | $59.68 | $59.68 | C01083 Austin Beerworks |
| END-300-LRG-10ST-SLVR-SLVR-BALL-BPANI-384 | Invoice | 9/10/2024 | INV49680 | End, 300, King, Silver, 10ST, Ball, BPANI | | 1.00 | $59.36 | $59.36 | C10070 Cooper House Project |
| END-300-LRG-10ST-SLVR-SLVR-BALL-BPANI-384 | Invoice | 9/11/2024 | INV49713 | End, 300, King, Silver, 10ST, Ball, BPANI | | 1.00 | $59.36 | $59.18 | C02873 Cloven Hoof Brewing Co. |
| END-300-LRG-10ST-SLVR-SLVR-BALL-BPANI-384 | Invoice | 9/11/2024 | INV49709 | End, 300, King, Silver, 10ST, Ball, BPANI | | 1.00 | $59.36 | $59.36 | C01775 Hops Hill |
| END-300-LRG-10ST-SLVR-SLVR-BALL-BPANI-384 | Invoice | 9/11/2024 | INV49737 | End, 300, King, Silver, 10ST, Ball, BPANI | | 7.00 | $58.61 | $384.87 | C12100 The Growler Spot |
| END-300-LRG-10ST-SLVR-SLVR-BALL-BPANI-384 | Invoice | 9/12/2024 | INV49753 | End, 300, King, Silver, 10ST, Ball, BPANI | | 1.00 | $59.36 | $59.07 | C12109 Brewed & Bottled, LLC |
| END-300-LRG-10ST-SLVR-SLVR-BALL-BPANI-384 | Invoice | 9/12/2024 | INV49723 | End, 300, King, Silver, 10ST, Ball, BPANI | | 1.00 | $58.61 | $58.61 | C09991 Creekside Brewing |
| END-300-LRG-10ST-SLVR-SLVR-BALL-BPANI-384 | Invoice | 9/12/2024 | INV49736 | End, 300, King, Silver, 10ST, Ball, BPANI | | 3.00 | $58.61 | $175.82 | C03950 Ooga Brewing Company |
| END-300-LRG-10ST-SLVR-SLVR-BALL-BPANI-384 | Invoice | 9/12/2024 | INV49746 | End, 300, King, Silver, 10ST, Ball, BPANI | | 1.00 | $59.36 | $59.36 | C01298 Last Stand Brewing Company |

**American Canning LLC**
**Holding Company : American Canning LLC**
**Sales by Item Detail**
**September 1, 2024 - December 31, 2024**

| Item | Type | Date | Document Number | Description | Serial Numbers | Qty. Sold | Sales Price | Revenue | Customer |
|---|---|---|---|---|---|---|---|---|---|
| END-300-LRG-10ST-SLVR-SLVR-BALL-BPANI-384 | Invoice | 9/16/2024 | INV49792 | End, 300, King, Silver, 10ST, Ball, BPANI | | 1.00 | $59.36 | $59.14 | C12126 Ken Beaujean |
| END-300-LRG-10ST-SLVR-SLVR-BALL-BPANI-384 | Invoice | 9/16/2024 | INV49789 | End, 300, King, Silver, 10ST, Ball, BPANI | | 1.00 | $59.36 | $59.18 | C05527 Greg Speicher |
| END-300-LRG-10ST-SLVR-SLVR-BALL-BPANI-384 | Invoice | 9/16/2024 | INV49834 | End, 300, King, Silver, 10ST, Ball, BPANI | | 20.00 | $59.36 | $1,187.25 | C01617 Crowling Rental Co |
| END-300-LRG-10ST-SLVR-SLVR-BALL-BPANI-384 | Invoice | 9/18/2024 | INV49853 | End, 300, King, Silver, 10ST, Ball, BPANI | | 1.00 | $59.36 | $59.23 | C02683 Edgewise Eight Brewing |
| END-300-LRG-10ST-SLVR-SLVR-BALL-BPANI-384 | Invoice | 9/18/2024 | INV49880 | End, 300, King, Silver, 10ST, Ball, BPANI | | 2.00 | $59.36 | $118.72 | C11530 Boese Brother Brewery |
| END-300-LRG-10ST-SLVR-SLVR-BALL-BPANI-384 | Invoice | 9/20/2024 | INV49956 | End, 300, King, Silver, 10ST, Ball, BPANI | | 1.00 | $59.36 | $59.18 | C09940 Cody Craft Brewing |
| END-300-LRG-10ST-SLVR-SLVR-BALL-BPANI-384 | Invoice | 9/20/2024 | INV49963 | End, 300, King, Silver, 10ST, Ball, BPANI | | 4.00 | $59.36 | $235.76 | C03806 BlufView Growler |
| END-300-LRG-10ST-SLVR-SLVR-BALL-BPANI-384 | Invoice | 9/23/2024 | INV49995 | End, 300, King, Silver, 10ST, Ball, BPANI | | 2.00 | $44.00 | $88.00 | C10856 Local Pint |
| END-300-LRG-10ST-SLVR-SLVR-BALL-BPANI-384 | Invoice | 9/23/2024 | INV50025 | End, 300, King, Silver, 10ST, Ball, BPANI | | 15.00 | $59.36 | $890.40 | C02349 Deft Brewing LLC |
| END-300-LRG-10ST-SLVR-SLVR-BALL-BPANI-384 | Invoice | 9/23/2024 | INV50034 | End, 300, King, Silver, 10ST, Ball, BPANI | | 1.00 | $59.36 | $59.17 | C01325 Megaton Brewery |
| END-300-LRG-10ST-SLVR-SLVR-BALL-BPANI-384 | Invoice | 9/23/2024 | INV50013 | End, 300, King, Silver, 10ST, Ball, BPANI | | 1.00 | $44.00 | $44.00 | C03968 Dead Armadillo Craft Brewing |
| END-300-LRG-10ST-SLVR-SLVR-BALL-BPANI-384 | Invoice | 9/23/2024 | INV49996 | End, 300, King, Silver, 10ST, Ball, BPANI | | 2.00 | $44.00 | $88.00 | C10617 Need Pizza |
| END-300-LRG-10ST-SLVR-SLVR-BALL-BPANI-384 | Invoice | 9/23/2024 | INV49991 | End, 300, King, Silver, 10ST, Ball, BPANI | | 2.00 | $44.00 | $88.00 | C01367 Peoria Artisan Brewery |
| END-300-LRG-10ST-SLVR-SLVR-BALL-BPANI-384 | Invoice | 9/23/2024 | INV49989 | End, 300, King, Silver, 10ST, Ball, BPANI | | 1.00 | $44.00 | $44.00 | C07813 Five Dollar Ranch Brewing Co |
| END-300-LRG-10ST-SLVR-SLVR-BALL-BPANI-384 | Invoice | 9/25/2024 | INV50115 | End, 300, King, Silver, 10ST, Ball, BPANI | | 1.00 | $42.25 | $42.25 | C02865 Elkton Brewing Company |
| END-300-LRG-10ST-SLVR-SLVR-BALL-BPANI-384 | Invoice | 9/25/2024 | INV50061 | End, 300, King, Silver, 10ST, Ball, BPANI | | 4.00 | $42.25 | $169.00 | C06924 Knootz Brewing Co |
| END-300-LRG-10ST-SLVR-SLVR-BALL-BPANI-384 | Invoice | 9/25/2024 | INV50083 | End, 300, King, Silver, 10ST, Ball, BPANI | | 1.00 | $58.61 | $58.61 | C01607 Nomadic Beerworks |
| END-300-LRG-10ST-SLVR-SLVR-BALL-BPANI-384 | Invoice | 9/25/2024 | INV50080 | End, 300, King, Silver, 10ST, Ball, BPANI | | 7.00 | $44.00 | $308.00 | C02646 Beers Looking At You |
| END-300-LRG-10ST-SLVR-SLVR-BALL-BPANI-384 | Invoice | 9/26/2024 | INV50181 | End, 300, King, Silver, 10ST, Ball, BPANI | | 7.00 | $44.00 | $308.00 | C12100 The Growler Spot |
| END-300-LRG-10ST-SLVR-SLVR-BALL-BPANI-384 | Invoice | 9/26/2024 | INV50182 | End, 300, King, Silver, 10ST, Ball, BPANI | | 1.00 | $42.25 | $42.25 | C01647 GretchenBrew LLC DBA Little Dog Brewing Co |
| END-300-LRG-10ST-SLVR-SLVR-BALL-BPANI-384 | Invoice | 9/27/2024 | INV50269 | End, 300, King, Silver, 10ST, Ball, BPANI | | 1.00 | $44.00 | $44.00 | C02754 Southern Roots Brewing |
| END-300-LRG-10ST-SLVR-SLVR-BALL-BPANI-384 | Invoice | 9/27/2024 | INV50209 | End, 300, King, Silver, 10ST, Ball, BPANI | | 4.00 | $42.25 | $154.93 | C05646 Fly Llama Brewing |
| END-300-LRG-10ST-SLVR-SLVR-BALL-BPANI-384 | Invoice | 9/27/2024 | INV50213 | End, 300, King, Silver, 10ST, Ball, BPANI | | 1.00 | $42.25 | $42.25 | C10592 The Hop Doctor, LLC |
| END-300-LRG-10ST-SLVR-SLVR-BALL-BPANI-384 | Invoice | 9/27/2024 | INV50270 | End, 300, King, Silver, 10ST, Ball, BPANI | | 1.00 | $59.36 | $59.06 | C01382 Real Ale Brewing Company |
| END-300-LRG-10ST-SLVR-SLVR-BALL-BPANI-384 | Invoice | 9/30/2024 | INV50299 | End, 300, King, Silver, 10ST, Ball, BPANI | | 4.00 | $42.25 | $158.71 | C08532 Low Road Brewing |
| END-300-LRG-10ST-SLVR-SLVR-BALL-BPANI-384 | Invoice | 10/2/2024 | INV50416 | End, 300, King, Silver, 10ST, Ball, BPANI | | 23.00 | $37.00 | $851.00 | C01368 Pinthouse Pizza, LLC |
| END-300-LRG-10ST-SLVR-SLVR-BALL-BPANI-384 | Invoice | 10/4/2024 | INV50458 | End, 300, King, Silver, 10ST, Ball, BPANI | | 4.00 | $42.25 | $169.00 | C11230 Prost Alehouse |
| PAK-3PKCRW-BLACK | Invoice | 9/3/2024 | INV50500 | PakTech®, 3Pak, Crowler, Black | | 1.00 | $89.00 | $89.00 | C02017 Scratchtown Brewing LLC |
| PAK-3PKCRW-BLACK | Invoice | 9/3/2024 | INV49508 | PakTech®, 3Pak, Crowler, Black | | 3.00 | $89.00 | $267.00 | C03702 Twin Can Company Inc. |
| PAK-3PKCRW-BLACK | Invoice | 9/3/2024 | INV49511 | PakTech®, 3Pak, Crowler, Black | | 5.00 | $89.00 | $445.00 | C05403 Rapids Brewing Company |
| PAK-3PKCRW-BLACK | Invoice | 9/5/2024 | INV49575 | PakTech®, 3Pak, Crowler, Black | | 1.00 | $89.00 | $89.00 | C03253 Mccues nebraska taproom |
| PAK-3PKCRW-BLACK | Invoice | 9/11/2024 | INV49716 | PakTech®, 3Pak, Crowler, Black | | 1.00 | $89.00 | $89.00 | C02865 Elkton Brewing Company |
| PAK-3PKCRW-BLACK | Invoice | 9/13/2024 | INV49783 | PakTech®, 3Pak, Crowler, Black | | 1.00 | $89.00 | $89.00 | C04643 Odell Brewing Co |
| PAK-3PKCRW-BLACK | Invoice | 9/18/2024 | INV49858 | PakTech®, 3Pak, Crowler, Black | | 3.00 | $89.00 | $267.00 | C09911 Mad Chef Craft Brewing |
| PAK-3PKCRW-BLACK | Invoice | 9/19/2024 | INV49898 | PakTech®, 3Pak, Crowler, Black | | 1.00 | $89.00 | $89.00 | C12152 John McMains |
| PAK-3PKCRW-BLACK | Invoice | 9/23/2024 | INV49983 | PakTech®, 3Pak, Crowler, Black | | 2.00 | $70.00 | $140.00 | C12166 BierHall Brewing Co |
| PAK-3PKCRW-BLACK | Invoice | 9/23/2024 | INV50025 | PakTech®, 3Pak, Crowler, Black | | 2.00 | $89.00 | $178.00 | C02349 Deft Brewing LLC |
| PAK-3PKCRW-BLACK | Invoice | 9/23/2024 | INV49992 | PakTech®, 3Pak, Crowler, Black | | 2.00 | $70.00 | $140.00 | C04132 Some Nerve Brewing Co. |
| PAK-3PKCRW-BLACK | Invoice | 9/25/2024 | INV50099 | PakTech®, 3Pak, Crowler, Black | | 1.00 | $70.00 | $70.00 | C12188 LIQUID ROOTS BREWING PROJECT |
| PAK-3PKCRW-BLACK | Invoice | 9/25/2024 | INV50058 | PakTech®, 3Pak, Crowler, Black | | 2.00 | $70.00 | $140.00 | C04145 Fitger's Brewhouse |
| PAK-3PKCRW-BLACK | Invoice | 9/25/2024 | INV50061 | PakTech®, 3Pak, Crowler, Black | | 1.00 | $70.00 | $70.00 | C06924 Knootz Brewing Co |
| PAK-3PKCRW-BLACK | Invoice | 9/25/2024 | INV50104 | PakTech®, 3Pak, Crowler, Black | | 3.00 | $70.00 | $210.00 | C03789 Fat Hill Brewing LLC |
| PAK-3PKCRW-BLACK | Invoice | 9/25/2024 | INV50101 | PakTech®, 3Pak, Crowler, Black | | 4.00 | $70.00 | $40.00 | C11107 Campsite Brewing Company |
| PAK-3PKCRW-BLACK | Invoice | 9/25/2024 | INV50064 | PakTech®, 3Pak, Crowler, Black | | 3.00 | $70.00 | $210.00 | C12173 Erie Brewing Company |
| PAK-3PKCRW-BLACK | Invoice | 9/27/2024 | INV50217 | PakTech®, 3Pak, Crowler, Black | | 1.00 | $60.00 | $60.00 | C01099 Baileson Brewing Co. |
| PAK-3PKCRW-BLACK | Invoice | 9/27/2024 | INV50226 | PakTech®, 3Pak, Crowler, Black | | 1.00 | $66.00 | $66.00 | C03169 Bear Fox LLC |
| PAK-3PKCRW-BLACK | Invoice | 9/27/2024 | INV50198 | PakTech®, 3Pak, Crowler, Black | | 2.00 | $66.00 | $124.76 | C03583 Reservoir Brewing |
| PAK-3PKCRW-BLACK | Invoice | 9/30/2024 | INV50316 | PakTech®, 3Pak, Crowler, Black | | 1.00 | $60.00 | $60.00 | C01650 Route 51 Brewing Company |
| PAK-3PKCRW-BLACK | Invoice | 9/30/2024 | INV50333 | PakTech®, 3Pak, Crowler, Black | | 1.00 | $60.00 | $60.00 | C12231 Pondaseta Brewing Co |
| PAK-3PKCRW-BLACK | Invoice | 9/30/2024 | INV50326 | PakTech®, 3Pak, Crowler, Black | | 1.00 | $60.00 | $60.00 | C05646 Fly Llama Brewing |
| PAK-3PKCRW-BLACK | Invoice | 9/30/2024 | INV50296 | PakTech®, 3Pak, Crowler, Black | | 4.00 | $89.00 | $356.00 | C01617 Crowling Rental Co |
| PAK-3PKCRW-BLACK | Invoice | 10/2/2024 | INV50398 | PakTech®, 3Pak, Crowler, Black | | 4.00 | $60.00 | $240.00 | C01940 Old Coast Ales |
| PAK-3PKCRW-BLACK | Invoice | 10/2/2024 | INV50416 | PakTech®, 3Pak, Crowler, Black | | 9.00 | $60.00 | $540.00 | C01368 Pinthouse Pizza, LLC |
| PAK-3PKCRW-BLACK | Invoice | 10/4/2024 | INV50458 | PakTech®, 3Pak, Crowler, Black | | 4.00 | $70.00 | $280.00 | C11230 Prost Alehouse |
| PAK-4PKSLEEK-BLACK | Invoice | 9/3/2024 | INV49496 | PakTech®, QuadPak, Sleek, Black | | 2.00 | $141.00 | $282.00 | C04910 Simplicity Cocktails |
| PAK-4PKSLEEK-BLACK | Invoice | 9/3/2024 | INV49506 | PakTech®, QuadPak, Sleek, Black | | 1.00 | $141.00 | $141.00 | C11553 Andrea Marley |
| PAK-4PKSLEEK-BLACK | Invoice | 9/3/2024 | INV49497 | PakTech®, QuadPak, Sleek, Black | | 1.00 | $141.00 | $141.00 | C12046 Tara Siragusa |
| PAK-4PKSLEEK-BLACK | Invoice | 9/4/2024 | INV49542 | PakTech®, QuadPak, Sleek, Black | | 3.00 | $141.00 | $423.00 | C09574 Beverage Solution Partners |
| PAK-4PKSLEEK-BLACK | Invoice | 9/4/2024 | INV49538 | PakTech®, QuadPak, Sleek, Black | | 5.00 | $141.00 | $705.00 | C12060 Roastery of Cave Creek |
| PAK-4PKSLEEK-BLACK | Invoice | 9/4/2024 | INV49545 | PakTech®, QuadPak, Sleek, Black | | 2.00 | $141.00 | $282.00 | C06979 Dark Matter Coffee |
| PAK-4PKSLEEK-BLACK | Invoice | 9/4/2024 | INV49561 | PakTech®, QuadPak, Sleek, Black | | 1.00 | $141.00 | $141.00 | C10638 Edwin's Edibles |
| PAK-4PKSLEEK-BLACK | Invoice | 9/5/2024 | INV49577 | PakTech®, QuadPak, Sleek, Black | | 5.00 | $141.00 | $705.00 | C10917 Indigo |
| PAK-4PKSLEEK-BLACK | Invoice | 9/6/2024 | INV49621 | PakTech®, QuadPak, Sleek, Black | | 2.00 | $141.00 | $282.00 | C12072 Brooklyn Roasting Works LLC |
| PAK-4PKSLEEK-BLACK | Invoice | 9/12/2024 | INV49734 | PakTech®, QuadPak, Sleek, Black | | 5.00 | $141.00 | $705.00 | C09654 Indigo |
| PAK-4PKSLEEK-BLACK | Invoice | 9/12/2024 | INV49758 | PakTech®, QuadPak, Sleek, Black | | 1.00 | $141.00 | $116.00 | C12115 Court Ave Brewing Company |
| PAK-4PKSLEEK-BLACK | Invoice | 9/17/2024 | INV49821 | PakTech®, QuadPak, Sleek, Black | | 3.00 | $141.00 | $415.02 | C10700 Jenesa Lukac |
| PAK-4PKSLEEK-BLACK | Invoice | 9/18/2024 | INV49871 | PakTech®, QuadPak, Sleek, Black | | 2.00 | $141.00 | $282.00 | C09243 Packform |
| PAK-4PKSLEEK-BLACK | Invoice | 9/18/2024 | INV49859 | PakTech®, QuadPak, Sleek, Black | | 2.00 | $141.00 | $282.00 | C06979 Dark Matter Coffee |
| PAK-4PKSLEEK-BLACK | Invoice | 9/20/2024 | INV49921 | PakTech®, QuadPak, Sleek, Black | | 1.00 | $141.00 | $141.00 | C09810 trimtab brewing co |
| PAK-4PKSLEEK-BLACK | Invoice | 9/23/2024 | INV50003 | PakTech®, QuadPak, Sleek, Black | | 8.00 | $141.00 | $1,128.00 | C12160 ALBERT DE BOCK |
| PAK-4PKSLEEK-BLACK | Invoice | 9/23/2024 | INV49988 | PakTech®, QuadPak, Sleek, Black | | 3.00 | $141.00 | $423.00 | C04910 Simplicity Cocktails |
| PAK-4PKSLEEK-BLACK | Invoice | 9/23/2024 | INV50023 | PakTech®, QuadPak, Sleek, Black | | 7.00 | $141.00 | $987.00 | C12072 Brooklyn Roasting Works LLC |
| PAK-4PKSLEEK-BLACK | Invoice | 9/25/2024 | INV50071 | PakTech®, QuadPak, Sleek, Black | | 1.00 | $141.00 | $136.00 | C11277 Running Lights |

**American Canning LLC**
**Holding Company : American Canning LLC**
**Sales by Item Detail**
**September 1, 2024 - December 31, 2024**

| Item | Type | Date | Document Number | Description | Serial Numbers | Qty. Sold | Sales Price | Revenue | Customer |
|---|---|---|---|---|---|---|---|---|---|
| PAK-4PKSLEEK-BLACK | Invoice | 9/25/2024 | INV50059 | PakTech®, QuadPak, Sleek, Black | | 12.00 | $141.00 | $1,692.00 | C11569 Right Coast Brands |
| PAK-4PKSLEEK-BLACK | Invoice | 9/26/2024 | INV50152 | PakTech®, QuadPak, Sleek, Black | | 15.00 | $120.00 | $1,800.00 | C06034 Botanical Brewing Co |
| PAK-4PKSLEEK-BLACK | Invoice | 9/27/2024 | INV50202 | PakTech®, QuadPak, Sleek, Black | | 1.00 | $130.00 | $130.00 | C08441 Canworks, Inc |
| PAK-4PKSLEEK-BLACK | Invoice | 9/27/2024 | INV50223 | PakTech®, QuadPak, Sleek, Black | | 2.00 | $120.00 | $240.00 | C06979 Dark Matter Coffee |
| PAK-4PKSLEEK-BLACK | Invoice | 9/27/2024 | INV50258 | PakTech®, QuadPak, Sleek, Black | | 15.00 | $120.00 | $1,800.00 | C06034 Botanical Brewing Co |
| PAK-4PKSLEEK-BLACK | Invoice | 9/30/2024 | INV50314 | PakTech®, QuadPak, Sleek, Black | | 1.00 | $102.00 | $102.00 | C10965 John Wicka |
| PAK-4PKSLEEK-DARKPINK | Invoice | 9/4/2024 | INV49561 | PakTech®, QuadPak, Sleek, Dark Pink | | 3.00 | $141.00 | $423.00 | C10638 Edwin's Edibles |
| PAK-4PKSLEEK-DARKPINK | Invoice | 9/25/2024 | INV50096 | PakTech®, QuadPak, Sleek, Dark Pink | | 2.00 | $130.00 | $260.00 | C01984 Flying Panda Specialty Beverage Company |
| PAK-4PKSLEEK-DARKPINK | Invoice | 9/25/2024 | INV50071 | PakTech®, QuadPak, Sleek, Dark Pink | | 1.00 | $141.00 | $136.00 | C11277 Running Lights |
| PAK-4PKSLEEK-DARKPINK | Invoice | 9/26/2024 | INV50190 | PakTech®, QuadPak, Sleek, Dark Pink | | 17.00 | $120.00 | $1,734.00 | C10242 Reddi Beverage |
| PAK-4PKSLEEK-DARKPINK | Invoice | 9/26/2024 | INV50189 | PakTech®, QuadPak, Sleek, Dark Pink | | 2.00 | $120.00 | $240.00 | C07496 Yesfolk LLC |
| PAK-4PKSLEEK-DARKPINK | Invoice | 10/1/2024 | INV50343 | PakTech®, QuadPak, Sleek, Dark Pink | | 8.00 | $141.00 | $1,128.00 | C07276 The Brewing Projekt |
| PAK-4PKSLEEK-DARKPINK | Invoice | 10/2/2024 | INV50368 | PakTech®, QuadPak, Sleek, Dark Pink | | 2.00 | $102.00 | $204.00 | C01984 Flying Panda Specialty Beverage Company |
| PAK-4PKSLEEK-DARKPINK | Invoice | 10/3/2024 | INV50425 | PakTech®, QuadPak, Sleek, Dark Pink | | 3.00 | $102.00 | $306.00 | C11503 Jarek Elmasian |
| PAK-4PKSLEEK-IRIS | Invoice | 9/10/2024 | INV49703 | PakTech®, QuadPak, Sleek, Iris | | 9.00 | $141.00 | $1,269.00 | C03382 Okc Soda Co |
| PAK-4PKSLEEK-IRIS | Invoice | 9/19/2024 | INV49914 | PakTech®, QuadPak, Sleek, Iris | | 3.00 | $141.00 | $423.00 | C01984 Flying Panda Specialty Beverage Company |
| PAK-4PKSLEEK-IRIS | Invoice | 9/26/2024 | INV50190 | PakTech®, QuadPak, Sleek, Iris | | 7.00 | $120.00 | $714.00 | C10242 Reddi Beverage |
| PAK-4PKSLEEK-IRIS | Invoice | 10/1/2024 | INV50343 | PakTech®, QuadPak, Sleek, Iris | | 8.00 | $141.00 | $1,128.00 | C07276 The Brewing Projekt |
| PAK-4PKSLEEK-MARIGOLD | Invoice | 9/26/2024 | INV50149 | PakTech®, QuadPak, Sleek, Marigold | | 2.00 | $120.00 | $240.00 | C09537 Artet, LLC |
| PAK-4PKSLEEK-TROPGRN | Invoice | 9/6/2024 | INV49614 | PakTech®, QuadPak, Sleek, Tropical Green | | 4.00 | $141.00 | $564.00 | C12076 Cahaba Brewing Company |
| PAK-4PKSLEEK-TROPGRN | Invoice | 9/10/2024 | INV49684 | PakTech®, QuadPak, Sleek, Tropical Green | | 5.00 | $141.00 | $705.00 | C11569 Right Coast Brands |
| PAK-4PKSLEEK-TROPGRN | Invoice | 9/12/2024 | INV49726 | PakTech®, QuadPak, Sleek, Tropical Green | | 4.00 | $141.00 | ($521.70) | C12076 Cahaba Brewing Company |
| PAK-4PKSLEEK-TROPGRN | Invoice | 9/26/2024 | INV50190 | PakTech®, QuadPak, Sleek, Tropical Green | | 9.00 | $120.00 | $918.00 | C10242 Reddi Beverage |
| PAK-4PKSLEEK-TROPGRN | Invoice | 10/2/2024 | INV50371 | PakTech®, QuadPak, Sleek, Tropical Green | | 8.00 | $102.00 | $816.00 | C11047 Clint Kirby |
| PAK-4PKSLEEK-TROPLIME | Invoice | 9/25/2024 | INV50071 | PakTech®, QuadPak, Sleek, Trop Lime | | 1.00 | $141.00 | $136.00 | C11277 Running Lights |
| PAK-4PKSLEEK-TROPLIME | Invoice | 10/2/2024 | INV50368 | PakTech®, QuadPak, Sleek, Trop Lime | | 2.00 | $102.00 | $204.00 | C01984 Flying Panda Specialty Beverage Company |
| PAK-4PKSLEEK-TROPLIME | Invoice | 10/2/2024 | INV50378 | PakTech®, QuadPak, Sleek, Trop Lime | | 10.00 | $102.00 | $1,020.00 | C10912 Aeppeltreow Inc |
| PAK-4PKSLEEK-TROPORNG | Invoice | 9/3/2024 | INV49496 | PakTech®, QuadPak, Sleek, Tropical Orange | | 1.00 | $141.00 | $141.00 | C04910 Simplicity Cocktails |
| PAK-4PKSLEEK-TROPORNG | Invoice | 9/5/2024 | INV49571 | PakTech®, QuadPak, Sleek, Tropical Orange | | 2.00 | $141.00 | $282.00 | C01984 Flying Panda Specialty Beverage Company |
| PAK-4PKSLEEK-TROPORNG | Invoice | 9/25/2024 | INV50071 | PakTech®, QuadPak, Sleek, Tropical Orange | | 1.00 | $141.00 | $136.00 | C11277 Running Lights |
| PAK-4PKSLEEK-TROPORNG | Invoice | 10/1/2024 | INV50343 | PakTech®, QuadPak, Sleek, Tropical Orange | | 8.00 | $141.00 | $1,128.00 | C07276 The Brewing Projekt |
| PAK-4PKSLEEK-TROPORNG | Invoice | 10/2/2024 | INV50368 | PakTech®, QuadPak, Sleek, Tropical Orange | | 2.00 | $102.00 | $204.00 | C01984 Flying Panda Specialty Beverage Company |
| PAK-4PKSLEEK-ULTBLUE | Invoice | 10/2/2024 | INV50413 | PakTech®, QuadPak, Sleek, Ultra Blue | | 1.00 | $102.00 | $102.00 | C07348 Inner Mission Inc |
| PAK-4PKSLEEK-WHITE | Invoice | 9/4/2024 | INV49561 | PakTech®, QuadPak, Sleek, White | | 3.00 | $141.00 | $423.00 | C10638 Edwin's Edibles |
| PAK-4PKSLEEK-WHITE | Invoice | 9/6/2024 | INV49607 | PakTech®, QuadPak, Sleek, White | | 3.00 | $141.00 | $423.00 | C12083 Brandon Yee |
| PAK-4PKSLEEK-WHITE | Invoice | 9/10/2024 | INV49703 | PakTech®, QuadPak, Sleek, White | | 6.00 | $141.00 | $846.00 | C03382 Okc Soda Co |
| PAK-4PKSLEEK-WHITE | Invoice | 9/10/2024 | INV49683 | PakTech®, QuadPak, Sleek, White | | 4.00 | $141.00 | $564.00 | C12076 Cahaba Brewing Company |
| PAK-4PKSLEEK-WHITE | Invoice | 9/17/2024 | INV49821 | PakTech®, QuadPak, Sleek, White | | 18.00 | $141.00 | $2,490.15 | C10700 Jenesa Lukac |
| PAK-4PKSLEEK-WHITE | Invoice | 9/25/2024 | INV50047 | PakTech®, QuadPak, Sleek, White | | 3.00 | $141.00 | $408.00 | C05702 Bella Terra Vineyards |
| PAK-4PKSLEEK-WHITE | Invoice | 9/25/2024 | INV50102 | PakTech®, QuadPak, Sleek, White | | 2.00 | $130.00 | $260.00 | C01127 Bishop Cider Co. |
| PAK-4PKSLEEK-WHITE | Invoice | 9/26/2024 | INV50189 | PakTech®, QuadPak, Sleek, White | | 4.00 | $120.00 | $480.00 | C07496 Yesfolk LLC |
| PAK-4PKSLEEK-WHITE | Invoice | 9/27/2024 | INV50237 | PakTech®, QuadPak, Sleek, White | | 10.00 | $120.00 | $1,140.00 | C10991 Woods Distribution Solutions |
| PAK-4PKSLEEK-WHITE | Invoice | 9/30/2024 | INV50315 | PakTech®, QuadPak, Sleek, White | | 10.00 | $102.00 | $1,020.00 | C12215 Black Flannel Brewing |
| PAK-4PKSLEEK-WHITE | Invoice | 10/1/2024 | INV50343 | PakTech®, QuadPak, Sleek, White | | 16.00 | $141.00 | $2,256.00 | C07276 The Brewing Projekt |
| PAK-4PKSLEEK-WHITE | Invoice | 10/2/2024 | INV50371 | PakTech®, QuadPak, Sleek, White | | 4.00 | $102.00 | $408.00 | C11047 Clint Kirby |
| PAK-4PKSLEEK-WHITE | Invoice | 10/2/2024 | INV50375 | PakTech®, QuadPak, Sleek, White | | 1.00 | $102.00 | $102.00 | C09868 Russell Powers |
| PAK-4PKSLEEK-WHITE | Invoice | 10/4/2024 | INV50455 | PakTech®, QuadPak, Sleek, White | | 145.00 | $97.67 | $14,162.15 | C08441 Canworks, Inc |
| PAK-4PKSLEEK-YELLOW | Invoice | 9/10/2024 | INV49703 | PakTech®, QuadPak, Sleek, Yellow | | 9.00 | $141.00 | $1,269.00 | C03382 Okc Soda Co |
| PAK-4PKSLEEK-YELLOW | Invoice | 9/10/2024 | INV49693 | PakTech®, QuadPak, Sleek, Yellow | | 4.00 | $143.79 | $549.43 | C10987 Morning Star Organics Inc. dba Wolf Willow Winery |
| PAK-4PKSLEEK-YELLOW | Invoice | 9/16/2024 | INV49788 | PakTech®, QuadPak, Sleek, Yellow | | 1.00 | $141.00 | $141.00 | C05137 Battery Steele Brewing |
| PAK-4PKSLEEK-YELLOW | Invoice | 9/23/2024 | INV50005 | PakTech®, QuadPak, Sleek, Yellow | | 2.00 | $141.00 | $282.00 | C12165 Benjamin Krysiak |
| PAK-4PKSLEEK-YELLOW | Invoice | 9/26/2024 | INV50149 | PakTech®, QuadPak, Sleek, Yellow | | 2.00 | $120.00 | $240.00 | C09537 Artet, LLC |
| PAK-4PKSLEEK-YELLOW | Invoice | 9/26/2024 | INV50189 | PakTech®, QuadPak, Sleek, Yellow | | 1.00 | $120.00 | $120.00 | C07496 Yesfolk LLC |
| PAK-4PKSLEEK-YELLOW | Invoice | 10/2/2024 | INV50368 | PakTech®, QuadPak, Sleek, Yellow | | 2.00 | $102.00 | $204.00 | C01984 Flying Panda Specialty Beverage Company |
| PAK-4PKSLIM-BLACK | Invoice | 9/13/2024 | INV49776 | PakTech®, QuadPak, Slim, Black | | 1.00 | $137.00 | $137.00 | C12120 cold spring beverages |
| PAK-4PKSLIM-BLACK | Invoice | 9/18/2024 | INV49892 | PakTech®, QuadPak, Slim, Black | | 13.00 | $137.00 | $1,781.00 | C08969 End of Days Distillery, LLC |
| PAK-4PKSLIM-BLACK | Credit Memo | 9/19/2024 | CM1539 | PakTech®, QuadPak, Slim, Black | | -1.00 | $137.00 | ($109.60) | C11862 SwiftPOD LLC |
| PAK-4PKSLIM-BLACK | Invoice | 9/25/2024 | INV50079 | PakTech®, QuadPak, Slim, Black | | 1.00 | $137.00 | $136.00 | C10924 Rinna Lee |
| PAK-4PKSLIM-BLACK | Invoice | 9/30/2024 | INV50321 | PakTech®, QuadPak, Slim, Black | | 1.00 | $88.00 | $88.00 | C11892 Nobleberry |
| PAK-4PKSLIM-BLACK | Invoice | 9/30/2024 | INV50300 | PakTech®, QuadPak, Slim, Black | | 16.00 | $98.00 | $1,568.00 | C08969 End of Days Distillery, LLC |
| PAK-4PKSLIM-GOLD | Invoice | 10/4/2024 | INV50446 | PakTech®, QuadPak, Slim, Gold | | 7.00 | $88.00 | $616.00 | C11300 Canned Fun LLC |
| PAK-4PKSLIM-WHITE | Invoice | 9/9/2024 | INV49649 | PakTech®, QuadPak, Slim, White | | 1.00 | $137.00 | $137.00 | C12092 Point 5 |
| PAK-4PKSLIM-WHITE | Invoice | 9/18/2024 | INV49850 | PakTech®, QuadPak, Slim, White | | 15.00 | $137.00 | $1,995.00 | C07098 Rosie Cheeks Distillery |
| PAK-4PKSLIM-WHITE | Credit Memo | 9/19/2024 | CM1541 | PakTech®, QuadPak, Slim, White | | -1.00 | $137.00 | ($89.60) | C11948 UCB |
| PAK-4PKSLIM-WHITE | Credit Memo | 9/19/2024 | CM1540 | PakTech®, QuadPak, Slim, White | | -3.00 | $137.00 | ($328.80) | C11952 FCI Wholesale |
| PAK-4PKSLIM-WHITE | Invoice | 9/20/2024 | INV49937 | PakTech®, QuadPak, Slim, White | | 1.00 | $137.00 | $137.00 | C06018 SPARC LLC |
| PAK-4PKSLIM-WHITE | Invoice | 9/25/2024 | INV50108 | PakTech®, QuadPak, Slim, White | | 13.00 | $137.00 | $1,612.00 | C04710 Just Enough Wines LLC |
| PAK-4PKSLIM-WHITE | Invoice | 9/30/2024 | INV50300 | PakTech®, QuadPak, Slim, White | | 15.00 | $98.00 | $1,470.00 | C08969 End of Days Distillery, LLC |
| PAK-4PKSLIM-WHITE | Invoice | 10/4/2024 | INV50446 | PakTech®, QuadPak, Slim, White | | 20.00 | $88.00 | $1,760.00 | C11300 Canned Fun LLC |
| PAK-4PKSTD-BLACK | Invoice | 9/3/2024 | INV49513 | PakTech®, QuadPak, Standard, Black | | 1.00 | $124.00 | $124.00 | C03992 Valcour Brewing Company |
| PAK-4PKSTD-BLACK | Invoice | 9/3/2024 | INV49512 | PakTech®, QuadPak, Standard, Black | | 1.00 | $124.00 | $124.00 | C02230 Quirk Brewing |
| PAK-4PKSTD-BLACK | Invoice | 9/4/2024 | INV49542 | PakTech®, QuadPak, Standard, Black | | 4.00 | $124.00 | $496.00 | C09574 Beverage Solution Partners |
| PAK-4PKSTD-BLACK | Invoice | 9/4/2024 | INV49533 | PakTech®, QuadPak, Standard, Black | | 1.00 | $124.00 | $124.00 | C03085 False Idol Brewing |

**American Canning LLC**
**Holding Company : American Canning LLC**
**Sales by Item Detail**
**September 1, 2024 - December 31, 2024**

| Item | Type | Date | Document Number | Description | Serial Numbers | Qty. Sold | Sales Price | Revenue | Customer |
|---|---|---|---|---|---|---|---|---|---|
| PAK-4PKSTD-BLACK | Invoice | 9/5/2024 | INV49567 | PakTech®, QuadPak, Standard, Black | | 6.00 | $124.00 | $744.00 | C01321 Manhattan Project Beer Co. |
| PAK-4PKSTD-BLACK | Invoice | 9/6/2024 | INV49598 | PakTech®, QuadPak, Standard, Black | | 2.00 | $124.00 | $248.00 | C05486 Brouwerij West |
| PAK-4PKSTD-BLACK | Invoice | 9/6/2024 | INV49630 | PakTech®, QuadPak, Standard, Black | | 1.00 | $124.00 | $124.00 | C01472 True Vine Brewing Co. |
| PAK-4PKSTD-BLACK | Invoice | 9/6/2024 | INV49594 | PakTech®, QuadPak, Standard, Black | | 1.00 | $124.00 | $124.00 | C04042 Sceptre Brewing Arts |
| PAK-4PKSTD-BLACK | Invoice | 9/6/2024 | INV49583 | PakTech®, QuadPak, Standard, Black | | 1.00 | $124.00 | $124.00 | C08319 Ink Factory Brewing |
| PAK-4PKSTD-BLACK | Invoice | 9/6/2024 | INV49624 | PakTech®, QuadPak, Standard, Black | | 4.00 | $124.00 | $496.00 | C04729 Topa Topa Brewing Co |
| PAK-4PKSTD-BLACK | Invoice | 9/6/2024 | INV49603 | PakTech®, QuadPak, Standard, Black | | 1.00 | $124.00 | $124.00 | C03615 Iowa Project Brewing Company LLC |
| PAK-4PKSTD-BLACK | Invoice | 9/6/2024 | INV49586 | PakTech®, QuadPak, Standard, Black | | 15.00 | $114.00 | $1,710.00 | C06404 Straight To Ale Brands, Inc. |
| PAK-4PKSTD-BLACK | Invoice | 9/6/2024 | INV49601 | PakTech®, QuadPak, Standard, Black | | 10.00 | $124.00 | $1,240.00 | C02028 Keg Grove Brewing Company |
| PAK-4PKSTD-BLACK | Invoice | 9/9/2024 | INV49642 | PakTech®, QuadPak, Standard, Black | | 1.00 | $124.00 | $124.00 | C01852 Six Shooter LLC |
| PAK-4PKSTD-BLACK | Invoice | 9/9/2024 | INV49655 | PakTech®, QuadPak, Standard, Black | | 2.00 | $124.00 | $248.00 | C03135 Silva Brewing |
| PAK-4PKSTD-BLACK | Invoice | 9/9/2024 | INV49633 | PakTech®, QuadPak, Standard, Black | | 1.00 | $124.00 | $124.00 | C02280 Rally Cap Brewing Company |
| PAK-4PKSTD-BLACK | Invoice | 9/10/2024 | INV49681 | PakTech®, QuadPak, Standard, Black | | 1.00 | $124.00 | $124.00 | C03085 False Idol Brewing |
| PAK-4PKSTD-BLACK | Invoice | 9/10/2024 | INV49689 | PakTech®, QuadPak, Standard, Black | | 2.00 | $124.00 | $248.00 | C07980 The filling station microbrewery |
| PAK-4PKSTD-BLACK | Invoice | 9/11/2024 | INV49918 | PakTech®, QuadPak, Standard, Black | | 1.00 | $124.00 | $124.00 | C05364 Trinken Brewing Co |
| PAK-4PKSTD-BLACK | Invoice | 9/11/2024 | INV49710 | PakTech®, QuadPak, Standard, Black | | 3.00 | $124.00 | $372.00 | C05486 Brouwerij West |
| PAK-4PKSTD-BLACK | Invoice | 9/12/2024 | INV49744 | PakTech®, QuadPak, Standard, Black | | 1.00 | $124.00 | $124.00 | C11375 The 377 Brewery |
| PAK-4PKSTD-BLACK | Invoice | 9/12/2024 | INV49740 | PakTech®, QuadPak, Standard, Black | | 6.00 | $124.00 | $744.00 | C07284 Tired Hands Brewing Company |
| PAK-4PKSTD-BLACK | Invoice | 9/12/2024 | INV49729 | PakTech®, QuadPak, Standard, Black | | 80.00 | $124.00 | $9,120.00 | C07284 Tired Hands Brewing Company |
| PAK-4PKSTD-BLACK | Invoice | 9/13/2024 | INV49766 | PakTech®, QuadPak, Standard, Black | | 1.00 | $124.00 | $124.00 | C06946 Mountaintown Brewing |
| PAK-4PKSTD-BLACK | Invoice | 9/16/2024 | INV49810 | PakTech®, QuadPak, Standard, Black | | 2.00 | $124.00 | $248.00 | C08590 Firetrucker Brewery |
| PAK-4PKSTD-BLACK | Invoice | 9/16/2024 | INV49816 | PakTech®, QuadPak, Standard, Black | | 2.00 | $124.00 | $248.00 | C01621 Left Coast Brewing Co. |
| PAK-4PKSTD-BLACK | Invoice | 9/16/2024 | INV49813 | PakTech®, QuadPak, Standard, Black | | 1.00 | $124.00 | $124.00 | C12131 Sharon Garman |
| PAK-4PKSTD-BLACK | Invoice | 9/18/2024 | INV50294 | PakTech®, QuadPak, Standard, Black | | 1.00 | $124.00 | $124.00 | C01434 St. Elmo Brewing Co. |
| PAK-4PKSTD-BLACK | Invoice | 9/18/2024 | INV49883 | PakTech®, QuadPak, Standard, Black | | 1.00 | $124.00 | $124.00 | C09213 MARTO BREWING COMPANY |
| PAK-4PKSTD-BLACK | Invoice | 9/18/2024 | INV49881 | PakTech®, QuadPak, Standard, Black | | 4.00 | $124.00 | $496.00 | C02728 WildEdge Brewing Collective |
| PAK-4PKSTD-BLACK | Invoice | 9/18/2024 | INV49871 | PakTech®, QuadPak, Standard, Black | | 14.00 | $120.00 | $1,680.00 | C09243 Packform |
| PAK-4PKSTD-BLACK | Invoice | 9/18/2024 | INV49855 | PakTech®, QuadPak, Standard, Black | | 2.00 | $121.83 | $243.67 | C07188 Lucky Luke Brewing |
| PAK-4PKSTD-BLACK | Invoice | 9/19/2024 | INV49908 | PakTech®, QuadPak, Standard, Black | | 1.00 | $124.00 | $124.00 | C01852 Six Shooter LLC |
| PAK-4PKSTD-BLACK | Invoice | 9/19/2024 | INV49917 | PakTech®, QuadPak, Standard, Black | | 20.00 | $124.00 | $2,400.00 | C08188 Karl Strauss Brewing Co |
| PAK-4PKSTD-BLACK | Invoice | 9/20/2024 | INV49942 | PakTech®, QuadPak, Standard, Black | | 4.00 | $124.00 | $496.00 | C01416 Sigma Brewing Company |
| PAK-4PKSTD-BLACK | Invoice | 9/20/2024 | INV49973 | PakTech®, QuadPak, Standard, Black | | 1.00 | $124.00 | $124.00 | C01201 Dorcol Distilling + Brewing Co. |
| PAK-4PKSTD-BLACK | Invoice | 9/20/2024 | INV49954 | PakTech®, QuadPak, Standard, Black | | 4.00 | $116.00 | $426.85 | C01451 Texas Beer Co |
| PAK-4PKSTD-BLACK | Invoice | 9/23/2024 | INV50016 | PakTech®, QuadPak, Standard, Black | | 2.00 | $124.00 | $242.27 | C10801 Fait la Force Brewing Company |
| PAK-4PKSTD-BLACK | Invoice | 9/23/2024 | INV50032 | PakTech®, QuadPak, Standard, Black | | 4.00 | $124.00 | $496.00 | C02812 Short Story Brewing |
| PAK-4PKSTD-BLACK | Invoice | 9/23/2024 | INV50021 | PakTech®, QuadPak, Standard, Black | | 1.00 | $124.00 | $124.00 | C03504 Random Row Brewing Co |
| PAK-4PKSTD-BLACK | Invoice | 9/23/2024 | INV49981 | PakTech®, QuadPak, Standard, Black | | 1.00 | $120.00 | $120.00 | C12167 Audio Graph Beer Co. |
| PAK-4PKSTD-BLACK | Invoice | 9/23/2024 | INV50033 | PakTech®, QuadPak, Standard, Black | | 1.00 | $124.00 | $124.00 | C01321 Manhattan Project Beer Co. |
| PAK-4PKSTD-BLACK | Invoice | 9/23/2024 | INV50020 | PakTech®, QuadPak, Standard, Black | | 4.00 | $124.00 | $496.00 | C12158 Infusion Brewing Co |
| PAK-4PKSTD-BLACK | Invoice | 9/23/2024 | INV50004 | PakTech®, QuadPak, Standard, Black | | 2.00 | $124.00 | $248.00 | C11053 New Belgium Brewing |
| PAK-4PKSTD-BLACK | Invoice | 9/23/2024 | INV49987 | PakTech®, QuadPak, Standard, Black | | 3.00 | $124.00 | $356.02 | C09013 Breeyan Edwards |
| PAK-4PKSTD-BLACK | Invoice | 9/23/2024 | INV49990 | PakTech®, QuadPak, Standard, Black | | 2.00 | $124.00 | $248.00 | C12164 Bound Beverages |
| PAK-4PKSTD-BLACK | Invoice | 9/23/2024 | INV49978 | PakTech®, QuadPak, Standard, Black | | 5.00 | $124.00 | $620.00 | C06384 Jeter Mountain Farm LLC |
| PAK-4PKSTD-BLACK | Invoice | 9/25/2024 | INV50048 | PakTech®, QuadPak, Standard, Black | | 1.00 | $124.00 | $120.00 | C05486 Brouwerij West |
| PAK-4PKSTD-BLACK | Invoice | 9/25/2024 | INV50147 | PakTech®, QuadPak, Standard, Black | | 1.00 | $124.00 | $120.03 | C02280 Rally Cap Brewing Company |
| PAK-4PKSTD-BLACK | Invoice | 9/25/2024 | INV50123 | PakTech®, QuadPak, Standard, Black | | 2.00 | $124.00 | $243.49 | C12186 Mike Skelton |
| PAK-4PKSTD-BLACK | Invoice | 9/25/2024 | INV50055 | PakTech®, QuadPak, Standard, Black | | 18.00 | $124.00 | $1,944.00 | C01245 Golden City Brewery |
| PAK-4PKSTD-BLACK | Invoice | 9/25/2024 | INV50060 | PakTech®, QuadPak, Standard, Black | | 2.00 | $124.00 | $244.77 | C09297 Casey Brewing |
| PAK-4PKSTD-BLACK | Invoice | 9/25/2024 | INV50041 | PakTech®, QuadPak, Standard, Black | | 5.00 | $124.00 | $600.00 | C08310 Woven Water Brewing |
| PAK-4PKSTD-BLACK | Invoice | 9/25/2024 | INV50046 | PakTech®, QuadPak, Standard, Black | | 2.00 | $124.00 | $232.00 | C10295 Bierstadt Lagerhaus |
| PAK-4PKSTD-BLACK | Invoice | 9/25/2024 | INV50124 | PakTech®, QuadPak, Standard, Black | | 5.00 | $124.00 | $600.00 | C03320 Adventurous Brewing |
| PAK-4PKSTD-BLACK | Invoice | 9/25/2024 | INV50094 | PakTech®, QuadPak, Standard, Black | | 10.00 | $120.00 | $1,120.00 | C10574 Three Wide Brewing |
| PAK-4PKSTD-BLACK | Invoice | 9/25/2024 | INV50057 | PakTech®, QuadPak, Standard, Black | | 1.00 | $124.00 | $124.00 | C11131 Dan Lawrence |
| PAK-4PKSTD-BLACK | Invoice | 9/25/2024 | INV50065 | PakTech®, QuadPak, Standard, Black | | 1.00 | $124.00 | $120.00 | C08572 Toll Road Brewing Company |
| PAK-4PKSTD-BLACK | Invoice | 9/25/2024 | INV50087 | PakTech®, QuadPak, Standard, Black | | 3.00 | $124.00 | $360.00 | C10337 D-S Beverages |
| PAK-4PKSTD-BLACK | Invoice | 9/25/2024 | INV50070 | PakTech®, QuadPak, Standard, Black | | 1.00 | $124.00 | $122.08 | C01264 Hold Out Brewing |
| PAK-4PKSTD-BLACK | Invoice | 9/25/2024 | INV50076 | PakTech®, QuadPak, Standard, Black | | 1.00 | $124.00 | $121.00 | C02219 Dos Sirenos Brewing |
| PAK-4PKSTD-BLACK | Invoice | 9/26/2024 | INV50159 | PakTech®, QuadPak, Standard, Black | | 2.00 | $120.00 | $240.00 | C03290 Barking Armadillo Brewing |
| PAK-4PKSTD-BLACK | Invoice | 9/26/2024 | INV50193 | PakTech®, QuadPak, Standard, Black | | 1.00 | $112.00 | $103.40 | C03002 Icebox Brewing Company |
| PAK-4PKSTD-BLACK | Invoice | 9/26/2024 | INV50172 | PakTech®, QuadPak, Standard, Black | | 4.00 | $124.00 | $464.00 | C05575 Eureka Brewing Company |
| PAK-4PKSTD-BLACK | Invoice | 9/26/2024 | INV50171 | PakTech®, QuadPak, Standard, Black | | 10.00 | $124.00 | $1,240.00 | C03052 Pedal Haus Brewery |
| PAK-4PKSTD-BLACK | Invoice | 9/26/2024 | INV50168 | PakTech®, QuadPak, Standard, Black | | 6.00 | $124.00 | $648.00 | C11485 Glacier Brewing Co. |
| PAK-4PKSTD-BLACK | Invoice | 9/26/2024 | INV50162 | PakTech®, QuadPak, Standard, Black | | 5.00 | $124.00 | $613.70 | C04386 Ankrolab Brewing Co. |
| PAK-4PKSTD-BLACK | Invoice | 9/27/2024 | INV50272 | PakTech®, QuadPak, Standard, Black | | 1.00 | $124.00 | $124.00 | C08319 Ink Factory Brewing |
| PAK-4PKSTD-BLACK | Invoice | 9/27/2024 | INV50233 | PakTech®, QuadPak, Standard, Black | | 10.00 | $112.00 | $1,060.00 | C01321 Manhattan Project Beer Co. |
| PAK-4PKSTD-BLACK | Invoice | 9/27/2024 | INV50209 | PakTech®, QuadPak, Standard, Black | | 6.00 | $124.00 | $682.04 | C06646 Fly Llama Brewing |
| PAK-4PKSTD-BLACK | Invoice | 9/27/2024 | INV50226 | PakTech®, QuadPak, Standard, Black | | 1.00 | $112.00 | $112.00 | C03169 Bear Fox LLC |
| PAK-4PKSTD-BLACK | Invoice | 9/27/2024 | INV50205 | PakTech®, QuadPak, Standard, Black | | 60.00 | $120.00 | $5,640.00 | C11141 Asher Bradley |
| PAK-4PKSTD-BLACK | Invoice | 9/27/2024 | INV50202 | PakTech®, QuadPak, Standard, Black | | 1.00 | $120.00 | $120.00 | C08441 Canworks, Inc |
| PAK-4PKSTD-BLACK | Invoice | 9/27/2024 | INV50200 | PakTech®, QuadPak, Standard, Black | | 3.00 | $112.00 | $336.00 | C10681 Wild Barley Kitchen and Brewery |
| PAK-4PKSTD-BLACK | Invoice | 9/27/2024 | INV50228 | PakTech®, QuadPak, Standard, Black | | 2.00 | $112.00 | $224.00 | C03498 Block Brewing Company |
| PAK-4PKSTD-BLACK | Invoice | 9/27/2024 | INV50221 | PakTech®, QuadPak, Standard, Black | | 1.00 | $112.00 | $112.00 | C07571 The Southern Growl Beer Company |
| PAK-4PKSTD-BLACK | Invoice | 9/27/2024 | INV50222 | PakTech®, QuadPak, Standard, Black | | 3.00 | $94.00 | $282.00 | C03056 Schoolhouse Brewing |

**American Canning LLC**
**Holding Company : American Canning LLC**
**Sales by Item Detail**
**September 1, 2024 - December 31, 2024**

| Item | Type | Date | Document Number | Description | Serial Numbers | Qty. Sold | Sales Price | Revenue | Customer |
|---|---|---|---|---|---|---|---|---|---|
| PAK-4PKSTD-BLACK | Invoice | 9/30/2024 | INV50322 | PakTech®, QuadPak, Standard, Black | | 3.00 | $94.00 | $282.00 | C01094 Saints and Sinners Brewing Company LLC |
| PAK-4PKSTD-BLACK | Invoice | 9/30/2024 | INV50318 | PakTech®, QuadPak, Standard, Black | | 4.00 | $94.00 | $376.00 | C11272 Hourglass Brewing |
| PAK-4PKSTD-BLACK | Invoice | 9/30/2024 | INV50331 | PakTech®, QuadPak, Standard, Black | | 4.00 | $94.00 | $376.00 | C08443 JAFB Wooster Brewery |
| PAK-4PKSTD-BLACK | Invoice | 9/30/2024 | INV50328 | PakTech®, QuadPak, Standard, Black | | 1.00 | $94.00 | $94.00 | C01852 Six Shooter LLC |
| PAK-4PKSTD-BLACK | Invoice | 9/30/2024 | INV50330 | PakTech®, QuadPak, Standard, Black | | 2.00 | $94.00 | $188.00 | C07885 Glenbrook Brewery LLC |
| PAK-4PKSTD-BLACK | Invoice | 9/30/2024 | INV50307 | PakTech®, QuadPak, Standard, Black | | 80.00 | $94.00 | $7,280.00 | C07284 Tired Hands Brewing Company |
| PAK-4PKSTD-BLACK | Invoice | 9/30/2024 | INV50310 | PakTech®, QuadPak, Standard, Black | | 4.00 | $94.00 | $376.00 | C08888 South O Brewing Company |
| PAK-4PKSTD-BLACK | Invoice | 9/30/2024 | INV50332 | PakTech®, QuadPak, Standard, Black | | 4.00 | $94.00 | $376.00 | C12221 lost boy cider |
| PAK-4PKSTD-BLACK | Invoice | 9/30/2024 | INV50327 | PakTech®, QuadPak, Standard, Black | | 4.00 | $94.00 | $376.00 | C08058 Bright Penny Brewing |
| PAK-4PKSTD-BLACK | Invoice | 10/1/2024 | INV50415 | PakTech®, QuadPak, Standard, Black | | 2.00 | $116.00 | $232.00 | C01278 Independence Brewing Co. |
| PAK-4PKSTD-BLACK | Invoice | 10/2/2024 | INV50358 | PakTech®, QuadPak, Standard, Black | | 40.00 | $94.00 | $3,760.00 | C07154 Coppercraft Distillery / Craft Co |
| PAK-4PKSTD-BLACK | Invoice | 10/2/2024 | INV50373 | PakTech®, QuadPak, Standard, Black | | 37.00 | $94.00 | $3,478.00 | C02028 Keg Grove Brewing Company |
| PAK-4PKSTD-BLACK | Invoice | 10/2/2024 | INV50367 | PakTech®, QuadPak, Standard, Black | | 120.00 | $94.00 | $11,280.00 | C02176 Schulz Brau Brewing |
| PAK-4PKSTD-BLACK | Invoice | 10/2/2024 | INV50361 | PakTech®, QuadPak, Standard, Black | | 4.00 | $94.00 | $376.00 | C05590 Triceratops Brewing Co |
| PAK-4PKSTD-BLACK | Invoice | 10/2/2024 | INV50347 | PakTech®, QuadPak, Standard, Black | | 4.00 | $94.00 | $376.00 | C07684 Elder Pine Brewing & Blending Co |
| PAK-4PKSTD-BLACK | Invoice | 10/2/2024 | INV50362 | PakTech®, QuadPak, Standard, Black | | 4.00 | $94.00 | $376.00 | C12218 John Oglesbee |
| PAK-4PKSTD-BLACK | Invoice | 10/3/2024 | INV50419 | PakTech®, QuadPak, Standard, Black | | 2.00 | $112.00 | $224.00 | C11667 Rusty Axe Brewing Company, LLC |
| PAK-4PKSTD-BLACK | Invoice | 10/4/2024 | INV50443 | PakTech®, QuadPak, Standard, Black | | 5.00 | $112.00 | $560.00 | C07772 (512) Brewing Co |
| PAK-4PKSTD-BROWN | Invoice | 9/3/2024 | INV49514 | PakTech®, QuadPak, Standard, Brown | | 4.00 | $124.00 | $496.00 | C01866 Bend Cider Co |
| PAK-4PKSTD-BROWN | Invoice | 9/16/2024 | INV49812 | PakTech®, QuadPak, Standard, Brown | | 1.00 | $124.00 | $124.00 | C01562 Pollyanna Brewing Company |
| PAK-4PKSTD-BROWN | Invoice | 9/18/2024 | INV49879 | PakTech®, QuadPak, Standard, Brown | | 1.00 | $124.00 | $124.00 | C01987 Lost Cabin Beer Co. |
| PAK-4PKSTD-BROWN | Invoice | 9/18/2024 | INV49886 | PakTech®, QuadPak, Standard, Brown | | 1.00 | $124.00 | $124.00 | C10298 Invictus brewing co. |
| PAK-4PKSTD-BROWN | Invoice | 9/25/2024 | INV50043 | PakTech®, QuadPak, Standard, Brown | | 6.00 | $124.00 | $720.00 | C08336 Kern River Brewing Company |
| PAK-4PKSTD-BROWN | Invoice | 9/26/2024 | INV50168 | PakTech®, QuadPak, Standard, Brown | | 5.00 | $124.00 | $540.00 | C11485 Glacier Brewing Co. |
| PAK-4PKSTD-BROWN | Invoice | 9/30/2024 | INV50308 | PakTech®, QuadPak, Standard, Brown | | 2.00 | $94.00 | $188.00 | C05311 Xul Beer |
| PAK-4PKSTD-BROWN | Invoice | 9/30/2024 | INV50325 | PakTech®, QuadPak, Standard, Brown | | 1.00 | $94.00 | $94.00 | C11057 Avenue T Brands LLC |
| PAK-4PKSTD-BROWN | Invoice | 10/2/2024 | INV50411 | PakTech®, QuadPak, Standard, Brown | | 4.00 | $94.00 | $376.00 | C08336 Kern River Brewing Company |
| PAK-4PKSTD-BROWN | Invoice | 10/2/2024 | INV50377 | PakTech®, QuadPak, Standard, Brown | | 4.00 | $94.00 | $376.00 | C09064 Boxing Bear Brewing Co. |
| PAK-4PKSTD-BURGUNDY | Invoice | 9/4/2024 | INV49530 | PakTech®, QuadPak, Standard, Burgundy | | 1.00 | $124.00 | $124.00 | C12062 John Logan |
| PAK-4PKSTD-BURGUNDY | Invoice | 9/18/2024 | INV49856 | PakTech®, QuadPak, Standard, Burgundy | | 1.00 | $124.00 | $124.00 | C07571 The Southern Growl Beer Company |
| PAK-4PKSTD-BURGUNDY | Invoice | 10/2/2024 | INV50364 | PakTech®, QuadPak, Standard, Burgundy | | 2.00 | $94.00 | $188.00 | C12219 Payette Brewing |
| PAK-4PKSTD-BURGUNDY | Invoice | 10/2/2024 | INV50383 | PakTech®, QuadPak, Standard, Burgundy | | 2.00 | $94.00 | $188.00 | C12225 Wanderlust Brewing Company |
| PAK-4PKSTD-EMRLDGRN | Invoice | 9/4/2024 | INV49539 | PakTech®, QuadPak, Standard, Emerald Green | | 1.00 | $124.00 | $124.00 | C10161 Millpond Brewing Company |
| PAK-4PKSTD-EMRLDGRN | Invoice | 9/4/2024 | INV49557 | PakTech®, QuadPak, Standard, Emerald Green | | 2.00 | $124.00 | $124.00 | C10548 Fast Friends Beer Company |
| PAK-4PKSTD-EMRLDGRN | Invoice | 9/9/2024 | INV49641 | PakTech®, QuadPak, Standard, Emerald Green | | 2.00 | $124.00 | $248.00 | C02608 Eleventh Hour Brewing Company |
| PAK-4PKSTD-EMRLDGRN | Invoice | 9/11/2024 | INV49712 | PakTech®, QuadPak, Standard, Emerald Green | | 1.00 | $124.00 | $121.29 | C05312 Mary Rooney |
| PAK-4PKSTD-EMRLDGRN | Invoice | 9/12/2024 | INV49761 | PakTech®, QuadPak, Standard, Emerald Green | | 1.00 | $124.00 | $124.00 | C04001 Camp Colvos Brewing |
| PAK-4PKSTD-EMRLDGRN | Invoice | 9/16/2024 | INV49812 | PakTech®, QuadPak, Standard, Emerald Green | | 1.00 | $124.00 | $124.00 | C01562 Pollyanna Brewing Company |
| PAK-4PKSTD-EMRLDGRN | Invoice | 9/17/2024 | INV49822 | PakTech®, QuadPak, Standard, Emerald Green | | 1.00 | $124.00 | $123.87 | C02487 Nearburg Brewing |
| PAK-4PKSTD-EMRLDGRN | Invoice | 9/18/2024 | INV49888 | PakTech®, QuadPak, Standard, Emerald Green | | 1.00 | $124.00 | $124.00 | C02382 Community Beer Works |
| PAK-4PKSTD-EMRLDGRN | Invoice | 9/18/2024 | INV49857 | PakTech®, QuadPak, Standard, Emerald Green | | 1.00 | $124.00 | $124.00 | C06948 Sour Not Sorry Brewing |
| PAK-4PKSTD-EMRLDGRN | Invoice | 9/18/2024 | INV49871 | PakTech®, QuadPak, Standard, Emerald Green | | 10.00 | $120.00 | $1,200.00 | C09243 Packform |
| PAK-4PKSTD-EMRLDGRN | Invoice | 9/19/2024 | INV49902 | PakTech®, QuadPak, Standard, Emerald Green | | 2.00 | $124.00 | $248.00 | C01977 Dreaming Creek Brewery |
| PAK-4PKSTD-EMRLDGRN | Invoice | 9/23/2024 | INV50026 | PakTech®, QuadPak, Standard, Emerald Green | | 1.00 | $126.10 | $126.10 | C12001 9 Mile Legacy Brewing Co. |
| PAK-4PKSTD-GOLD | Invoice | 9/4/2024 | INV49548 | PakTech®, QuadPak, Standard, Gold | | 14.00 | $124.00 | $1,736.00 | C02143 SLO Brewing Co, LLC |
| PAK-4PKSTD-GOLD | Invoice | 9/4/2024 | INV49557 | PakTech®, QuadPak, Standard, Gold | | 1.00 | $124.00 | $124.00 | C10548 Fast Friends Beer Company |
| PAK-4PKSTD-GOLD | Invoice | 9/6/2024 | INV49597 | PakTech®, QuadPak, Standard, Gold | | 2.00 | $124.00 | $248.00 | C12078 Deschutes Brewery, Inc. |
| PAK-4PKSTD-GOLD | Invoice | 9/6/2024 | INV49615 | PakTech®, QuadPak, Standard, Gold | | 2.00 | $124.00 | $248.00 | C08473 farmhouse cider |
| PAK-4PKSTD-GOLD | Invoice | 9/9/2024 | INV49644 | PakTech®, QuadPak, Standard, Gold | | 1.00 | $124.00 | $124.00 | C01562 Pollyanna Brewing Company |
| PAK-4PKSTD-GOLD | Invoice | 9/9/2024 | INV49655 | PakTech®, QuadPak, Standard, Gold | | 1.00 | $124.00 | $124.00 | C03135 Silva Brewing |
| PAK-4PKSTD-GOLD | Invoice | 9/9/2024 | INV49648 | PakTech®, QuadPak, Standard, Gold | | 1.00 | $124.00 | $124.00 | C03045 Bow & Arrow Brewing Co. |
| PAK-4PKSTD-GOLD | Invoice | 9/10/2024 | INV49692 | PakTech®, QuadPak, Standard, Gold | | 2.00 | $124.00 | $248.00 | C02583 CODA Brewing Co. |
| PAK-4PKSTD-GOLD | Invoice | 9/11/2024 | INV49712 | PakTech®, QuadPak, Standard, Gold | | 1.00 | $124.00 | $121.29 | C05312 Mary Rooney |
| PAK-4PKSTD-GOLD | Invoice | 9/13/2024 | INV49775 | PakTech®, QuadPak, Standard, Gold | | 1.00 | $124.00 | $124.00 | C04644 MacLeod Ale Brewing Co. |
| PAK-4PKSTD-GOLD | Invoice | 9/18/2024 | INV49888 | PakTech®, QuadPak, Standard, Gold | | 1.00 | $124.00 | $124.00 | C02382 Community Beer Works |
| PAK-4PKSTD-GOLD | Invoice | 9/18/2024 | INV50294 | PakTech®, QuadPak, Standard, Gold | | 1.00 | $124.00 | $124.00 | C01434 St. Elmo Brewing Co. |
| PAK-4PKSTD-GOLD | Invoice | 9/19/2024 | INV49902 | PakTech®, QuadPak, Standard, Gold | | 2.00 | $124.00 | $248.00 | C01977 Dreaming Creek Brewery |
| PAK-4PKSTD-GOLD | Invoice | 9/18/2024 | INV49913 | PakTech®, QuadPak, Standard, Gold | | 1.00 | $124.00 | $124.00 | C03045 Bow & Arrow Brewing Co. |
| PAK-4PKSTD-GOLD | Invoice | 9/20/2024 | INV49947 | PakTech®, QuadPak, Standard, Gold | | 1.00 | $124.00 | $124.00 | C07744 Wye Hill Kitchen & Brewing |
| PAK-4PKSTD-GOLD | Invoice | 9/20/2024 | INV49938 | PakTech®, QuadPak, Standard, Gold | | 1.00 | $124.00 | $116.48 | C05312 Mary Rooney |
| PAK-4PKSTD-GOLD | Invoice | 9/23/2024 | INV50026 | PakTech®, QuadPak, Standard, Gold | | 1.00 | $126.10 | $126.10 | C12001 9 Mile Legacy Brewing Co. |
| PAK-4PKSTD-GOLD | Invoice | 9/23/2024 | INV50017 | PakTech®, QuadPak, Standard, Gold | | 2.00 | $124.00 | $247.97 | C09379 Lawless Brewing Company |
| PAK-4PKSTD-GOLD | Invoice | 9/25/2024 | INV50073 | PakTech®, QuadPak, Standard, Gold | | 18.00 | $124.00 | $2,088.00 | C04373 Peculier Ales LLC |
| PAK-4PKSTD-GOLD | Invoice | 9/27/2024 | INV50214 | PakTech®, QuadPak, Standard, Gold | | 1.00 | $124.00 | $124.00 | C01310 Longtab Brewing Company |
| PAK-4PKSTD-GOLD | Invoice | 10/2/2024 | INV50414 | PakTech®, QuadPak, Standard, Gold | | 20.00 | $112.00 | $2,240.00 | C10584 Creek Leaf Wellness dba Easy Hemp Co. |
| PAK-4PKSTD-GRAPHITE | Invoice | 9/18/2024 | INV49884 | PakTech®, QuadPak, Standard, Graphite | | 1.00 | $124.00 | $124.00 | C03194 Parleaux Beer Lab |
| PAK-4PKSTD-GRAPHITE | Invoice | 9/20/2024 | INV49933 | PakTech®, QuadPak, Standard, Graphite | | 1.00 | $124.00 | $123.87 | C11665 Cedar City Brewing Company |
| PAK-4PKSTD-GRAPHITE | Invoice | 9/23/2024 | INV50014 | PakTech®, QuadPak, Standard, Graphite | | 2.00 | $124.00 | $248.00 | C08317 Onsite Brewing Company |
| PAK-4PKSTD-GRAPHITE | Invoice | 9/25/2024 | INV50076 | PakTech®, QuadPak, Standard, Graphite | | 1.00 | $124.00 | $121.00 | C02219 Dos Sirenos Brewing |
| PAK-4PKSTD-GRAPHITE | Invoice | 9/25/2024 | INV50109 | PakTech®, QuadPak, Standard, Graphite | | 2.00 | $124.00 | $240.00 | C12179 GRAND SCHEME BREWING |
| PAK-4PKSTD-GRAPHITE | Invoice | 9/26/2024 | INV50180 | PakTech®, QuadPak, Standard, Graphite | | 1.00 | $124.00 | $124.00 | C06681 Clouds Brewing |
| PAK-4PKSTD-HAZELNUT | Invoice | 9/5/2024 | INV49566 | PakTech®, QuadPak, Standard, Hazelnut | | 1.00 | $124.00 | $124.00 | C08628 Coastal Brew Works LLC |
| PAK-4PKSTD-HAZELNUT | Invoice | 9/18/2024 | INV49885 | PakTech®, QuadPak, Standard, Hazelnut | | 12.00 | $124.00 | $1,488.00 | C11387 Horse Hollow Distillery |

**American Canning LLC**
**Holding Company : American Canning LLC**
**Sales by Item Detail**
**September 1, 2024 - December 31, 2024**

| Item | Type | Date | Document Number | Description | Serial Numbers | Qty. Sold | Sales Price | Revenue | Customer |
|------|------|------|-----------------|-------------|----------------|-----------|-------------|---------|----------|
| PAK-4PKSTD-HAZELNUT | Invoice | 9/18/2024 | INV49871 | PakTech®, QuadPak, Standard, Hazelnut | | 2.00 | $120.00 | $240.00 | C09243 Packform |
| PAK-4PKSTD-HAZELNUT | Invoice | 9/18/2024 | INV49862 | PakTech®, QuadPak, Standard, Hazelnut | | 4.00 | $124.00 | $496.00 | C04895 Insight Brewing Company |
| PAK-4PKSTD-HAZELNUT | Invoice | 9/19/2024 | INV49899 | PakTech®, QuadPak, Standard, Hazelnut | | 1.00 | $124.00 | $124.00 | C10818 Hop secret brewing co |
| PAK-4PKSTD-HAZELNUT | Invoice | 9/30/2024 | INV50323 | PakTech®, QuadPak, Standard, Hazelnut | | 1.00 | $94.00 | $94.00 | C12217 Mother Road Beverage Company |
| PAK-4PKSTD-IRIS | Invoice | 9/4/2024 | INV49544 | PakTech®, QuadPak, Standard, Iris | | 1.00 | $124.00 | $124.00 | C12055 La Verne Brewing Company |
| PAK-4PKSTD-IRIS | Invoice | 9/4/2024 | INV49557 | PakTech®, QuadPak, Standard, Iris | | 1.00 | $124.00 | $124.00 | C10548 Fast Friends Beer Company |
| PAK-4PKSTD-IRIS | Invoice | 9/6/2024 | INV49586 | PakTech®, QuadPak, Standard, Iris | | 10.00 | $114.00 | $1,140.00 | C06404 Straight To Ale Brands, Inc. |
| PAK-4PKSTD-IRIS | Invoice | 9/6/2024 | INV49619 | PakTech®, QuadPak, Standard, Iris | | 2.00 | $124.00 | $248.00 | C04540 Screech Owl Brewing |
| PAK-4PKSTD-IRIS | Invoice | 9/6/2024 | INV49606 | PakTech®, QuadPak, Standard, Iris | | 2.00 | $124.00 | $248.00 | C04652 supernatural brewing and spirits |
| PAK-4PKSTD-IRIS | Invoice | 9/18/2024 | INV49856 | PakTech®, QuadPak, Standard, Iris | | 1.00 | $124.00 | $124.00 | C07571 The Southern Grist Beer Company |
| PAK-4PKSTD-IRIS | Invoice | 9/18/2024 | INV49866 | PakTech®, QuadPak, Standard, Iris | | 13.00 | $124.00 | $1,482.00 | C10422 Mother Road Beverage Co |
| PAK-4PKSTD-IRIS | Invoice | 9/20/2024 | INV49947 | PakTech®, QuadPak, Standard, Iris | | 1.00 | $124.00 | $124.00 | C07744 Wye Hill Kitchen & Brewing |
| PAK-4PKSTD-IRIS | Invoice | 9/23/2024 | INV49970 | PakTech®, QuadPak, Standard, Iris | | 2.00 | $124.00 | $248.00 | C02616 Buckstin Brewing Company |
| PAK-4PKSTD-IRIS | Invoice | 9/25/2024 | INV50057 | PakTech®, QuadPak, Standard, Iris | | 1.00 | $124.00 | $124.00 | C11131 Dan Lawrence |
| PAK-4PKSTD-IRIS | Invoice | 9/25/2024 | INV50081 | PakTech®, QuadPak, Standard, Iris | | 2.00 | $124.00 | $248.00 | C06491 Jester King Brewery |
| PAK-4PKSTD-IRIS | Invoice | 9/26/2024 | INV50168 | PakTech®, QuadPak, Standard, Iris | | 2.00 | $124.00 | $216.00 | C11485 Glacier Brewing Co. |
| PAK-4PKSTD-IRIS | Invoice | 9/26/2024 | INV50172 | PakTech®, QuadPak, Standard, Iris | | 2.00 | $124.00 | $232.00 | C05575 Eureka Brewing Company |
| PAK-4PKSTD-IRIS | Invoice | 9/26/2024 | INV50186 | PakTech®, QuadPak, Standard, Iris | | 1.00 | $124.00 | $124.00 | C10548 Fast Friends Beer Company |
| PAK-4PKSTD-MARIGOLD | Invoice | 9/9/2024 | INV49657 | PakTech®, QuadPak, Standard, Marigold | | 1.00 | $124.00 | $124.00 | C01423 Smith & Lentz Brewing Co. |
| PAK-4PKSTD-MARIGOLD | Invoice | 9/11/2024 | INV49712 | PakTech®, QuadPak, Standard, Marigold | | 1.00 | $124.00 | $121.29 | C05312 Mary Rooney |
| PAK-4PKSTD-MARIGOLD | Invoice | 9/18/2024 | INV49878 | PakTech®, QuadPak, Standard, Marigold | | 1.00 | $124.00 | $124.00 | C11399 Honest Abe |
| PAK-4PKSTD-MARIGOLD | Invoice | 9/18/2024 | INV49890 | PakTech®, QuadPak, Standard, Marigold | | 2.00 | $124.00 | $248.00 | C01433 SpindleTap Brewery |
| PAK-4PKSTD-MARIGOLD | Invoice | 9/18/2024 | INV49888 | PakTech®, QuadPak, Standard, Marigold | | 1.00 | $124.00 | $124.00 | C02382 Community Beer Works |
| PAK-4PKSTD-MARIGOLD | Invoice | 9/19/2024 | INV49900 | PakTech®, QuadPak, Standard, Marigold | | 3.00 | $124.00 | $372.00 | C07488 Smartmouth Brewing |
| PAK-4PKSTD-MARIGOLD | Invoice | 9/25/2024 | INV50046 | PakTech®, QuadPak, Standard, Marigold | | 3.00 | $124.00 | $348.00 | C10295 Bierstadt Lagerhaus |
| PAK-4PKSTD-MARIGOLD | Invoice | 9/25/2024 | INV50045 | PakTech®, QuadPak, Standard, Marigold | | 3.00 | $124.00 | $362.46 | C01433 SpindleTap Brewery |
| PAK-4PKSTD-MARIGOLD | Invoice | 9/25/2024 | INV50093 | PakTech®, QuadPak, Standard, Marigold | | 2.00 | $120.00 | $240.00 | C07374 Resolute Brewing Company |
| PAK-4PKSTD-MARIGOLD | Invoice | 9/25/2024 | INV50081 | PakTech®, QuadPak, Standard, Marigold | | 3.00 | $124.00 | $372.00 | C06491 Jester King Brewery |
| PAK-4PKSTD-MARIGOLD | Invoice | 9/26/2024 | INV50150 | PakTech®, QuadPak, Standard, Marigold | | 1.00 | $112.00 | $112.00 | C08652 Wellspent Brewing co |
| PAK-4PKSTD-MARIGOLD | Invoice | 9/30/2024 | INV50308 | PakTech®, QuadPak, Standard, Marigold | | 2.00 | $94.00 | $188.00 | C05311 Xul Beer |
| PAK-4PKSTD-MARIGOLD | Invoice | 9/30/2024 | INV50332 | PakTech®, QuadPak, Standard, Marigold | | 2.00 | $94.00 | $188.00 | C12221 lost boy cider |
| PAK-4PKSTD-MARIGOLD | Invoice | 10/2/2024 | INV50395 | PakTech®, QuadPak, Standard, Marigold | | 2.00 | $94.00 | $188.00 | C05716 River North Brewery |
| PAK-4PKSTD-MARIGOLD | Invoice | 10/2/2024 | INV50347 | PakTech®, QuadPak, Standard, Marigold | | 4.00 | $94.00 | $376.00 | C07684 Elder Pine Brewing & Blending Co |
| PAK-4PKSTD-NAVYBLUE | Invoice | 9/3/2024 | INV49510 | PakTech®, QuadPak, Standard, Navy Blue | | 1.00 | $124.00 | $124.00 | C04637 Beer Church |
| PAK-4PKSTD-NAVYBLUE | Invoice | 9/6/2024 | INV49609 | PakTech®, QuadPak, Standard, Navy Blue | | 2.00 | $124.00 | $248.00 | C10612 Hardball Beverage Inc |
| PAK-4PKSTD-NAVYBLUE | Invoice | 9/9/2024 | INV49641 | PakTech®, QuadPak, Standard, Navy Blue | | 2.00 | $124.00 | $248.00 | C02608 Eleventh Hour Brewing Company |
| PAK-4PKSTD-NAVYBLUE | Invoice | 9/18/2024 | INV49888 | PakTech®, QuadPak, Standard, Navy Blue | | 2.00 | $124.00 | $248.00 | C02382 Community Beer Works |
| PAK-4PKSTD-NAVYBLUE | Invoice | 9/19/2024 | INV49901 | PakTech®, QuadPak, Standard, Navy Blue | | 4.00 | $124.00 | $496.00 | C06749 Denver Packaging Company |
| PAK-4PKSTD-NAVYBLUE | Invoice | 9/19/2024 | INV49913 | PakTech®, QuadPak, Standard, Navy Blue | | 1.00 | $124.00 | $124.00 | C03045 Bow & Arrow Brewing Co. |
| PAK-4PKSTD-NAVYBLUE | Invoice | 9/25/2024 | INV50076 | PakTech®, QuadPak, Standard, Navy Blue | | 1.00 | $121.00 | $121.00 | C02219 Dos Sirenos Brewing |
| PAK-4PKSTD-NAVYBLUE | Invoice | 9/25/2024 | INV50062 | PakTech®, QuadPak, Standard, Navy Blue | | 2.00 | $124.00 | $240.00 | C01210 East Nashville Beer Works, LLC |
| PAK-4PKSTD-NAVYBLUE | Invoice | 9/27/2024 | INV50216 | PakTech®, QuadPak, Standard, Navy Blue | | 2.00 | $94.00 | $188.00 | C12212 Jenni Weber |
| PAK-4PKSTD-NAVYBLUE | Invoice | 10/1/2024 | INV50337 | PakTech®, QuadPak, Standard, Navy Blue | | 1.00 | $94.00 | $94.00 | C08873 Short Story Brewing |
| PAK-4PKSTD-NAVYBLUE | Invoice | 10/2/2024 | INV50347 | PakTech®, QuadPak, Standard, Navy Blue | | 4.00 | $94.00 | $376.00 | C07684 Elder Pine Brewing & Blending Co |
| PAK-4PKSTD-NAVYBLUE | Invoice | 10/2/2024 | INV50409 | PakTech®, QuadPak, Standard, Navy Blue | | 1.00 | $94.00 | $94.00 | C01908 Scorched Earth Brewing LLC |
| PAK-4PKSTD-NAVYBLUE | Invoice | 10/2/2024 | INV50406 | PakTech®, QuadPak, Standard, Navy Blue | | 1.00 | $94.00 | $94.00 | C11233 Victoria Monroy |
| PAK-4PKSTD-NAVYBLUE | Invoice | 10/2/2024 | INV50349 | PakTech®, QuadPak, Standard, Navy Blue | | 2.00 | $94.00 | $188.00 | C01217 Fairhope Brewing Co. |
| PAK-4PKSTD-NAVYBLUE | Invoice | 10/3/2024 | INV50429 | PakTech®, QuadPak, Standard, Navy Blue | | 2.00 | $92.00 | $184.00 | C06278 Db Chem Inc |
| PAK-4PKSTD-NAVYBLUE | Invoice | 10/4/2024 | INV50447 | PakTech®, QuadPak, Standard, Navy Blue | | 19.00 | $92.00 | $1,748.00 | C06080 prison brewing co llc |
| PAK-4PKSTD-ORCHID | Invoice | 9/18/2024 | INV49871 | PakTech®, QuadPak, Standard, Orchid | | 2.00 | $120.00 | $240.00 | C09243 Packform |
| PAK-4PKSTD-PEARL | Invoice | 9/9/2024 | INV49657 | PakTech®, QuadPak, Standard, Pearl | | 1.00 | $124.00 | $124.00 | C01423 Smith & Lentz Brewing Co. |
| PAK-4PKSTD-PEARL | Invoice | 9/12/2024 | INV49747 | PakTech®, QuadPak, Standard, Pearl | | 10.00 | $124.00 | $1,240.00 | C01980 Citizen Cider |
| PAK-4PKSTD-PEARL | Invoice | 9/16/2024 | INV49794 | PakTech®, QuadPak, Standard, Pearl | | 1.00 | $124.00 | $122.84 | C09170 Save The World Brewing Co. |
| PAK-4PKSTD-PEARL | Invoice | 9/18/2024 | INV49848 | PakTech®, QuadPak, Standard, Pearl | | 1.00 | $124.00 | $124.00 | C06960 Gotahold Brewing Company |
| PAK-4PKSTD-PEARL | Invoice | 9/20/2024 | INV49947 | PakTech®, QuadPak, Standard, Pearl | | 1.00 | $124.00 | $124.00 | C07744 Wye Hill Kitchen & Brewing |
| PAK-4PKSTD-PEARL | Invoice | 9/27/2024 | INV50238 | PakTech®, QuadPak, Standard, Pearl | | 11.00 | $94.00 | $1,034.00 | C09170 Save The World Brewing Co. |
| PAK-4PKSTD-PEARL | Invoice | 10/2/2024 | INV50347 | PakTech®, QuadPak, Standard, Pearl | | 4.00 | $94.00 | $376.00 | C07684 Elder Pine Brewing & Blending Co |
| PAK-4PKSTD-PINK | Invoice | 9/4/2024 | INV49528 | PakTech®, QuadPak, Standard, Pink | | 1.00 | $124.00 | $119.82 | C07261 Our Mutual Friend Brewing Co. |
| PAK-4PKSTD-PINK | Invoice | 9/6/2024 | INV49599 | PakTech®, QuadPak, Standard, Pink | | 1.00 | $124.00 | $119.34 | C03258 Springfield Brewing Company |
| PAK-4PKSTD-PINK | Invoice | 9/6/2024 | INV49619 | PakTech®, QuadPak, Standard, Pink | | 2.00 | $124.00 | $248.00 | C04540 Screech Owl Brewing |
| PAK-4PKSTD-PINK | Invoice | 9/9/2024 | INV49634 | PakTech®, QuadPak, Standard, Pink | | 1.00 | $124.00 | $121.69 | C09629 Transparent Brewing Company |
| PAK-4PKSTD-PINK | Invoice | 9/10/2024 | INV49699 | PakTech®, QuadPak, Standard, Pink | | 4.00 | $124.00 | $492.08 | C01045 Amalga Distillery LLC |
| PAK-4PKSTD-PINK | Invoice | 9/17/2024 | INV49833 | PakTech®, QuadPak, Standard, Pink | | 3.00 | $124.00 | $338.56 | C01507 Zilker Brewing Company |
| PAK-4PKSTD-PINK | Invoice | 9/17/2024 | INV49830 | PakTech®, QuadPak, Standard, Pink | | 5.00 | $124.00 | $620.00 | C09453 Good Spirits Beverages |
| PAK-4PKSTD-PINK | Invoice | 9/17/2024 | INV49627 | PakTech®, QuadPak, Standard, Pink | | 40.00 | $114.00 | $4,560.00 | C01368 Pinthouse Pizza, LLC |
| PAK-4PKSTD-PINK | Invoice | 9/18/2024 | INV49888 | PakTech®, QuadPak, Standard, Pink | | 1.00 | $124.00 | $124.00 | C02382 Community Beer Works |
| PAK-4PKSTD-PINK | Invoice | 9/18/2024 | INV49889 | PakTech®, QuadPak, Standard, Pink | | 1.00 | $124.00 | $124.00 | C01365 Palisade Brewing Company |
| PAK-4PKSTD-PINK | Invoice | 9/18/2024 | INV49871 | PakTech®, QuadPak, Standard, Pink | | 2.00 | $120.00 | $240.00 | C09243 Packform |
| PAK-4PKSTD-PINK | Invoice | 9/25/2024 | INV50057 | PakTech®, QuadPak, Standard, Pink | | 1.00 | $124.00 | $124.00 | C11131 Dan Lawrence |
| PAK-4PKSTD-PINK | Invoice | 9/25/2024 | INV50055 | PakTech®, QuadPak, Standard, Pink | | 12.00 | $124.00 | $1,296.00 | C01245 Golden City Brewery |
| PAK-4PKSTD-POWDBLUE | Invoice | 9/5/2024 | INV49572 | PakTech®, QuadPak, Standard, Powder Blue | | 1.00 | $124.00 | $124.00 | C01977 Dreaming Creek Brewery |
| PAK-4PKSTD-POWDBLUE | Invoice | 9/9/2024 | INV49634 | PakTech®, QuadPak, Standard, Powder Blue | | 1.00 | $124.00 | $121.70 | C09629 Transparent Brewing Company |
| PAK-4PKSTD-POWDBLUE | Invoice | 9/12/2024 | INV49748 | PakTech®, QuadPak, Standard, Powder Blue | | 8.00 | $124.00 | $992.00 | C01980 Citizen Cider |

**American Canning LLC**
**Holding Company : American Canning LLC**
**Sales by Item Detail**
**September 1, 2024 - December 31, 2024**

| Item | Type | Date | Document Number | Description | Serial Numbers | Qty. Sold | Sales Price | Revenue | Customer |
|---|---|---|---|---|---|---|---|---|---|
| PAK-4PKSTD-POWDBLUE | Invoice | 9/12/2024 | INV49730 | PakTech®, QuadPak, Standard, Powder Blue | | 4.00 | $124.00 | $491.37 | C02266 Audacious Aleworks |
| PAK-4PKSTD-POWDBLUE | Invoice | 9/13/2024 | INV49775 | PakTech®, QuadPak, Standard, Powder Blue | | 1.00 | $124.00 | $124.00 | C04644 MacLeod Ale Brewing Co. |
| PAK-4PKSTD-POWDBLUE | Invoice | 9/13/2024 | INV49780 | PakTech®, QuadPak, Standard, Powder Blue | | 1.00 | $124.00 | $121.34 | C07878 Crooked Thumb Brewery |
| PAK-4PKSTD-POWDBLUE | Invoice | 9/18/2024 | INV49878 | PakTech®, QuadPak, Standard, Powder Blue | | 1.00 | $124.00 | $124.00 | C11399 Honest Abe |
| PAK-4PKSTD-POWDBLUE | Invoice | 9/18/2024 | INV49884 | PakTech®, QuadPak, Standard, Powder Blue | | 1.00 | $124.00 | $124.00 | C03194 Parleaux Beer Lab |
| PAK-4PKSTD-POWDBLUE | Invoice | 9/19/2024 | INV49917 | PakTech®, QuadPak, Standard, Powder Blue | | 4.00 | $124.00 | $480.00 | C08188 Karl Strauss Brewing Co |
| PAK-4PKSTD-POWDBLUE | Invoice | 9/20/2024 | INV49947 | PakTech®, QuadPak, Standard, Powder Blue | | 1.00 | $124.00 | $124.00 | C07744 Wye Hill Kitchen & Brewing |
| PAK-4PKSTD-POWDBLUE | Invoice | 9/25/2024 | INV50046 | PakTech®, QuadPak, Standard, Powder Blue | | 3.00 | $124.00 | $348.00 | C10295 Bierstadt Lagerhaus |
| PAK-4PKSTD-POWDBLUE | Invoice | 9/26/2024 | INV50168 | PakTech®, QuadPak, Standard, Powder Blue | | 7.00 | $124.00 | $756.00 | C11485 Glacier Brewing Co. |
| PAK-4PKSTD-POWDBLUE | Invoice | 9/26/2024 | INV50172 | PakTech®, QuadPak, Standard, Powder Blue | | 2.00 | $124.00 | $232.00 | C05575 Eureka Brewing Company |
| PAK-4PKSTD-POWDBLUE | Invoice | 10/2/2024 | INV50347 | PakTech®, QuadPak, Standard, Powder Blue | | 5.00 | $94.00 | $470.00 | C07684 Elder Pine Brewing & Blending Co |
| PAK-4PKSTD-RED | Invoice | 9/4/2024 | INV49541 | PakTech®, QuadPak, Standard, Red | | 1.00 | $124.00 | $124.00 | C01562 Pollyanna Brewing Company |
| PAK-4PKSTD-RED | Invoice | 9/6/2024 | INV49609 | PakTech®, QuadPak, Standard, Red | | 1.00 | $124.00 | $124.00 | C01612 Hardball Beverage Inc |
| PAK-4PKSTD-RED | Invoice | 9/6/2024 | INV49619 | PakTech®, QuadPak, Standard, Red | | 2.00 | $124.00 | $248.00 | C04540 Screech Owl Brewing |
| PAK-4PKSTD-RED | Invoice | 9/6/2024 | INV49586 | PakTech®, QuadPak, Standard, Red | | 5.00 | $124.00 | $570.00 | C06404 Straight To Ale Brands, Inc. |
| PAK-4PKSTD-RED | Invoice | 9/9/2024 | INV49641 | PakTech®, QuadPak, Standard, Red | | 2.00 | $124.00 | $248.00 | C02608 Eleventh Hour Brewing Company |
| PAK-4PKSTD-RED | Invoice | 9/9/2024 | INV49651 | PakTech®, QuadPak, Standard, Red | | 3.00 | $124.00 | $372.00 | C02159 Scotty's Bierwerks LLC |
| PAK-4PKSTD-RED | Invoice | 9/11/2024 | INV49712 | PakTech®, QuadPak, Standard, Red | | 1.00 | $124.00 | $121.31 | C05312 Mary Rooney |
| PAK-4PKSTD-RED | Invoice | 9/13/2024 | INV49775 | PakTech®, QuadPak, Standard, Red | | 1.00 | $124.00 | $124.00 | C04644 MacLeod Ale Brewing Co. |
| PAK-4PKSTD-RED | Invoice | 9/13/2024 | INV49780 | PakTech®, QuadPak, Standard, Red | | 2.00 | $124.00 | $242.70 | C07878 Crooked Thumb Brewery |
| PAK-4PKSTD-RED | Invoice | 9/18/2024 | INV49830 | PakTech®, QuadPak, Standard, Red | | 4.00 | $124.00 | $496.00 | C09453 Good Spirits Beverages |
| PAK-4PKSTD-RED | Invoice | 9/18/2024 | INV49878 | PakTech®, QuadPak, Standard, Red | | 4.00 | $124.00 | $496.00 | C11399 Honest Abe |
| PAK-4PKSTD-RED | Invoice | 9/18/2024 | INV49871 | PakTech®, QuadPak, Standard, Red | | 2.00 | $120.00 | $240.00 | C09243 Packform |
| PAK-4PKSTD-RED | Invoice | 9/19/2024 | INV49897 | PakTech®, QuadPak, Standard, Red | | 2.00 | $124.00 | $248.00 | C10818 Hop secret brewing co |
| PAK-4PKSTD-RED | Invoice | 9/20/2024 | INV49928 | PakTech®, QuadPak, Standard, Red | | 1.00 | $124.00 | $123.20 | C06026 Roughhouse Brewing |
| PAK-4PKSTD-RED | Invoice | 9/20/2024 | INV49947 | PakTech®, QuadPak, Standard, Red | | 1.00 | $124.00 | $124.00 | C07744 Wye Hill Kitchen & Brewing |
| PAK-4PKSTD-RED | Invoice | 9/23/2024 | INV49970 | PakTech®, QuadPak, Standard, Red | | 3.00 | $124.00 | $372.00 | C02616 Buckstin Brewing Company |
| PAK-4PKSTD-RED | Invoice | 9/25/2024 | INV50057 | PakTech®, QuadPak, Standard, Red | | 1.00 | $124.00 | $124.00 | C11131 Dan Lawrence |
| PAK-4PKSTD-RED | Invoice | 9/25/2024 | INV50081 | PakTech®, QuadPak, Standard, Red | | 3.00 | $124.00 | $372.00 | C06491 Jester King Brewery |
| PAK-4PKSTD-RED | Invoice | 9/25/2024 | INV50095 | PakTech®, QuadPak, Standard, Red | | 2.00 | $120.00 | $240.00 | C10616 Chappell Brewing |
| PAK-4PKSTD-RED | Invoice | 9/25/2024 | INV50062 | PakTech®, QuadPak, Standard, Red | | 4.00 | $124.00 | $480.00 | C01210 East Nashville Beer Works, LLC |
| PAK-4PKSTD-RED | Invoice | 9/27/2024 | INV50225 | PakTech®, QuadPak, Standard, Red | | 1.00 | $112.00 | $112.00 | C07571 The Southern Growl Beer Company |
| PAK-4PKSTD-RED | Invoice | 9/27/2024 | INV50242 | PakTech®, QuadPak, Standard, Red | | 8.00 | $112.00 | $728.00 | C01110 Beachwood Brewing |
| PAK-4PKSTD-RED | Invoice | 9/27/2024 | INV50259 | PakTech®, QuadPak, Standard, Red | | 3.00 | $120.00 | $335.83 | C06491 Jester King Brewery |
| PAK-4PKSTD-RED | Invoice | 9/30/2024 | INV50532 | PakTech®, QuadPak, Standard, Red | | 4.00 | $94.00 | $376.00 | C12221 lost boy cider |
| PAK-4PKSTD-RED | Invoice | 9/30/2024 | INV50330 | PakTech®, QuadPak, Standard, Red | | 1.00 | $94.00 | $94.00 | C07885 Glenbrook Brewery LLC |
| PAK-4PKSTD-RED | Invoice | 10/2/2024 | INV50395 | PakTech®, QuadPak, Standard, Red | | 2.00 | $94.00 | $188.00 | C05716 River North Brewery |
| PAK-4PKSTD-RED | Invoice | 10/2/2024 | INV50347 | PakTech®, QuadPak, Standard, Red | | 4.00 | $94.00 | $376.00 | C07684 Elder Pine Brewing & Blending Co |
| PAK-4PKSTD-RED | Invoice | 10/10/2024 | INV50462 | PakTech®, QuadPak, Standard, Red | | 1.00 | $60.00 | $60.00 | C02041 Blue Heron Brewing Co. |
| PAK-4PKSTD-SILVER | Invoice | 9/11/2024 | INV49712 | PakTech®, QuadPak, Standard, Silver | | 1.00 | $124.00 | $121.29 | C05312 Mary Rooney |
| PAK-4PKSTD-SILVER | Invoice | 9/18/2024 | INV49862 | PakTech®, QuadPak, Standard, Silver | | 14.00 | $124.00 | $1,736.00 | C04895 Insight Brewing Company |
| PAK-4PKSTD-SILVER | Invoice | 9/18/2024 | INV49871 | PakTech®, QuadPak, Standard, Silver | | 2.00 | $120.00 | $240.00 | C09243 Packform |
| PAK-4PKSTD-SILVER | Invoice | 9/20/2024 | INV49938 | PakTech®, QuadPak, Standard, Silver | | 1.00 | $124.00 | $116.47 | C05312 Mary Rooney |
| PAK-4PKSTD-SILVER | Invoice | 9/25/2024 | INV50076 | PakTech®, QuadPak, Standard, Silver | | 1.00 | $124.00 | $121.01 | C02219 Dos Sirenos Brewing |
| PAK-4PKSTD-SILVER | Invoice | 9/25/2024 | INV50109 | PakTech®, QuadPak, Standard, Silver | | 2.00 | $124.00 | $240.00 | C12179 GRAND SCHEME BREWING |
| PAK-4PKSTD-SILVER | Invoice | 9/25/2024 | INV50044 | PakTech®, QuadPak, Standard, Silver | | 4.00 | $124.00 | $496.00 | C01563 Heber Valley Brewing Company |
| PAK-4PKSTD-SILVER | Invoice | 9/26/2024 | INV50187 | PakTech®, QuadPak, Standard, Silver | | 1.00 | $124.00 | $123.78 | C01458 The Brewtorium |
| PAK-4PKSTD-SILVER | Invoice | 10/2/2024 | INV50347 | PakTech®, QuadPak, Standard, Silver | | 2.00 | $94.00 | $188.00 | C07684 Elder Pine Brewing & Blending Co |
| PAK-4PKSTD-SPRNGGRN | Invoice | 9/12/2024 | INV49732 | PakTech®, QuadPak, Standard, Spring Green | | 1.00 | $124.00 | $123.25 | C10859 Corn Coast Brewing Company |
| PAK-4PKSTD-SPRNGGRN | Invoice | 9/12/2024 | INV49763 | PakTech®, QuadPak, Standard, Spring Green | | 1.00 | $124.00 | $124.00 | C02211 Royal Palm Brewing Company |
| PAK-4PKSTD-SPRNGGRN | Invoice | 9/18/2024 | INV49886 | PakTech®, QuadPak, Standard, Spring Green | | 1.00 | $124.00 | $124.00 | C10298 Invictus brewing co. |
| PAK-4PKSTD-SPRNGGRN | Invoice | 9/18/2024 | INV49856 | PakTech®, QuadPak, Standard, Spring Green | | 1.00 | $124.00 | $124.00 | C07571 The Southern Growl Beer Company |
| PAK-4PKSTD-SPRNGGRN | Invoice | 9/20/2024 | INV49928 | PakTech®, QuadPak, Standard, Spring Green | | 1.00 | $124.00 | $123.20 | C06026 Roughhouse Brewing |
| PAK-4PKSTD-SPRNGGRN | Invoice | 9/23/2024 | INV50022 | PakTech®, QuadPak, Standard, Spring Green | | 3.00 | $124.00 | $372.00 | C03099 Able Baker Brewing Company |
| PAK-4PKSTD-SPRNGGRN | Invoice | 9/25/2024 | INV50046 | PakTech®, QuadPak, Standard, Spring Green | | 3.00 | $124.00 | $348.00 | C10295 Bierstadt Lagerhaus |
| PAK-4PKSTD-SPRNGGRN | Invoice | 9/26/2024 | INV50186 | PakTech®, QuadPak, Standard, Spring Green | | 1.00 | $124.00 | $124.00 | C10548 Fast Friends Beer Company |
| PAK-4PKSTD-SPRNGGRN | Invoice | 9/27/2024 | INV50225 | PakTech®, QuadPak, Standard, Spring Green | | 1.00 | $112.00 | $112.00 | C07571 The Southern Growl Beer Company |
| PAK-4PKSTD-SPRNGGRN | Invoice | 9/27/2024 | INV50242 | PakTech®, QuadPak, Standard, Spring Green | | 20.00 | $112.00 | $1,820.00 | C01110 Beachwood Brewing |
| PAK-4PKSTD-SPRNGGRN | Invoice | 9/27/2024 | INV50259 | PakTech®, QuadPak, Standard, Spring Green | | 2.00 | $120.00 | $223.89 | C06491 Jester King Brewery |
| PAK-4PKSTD-SPRNGGRN | Invoice | 9/30/2024 | INV50309 | PakTech®, QuadPak, Standard, Spring Green | | 40.00 | $94.00 | $3,640.00 | C10229 George Martin |
| PAK-4PKSTD-SPRNGGRN | Invoice | 10/2/2024 | INV50347 | PakTech®, QuadPak, Standard, Spring Green | | 4.00 | $94.00 | $376.00 | C07684 Elder Pine Brewing & Blending Co |
| PAK-4PKSTD-SUNSTRED | Invoice | 9/5/2024 | INV49569 | PakTech®, QuadPak, Standard, Sunst Red | | 3.00 | $124.00 | $372.00 | C08197 Sincere Cider |
| PAK-4PKSTD-SUNSTRED | Invoice | 9/12/2024 | INV49724 | PakTech®, QuadPak, Standard, Sunst Red | | 1.00 | $124.00 | $124.00 | C06218 Brick & Feather Brewery, Inc |
| PAK-4PKSTD-SUNSTRED | Invoice | 9/18/2024 | INV49862 | PakTech®, QuadPak, Standard, Sunst Red | | 6.00 | $124.00 | $744.00 | C04895 Insight Brewing Company |
| PAK-4PKSTD-SUNSTRED | Invoice | 9/25/2024 | INV50100 | PakTech®, QuadPak, Standard, Sunst Red | | 3.00 | $120.00 | $360.00 | C06323 Forward Brewing |
| PAK-4PKSTD-SUNSTRED | Invoice | 9/30/2024 | INV50308 | PakTech®, QuadPak, Standard, Sunst Red | | 14.00 | $94.00 | $1,316.00 | C05311 Xul Beer |
| PAK-4PKSTD-SUNSTRED | Invoice | 10/1/2024 | INV50336 | PakTech®, QuadPak, Standard, Sunst Red | | 1.00 | $94.00 | $94.00 | C03194 Parleaux Beer Lab |
| PAK-4PKSTD-SUNSTRED | Invoice | 10/1/2024 | INV50337 | PakTech®, QuadPak, Standard, Sunst Red | | 1.00 | $94.00 | $94.00 | C08873 Short Story Brewing |
| PAK-4PKSTD-TROPLIME | Invoice | 9/10/2024 | INV49699 | PakTech®, QuadPak, Standard, Tropical Lime | | 2.00 | $124.00 | $246.03 | C01045 Amalga Distillery LLC |
| PAK-4PKSTD-TROPLIME | Invoice | 9/12/2024 | INV49751 | PakTech®, QuadPak, Standard, Tropical Lime | | 4.00 | $124.00 | $496.00 | C03839 Templin Family Brewing |
| PAK-4PKSTD-TROPLIME | Invoice | 9/12/2024 | INV49752 | PakTech®, QuadPak, Standard, Tropical Lime | | 1.00 | $124.00 | $124.00 | C11385 SunMed Growers |
| PAK-4PKSTD-TROPLIME | Invoice | 9/13/2024 | INV49770 | PakTech®, QuadPak, Standard, Tropical Lime | | 3.00 | $124.00 | $368.89 | C06491 Jester King Brewery |
| PAK-4PKSTD-TROPLIME | Invoice | 9/13/2024 | INV49775 | PakTech®, QuadPak, Standard, Tropical Lime | | 1.00 | $124.00 | $124.00 | C04644 MacLeod Ale Brewing Co. |

**American Canning LLC**
**Holding Company : American Canning LLC**
**Sales by Item Detail**
**September 1, 2024 - December 31, 2024**

| Item | Type | Date | Document Number | Description | Serial Numbers | Qty. Sold | Sales Price | Revenue | Customer |
|---|---|---|---|---|---|---|---|---|---|
| PAK-4PKSTD-TROPLIME | Invoice | 9/18/2024 | INV49871 | PakTech®, QuadPak, Standard, Tropical Lime | | 2.00 | $120.00 | $240.00 | C09243 Packform |
| PAK-4PKSTD-TROPLIME | Invoice | 9/18/2024 | INV49884 | PakTech®, QuadPak, Standard, Tropical Lime | | 1.00 | $124.00 | $124.00 | C03194 Parleaux Beer Lab |
| PAK-4PKSTD-TROPLIME | Invoice | 9/18/2024 | INV49866 | PakTech®, QuadPak, Standard, Tropical Lime | | 12.00 | $124.00 | $1,368.00 | C10422 Mother Road Beverage Co |
| PAK-4PKSTD-TROPLIME | Invoice | 9/19/2024 | INV49910 | PakTech®, QuadPak, Standard, Tropical Lime | | 2.00 | $124.00 | $247.83 | C08640 Knotty Brewing |
| PAK-4PKSTD-TROPLIME | Invoice | 9/20/2024 | INV49947 | PakTech®, QuadPak, Standard, Tropical Lime | | 1.00 | $124.00 | $124.00 | C07744 Wye Hill Kitchen & Brewing |
| PAK-4PKSTD-TROPLIME | Invoice | 9/20/2024 | INV49952 | PakTech®, QuadPak, Standard, Tropical Lime | | 1.00 | $124.00 | $122.67 | C01542 Bankhead Brewing Co. |
| PAK-4PKSTD-TROPLIME | Invoice | 9/25/2024 | INV50109 | PakTech®, QuadPak, Standard, Tropical Lime | | 1.00 | $124.00 | $120.00 | C12179 GRAND SCHEME BREWING |
| PAK-4PKSTD-TROPLIME | Invoice | 9/25/2024 | INV50068 | PakTech®, QuadPak, Standard, Tropical Lime | | 4.00 | $124.00 | $480.00 | C03810 Illuminated Brew Works |
| PAK-4PKSTD-TROPLIME | Invoice | 9/26/2024 | INV50168 | PakTech®, QuadPak, Standard, Tropical Lime | | 7.00 | $124.00 | $756.00 | C11485 Glacier Brewing Co. |
| PAK-4PKSTD-TROPLIME | Invoice | 9/26/2024 | INV50172 | PakTech®, QuadPak, Standard, Tropical Lime | | 2.00 | $124.00 | $232.00 | C05575 Eureka Brewing Company |
| PAK-4PKSTD-TROPLIME | Invoice | 9/30/2024 | INV50308 | PakTech®, QuadPak, Standard, Tropical Lime | | 2.00 | $94.00 | $188.00 | C05311 Xul Beer |
| PAK-4PKSTD-TROPLIME | Invoice | 9/30/2024 | INV50318 | PakTech®, QuadPak, Standard, Tropical Lime | | 2.00 | $94.00 | $188.00 | C11272 Hourglass Brewing |
| PAK-4PKSTD-TROPLIME | Invoice | 9/30/2024 | INV50323 | PakTech®, QuadPak, Standard, Tropical Lime | | 9.00 | $94.00 | $846.00 | C12217 Mother Road Beverage Company |
| PAK-4PKSTD-TROPLIME | Invoice | 10/1/2024 | INV50036 | PakTech®, QuadPak, Standard, Tropical Lime | | 1.00 | $94.00 | $94.00 | C03194 Parleaux Beer Lab |
| PAK-4PKSTD-TROPLIME | Invoice | 10/2/2024 | INV50347 | PakTech®, QuadPak, Standard, Tropical Lime | | 4.00 | $94.00 | $376.00 | C07684 Elder Pine Brewing & Blending Co |
| PAK-4PKSTD-TROPORNG | Invoice | 9/3/2024 | INV49510 | PakTech®, QuadPak, Standard, Tropical Orange | | 1.00 | $124.00 | $124.00 | C04637 Beer Church |
| PAK-4PKSTD-TROPORNG | Invoice | 9/4/2024 | INV49524 | PakTech®, QuadPak, Standard, Tropical Orange | | 5.00 | $124.00 | $620.00 | C03898 Take 16 Brewing |
| PAK-4PKSTD-TROPORNG | Invoice | 9/6/2024 | INV49586 | PakTech®, QuadPak, Standard, Tropical Orange | | 10.00 | $114.00 | $1,140.00 | C06404 Straight To Ale Brands, Inc. |
| PAK-4PKSTD-TROPORNG | Invoice | 9/9/2024 | INV49641 | PakTech®, QuadPak, Standard, Tropical Orange | | 2.00 | $124.00 | $248.00 | C02608 Eleventh Hour Brewing Company |
| PAK-4PKSTD-TROPORNG | Invoice | 9/10/2024 | INV49685 | PakTech®, QuadPak, Standard, Tropical Orange | | 1.00 | $124.00 | $124.00 | C06844 Monday Night Brewing |
| PAK-4PKSTD-TROPORNG | Invoice | 9/12/2024 | INV49751 | PakTech®, QuadPak, Standard, Tropical Orange | | 6.00 | $124.00 | $744.00 | C03839 Templin Family Brewing |
| PAK-4PKSTD-TROPORNG | Invoice | 9/13/2024 | INV49790 | PakTech®, QuadPak, Standard, Tropical Orange | | 3.00 | $124.00 | $368.88 | C06491 Jester King Brewery |
| PAK-4PKSTD-TROPORNG | Invoice | 9/18/2024 | INV49879 | PakTech®, QuadPak, Standard, Tropical Orange | | 2.00 | $124.00 | $248.00 | C01987 Lost Cabin Beer Co. |
| PAK-4PKSTD-TROPORNG | Invoice | 9/18/2024 | INV49866 | PakTech®, QuadPak, Standard, Tropical Orange | | 13.00 | $124.00 | $1,482.00 | C10422 Mother Road Beverage Co |
| PAK-4PKSTD-TROPORNG | Invoice | 9/18/2024 | INV49875 | PakTech®, QuadPak, Standard, Tropical Orange | | 2.00 | $124.00 | $248.00 | C08484 Bent Water Brewing |
| PAK-4PKSTD-TROPORNG | Invoice | 9/18/2024 | INV49878 | PakTech®, QuadPak, Standard, Tropical Orange | | 4.00 | $124.00 | $496.00 | C11399 Honest Abe |
| PAK-4PKSTD-TROPORNG | Invoice | 9/20/2024 | INV49947 | PakTech®, QuadPak, Standard, Tropical Orange | | 1.00 | $124.00 | $124.00 | C07744 Wye Hill Kitchen & Brewing |
| PAK-4PKSTD-TROPORNG | Invoice | 9/23/2024 | INV49970 | PakTech®, QuadPak, Standard, Tropical Orange | | 3.00 | $124.00 | $372.00 | C02616 Buckstin Brewing Company |
| PAK-4PKSTD-TROPORNG | Invoice | 9/23/2024 | INV50008 | PakTech®, QuadPak, Standard, Tropical Orange | | 1.00 | $124.00 | $124.00 | C01951 Deviant Wolfe Brewing, LLC |
| PAK-4PKSTD-TROPORNG | Invoice | 9/25/2024 | INV50068 | PakTech®, QuadPak, Standard, Tropical Orange | | 2.00 | $124.00 | $240.00 | C03810 Illuminated Brew Works |
| PAK-4PKSTD-WHITE | Invoice | 9/3/2024 | INV49510 | PakTech®, QuadPak, Standard, White | | 1.00 | $124.00 | $124.00 | C04637 Beer Church |
| PAK-4PKSTD-WHITE | Invoice | 9/3/2024 | INV49512 | PakTech®, QuadPak, Standard, White | | 1.00 | $124.00 | $124.00 | C02230 Quirk Brewing |
| PAK-4PKSTD-WHITE | Invoice | 9/4/2024 | INV49541 | PakTech®, QuadPak, Standard, White | | 1.00 | $124.00 | $124.00 | C01562 Pollyanna Brewing Company |
| PAK-4PKSTD-WHITE | Invoice | 9/4/2024 | INV49533 | PakTech®, QuadPak, Standard, White | | 2.00 | $124.00 | $248.00 | C03085 False Idol Brewing |
| PAK-4PKSTD-WHITE | Invoice | 9/5/2024 | INV49563 | PakTech®, QuadPak, Standard, White | | 2.00 | $124.00 | $248.00 | C01059 Apiary Cider & Mead |
| PAK-4PKSTD-WHITE | Invoice | 9/6/2024 | INV49609 | PakTech®, QuadPak, Standard, White | | 2.00 | $124.00 | $248.00 | C10612 Hardball Beverage Inc |
| PAK-4PKSTD-WHITE | Invoice | 9/9/2024 | INV49644 | PakTech®, QuadPak, Standard, White | | 2.00 | $124.00 | $248.00 | C01562 Pollyanna Brewing Company |
| PAK-4PKSTD-WHITE | Invoice | 9/9/2024 | INV49655 | PakTech®, QuadPak, Standard, White | | 1.00 | $124.00 | $124.00 | C03135 Silva Brewing |
| PAK-4PKSTD-WHITE | Invoice | 9/9/2024 | INV49658 | PakTech®, QuadPak, Standard, White | | 1.00 | $124.00 | $124.00 | C07134 Bayou City Hemp |
| PAK-4PKSTD-WHITE | Invoice | 9/10/2024 | INV49681 | PakTech®, QuadPak, Standard, White | | 1.00 | $124.00 | $124.00 | C03085 False Idol Brewing |
| PAK-4PKSTD-WHITE | Invoice | 9/10/2024 | INV49700 | PakTech®, QuadPak, Standard, White | | 20.00 | $124.00 | $2,480.00 | C07298 Uinta Brewing Company |
| PAK-4PKSTD-WHITE | Invoice | 9/12/2024 | INV49759 | PakTech®, QuadPak, Standard, White | | 2.00 | $124.00 | $248.00 | C03045 Bow & Arrow Brewing Co. |
| PAK-4PKSTD-WHITE | Invoice | 9/13/2024 | INV49778 | PakTech®, QuadPak, Standard, White | | 2.00 | $124.00 | $248.00 | C04414 Wild Cider |
| PAK-4PKSTD-WHITE | Invoice | 9/13/2024 | INV49777 | PakTech®, QuadPak, Standard, White | | 2.00 | $124.00 | $248.00 | C04414 Wild Cider |
| PAK-4PKSTD-WHITE | Invoice | 9/16/2024 | INV49816 | PakTech®, QuadPak, Standard, White | | 4.00 | $124.00 | $496.00 | C01621 Left Coast Brewing Co. |
| PAK-4PKSTD-WHITE | Invoice | 9/17/2024 | INV49839 | PakTech®, QuadPak, Standard, White | | 4.00 | $124.00 | $496.00 | C06407 Vacancy Brewing |
| PAK-4PKSTD-WHITE | Invoice | 9/18/2024 | INV49878 | PakTech®, QuadPak, Standard, White | | 3.00 | $124.00 | $372.00 | C11399 Honest Abe |
| PAK-4PKSTD-WHITE | Invoice | 9/18/2024 | INV49883 | PakTech®, QuadPak, Standard, White | | 1.00 | $124.00 | $124.00 | C09213 MARTO BREWING COMPANY |
| PAK-4PKSTD-WHITE | Invoice | 9/18/2024 | INV49866 | PakTech®, QuadPak, Standard, White | | 2.00 | $124.00 | $228.00 | C10422 Mother Road Beverage Co |
| PAK-4PKSTD-WHITE | Invoice | 9/18/2024 | INV49871 | PakTech®, QuadPak, Standard, White | | 2.00 | $120.00 | $240.00 | C09243 Packform |
| PAK-4PKSTD-WHITE | Invoice | 9/18/2024 | INV49982 | PakTech®, QuadPak, Standard, White | | 12.00 | $124.00 | $1,488.00 | C04895 Insight Brewing Company |
| PAK-4PKSTD-WHITE | Invoice | 9/18/2024 | INV49855 | PakTech®, QuadPak, Standard, White | | 1.00 | $124.00 | $121.84 | C07188 Lucky Luke Brewery |
| PAK-4PKSTD-WHITE | Invoice | 9/18/2024 | INV49849 | PakTech®, QuadPak, Standard, White | | 5.00 | $124.00 | $620.00 | C07045 Hog Molly Brewing Co. |
| PAK-4PKSTD-YELLOW | Invoice | 9/3/2024 | INV49510 | PakTech®, QuadPak, Standard, Yellow | | 2.00 | $124.00 | $248.00 | C04637 Beer Church |
| PAK-4PKSTD-YELLOW | Invoice | 9/3/2024 | INV49518 | PakTech®, QuadPak, Standard, Yellow | | 2.00 | $124.00 | $248.00 | C06491 Jester King Brewery |
| PAK-4PKSTD-YELLOW | Invoice | 9/6/2024 | INV49620 | PakTech®, QuadPak, Standard, Yellow | | 7.00 | $124.00 | $868.00 | C00810 trimtab brewing co |
| PAK-4PKSTD-YELLOW | Invoice | 9/9/2024 | INV49659 | PakTech®, QuadPak, Standard, Yellow | | 4.00 | $124.00 | $496.00 | C01183 Community Beer Co. |
| PAK-4PKSTD-YELLOW | Invoice | 9/9/2024 | INV49634 | PakTech®, QuadPak, Standard, Yellow | | 1.00 | $124.00 | $121.69 | C09629 Transparent Brewing Company |
| PAK-4PKSTD-YELLOW | Invoice | 9/12/2024 | INV49648 | PakTech®, QuadPak, Standard, Yellow | | 1.00 | $124.00 | $124.00 | C03045 Bow & Arrow Brewing Co. |
| PAK-4PKSTD-YELLOW | Invoice | 9/12/2024 | INV49748 | PakTech®, QuadPak, Standard, Yellow | | 8.00 | $124.00 | $992.00 | C01980 Citizen Cider |
| PAK-4PKSTD-YELLOW | Invoice | 9/18/2024 | INV49843 | PakTech®, QuadPak, Standard, Yellow | | 1.00 | $124.00 | $124.00 | C10920 Caffee Luxxe |
| PAK-4PKSTD-YELLOW | Invoice | 9/18/2024 | INV49890 | PakTech®, QuadPak, Standard, Yellow | | 1.00 | $124.00 | $124.00 | C01433 SpindleTap Brewery |
| PAK-4PKSTD-YELLOW | Invoice | 9/18/2024 | INV49878 | PakTech®, QuadPak, Standard, Yellow | | 1.00 | $124.00 | $124.00 | C11399 Honest Abe |
| PAK-4PKSTD-YELLOW | Invoice | 9/23/2024 | INV50019 | PakTech®, QuadPak, Standard, Yellow | | 3.00 | $124.00 | $372.00 | C04979 Precarious Beer Project |
| PAK-4PKSTD-YELLOW | Invoice | 9/23/2024 | INV50006 | PakTech®, QuadPak, Standard, Yellow | | 8.00 | $124.00 | $960.00 | C01980 Citizen Cider |
| PAK-4PKSTD-YELLOW | Invoice | 9/25/2024 | INV50057 | PakTech®, QuadPak, Standard, Yellow | | 1.00 | $124.00 | $124.00 | C11131 Dan Lawrence |
| PAK-4PKSTD-YELLOW | Invoice | 9/25/2024 | INV50045 | PakTech®, QuadPak, Standard, Yellow | | 3.00 | $124.00 | $362.46 | C01433 SpindleTap Brewery |
| PAK-4PKSTD-YELLOW | Invoice | 9/25/2024 | INV50114 | PakTech®, QuadPak, Standard, Yellow | | 3.00 | $124.00 | $372.00 | C02151 Bainbridge Brewing |
| PAK-4PKSTD-YELLOW | Invoice | 9/26/2024 | INV50168 | PakTech®, QuadPak, Standard, Yellow | | 5.00 | $124.00 | $540.00 | C11485 Glacier Brewing Co. |
| PAK-4PKSTD-YELLOW | Invoice | 9/26/2024 | INV50163 | PakTech®, QuadPak, Standard, Yellow | | 1.00 | $124.00 | $121.82 | C10729 Wackadoo Brewing |
| PAK-4PKSTD-YELLOW | Invoice | 9/27/2024 | INV50212 | PakTech®, QuadPak, Standard, Yellow | | 1.00 | $124.00 | $120.08 | C06026 Roughhouse Brewing |
| PAK-4PKSTD-YELLOW | Invoice | 9/27/2024 | INV50242 | PakTech®, QuadPak, Standard, Yellow | | 12.00 | $112.00 | $1,092.00 | C01110 Beachwood Brewing |
| PAK-4PKSTD-YELLOW | Invoice | 9/30/2024 | INV50330 | PakTech®, QuadPak, Standard, Yellow | | 1.00 | $94.00 | $94.00 | C07885 Glenbrook Brewery LLC |

**American Canning LLC**
**Holding Company : American Canning LLC**
**Sales by Item Detail**
**September 1, 2024 - December 31, 2024**

| Item | Type | Date | Document Number | Description | Serial Numbers | Qty. Sold | Sales Price | Revenue | Customer |
|---|---|---|---|---|---|---|---|---|---|
| PAK-4PKSTD-YELLOW | Invoice | 10/1/2024 | INV50336 | PakTech®, QuadPak, Standard, Yellow | | 1.00 | $94.00 | $94.00 | C03194 Parleaux Beer Lab |
| PAK-4PKSTD-YELLOW | Invoice | 10/1/2024 | INV50337 | PakTech®, QuadPak, Standard, Yellow | | 1.00 | $94.00 | $94.00 | C08673 Short Story Brewing |
| PAK-4PKSTD-YELLOW | Invoice | 10/2/2024 | INV50360 | PakTech®, QuadPak, Standard, Yellow | | 2.00 | $94.00 | $188.00 | C07896 Lake Pleasant Brewing |
| PAK-4PKSTD-YELLOW | Invoice | 10/2/2024 | INV50391 | PakTech®, QuadPak, Standard, Yellow | | 4.00 | $94.00 | $376.00 | C05486 Brouwerij West |
| PAK-4PKSTD-YELLOW | Invoice | 10/2/2024 | INV50377 | PakTech®, QuadPak, Standard, Yellow | | 2.00 | $94.00 | $188.00 | C09064 Boxing Bear Brewing Co. |
| PAK-4PKSTD-YELLOW | Invoice | 10/2/2024 | INV50349 | PakTech®, QuadPak, Standard, Yellow | | 3.00 | $94.00 | $282.00 | C01217 Fairhope Brewing Co. |
| PAK-4PKSTD-YELLOW | Invoice | 10/2/2024 | INV50347 | PakTech®, QuadPak, Standard, Yellow | | 5.00 | $94.00 | $470.00 | C07684 Elder Pine Brewing & Blending Co |
| PAK-4PKSTD-YELLOW | Invoice | 10/2/2024 | INV50407 | PakTech®, QuadPak, Standard, Yellow | | 6.00 | $94.00 | $564.00 | C01980 Citizen Cider |
| PAK-4PKSTD-YELLOW | Invoice | 10/2/2024 | INV50395 | PakTech®, QuadPak, Standard, Yellow | | 2.00 | $94.00 | $188.00 | C05716 River North Brewery |
| PAK-4PKSTD-YELLOW | Invoice | 10/3/2024 | INV50431 | PakTech®, QuadPak, Standard, Yellow | | 1.00 | $120.00 | $110.33 | C06407 Vacancy Brewing |
| PAK-4PKSTD-YELLOW | Invoice | 10/3/2024 | INV50418 | PakTech®, QuadPak, Standard, Yellow | | 2.00 | $124.00 | $244.54 | C01082 Austin Beer Garden & Brewery |
| PAK-6PKSLEEK-BLACK | Invoice | 9/6/2024 | INV49605 | PakTech®, 6 Pak, Sleek, Black | | 2.00 | $119.00 | $238.00 | C08265 Plaza Liquors |
| PAK-6PKSLEEK-BLACK | Invoice | 9/18/2024 | INV49887 | PakTech®, 6 Pak, Sleek, Black | | 4.00 | $119.00 | $476.00 | C12144 Good Feels |
| PAK-6PKSLEEK-BLACK | Invoice | 9/18/2024 | INV49851 | PakTech®, 6 Pak, Sleek, Black | | 1.00 | $119.00 | $119.00 | C07395 Spiros Liquor Inc |
| PAK-6PKSLEEK-BLACK | Invoice | 9/19/2024 | INV49906 | PakTech®, 6 Pak, Sleek, Black | | 4.00 | $119.00 | $476.00 | C01262 Hidden Springs Ale Works |
| PAK-6PKSLEEK-BLACK | Invoice | 9/23/2024 | INV49921 | PakTech®, 6 Pak, Sleek, Black | | 4.00 | $119.00 | $476.00 | C09810 trimtab brewing co |
| PAK-6PKSLEEK-BLACK | Invoice | 9/23/2024 | INV49994 | PakTech®, 6 Pak, Sleek, Black | | 2.00 | $119.00 | $238.00 | C01657 Superfood & Company |
| PAK-6PKSLEEK-BLACK | Invoice | 9/25/2024 | INV50097 | PakTech®, 6 Pak, Sleek, Black | | 4.00 | $114.00 | $456.00 | C09778 Rise Kombucha |
| PAK-6PKSLEEK-BLACK | Invoice | 9/25/2024 | INV50127 | PakTech®, 6 Pak, Sleek, Black | | 1.00 | $119.00 | $118.00 | C11277 Running Lights |
| PAK-6PKSLEEK-BLACK | Invoice | 9/25/2024 | INV50131 | PakTech®, 6 Pak, Sleek, Black | | 1.00 | $114.00 | $114.00 | C09917 How You Brewin |
| PAK-6PKSLEEK-BLACK | Invoice | 9/27/2024 | INV50202 | PakTech®, 6 Pak, Sleek, Black | | 1.00 | $114.00 | $114.00 | C08441 Canworks, Inc |
| PAK-6PKSLEEK-BLACK | Invoice | 10/2/2024 | INV50388 | PakTech®, 6 Pak, Sleek, Black | | 4.00 | $88.00 | $352.00 | C11157 Max Koskela |
| PAK-6PKSLEEK-BLACK | Invoice | 10/4/2024 | INV50455 | PakTech®, 6 Pak, Sleek, Black | | 68.00 | $85.28 | $5,799.04 | C08441 Canworks, Inc |
| PAK-6PKSLEEK-RED | Invoice | 9/23/2024 | INV49994 | PakTech®, 6 Pak, Sleek, Red | | 2.00 | $119.00 | $238.00 | C01657 Superfood & Company |
| PAK-6PKSLEEK-ULTBLUE | Invoice | 9/23/2024 | INV49994 | PakTech®, 6 Pak, Sleek, Ultra Blue | | 2.00 | $119.00 | $238.00 | C01657 Superfood & Company |
| PAK-6PKSLEEK-WHITE | Invoice | 9/3/2024 | INV49501 | PakTech®, 6 Pak, Sleek, White | | 6.00 | $119.00 | $714.00 | C07675 Core Brewing & Distilling |
| PAK-6PKSLEEK-WHITE | Invoice | 9/3/2024 | INV49506 | PakTech®, 6 Pak, Sleek, White | | 1.00 | $119.00 | $119.00 | C11553 Andrea Marley |
| PAK-6PKSLEEK-WHITE | Invoice | 9/9/2024 | INV49656 | PakTech®, 6 Pak, Sleek, White | | 4.00 | $119.00 | $476.00 | C12089 Annie Henderson |
| PAK-6PKSLEEK-WHITE | Invoice | 9/12/2024 | INV49745 | PakTech®, 6 Pak, Sleek, White | | 4.00 | $119.00 | $476.00 | C12112 Shipbots |
| PAK-6PKSLEEK-WHITE | Invoice | 9/23/2024 | INV49994 | PakTech®, 6 Pak, Sleek, White | | 2.00 | $119.00 | $238.00 | C01657 Superfood & Company |
| PAK-6PKSLEEK-WHITE | Invoice | 9/23/2024 | INV50007 | PakTech®, 6 Pak, Sleek, White | | 3.00 | $119.00 | $357.00 | C10509 Siddharth Chitnis |
| PAK-6PKSLEEK-WHITE | Invoice | 9/23/2024 | INV50002 | PakTech®, 6 Pak, Sleek, White | | 8.00 | $119.00 | $952.00 | C07675 Core Brewing & Distilling |
| PAK-6PKSLEEK-WHITE | Invoice | 9/23/2024 | INV50005 | PakTech®, 6 Pak, Sleek, White | | 10.00 | $119.00 | $1,190.00 | C12165 Benjamin Krysiak |
| PAK-6PKSLEEK-WHITE | Invoice | 9/25/2024 | INV50133 | PakTech®, 6 Pak, Sleek, White | | 15.00 | $114.00 | $1,590.00 | C10820 Steven Wiggins |
| PAK-6PKSLEEK-WHITE | Invoice | 10/2/2024 | INV50413 | PakTech®, 6 Pak, Sleek, White | | 1.00 | $88.00 | $88.00 | C07348 Inner Mission Inc |
| PAK-6PKSLEEK-WHITE | Invoice | 10/4/2024 | INV50455 | PakTech®, 6 Pak, Sleek, White | | 120.00 | $85.28 | $10,233.60 | C08441 Canworks, Inc |
| PAK-6PKSTD-AQUA | Invoice | 9/4/2024 | INV49557 | PakTech®, 6Pak, Standard, Aqua | | 1.00 | $101.00 | $101.00 | C10548 Fast Friends Beer Company |
| PAK-6PKSTD-AQUA | Invoice | 9/11/2024 | INV49714 | PakTech®, 6Pak, Standard, Aqua | | 1.00 | $101.00 | $76.00 | C12105 Schuss Boom Brewing |
| PAK-6PKSTD-AQUA | Invoice | 9/23/2024 | INV49984 | PakTech®, 6Pak, Standard, Aqua | | 1.00 | $101.00 | $94.00 | C11036 Exxon gas station |
| PAK-6PKSTD-AQUA | Invoice | 9/23/2024 | INV49997 | PakTech®, 6Pak, Standard, Aqua | | 3.00 | $103.24 | $309.72 | C08218 Rice Lake Beer & Cider Co. Ltd. |
| PAK-6PKSTD-BERRYRED | Invoice | 9/20/2024 | INV49937 | PakTech®, 6Pak, Standard, Berry Red | | 20.00 | $101.00 | $2,020.00 | C01430 Southern Star Brewing |
| PAK-6PKSTD-BERRYRED | Invoice | 9/27/2024 | INV50231 | PakTech®, 6Pak, Standard, Berry Red | | 2.00 | $88.00 | $176.00 | C08265 Plaza Liquors |
| PAK-6PKSTD-BLACK | Invoice | 9/3/2024 | INV49495 | PakTech®, 6Pak, Standard, Black | | 1.00 | $101.00 | $101.00 | C12047 Box 781 |
| PAK-6PKSTD-BLACK | Invoice | 9/3/2024 | INV49502 | PakTech®, 6Pak, Standard, Black | | 3.00 | $101.00 | $303.00 | C11357 Bohemian Brewery |
| PAK-6PKSTD-BLACK | Invoice | 9/4/2024 | INV49556 | PakTech®, 6Pak, Standard, Black | | 4.00 | $101.00 | $388.00 | C07132 Parish Brewing Company |
| PAK-6PKSTD-BLACK | Invoice | 9/4/2024 | INV49543 | PakTech®, 6Pak, Standard, Black | | 5.00 | $101.00 | $505.00 | C05706 Deadbeach Brewery |
| PAK-6PKSTD-BLACK | Invoice | 9/5/2024 | INV49566 | PakTech®, 6Pak, Standard, Black | | 2.00 | $101.00 | $202.00 | C11392 BCAG |
| PAK-6PKSTD-BLACK | Invoice | 9/6/2024 | INV49604 | PakTech®, 6Pak, Standard, Black | | 5.00 | $101.00 | $505.00 | C09536 Great Raft Brewing |
| PAK-6PKSTD-BLACK | Invoice | 9/6/2024 | INV49590 | PakTech®, 6Pak, Standard, Black | | 1.00 | $101.00 | $101.00 | C01383 Red Horn Brewing |
| PAK-6PKSTD-BLACK | Invoice | 9/9/2024 | INV49643 | PakTech®, 6Pak, Standard, Black | | 3.00 | $101.00 | $303.00 | C09536 Great Raft Brewing |
| PAK-6PKSTD-BLACK | Invoice | 9/9/2024 | INV49661 | PakTech®, 6Pak, Standard, Black | | 3.00 | $101.00 | $303.00 | C09617 Third Coast Coffee |
| PAK-6PKSTD-BLACK | Invoice | 9/12/2024 | INV49722 | PakTech®, 6Pak, Standard, Black | | 1.00 | $101.00 | $101.00 | C11357 Bohemian Brewery |
| PAK-6PKSTD-BLACK | Invoice | 9/13/2024 | INV49766 | PakTech®, 6Pak, Standard, Black | | 1.00 | $101.00 | $101.00 | C06946 Mountaintown Brewing |
| PAK-6PKSTD-BLACK | Invoice | 9/16/2024 | INV49785 | PakTech®, 6Pak, Standard, Black | | 6.00 | $101.00 | $606.00 | C01373 Pretoria Fields Collective |
| PAK-6PKSTD-BLACK | Invoice | 9/16/2024 | INV49787 | PakTech®, 6Pak, Standard, Black | | 1.00 | $101.00 | $101.00 | C02280 Rally Cap Brewing Company |
| PAK-6PKSTD-BLACK | Invoice | 9/16/2024 | INV49814 | PakTech®, 6Pak, Standard, Black | | 4.00 | $101.00 | $385.77 | C08589 Greenbrier Valley Brewing Company |
| PAK-6PKSTD-BLACK | Invoice | 9/16/2024 | INV49816 | PakTech®, 6Pak, Standard, Black | | 2.00 | $101.00 | $202.00 | C01621 Left Coast Brewing Co. |
| PAK-6PKSTD-BLACK | Invoice | 9/16/2024 | INV49796 | PakTech®, 6Pak, Standard, Black | | 2.00 | $101.00 | $199.10 | C10296 Barry VanDyke |
| PAK-6PKSTD-BLACK | Invoice | 9/17/2024 | INV49824 | PakTech®, 6Pak, Standard, Black | | 20.00 | $101.00 | $1,940.00 | C09448 Iron Monk Brewing Co |
| PAK-6PKSTD-BLACK | Invoice | 9/18/2024 | INV49891 | PakTech®, 6Pak, Standard, Black | | 6.00 | $101.00 | $606.00 | C02381 Big Top Brewing Company |
| PAK-6PKSTD-BLACK | Invoice | 9/18/2024 | INV49882 | PakTech®, 6Pak, Standard, Black | | 6.00 | $101.00 | $606.00 | C09593 Brewery X |
| PAK-6PKSTD-BLACK | Invoice | 9/18/2024 | INV49854 | PakTech®, 6Pak, Standard, Black | | 2.00 | $101.00 | $202.00 | C05695 Drowned Valley Brewing Co |
| PAK-6PKSTD-BLACK | Invoice | 9/18/2024 | INV50294 | PakTech®, 6Pak, Standard, Black | | 10.00 | $78.00 | $780.00 | C01434 St. Elmo Brewing Co. |
| PAK-6PKSTD-BLACK | Invoice | 9/18/2024 | INV49860 | PakTech®, 6Pak, Standard, Black | | 1.00 | $101.00 | $99.52 | C09707 Fat Toad Brewing Company |
| PAK-6PKSTD-BLACK | Invoice | 9/19/2024 | INV49896 | PakTech®, 6Pak, Standard, Black | | 2.00 | $101.00 | $202.00 | C06288 Cappys Wine & Spirits |
| PAK-6PKSTD-BLACK | Invoice | 9/20/2024 | INV49941 | PakTech®, 6Pak, Standard, Black | | 1.00 | $101.00 | $98.60 | C03002 Icebox Brewing Company |
| PAK-6PKSTD-BLACK | Invoice | 9/20/2024 | INV49940 | PakTech®, 6Pak, Standard, Black | | 6.00 | $101.00 | $606.00 | C01427 Soulcraft Brewing |
| PAK-6PKSTD-BLACK | Invoice | 9/20/2024 | INV49945 | PakTech®, 6Pak, Standard, Black | | 20.00 | $101.00 | $1,940.00 | C05706 DeadBeach Brewery |
| PAK-6PKSTD-BLACK | Invoice | 9/20/2024 | INV49954 | PakTech®, 6Pak, Standard, Black | | 40.00 | $88.00 | $3,238.14 | C01451 Texas Beer Co |
| PAK-6PKSTD-BLACK | Invoice | 9/20/2024 | INV49931 | PakTech®, 6Pak, Standard, Black | | 2.00 | $101.00 | $202.00 | C01244 Glacial Till Vineyard & Winery |
| PAK-6PKSTD-BLACK | Invoice | 9/23/2024 | INV49990 | PakTech®, 6Pak, Standard, Black | | 2.00 | $101.00 | $202.00 | C12164 Bound Beverages |
| PAK-6PKSTD-BLACK | Invoice | 9/23/2024 | INV50004 | PakTech®, 6Pak, Standard, Black | | 2.00 | $101.00 | $202.00 | C11053 New Belgium Brewing |
| PAK-6PKSTD-BLACK | Invoice | 9/23/2024 | INV49993 | PakTech®, 6Pak, Standard, White | | 2.00 | $101.00 | $202.00 | C10524 Rogers Wines & Spirits |

**American Canning LLC**
**Holding Company : American Canning LLC**
**Sales by Item Detail**
**September 1, 2024 - December 31, 2024**

| Item | Type | Date | Document Number | Description | Serial Numbers | Qty. Sold | Sales Price | Revenue | Customer |
|------|------|------|-----------------|-------------|----------------|-----------|-------------|---------|----------|
| PAK-6PKSTD-BLACK | Invoice | 9/23/2024 | INV50001 | PakTech®, 6Pak, Standard, Black | | 4.00 | $97.00 | $388.00 | C11357 Bohemian Brewery |
| PAK-6PKSTD-BLACK | Invoice | 9/23/2024 | INV49987 | PakTech®, 6Pak, Standard, Black | | 6.00 | $101.00 | $579.98 | C09013 Breeyan Edwards |
| PAK-6PKSTD-BLACK | Invoice | 9/25/2024 | INV50070 | PakTech®, 6Pak, Standard, Black | | 1.00 | $101.00 | $99.44 | C01264 Hold Out Brewing |
| PAK-6PKSTD-BLACK | Invoice | 9/25/2024 | INV50091 | PakTech®, 6Pak, Standard, Black | | 2.00 | $101.00 | $202.00 | C01300 Lazarus Brewing Co |
| PAK-6PKSTD-BLACK | Invoice | 9/30/2024 | INV50295 | PakTech®, 6Pak, Standard, Black | | 5.00 | $88.00 | $440.00 | C01278 Independence Brewing Co. |
| PAK-6PKSTD-BLACK | Invoice | 10/1/2024 | INV50415 | PakTech®, 6Pak, Standard, Black | | 53.00 | $88.00 | $4,664.00 | C01278 Independence Brewing Co. |
| PAK-6PKSTD-BLACK | Invoice | 10/4/2024 | INV50456 | PakTech®, 6Pak, Standard, Black | | 10.00 | $78.00 | $780.00 | C01434 St. Elmo Brewing Co. |
| PAK-6PKSTD-CREAM | Invoice | 9/6/2024 | INV49586 | PakTech®, 6Pak, Standard, Cream | | 40.00 | $91.00 | $3,640.00 | C06404 Straight To Ale Brands, Inc. |
| PAK-6PKSTD-CREAM | Invoice | 9/10/2024 | INV49691 | PakTech®, 6Pak, Standard, Cream | | 8.00 | $101.00 | $808.00 | C11387 Horse Hollow Distillery |
| PAK-6PKSTD-CREAM | Invoice | 9/17/2024 | INV49831 | PakTech®, 6Pak, Standard, Cream | | 40.00 | $101.00 | $3,688.71 | C01507 Zilker Brewing Company |
| PAK-6PKSTD-CREAM | Invoice | 9/18/2024 | INV50294 | PakTech®, 6Pak, Standard, Cream | | 10.00 | $91.00 | $910.00 | C01434 St. Elmo Brewing Co. |
| PAK-6PKSTD-CREAM | Invoice | 9/19/2024 | INV49893 | PakTech®, 6Pak, Standard, Cream | | 3.00 | $101.00 | $303.00 | C07631 Fermensch Kombucha |
| PAK-6PKSTD-CREAM | Invoice | 9/26/2024 | INV50156 | PakTech®, 6Pak, Standard, Cream | | 2.00 | $96.00 | $188.00 | C01019 5 Stones Artisan Brewery |
| PAK-6PKSTD-CREAM | Invoice | 9/27/2024 | INV50232 | PakTech®, 6Pak, Standard, Cream | | 5.00 | $88.00 | $440.00 | C07631 Fermensch Kombucha |
| PAK-6PKSTD-CREAM | Invoice | 9/27/2024 | INV50215 | PakTech®, 6Pak, Standard, Cream | | 4.00 | $101.00 | $404.00 | C01134 Blackwater Draw Brewing Co. |
| PAK-6PKSTD-CREAM | Invoice | 10/2/2024 | INV50409 | PakTech®, 6Pak, Standard, Cream | | 1.00 | $74.00 | $74.00 | C01908 Scorched Earth Brewing LLC |
| PAK-6PKSTD-DARKGRN | Invoice | 9/23/2024 | INV49999 | PakTech®, 6Pak, Standard, Dark Green | | 3.00 | $101.00 | $303.00 | C12162 Kansas City Bier Company |
| PAK-6PKSTD-DARKGRN | Invoice | 9/25/2024 | INV50074 | PakTech®, 6Pak, Standard, Dark Green | | 6.00 | $101.00 | $576.00 | C03686 freds avalon liquor store |
| PAK-6PKSTD-DARKGRN | Invoice | 9/25/2024 | INV50134 | PakTech®, 6Pak, Standard, Dark Green | | 2.00 | $96.00 | $192.00 | C04229 Fred"s Tavern |
| PAK-6PKSTD-DARKGRN | Invoice | 9/26/2024 | INV50156 | PakTech®, 6Pak, Standard, Dark Green | | 1.00 | $96.00 | $94.00 | C01019 5 Stones Artisan Brewery |
| PAK-6PKSTD-DARKGRN | Invoice | 9/27/2024 | INV50227 | PakTech®, 6Pak, Standard, Dark Green | | 1.00 | $88.00 | $88.00 | C11218 Hilton Head Brewing Co. |
| PAK-6PKSTD-DARKGRN | Invoice | 9/30/2024 | INV50324 | PakTech®, 6Pak, Standard, Dark Green | | 2.00 | $74.00 | $148.00 | C03538 Mainstreet Liquor |
| PAK-6PKSTD-DARKGRN | Invoice | 10/2/2024 | INV50393 | PakTech®, 6Pak, Standard, Dark Green | | 2.00 | $74.00 | $148.00 | C09421 Grant Importing & Distributing Co. |
| PAK-6PKSTD-DARKGRN | Invoice | 10/2/2024 | INV50403 | PakTech®, 6Pak, Standard, Dark Green | | 3.00 | $74.00 | $222.00 | C04229 Fred"s Tavern |
| PAK-6PKSTD-EMRLDGRN | Invoice | 9/5/2024 | INV49562 | PakTech®, 6Pak, Standard, Emerald Green | | 2.00 | $101.00 | $202.00 | C12027 Bobby Chacko |
| PAK-6PKSTD-EMRLDGRN | Invoice | 9/17/2024 | INV49825 | PakTech®, 6Pak, Standard, Emerald Green | | 5.00 | $101.00 | $505.00 | C01507 Zilker Brewing Company |
| PAK-6PKSTD-EMRLDGRN | Invoice | 9/26/2024 | INV50188 | PakTech®, 6Pak, Standard, Emerald Green | | 1.00 | $96.00 | $96.00 | C01133 Black Star Co-op |
| PAK-6PKSTD-EMRLDGRN | Invoice | 9/30/2024 | INV50330 | PakTech®, 6Pak, Standard, Emerald Green | | 1.00 | $74.00 | $74.00 | C07885 Glenbrook Brewery LLC |
| PAK-6PKSTD-EMRLDGRN | Invoice | 9/30/2024 | INV50324 | PakTech®, 6Pak, Standard, Emerald Green | | 2.00 | $74.00 | $148.00 | C03538 Mainstreet Liquor |
| PAK-6PKSTD-GOLD | Invoice | 9/4/2024 | INV49536 | PakTech®, 6Pak, Standard, Gold | | 2.00 | $101.00 | $202.00 | C05973 Flight Deck Brewing |
| PAK-6PKSTD-GOLD | Invoice | 9/6/2024 | INV49602 | PakTech®, 6Pak, Standard, Gold | | 2.00 | $101.00 | $200.48 | C12080 James Woods |
| PAK-6PKSTD-GOLD | Invoice | 9/6/2024 | INV49595 | PakTech®, 6Pak, Standard, Gold | | 2.00 | $101.00 | $199.57 | C02071 Frontyard Brewing |
| PAK-6PKSTD-GOLD | Invoice | 9/6/2024 | INV49626 | PakTech®, 6Pak, Standard, Gold | | 2.00 | $101.00 | $202.00 | C10863 Rick's Beverages |
| PAK-6PKSTD-GOLD | Invoice | 9/9/2024 | INV49658 | PakTech®, 6Pak, Standard, Gold | | 2.00 | $101.00 | $202.00 | C01714 Bayou City Hemp |
| PAK-6PKSTD-GOLD | Invoice | 9/11/2024 | INV49711 | PakTech®, 6Pak, Standard, Gold | | 13.00 | $101.00 | $1,313.00 | C03488 Goose Ridge Vineyards |
| PAK-6PKSTD-GOLD | Invoice | 9/16/2024 | INV49786 | PakTech®, 6Pak, Standard, Gold | | 2.00 | $101.00 | $202.00 | C04205 White Elm Brewing Company |
| PAK-6PKSTD-GOLD | Invoice | 9/18/2024 | INV49888 | PakTech®, 6Pak, Standard, Gold | | 1.00 | $101.00 | $101.00 | C02382 Community Beer Works |
| PAK-6PKSTD-GOLD | Invoice | 9/18/2024 | INV49890 | PakTech®, 6Pak, Standard, Gold | | 3.00 | $101.00 | $303.00 | C01433 SpindleTap Brewery |
| PAK-6PKSTD-GOLD | Invoice | 9/19/2024 | INV49907 | PakTech®, 6Pak, Standard, Gold | | 6.00 | $101.00 | $606.00 | C01664 Diamond Knot Craft Brewing |
| PAK-6PKSTD-GOLD | Invoice | 9/20/2024 | INV49932 | PakTech®, 6Pak, Standard, Gold | | 1.00 | $101.00 | $101.00 | C09340 Plainview Beer |
| PAK-6PKSTD-GOLD | Invoice | 9/23/2024 | INV49986 | PakTech®, 6Pak, Standard, Gold | | 10.00 | $101.00 | $940.00 | C07475 Paradigm Brewing Company |
| PAK-6PKSTD-GOLD | Invoice | 9/23/2024 | INV50017 | PakTech®, 6Pak, Standard, Gold | | 1.00 | $101.00 | $100.99 | C09379 Lawless Brewing Company |
| PAK-6PKSTD-GOLD | Invoice | 9/27/2024 | INV50204 | PakTech®, 6Pak, Standard, Gold | | 2.00 | $94.00 | $182.37 | C03067 Pearl Beach Brew Pub |
| PAK-6PKSTD-GOLD | Invoice | 9/27/2024 | INV50263 | PakTech®, 6Pak, Standard, Gold | | 3.00 | $94.00 | $282.00 | C02071 Frontyard Brewing |
| PAK-6PKSTD-GOLD | Invoice | 10/1/2024 | INV50415 | PakTech®, 6Pak, Standard, Gold | | 10.00 | $88.00 | $880.00 | C01278 Independence Brewing Co. |
| PAK-6PKSTD-GOLD | Invoice | 10/9/2024 | INV50457 | PakTech®, 6Pak, Standard, Gold | | 1.00 | $88.00 | $88.00 | C01278 Independence Brewing Co. |
| PAK-6PKSTD-HAZELNUT | Invoice | 9/11/2024 | INV49708 | PakTech®, 6Pak, Standard, Hazelnut | | 10.00 | $101.00 | $1,010.00 | C11387 Horse Hollow Distillery |
| PAK-6PKSTD-IRIS | Invoice | 9/6/2024 | INV49611 | PakTech®, 6Pak, Standard, Iris | | 2.00 | $101.00 | $202.00 | C04282 New England Brewing Co |
| PAK-6PKSTD-IRIS | Invoice | 9/23/2024 | INV49984 | PakTech®, 6Pak, Standard, Iris | | 2.00 | $101.00 | $188.00 | C11036 Exxon gas station |
| PAK-6PKSTD-IRIS | Invoice | 9/25/2024 | INV50113 | PakTech®, 6Pak, Standard, Iris | | 1.00 | $96.00 | $96.00 | C07146 Dark Moon Coffee |
| PAK-6PKSTD-IRIS | Invoice | 9/25/2024 | INV50122 | PakTech®, 6Pak, Standard, Iris | | 1.00 | $96.00 | $96.00 | C08506 CURES |
| PAK-6PKSTD-IRIS | Invoice | 9/25/2024 | INV50045 | PakTech®, 6Pak, Standard, Iris | | 2.00 | $96.00 | $187.08 | C01433 SpindleTap Brewery |
| PAK-6PKSTD-IRIS | Invoice | 9/27/2024 | INV50206 | PakTech®, 6Pak, Standard, Iris | | 3.00 | $96.00 | $288.00 | C01645 Lost Colony Brewery |
| PAK-6PKSTD-IRIS | Invoice | 10/2/2024 | INV50389 | PakTech®, 6Pak, Standard, Iris | | 3.00 | $74.00 | $222.00 | C01684 Welltown Brewing |
| PAK-6PKSTD-MARIGOLD | Invoice | 9/6/2024 | INV49586 | PakTech®, 6Pak, Standard, Marigold | | 40.00 | $91.00 | $3,640.00 | C06404 Straight To Ale Brands, Inc. |
| PAK-6PKSTD-MARIGOLD | Invoice | 9/17/2024 | INV49818 | PakTech®, 6Pak, Standard, Marigold | | 2.00 | $101.00 | $202.00 | C09440 Oddstory Brewing Co. |
| PAK-6PKSTD-MARIGOLD | Invoice | 9/18/2024 | INV49888 | PakTech®, 6Pak, Standard, Marigold | | 1.00 | $101.00 | $101.00 | C02382 Community Beer Works |
| PAK-6PKSTD-MARIGOLD | Invoice | 9/19/2024 | INV49900 | PakTech®, 6Pak, Standard, Marigold | | 1.00 | $101.00 | $101.00 | C07488 Smartmouth Brewing |
| PAK-6PKSTD-MARIGOLD | Invoice | 9/30/2024 | INV50322 | PakTech®, 6Pak, Standard, Marigold | | 3.00 | $74.00 | $222.00 | C01094 Saints and Sinners Brewing Company LLC |
| PAK-6PKSTD-MARIGOLD | Invoice | 10/2/2024 | INV50395 | PakTech®, 6Pak, Standard, Marigold | | 1.00 | $74.00 | $74.00 | C05716 River North Brewery |
| PAK-6PKSTD-MARIGOLD | Invoice | 10/11/2024 | INV50474 | PakTech®, 6Pak, Standard, Marigold | | 80.00 | $40.00 | $3,200.00 | C06404 Straight To Ale Brands, Inc. |
| PAK-6PKSTD-NAVYBLUE | Invoice | 9/18/2024 | INV50294 | PakTech®, 6Pak, Standard, Navy Blue | | 10.00 | $78.00 | $780.00 | C01434 St. Elmo Brewing Co. |
| PAK-6PKSTD-NAVYBLUE | Invoice | 9/20/2024 | INV49927 | PakTech®, 6Pak, Standard, Navy Blue | | 40.00 | $101.00 | $4,040.00 | C01430 Southern Star Brewing |
| PAK-6PKSTD-NAVYBLUE | Invoice | 9/20/2024 | INV49973 | PakTech®, 6Pak, Standard, Navy Blue | | 3.00 | $101.00 | $303.00 | C01201 Dorcol Distilling + Brewing Co. |
| PAK-6PKSTD-NAVYBLUE | Invoice | 9/25/2024 | INV50074 | PakTech®, 6Pak, Standard, Navy Blue | | 2.00 | $96.00 | $192.00 | C03686 freds avalon liquor store |
| PAK-6PKSTD-NAVYBLUE | Invoice | 9/25/2024 | INV50122 | PakTech®, 6Pak, Standard, Navy Blue | | 1.00 | $96.00 | $96.00 | C08506 CURES |
| PAK-6PKSTD-NAVYBLUE | Invoice | 9/25/2024 | INV50111 | PakTech®, 6Pak, Standard, Navy Blue | | 4.00 | $96.00 | $384.00 | C03785 Decatur Package Store |
| PAK-6PKSTD-NAVYBLUE | Invoice | 10/4/2024 | INV50456 | PakTech®, 6Pak, Standard, Navy Blue | | 20.00 | $78.00 | $1,560.00 | C01434 St. Elmo Brewing Co. |
| PAK-6PKSTD-PINK | Invoice | 9/6/2024 | INV49599 | PakTech®, 6Pak, Standard, Pink | | 23.00 | $101.00 | $2,235.66 | C04258 Springfield Brewing Company |
| PAK-6PKSTD-PINK | Invoice | 9/11/2024 | INV49717 | PakTech®, 6Pak, Standard, Pink | | 1.00 | $101.00 | $101.00 | C09907 Replicant: Shell |
| PAK-6PKSTD-PINK | Invoice | 9/23/2024 | INV49984 | PakTech®, 6Pak, Standard, Pink | | 1.00 | $101.00 | $94.00 | C11036 Exxon gas station |
| PAK-6PKSTD-PINK | Invoice | 9/30/2024 | INV50322 | PakTech®, 6Pak, Standard, Pink | | 3.00 | $74.00 | $222.00 | C01094 Saints and Sinners Brewing Company LLC |
| PAK-6PKSTD-PINK | Invoice | 10/2/2024 | INV50389 | PakTech®, 6Pak, Standard, Pink | | 5.00 | $74.00 | $370.00 | C12228 shibli haddad |

**American Canning LLC**
**Holding Company : American Canning LLC**
**Sales by Item Detail**
**September 1, 2024 - December 31, 2024**

| Item | Type | Date | Document Number | Description | Serial Numbers | Qty. Sold | Sales Price | Revenue | Customer |
|---|---|---|---|---|---|---|---|---|---|
| PAK-6PKSTD-POWDBLUE | Invoice | 9/11/2024 | INV49717 | PakTech®, 6Pak, Standard, Powder Blue | | 1.00 | $101.00 | $101.00 | C09907 Replicant: Shell |
| PAK-6PKSTD-POWDBLUE | Invoice | 9/12/2024 | INV49721 | PakTech®, 6Pak, Standard, Powder Blue | | 6.00 | $101.00 | $606.00 | C10720 TALEA Beer Co. |
| PAK-6PKSTD-POWDBLUE | Invoice | 9/12/2024 | INV49722 | PakTech®, 6Pak, Standard, Powder Blue | | 2.00 | $101.00 | $202.00 | C11357 Bohemian Brewery |
| PAK-6PKSTD-POWDBLUE | Invoice | 9/17/2024 | INV49824 | PakTech®, 6Pak, Standard, Powder Blue | | 1.00 | $101.00 | $97.00 | C09448 Iron Monk Brewing Co |
| PAK-6PKSTD-POWDBLUE | Invoice | 9/18/2024 | INV50294 | PakTech®, 6Pak, Standard, Powder Blue | | 10.00 | $91.00 | $910.00 | C01434 St. Elmo Brewing Co. |
| PAK-6PKSTD-POWDBLUE | Invoice | 9/18/2024 | INV49844 | PakTech®, 6Pak, Standard, Powder Blue | | 1.00 | $101.00 | $101.00 | C07300 pherm brewing company llc |
| PAK-6PKSTD-POWDBLUE | Invoice | 9/23/2024 | INV49984 | PakTech®, 6Pak, Standard, Powder Blue | | 2.00 | $101.00 | $188.00 | C11036 Exxon gas station |
| PAK-6PKSTD-POWDBLUE | Invoice | 9/23/2024 | INV50001 | PakTech®, 6Pak, Standard, Powder Blue | | 14.00 | $97.00 | $1,358.00 | C11357 Bohemian Brewery |
| PAK-6PKSTD-POWDBLUE | Invoice | 9/25/2024 | INV50122 | PakTech®, 6Pak, Standard, Powder Blue | | 1.00 | $96.00 | $96.00 | C08506 CURES |
| PAK-6PKSTD-POWDBLUE | Invoice | 9/25/2024 | INV50042 | PakTech®, 6Pak, Standard, Powder Blue | | 1.00 | $96.00 | $96.00 | C07300 pherm brewing company llc |
| PAK-6PKSTD-POWDBLUE | Invoice | 9/27/2024 | INV50227 | PakTech®, 6Pak, Standard, Powder Blue | | 1.00 | $88.00 | $88.00 | C11218 Hilton Head Brewing Co. |
| PAK-6PKSTD-POWDBLUE | Invoice | 10/2/2024 | INV50395 | PakTech®, 6Pak, Standard, Powder Blue | | 3.00 | $74.00 | $222.00 | C05716 River North Brewery |
| PAK-6PKSTD-POWDBLUE | Invoice | 10/2/2024 | INV50389 | PakTech®, 6Pak, Standard, Powder Blue | | 5.00 | $74.00 | $370.00 | C12228 shibli haddad |
| PAK-6PKSTD-POWDBLUE | Invoice | 10/2/2024 | INV50381 | PakTech®, 6Pak, Standard, Powder Blue | | 40.00 | $74.00 | $2,960.00 | C07132 Parish Brewing Company |
| PAK-6PKSTD-POWDBLUE | Invoice | 10/2/2024 | INV50349 | PakTech®, 6Pak, Standard, Powder Blue | | 3.00 | $74.00 | $222.00 | C01217 Fairhope Brewing Co. |
| PAK-6PKSTD-RED | Invoice | 9/6/2024 | INV49610 | PakTech®, 6Pak, Standard, Red | | 20.00 | $101.00 | $1,940.00 | C12085 Goat Lab |
| PAK-6PKSTD-RED | Invoice | 9/9/2024 | INV49658 | PakTech®, 6Pak, Standard, Red | | 1.00 | $101.00 | $101.00 | C07134 Bayou City Hemp |
| PAK-6PKSTD-RED | Invoice | 9/16/2024 | INV49816 | PakTech®, 6Pak, Standard, Red | | 1.00 | $101.00 | $101.00 | C01621 Left Coast Brewing Co. |
| PAK-6PKSTD-RED | Invoice | 9/23/2024 | INV49984 | PakTech®, 6Pak, Standard, Red | | 1.00 | $101.00 | $94.00 | C11036 Exxon gas station |
| PAK-6PKSTD-RED | Invoice | 9/25/2024 | INV50135 | PakTech®, 6Pak, Standard, Red | | 2.00 | $96.00 | $192.00 | C06344 Riley's Wines of the World |
| PAK-6PKSTD-RED | Invoice | 9/25/2024 | INV50132 | PakTech®, 6Pak, Standard, Red | | 1.00 | $94.00 | $94.00 | C10348 SDWBC |
| PAK-6PKSTD-RED | Invoice | 9/26/2024 | INV50179 | PakTech®, 6Pak, Standard, Red | | 2.00 | $96.00 | $192.00 | C04648 Spuntino Pizza |
| PAK-6PKSTD-RED | Invoice | 9/27/2024 | INV50206 | PakTech®, 6Pak, Standard, Red | | 2.00 | $94.00 | $188.00 | C01645 Lost Colony Brewery |
| PAK-6PKSTD-RED | Invoice | 10/2/2024 | INV50376 | PakTech®, 6Pak, Standard, Red | | 2.00 | $74.00 | $148.00 | C01621 Left Coast Brewing Co. |
| PAK-6PKSTD-RED | Invoice | 10/2/2024 | INV50409 | PakTech®, 6Pak, Standard, Red | | 2.00 | $74.00 | $148.00 | C01908 Scorched Earth Brewing LLC |
| PAK-6PKSTD-RED | Invoice | 10/2/2024 | INV50395 | PakTech®, 6Pak, Standard, Red | | 3.00 | $74.00 | $222.00 | C05716 River North Brewery |
| PAK-6PKSTD-RED | Invoice | 10/11/2024 | INV50472 | PakTech®, 6Pak, Standard, Red | | 20.00 | $40.00 | $800.00 | C01514 Belching Beaver Brewery |
| PAK-6PKSTD-RED | Invoice | 10/11/2024 | INV50473 | PakTech®, 6Pak, Standard, Red | | 51.00 | $40.00 | $2,040.00 | C12485 State 48 Brewery |
| PAK-6PKSTD-ROYLBLUE | Invoice | 9/16/2024 | INV49816 | PakTech®, 6Pak, Standard, Royal Blue | | 1.00 | $101.00 | $101.00 | C01621 Left Coast Brewing Co. |
| PAK-6PKSTD-ROYLBLUE | Invoice | 9/30/2024 | INV50324 | PakTech®, 6Pak, Standard, Royal Blue | | 3.00 | $74.00 | $222.00 | C03538 Mainstreet Liquor |
| PAK-6PKSTD-ROYLBLUE | Invoice | 10/2/2024 | INV50376 | PakTech®, 6Pak, Standard, Royal Blue | | 1.00 | $74.00 | $74.00 | C01621 Left Coast Brewing Co. |
| PAK-6PKSTD-ROYLBLUE | Invoice | 10/2/2024 | INV50369 | PakTech®, 6Pak, Standard, Royal Blue | | 3.00 | $74.00 | $222.00 | C01684 Welltown Brewing |
| PAK-6PKSTD-SILVER | Invoice | 9/6/2024 | INV49630 | PakTech®, 6Pak, Standard, Silver | | 1.00 | $101.00 | $101.00 | C01472 True Vine Brewing Co. |
| PAK-6PKSTD-SILVER | Invoice | 9/6/2024 | INV49595 | PakTech®, 6Pak, Standard, Silver | | 2.00 | $101.00 | $199.57 | C02071 Frontyard Brewing |
| PAK-6PKSTD-SILVER | Invoice | 9/16/2024 | INV49795 | PakTech®, 6Pak, Standard, Silver | | 3.00 | $101.00 | $303.00 | C09869 First State Brewing Company |
| PAK-6PKSTD-SILVER | Invoice | 9/25/2024 | INV50126 | PakTech®, 6Pak, Standard, Silver | | 3.00 | $96.00 | $288.00 | C03832 Apple Annies |
| PAK-6PKSTD-SILVER | Invoice | 9/25/2024 | INV50147 | PakTech®, 6Pak, Standard, Silver | | 1.00 | $96.00 | $92.93 | C02280 Rally Cap Brewing Company |
| PAK-6PKSTD-SILVER | Invoice | 9/25/2024 | INV50112 | PakTech®, 6Pak, Standard, Silver | | 1.00 | $96.00 | $96.00 | C08506 CURES |
| PAK-6PKSTD-SILVER | Invoice | 9/27/2024 | INV50238 | PakTech®, 6Pak, Standard, Silver | | 3.00 | $74.00 | $222.00 | C09170 Save The World Brewing Co. |
| PAK-6PKSTD-SILVER | Invoice | 9/27/2024 | INV50221 | PakTech®, 6Pak, Standard, Silver | | 3.00 | $74.00 | $222.00 | C03163 Riff Raff Brewing Company |
| PAK-6PKSTD-SILVER | Invoice | 9/27/2024 | INV50199 | PakTech®, 6Pak, Standard, Silver | | 3.00 | $88.00 | $264.00 | C01137 Blue Owl Brewing |
| PAK-6PKSTD-SILVER | Invoice | 9/27/2024 | INV50263 | PakTech®, 6Pak, Standard, Silver | | 5.00 | $94.00 | $470.00 | C02071 Frontyard Brewing |
| PAK-6PKSTD-SILVER | Invoice | 10/1/2024 | INV50415 | PakTech®, 6Pak, Standard, Silver | | 67.00 | $88.00 | $5,896.00 | C11278 Independence Brewing Co. |
| PAK-6PKSTD-SILVER | Invoice | 10/3/2024 | INV50419 | PakTech®, 6Pak, Standard, Silver | | 3.00 | $88.00 | $264.00 | C11667 Rusty Axe Brewing Company, LLC |
| PAK-6PKSTD-SPRNGGRN | Invoice | 9/4/2024 | INV49556 | PakTech®, 6Pak, Standard, Spring Green | | 20.00 | $101.00 | $1,940.00 | C07132 Parish Brewing Company |
| PAK-6PKSTD-SPRNGGRN | Invoice | 9/27/2024 | INV50273 | PakTech®, 6Pak, Standard, Spring Green | | 5.00 | $88.00 | $440.00 | C11278 Independence Brewing Co. |
| PAK-6PKSTD-SPRNGGRN | Invoice | 9/30/2024 | INV50295 | PakTech®, 6Pak, Standard, Spring Green | | 5.00 | $88.00 | $440.00 | C11278 Independence Brewing Co. |
| PAK-6PKSTD-SPRNGGRN | Invoice | 10/1/2024 | INV50415 | PakTech®, 6Pak, Standard, Spring Green | | 79.00 | $88.00 | $6,952.00 | C11278 Independence Brewing Co. |
| PAK-6PKSTD-STLBLUE | Invoice | 9/24/2024 | INV50040 | PakTech®, 6Pak, Standard, Steel Blue | | 2.00 | $96.00 | $192.00 | C11409 Dad Daniels Liquor |
| PAK-6PKSTD-STLBLUE | Invoice | 9/25/2024 | INV50110 | PakTech®, 6Pak, Standard, Steel Blue | | 3.00 | $96.00 | $288.00 | C11903 John Logan |
| PAK-6PKSTD-STLBLUE | Invoice | 9/25/2024 | INV50122 | PakTech®, 6Pak, Standard, Steel Blue | | 1.00 | $96.00 | $96.00 | C08506 CURES |
| PAK-6PKSTD-STLBLUE | Invoice | 9/25/2024 | INV50113 | PakTech®, 6Pak, Standard, Steel Blue | | 5.00 | $96.00 | $480.00 | C11409 Dad Daniels Liquor |
| PAK-6PKSTD-STLBLUE | Invoice | 9/25/2024 | INV50113 | PakTech®, 6Pak, Standard, Steel Blue | | 1.00 | $96.00 | $96.00 | C07146 Dark Moon Coffee |
| PAK-6PKSTD-STLBLUE | Invoice | 9/27/2024 | INV50220 | PakTech®, 6Pak, Standard, Steel Blue | | 1.00 | $74.00 | $74.00 | C12210 STACEY KESTER |
| PAK-6PKSTD-STLBLUE | Invoice | 10/2/2024 | INV50406 | PakTech®, 6Pak, Standard, Steel Blue | | 1.00 | $74.00 | $74.00 | C12233 Victoria Monroy |
| PAK-6PKSTD-SUNGLOW | Invoice | 10/1/2024 | INV50415 | PakTech®, 6Pak, Standard, Sunglow | | 40.00 | $88.00 | $3,520.00 | C11278 Independence Brewing Co. |
| PAK-6PKSTD-SUNSTRED | Invoice | 9/3/2024 | INV49520 | PakTech®, 6Pak, Standard, Sunset Red | | 1.00 | $101.00 | $101.00 | C02904 River Bluff Brewing |
| PAK-6PKSTD-SUNSTRED | Invoice | 9/18/2024 | INV50294 | PakTech®, 6Pak, Standard, Sunset Red | | 10.00 | $78.00 | $780.00 | C01434 St. Elmo Brewing Co. |
| PAK-6PKSTD-SUNSTRED | Invoice | 10/4/2024 | INV50456 | PakTech®, 6Pak, Standard, Sunset Red | | 10.00 | $78.00 | $780.00 | C01434 St. Elmo Brewing Co. |
| PAK-6PKSTD-TROPGRN | Invoice | 9/3/2024 | INV49502 | PakTech®, 6Pak, Standard, Tropical Green | | 2.00 | $101.00 | $202.00 | C11357 Bohemian Brewery |
| PAK-6PKSTD-TROPGRN | Invoice | 9/16/2024 | INV49795 | PakTech®, 6Pak, Standard, Tropical Green | | 1.00 | $101.00 | $101.00 | C09869 First State Brewing Company |
| PAK-6PKSTD-TROPGRN | Invoice | 9/23/2024 | INV50001 | PakTech®, 6Pak, Standard, Tropical Green | | 7.00 | $97.00 | $679.00 | C11357 Bohemian Brewery |
| PAK-6PKSTD-TROPGRN | Invoice | 9/27/2024 | INV50199 | PakTech®, 6Pak, Standard, Tropical Green | | 6.00 | $88.00 | $528.00 | C01137 Blue Owl Brewing |
| PAK-6PKSTD-TROPGRN | Invoice | 10/2/2024 | INV50395 | PakTech®, 6Pak, Standard, Tropical Green | | 2.00 | $74.00 | $148.00 | C05716 River North Brewery |
| PAK-6PKSTD-TROPLIME | Invoice | 9/20/2024 | INV49927 | PakTech®, 6Pak, Standard, Tropical Lime | | 20.00 | $101.00 | $2,020.00 | C01430 Southern Star Brewing |
| PAK-6PKSTD-TROPORNG | Invoice | 9/9/2024 | INV49650 | PakTech®, 6Pak, Standard, Tropical Orange | | 1.00 | $101.00 | $101.00 | C03538 Mainstreet Liquor |
| PAK-6PKSTD-TROPORNG | Invoice | 9/17/2024 | INV49824 | PakTech®, 6Pak, Standard, Tropical Orange | | 6.00 | $101.00 | $582.00 | C09448 Iron Monk Brewing Co |
| PAK-6PKSTD-TROPORNG | Invoice | 9/18/2024 | INV49847 | PakTech®, 6Pak, Standard, Tropical Orange | | 1.00 | $101.00 | $101.00 | C12135 North Grove Brewers, LLC |
| PAK-6PKSTD-TROPORNG | Invoice | 9/23/2024 | INV49984 | PakTech®, 6Pak, Standard, Tropical Orange | | 1.00 | $101.00 | $94.00 | C11036 Exxon gas station |
| PAK-6PKSTD-TROPORNG | Invoice | 9/27/2024 | INV50227 | PakTech®, 6Pak, Standard, Tropical Orange | | 1.00 | $88.00 | $88.00 | C11218 Hilton Head Brewing Co. |
| PAK-6PKSTD-TROPORNG | Invoice | 9/27/2024 | INV50204 | PakTech®, 6Pak, Standard, Tropical Orange | | 4.00 | $94.00 | $364.75 | C03067 Pearl Beach Brew Pub |
| PAK-6PKSTD-WHITE | Invoice | 9/3/2024 | INV49490 | PakTech®, 6Pak, Standard, White | | 20.00 | $101.00 | $2,020.00 | C07772 (512) Brewing Co |
| PAK-6PKSTD-WHITE | Invoice | 9/4/2024 | INV49527 | PakTech®, 6Pak, Standard, White | | 7.00 | $101.00 | $707.00 | C09942 Rio Grande Distilling LLC |

**American Canning LLC**
**Holding Company : American Canning LLC**
**Sales by Item Detail**
**September 1, 2024 - December 31, 2024**

| Item | Type | Date | Document Number | Description | Serial Numbers | Qty. Sold | Sales Price | Revenue | Customer |
|---|---|---|---|---|---|---|---|---|---|
| PAK-6PKSTD-WHITE | Invoice | 9/4/2024 | INV49529 | PakTech®, 6Pak, Standard, White | | 2.00 | $101.00 | $202.00 | C09942 Rio Grande Distilling LLC |
| PAK-6PKSTD-WHITE | Invoice | 9/6/2024 | INV49600 | PakTech®, 6Pak, Standard, White | | 5.00 | $101.00 | $505.00 | C02429 Bike Rack Brewing Co |
| PAK-6PKSTD-WHITE | Invoice | 9/6/2024 | INV49584 | PakTech®, 6Pak, Standard, White | | 80.00 | $91.00 | $7,280.00 | C01083 Austin Beerworks |
| PAK-6PKSTD-WHITE | Invoice | 9/10/2024 | INV49700 | PakTech®, 6Pak, Standard, White | | 10.00 | $101.00 | $930.00 | C07298 Uinta Brewing Company |
| PAK-6PKSTD-WHITE | Invoice | 9/12/2024 | INV49742 | PakTech®, 6Pak, Standard, White | | 10.00 | $101.00 | $1,010.00 | C01980 Citizen Cider |
| PAK-6PKSTD-WHITE | Invoice | 9/12/2024 | INV49733 | PakTech®, 6Pak, Standard, White | | 3.00 | $101.00 | $303.00 | C01083 Austin Beerworks |
| PAK-6PKSTD-WHITE | Invoice | 9/18/2024 | INV49846 | PakTech®, 6Pak, Standard, White | | 2.00 | $101.00 | $196.83 | C03659 Defiance Brewing Co. |
| PAK-6PKSTD-WHITE | Invoice | 9/18/2024 | INV49882 | PakTech®, 6Pak, Standard, White | | 4.00 | $101.00 | $404.00 | C09593 Brewery X |
| PAK-6PKSTD-WHITE | Invoice | 9/19/2024 | INV49911 | PakTech®, 6Pak, Standard, White | | 2.00 | $101.00 | $202.00 | C07618 Denver Beer Company |
| PAK-6PKSTD-WHITE | Invoice | 9/23/2024 | INV49977 | PakTech®, 6Pak, Standard, White | | 1.00 | $96.00 | $96.00 | C01938 Border Brewing Company |
| PAK-6PKSTD-WHITE | Invoice | 9/23/2024 | INV50011 | PakTech®, 6Pak, Standard, White | | 6.00 | $101.00 | $606.00 | C01596 King Bean Coffee |
| PAK-6PKSTD-WHITE | Invoice | 9/25/2024 | INV50056 | PakTech®, 6Pak, Standard, White | | 5.00 | $96.00 | $480.00 | C06248 Timberline Wine & Spirits |
| PAK-6PKSTD-WHITE | Invoice | 9/25/2024 | INV50123 | PakTech®, 6Pak, Standard, White | | 2.00 | $96.00 | $188.51 | C12186 Mike Skelton |
| PAK-6PKSTD-WHITE | Invoice | 9/25/2024 | INV50063 | PakTech®, 6Pak, Standard, White | | 30.00 | $96.00 | $2,700.00 | C07322 Boomtown Brewery |
| PAK-6PKSTD-WHITE | Invoice | 9/25/2024 | INV50130 | PakTech®, 6Pak, Standard, White | | 7.00 | $101.00 | $707.00 | C07772 (512) Brewing Co |
| PAK-6PKSTD-WHITE | Invoice | 9/25/2024 | INV50126 | PakTech®, 6Pak, Standard, White | | 4.00 | $96.00 | $384.00 | C03832 Apple Annies |
| PAK-6PKSTD-WHITE | Invoice | 9/25/2024 | INV50098 | PakTech®, 6Pak, Standard, White | | 20.00 | $94.00 | $1,720.00 | C09999 Umlaut Brewing LLC dba Off Color Brewing |
| PAK-6PKSTD-WHITE | Invoice | 9/25/2024 | INV50121 | PakTech®, 6Pak, Standard, White | | 2.00 | $94.00 | $188.00 | C03659 Defiance Brewing Co. |
| PAK-6PKSTD-WHITE | Invoice | 9/26/2024 | INV50302 | PakTech®, 6Pak, Standard, White | | 160.00 | $74.00 | $11,840.00 | C01083 Austin Beerworks |
| PAK-6PKSTD-WHITE | Invoice | 9/27/2024 | INV50271 | PakTech®, 6Pak, Standard, White | | 5.00 | $88.00 | $440.00 | C04472 Live Oak Brewing CO. |
| PAK-6PKSTD-WHITE | Invoice | 9/27/2024 | INV50241 | PakTech®, 6Pak, Standard, White | | 2.00 | $88.00 | $176.00 | C01494 Whitestone Brewery |
| PAK-6PKSTD-WHITE | Invoice | 9/27/2024 | INV50227 | PakTech®, 6Pak, Standard, White | | 6.00 | $88.00 | $528.00 | C11218 Hilton Head Brewing Co. |
| PAK-6PKSTD-WHITE | Invoice | 9/30/2024 | INV50319 | PakTech®, 6Pak, Standard, White | | 20.00 | $74.00 | $1,480.00 | C05918 Gold Crown Liquors |
| PAK-6PKSTD-WHITE | Invoice | 9/30/2024 | INV50320 | PakTech®, 6Pak, Standard, White | | 10.00 | $74.00 | $740.00 | C05918 Gold Crown Liquors |
| PAK-6PKSTD-WHITE | Invoice | 10/2/2024 | INV50401 | PakTech®, 6Pak, Standard, White | | 2.00 | $74.00 | $148.00 | C12232 Michele Frumkin |
| PAK-6PKSTD-WHITE | Invoice | 10/2/2024 | INV50404 | PakTech®, 6Pak, Standard, White | | 10.00 | $74.00 | $740.00 | C01980 Citizen Cider |
| PAK-6PKSTD-WHITE | Invoice | 10/4/2024 | INV50443 | PakTech®, 6Pak, Standard, White | | 32.00 | $88.00 | $2,515.32 | C07772 (512) Brewing Co |
| PAK-6PKSTD-WHITE | Invoice | 10/4/2024 | INV50455 | PakTech®, 6Pak, Standard, White | | 178.00 | $72.87 | $12,970.86 | C08441 Canworks, Inc |
| PAK-6PKSTD-WHITE | Invoice | 10/4/2024 | INV50444 | PakTech®, 6Pak, Standard, White | | 5.00 | $74.00 | $370.00 | C01383 Red Horn Brewing |
| PAK-6PKSTD-WHITE | Invoice | 10/4/2024 | INV50447 | PakTech®, 6Pak, Standard, White | | 20.00 | $72.00 | $1,440.00 | C06080 prison brewing co llc |
| PAK-6PKSTD-YELLOW | Invoice | 9/12/2024 | INV49760 | PakTech®, 6Pak, Standard, Yellow | | 2.00 | $101.00 | $202.00 | C03927 42 North Brewing Company |
| PAK-6PKSTD-YELLOW | Invoice | 9/17/2024 | INV49824 | PakTech®, 6Pak, Standard, Yellow | | 4.00 | $101.00 | $388.00 | C09448 Iron Monk Brewing Co |
| PAK-6PKSTD-YELLOW | Invoice | 9/23/2024 | INV49984 | PakTech®, 6Pak, Standard, Yellow | | 2.00 | $101.00 | $188.00 | C11036 Exxon gas station |
| PAK-6PKSTD-YELLOW | Invoice | 9/23/2024 | INV50019 | PakTech®, 6Pak, Standard, Yellow | | 3.00 | $101.00 | $303.00 | C04079 Precarious Beer Project |
| PAK-6PKSTD-YELLOW | Invoice | 9/25/2024 | INV50089 | PakTech®, 6Pak, Standard, Yellow | | 4.00 | $101.00 | $384.00 | C11210 Kyle Alligood |
| PAK-6PKSTD-YELLOW | Invoice | 9/25/2024 | INV50053 | PakTech®, 6Pak, Standard, Yellow | | 13.00 | $96.00 | $1,231.86 | C01365 Palisade Brewing Company |
| PAK-6PKSTD-YELLOW | Invoice | 9/27/2024 | INV50227 | PakTech®, 6Pak, Standard, Yellow | | 1.00 | $88.00 | $88.00 | C11218 Hilton Head Brewing Co. |
| PAK-6PKSTD-YELLOW | Invoice | 9/27/2024 | INV50199 | PakTech®, 6Pak, Standard, Yellow | | 3.00 | $88.00 | $264.00 | C01137 Blue Owl Brewing |
| PAK-6PKSTD-YELLOW | Invoice | 9/27/2024 | INV50206 | PakTech®, 6Pak, Standard, Yellow | | 5.00 | $94.00 | $470.00 | C01645 Lost Colony Brewery |
| PAK-6PKSTD-YELLOW | Invoice | 9/30/2024 | INV50333 | PakTech®, 6Pak, Standard, Yellow | | 8.00 | $74.00 | $592.00 | C12231 Pondaseta Brewing Co |
| PAK-6PKSTD-YELLOW | Invoice | 10/1/2024 | INV50341 | PakTech®, 6Pak, Standard, Yellow | | 20.00 | $74.00 | $1,480.00 | C05716 River North Brewery |
| PAK-6PKSTD-YELLOW | Invoice | 10/2/2024 | INV50356 | PakTech®, 6Pak, Standard, Yellow | | 3.00 | $74.00 | $222.00 | C11008 BHAVNABEN PATEL |
| PAK-6PKSTD-YELLOW | Invoice | 10/11/2024 | INV50472 | PakTech®, 6Pak, Standard, Yellow | | 10.00 | $40.00 | $400.00 | C01514 Belching Beaver Brewery |
| PAK-6PKSTD-YELLOW | Invoice | 10/11/2024 | INV50473 | PakTech®, 6Pak, Standard, Yellow | | 29.00 | $40.00 | $1,160.00 | C02485 State 48 Brewery |
| PKG-BAND-8IN-TPC | Invoice | 10/8/2024 | INV50461 | Pallet Strapping | | 10.00 | $93.38 | $933.80 | C08441 Canworks, Inc |
| TRAY-SLEEK-ROLL-24CN-KRFT-UNCTD-3-1200CT | Invoice | 9/3/2024 | INV49522 | Sleek, Rollover Kraft Case Tray, 24 Can Capacity, 3" wall, Uncoated, 1200CT | | 1.00 | $498.00 | $498.00 | C09325 The Rounds |
| TRAY-SLEEK-ROLL-24CN-KRFT-UNCTD-3-1200CT | Invoice | 9/4/2024 | INV49561 | Sleek, Rollover Kraft Case Tray, 24 Can Capacity, 3" wall, Uncoated, 1200CT | | 1.00 | $498.00 | $498.00 | C10638 Edwin's Edibles |
| TRAY-SLEEK-ROLL-24CN-KRFT-UNCTD-3-1200CT | Invoice | 9/10/2024 | INV49703 | Sleek, Rollover Kraft Case Tray, 24 Can Capacity, 3" wall, Uncoated, 1200CT | | 2.00 | $498.00 | $996.00 | C03382 Okc Soda Co |
| TRAY-SLEEK-ROLL-24CN-KRFT-UNCTD-3-1200CT | Invoice | 9/12/2024 | INV49734 | Sleek, Rollover Kraft Case Tray, 24 Can Capacity, 3" wall, Uncoated, 1200CT | | 2.00 | $498.00 | $996.00 | C09654 Indigo |
| TRAY-SLEEK-ROLL-24CN-KRFT-UNCTD-3-1200CT | Invoice | 9/17/2024 | INV49821 | Sleek, Rollover Kraft Case Tray, 24 Can Capacity, 3" wall, Uncoated, 1200CT | | 3.00 | $498.00 | $1,465.83 | C10700 Jenesa Lukac |
| TRAY-SLEEK-ROLL-24CN-KRFT-UNCTD-3-1200CT | Invoice | 9/18/2024 | INV49869 | Sleek, Rollover Kraft Case Tray, 24 Can Capacity, 3" wall, Uncoated, 1200CT | | 2.00 | $498.00 | $996.00 | C06791 Your Way Manufacturing LLC |
| TRAY-SLEEK-ROLL-24CN-KRFT-UNCTD-3-1200CT | Invoice | 9/20/2024 | INV49965 | Sleek, Rollover Kraft Case Tray, 24 Can Capacity, 3" wall, Uncoated, 1200CT | | 2.00 | $498.00 | $996.00 | C06034 Botanical Brewing Co |
| TRAY-SLEEK-ROLL-24CN-KRFT-UNCTD-3-1200CT | Invoice | 9/20/2024 | INV49921 | Sleek, Rollover Kraft Case Tray, 24 Can Capacity, 3" wall, Uncoated, 1200CT | | 1.00 | $498.00 | $498.00 | C09810 trimtab brewing co |
| TRAY-SLEEK-ROLL-24CN-KRFT-UNCTD-3-1200CT | Invoice | 10/2/2024 | INV50345 | Sleek, Rollover Kraft Case Tray, 24 Can Capacity, 3" wall, Uncoated, 1200CT | | 1.00 | $460.00 | $182.03 | C06034 Botanical Brewing Co |
| TRAY-SLEEK-ROLL-24CN-KRFT-UNCTD-3-1200CT | Invoice | 10/3/2024 | INV50426 | Sleek, Rollover Kraft Case Tray, 24 Can Capacity, 3" wall, Uncoated, 1200CT | | 2.00 | $340.00 | $680.00 | C03272 City Orchard |
| TRAY-SLEEK-ROLL-24CN-KRFT-UNCTD-3-1200CT | Invoice | 10/4/2024 | INV50455 | Sleek, Rollover Kraft Case Tray, 24 Can Capacity, 3" wall, Uncoated, 1200CT | | 12.24 | $300.00 | $3,672.48 | C08441 Canworks, Inc |
| TRAY-SLIM-ROLL-24CN-KRFT-UNCTD-25-1200CT | Invoice | 9/27/2024 | INV50203 | Rollover Case Tray - Slim  PALLET @ 1200/EA | | 1.00 | $400.00 | $362.82 | C11415 Wondry Wine |
| TRAY-SLIM-ROLL-24CN-KRFT-UNCTD-25-1200CT | Invoice | 9/27/2024 | INV50208 | Rollover Case Tray - Slim  PALLET @ 1200/EA | | 1.00 | $498.00 | $498.00 | C02961 Lazy Beach Brewing |
| TRAY-STD-AUTO-24CN-KRFT-UNCTD-3-1440CT | Invoice | 9/3/2024 | INV49521 | Standard, Auto-locking Kraft Case Tray, 24 can capacity, 3" wall, Uncoated, 1440CT | | 1.00 | $791.20 | $791.20 | C11694 Dragonmead L.C. |
| TRAY-STD-AUTO-24CN-KRFT-UNCTD-3-1440CT | Invoice | 9/4/2024 | INV49553 | Standard, Auto-locking Kraft Case Tray, 24 can capacity, 3" wall, Uncoated, 1440CT | | 1.00 | $791.20 | $791.20 | C04210 Boot Hill Distillery LLC |

**American Canning LLC**
**Holding Company : American Canning LLC**
**Sales by Item Detail**
**September 1, 2024 - December 31, 2024**

| Item | Type | Date | Document Number | Description | Serial Numbers | Qty. Sold | Sales Price | Revenue | Customer |
|------|------|------|-----------------|-------------|----------------|-----------|-------------|---------|----------|
| TRAY-STD-AUTO-24CN-KRFT-UNCTD-3-1440CT | Invoice | 9/6/2024 | INV49627 | Standard, Auto-locking Kraft Case Tray, 24 can capacity, 3" wall, Uncoated, 1440CT | | 1.00 | $791.20 | $791.20 | C06012 The Seventh Tap Brewing Project |
| TRAY-STD-AUTO-24CN-KRFT-UNCTD-3-1440CT | Invoice | 9/23/2024 | INV50015 | Standard, Auto-locking Kraft Case Tray, 24 can capacity, 3" wall, Uncoated, 1440CT | | 1.00 | $791.20 | $791.20 | C01765 Humane Society Silicon Valley |
| TRAY-STD-AUTO-24CN-KRFT-UNCTD-3-1440CT | Invoice | 9/25/2024 | INV50081 | Standard, Auto-locking Kraft Case Tray, 24 can capacity, 3" wall, Uncoated, 1440CT | | 2.00 | $791.20 | $1,582.40 | C06491 Jester King Brewery |
| TRAY-STD-AUTO-24CN-KRFT-UNCTD-3-1440CT | Invoice | 9/27/2024 | INV50252 | Standard, Auto-locking Kraft Case Tray, 24 can capacity, 3" wall, Uncoated, 1440CT | | 1.00 | $726.00 | $726.00 | C02157 Jasper Winery |
| TRAY-STD-AUTO-24CN-KRFT-UNCTD-3-1440CT | Invoice | 9/27/2024 | INV50245 | Standard, Auto-locking Kraft Case Tray, 24 can capacity, 3" wall, Uncoated, 1440CT | | 1.00 | $726.00 | $658.33 | C01280 Infamous Brewing Co. |
| TRAY-STD-AUTO-24CN-KRFT-UNCTD-3-1440CT | Invoice | 9/27/2024 | INV50199 | Standard, Auto-locking Kraft Case Tray, 24 can capacity, 3" wall, Uncoated, 1440CT | | 2.00 | $726.00 | $1,452.00 | C01137 Blue Owl Brewing |
| TRAY-STD-AUTO-24CN-KRFT-UNCTD-3-1440CT | Invoice | 9/27/2024 | INV50250 | Standard, Auto-locking Kraft Case Tray, 24 can capacity, 3" wall, Uncoated, 1440CT | | 4.00 | $726.00 | $2,692.00 | C01765 Humane Society Silicon Valley |
| TRAY-STD-AUTO-24CN-KRFT-UNCTD-3-1440CT | Invoice | 9/30/2024 | INV50305 | Standard, Auto-locking Kraft Case Tray, 24 can capacity, 3" wall, Uncoated, 1440CT | | 2.00 | $648.00 | $1,242.00 | C06012 The Seventh Tap Brewing Project |
| TRAY-STD-AUTO-24CN-KRFT-UNCTD-3-1440CT | Invoice | 10/2/2024 | INV50386 | Standard, Auto-locking Kraft Case Tray, 24 can capacity, 3" wall, Uncoated, 1440CT | | 1.00 | $648.00 | $648.00 | C01541 ETX Brewing Co. |
| TRAY-STD-AUTO-24CN-KRFT-UNCTD-3-1440CT | Invoice | 10/2/2024 | INV50354 | Standard, Auto-locking Kraft Case Tray, 24 can capacity, 3" wall, Uncoated, 1440CT | | 1.00 | $648.00 | $648.00 | C09676 Crane Brewing Company |
| TRAY-STD-AUTO-24CN-KRFT-UNCTD-3-1440CT | Invoice | 10/4/2024 | INV50449 | Standard, Auto-locking Kraft Case Tray, 24 can capacity, 3" wall, Uncoated, 1440CT | | 4.00 | $300.00 | $1,200.00 | C01094 Saints and Sinners Brewing Company LLC |
| TRAY-STD-AUTO-24CN-KRFT-UNCTD-3-1440CT | Invoice | 10/10/2024 | INV50463 | Standard, Auto-locking Kraft Case Tray, 24 can capacity, 3" wall, Uncoated, 1440CT | | 10.00 | $400.00 | $4,000.00 | C12245 Falcon Packaging |
| TRAY-STD-AUTO-24CN-KRFT-UNCTD-3-1440CT | Invoice | 10/11/2024 | INV50470 | Standard, Auto-locking Kraft Case Tray, 24 can capacity, 3" wall, Uncoated, 1440CT | | 3.00 | $400.00 | $1,200.00 | C03085 False Idol Brewing |
| TRAY-STD-AUTO-24CN-KRFT-UNCTD-3-1440CT | Invoice | 10/11/2024 | INV50473 | Standard, Auto-locking Kraft Case Tray, 24 can capacity, 3" wall, Uncoated, 1440CT | | 4.00 | $300.00 | $1,200.00 | C02485 State 48 Brewery |
| TRAY-STD-ROLL-24CN-KRFT-UNCTD-3-1400CT | Invoice | 9/12/2024 | INV49725 | Standard, Rollover Kraft Case Tray, 24 Can Capacity, 3" wall, Uncoated, 1400CT | | 1.00 | $619.20 | $619.20 | C02090 Norfolk Brewing Company |
| TRAY-STD-ROLL-24CN-KRFT-UNCTD-3-1400CT | Invoice | 9/17/2024 | INV49820 | Standard, Rollover Kraft Case Tray, 24 Can Capacity, 3" wall, Uncoated, 1400CT | | 1.00 | $619.20 | $619.20 | C09325 The Rounds |
| TRAY-STD-ROLL-24CN-KRFT-UNCTD-3-1400CT | Invoice | 9/18/2024 | INV49865 | Standard, Rollover Kraft Case Tray, 24 Can Capacity, 3" wall, Uncoated, 1400CT | | 1.00 | $619.20 | $619.20 | C11443 Busch Family Brewing and Distilling |
| TRAY-STD-ROLL-24CN-KRFT-UNCTD-3-1400CT | Invoice | 9/18/2024 | INV49870 | Standard, Rollover Kraft Case Tray, 24 Can Capacity, 3" wall, Uncoated, 1400CT | | 5.00 | $619.20 | $3,096.00 | C09821 Liquid Nitro Beverages, Inc |
| TRAY-STD-ROLL-24CN-KRFT-UNCTD-3-1400CT | Invoice | 9/23/2024 | INV49998 | Standard, Rollover Kraft Case Tray, 24 Can Capacity, 3" wall, Uncoated, 1400CT | | 1.00 | $619.20 | $619.20 | C08993 Wild River Brewing |
| TRAY-STD-ROLL-24CN-KRFT-UNCTD-3-1400CT | Invoice | 9/27/2024 | INV50206 | Standard, Rollover Kraft Case Tray, 24 Can Capacity, 3" wall, Uncoated, 1400CT | | 1.00 | $560.00 | $560.00 | C01645 Lost Colony Brewery |
| TRAY-STD-ROLL-24CN-KRFT-UNCTD-3-1400CT | Invoice | 9/27/2024 | INV50253 | Standard, Rollover Kraft Case Tray, 24 Can Capacity, 3" wall, Uncoated, 1400CT | | 1.00 | $460.00 | $391.93 | C09170 Save The World Brewing Co. |
| TRAY-STD-ROLL-24CN-KRFT-UNCTD-3-1400CT | Invoice | 9/27/2024 | INV50215 | Standard, Rollover Kraft Case Tray, 24 Can Capacity, 3" wall, Uncoated, 1400CT | | 1.00 | $619.20 | $619.20 | C01134 Blackwater Draw Brewing Co. |
| TRAY-STD-ROLL-24CN-KRFT-UNCTD-3-1400CT | Invoice | 9/27/2024 | INV50204 | Standard, Rollover Kraft Case Tray, 24 Can Capacity, 3" wall, Uncoated, 1400CT | | 1.00 | $560.00 | $543.22 | C03067 Pearl Beach Brew Pub |
| TRAY-STD-ROLL-24CN-KRFT-UNCTD-3-1400CT | Invoice | 10/2/2024 | INV50346 | Standard, Rollover Kraft Case Tray, 24 Can Capacity, 3" wall, Uncoated, 1400CT | | 1.00 | $460.00 | $460.00 | C02217 Westlake Brewing Company |
| TRAY-STD-ROLL-24CN-KRFT-UNCTD-3-1400CT | Invoice | 10/2/2024 | INV50355 | Standard, Rollover Kraft Case Tray, 24 Can Capacity, 3" wall, Uncoated, 1400CT | | 1.00 | $412.00 | $412.00 | C09325 The Rounds |
| TRAY-STD-ROLL-24CN-KRFT-UNCTD-3-1400CT | Invoice | 10/2/2024 | INV50353 | Standard, Rollover Kraft Case Tray, 24 Can Capacity, 3" wall, Uncoated, 1400CT | | 1.00 | $412.00 | $412.00 | C02961 Lazy Beach Brewing |
| TRAY-STD-ROLL-24CN-KRFT-UNCTD-3-1400CT | Invoice | 10/2/2024 | INV50351 | Standard, Rollover Kraft Case Tray, 24 Can Capacity, 3" wall, Uncoated, 1400CT | | 1.00 | $412.00 | $412.00 | C08993 Wild River Brewing |
| TRAY-STD-ROLL-24CN-KRFT-UNCTD-3-1400CT | Invoice | 10/3/2024 | INV50428 | Standard, Rollover Kraft Case Tray, 24 Can Capacity, 3" wall, Uncoated, 1400CT | | 2.00 | $400.00 | $800.00 | C11478 Bentonville Brewing Co |
| TRAY-STD-ROLL-24CN-KRFT-UNCTD-3-1400CT | Invoice | 10/3/2024 | INV50419 | Standard, Rollover Kraft Case Tray, 24 Can Capacity, 3" wall, Uncoated, 1400CT | | 1.00 | $460.00 | $460.00 | C11667 Rusty Axe Brewing Company, LLC |
| TRAY-STD-ROLL-24CN-KRFT-UNCTD-3-1400CT | Invoice | 10/3/2024 | INV50427 | Standard, Rollover Kraft Case Tray, 24 Can Capacity, 3" wall, Uncoated, 1400CT | | 4.00 | $619.20 | $2,476.80 | C07251 Ranch House Brewery |
| TRAY-STD-ROLL-24CN-KRFT-UNCTD-3-1400CT | Invoice | 10/3/2024 | INV50429 | Standard, Rollover Kraft Case Tray, 24 Can Capacity, 3" wall, Uncoated, 1400CT | | 1.00 | $400.00 | $400.00 | C06278 Db Chem Inc |
| TRAY-STD-ROLL-24CN-KRFT-UNCTD-3-1400CT | Invoice | 10/4/2024 | INV50447 | Standard, Rollover Kraft Case Tray, 24 Can Capacity, 3" wall, Uncoated, 1400CT | | 4.00 | $400.00 | $1,600.00 | C06080 prison brewing co llc |
| TRAY-STD-ROLL-24CN-KRFT-UNCTD-3-1400CT | Invoice | 10/4/2024 | INV50455 | Standard, Rollover Kraft Case Tray, 24 Can Capacity, 3" wall, Uncoated, 1400CT | | 33.96 | $392.00 | $13,313.97 | C08441 Canworks, Inc |

B2030 (Form 2030) (12/15)

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

In re **American Canning LLC**

Case No. _____

Chapter **7** _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept................................................................ **$25,000.00**

Prior to the filing of this statement I have received....................................................... **$25,000.00**

Balance Due............................................................................................................. **$0.00**

2. The source of the compensation paid to me was:

   ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

**Representation in any adversary proceedings, contested matter or appeals. The amount reflected above does not include the filing fee for the filing of this matter with the Court which was handled by the Debtor's attorney.**

---

<div style="border:1px solid">

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| **12/31/2024** | **/s/ Douglas J. Powell** | |
| --- | --- | --- |
| *Date* | *Douglas J. Powell* | Bar No.  16194900 |
| | The Law Offices of Douglas J. Powell, P.C. | |
| | P. O. Box 340686 | |
| | Lakeway, TX  78734 | |
| | Phone: (512) 476-2457 | |

</div>

**/s/ David Racino**

*David Racino*
*Manager*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

IN RE:   **American Canning LLC**                               CASE NO

                                                                                CHAPTER    **7**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  12/31/2024                              Signature   **/s/ David Racino**

                                                            **David Racino**
                                                            **Manager**

Date                                          Signature

1220 Spirits
4350 Semple Ave.
St. Louis,MO   63120


24 Hour, Ltd.
8911 Directors Row
Dallas,  TX   75247


Altstadt Brewery
6120 E US Hwy 290
Fredericksburg,  TX   78624


Aluminati, Inc.
2440 Railroad St.
Corona,  CA   92878


Alvarado Street Brewery
1315 Dayton St, Ste E
Salinas,  CA   93901


Arendes, Green, Richtermeyer & Stahl
904 Retama St.
Austin, TX   78704


AT&T
Bankruptcy Dept.
PO Box 769
Arlington, TX 76004


Austin Beerworks
909 Linden St.
Unit 1
Austin,  TX   78702


Automation Designs, Inc.
P.O. Box 1641
San Marcos,  TX   78667

Ball Corporation
9300 W. 108th CircleBroomfield, CO  8
Broomfield, CO  80021


Banc of America Leaseing & Capital
P.O. Box 405874
Atlanta,  GA   30384


Bar 2 Table
201 Morris Street
Toldeo,  OH  43604


Belching Beaver Brewery
1334 Rocky Point Drive
Oceanside, CA   92056


Benjamin Mills
1946 North Birch Avenue
Fayetteville, AR   72703


Berlin Packaging
1645 Tchoupitoulas St.
New Orleans,  LA   70130


Big Country Foods dba Willards Brewery
1703 La Costa Meadows Dr.
San Marcos, CA   92078


Bishop Cider Co.
663 North Manus Drive, Suite 190
Dallas, TX   75224


Blackeye Beverage
705 Vandalia Street
St. Paul,MN   55114

Brewer Family Provisions dba Forth Disti
840 SE Woodland Blvd, STE 185
Bend,  OR  97702


Canworks, Inc.
800 Interchange Blvd.
Suite 106
Austin, TX   78721


CH Robinson
P.O. Box 9121
Minneapolis,  MN 55480


Cintas Corp
2525 Ridgepoint Drive
Suite 300
Austin, TX  78754


City of Austin
Dba Austin Energy
721 Barton Springs Rd.
Austin, TX 78704


Constellation Brands Inc.
235 Bloomfield Rd.
Canandaigua, NY   14424


Country Luau Spirits LLC
1117 Altum Street
Austin, TX   78721


Creek Leaf Wellness dba Easy Hemp Co.
114 14th St. S.
Birmingham, AL   35233


Curious Elixirs
139 Folly Mill Road
Seabrook, NH   3874

De Lage Landen Financial Services, Inc.
P.O. Box 41602
Philadelphia, PA   19101-1602


DeadBeach Brewery
3200 Durazno Ave
El Paso,  TX   79905


Diane White
10040 East Happy Valley Rd
Unit #200
Scottsdale, AZ   85255


Distant Brewing
568 Old Mammoth Road
Mammoth Lakes, CA   93546


Drink LMNT
6000 Condor Dr.
Moorpark, CA   93021


Drink New Brew
1920 Hillhurst Ave.#512
Los Angeles,  CA   90027


DWS Printing Associates
1011 Bryson Walk
Bryson City,  NC28713


Earths Brew
14980 Limestone School Rd
Leesburg,  VA   20176


Faith Springs, LLC dba H2forLife
24 Clear Lane
Blue Ridge, GA   30513

Fast Track Packaging Inc.
935A Southgate Drive, Unit 2
Guelph, ON   N1L 0B9


First Citizens Bank
21146 Network Place
Chicago, IL   60673-1211


Gamer Packaging
330 2nd Ave S. #895
Minneapolis, MN   55401


Georgia-Pacific
133 Peachtree St. NE
Atlanta,  GA   30303


GlobalTranz Enterprises, Inc.
P.O. Box 203285
Dallas, TX  75320


Grace Ridge Brewing
3815 W Valley Hwy N.
Auburn,  WA   98001


Green Bay Packaging
5901 Campus Drive
Fort Worth, TX   76140


Green Bench Brewing Company
1133 Baum Avenue North
Saint Petersburg, FL   33705


Huss Brewing Co.
1520 West Mineral Road, #102
Tempe, AZ   85283

Ian Willis
P.O. BOX 5664
Snowmass Village, CO   81615


Independence Brewing Co.
3913 Todd Ln.  #607
Austin, TX   78744


Innovative Separations NB, LLC
1 Hawthorne Street#24a
San Francisco, CA94105


Jani-King
2523 South Lakeline Blvd.
Cedar Park,  TX78613


Knight Office Solutions
2525 Brockton Dr.#290
Austin,  TX   78758


Lakewood Brewing Company
2302 Executive Dr.
Garland, TX   75041


Leaf Commercial Capital
2005 Market Street
Philadelphia, PA  19103


Left Coast Brewing Co.
1313 Calle Avenzado
San Clemente,  CA   92673


Linde Gas & Equipment
2801 Montopolis Drive
Austin,  TX   78741

LIT Industrial, L.P.
c/o Travis W. McNellie
Jackson Walker, LLP
777 Main Street, Suite 2100
Fort Worth, TX 76102

Live Oak Brewing Co.
1615 Crozier Lane
Del Valle,TX 78617

Lone Star Hazmat Response, LLC
115 W 5th Street
Tyler, TX 75701

Lumberyard Brewing Co.
5 S. San Francisco St.
Flagstaff, AZ 86001

Marco Reyna
16016 New Independence Parkway
Ste. 100
Winter Garden, FL34787

Mayawell
18913 Philip Way
New Caney, TX 77357

Meanwhile Brewing Co.
1517 Weyford Dr.
Austin, TX 78757

Meridian Hive Meadery
8120 Exchange Dr.
Suite 400
Austin, TX 78754

Meta Brand Corp.
25 Progress St.
Edison, NJ 08820

Miller Marketing & Distribution (Una Fam
2301 Metropolitan Ave.
Kansas City, KS  66106


Nicol Scales & Measurement
P.O. Box 222288
Dallas, TX  75222-2288


Oak Highlands Brewery
10484 Brockwood Rd.
Dallas,  TX  75238


OKC Soda Co.
6516 Westrock Drive
Oklahoma City, OK  73132


OneDigital Topco LLC
200 Galleria Parkway
Suite 1950
Atlanta,  GA  30339


Packform
25852 McBean Pkwy., #714
Valencia,CA  91335


PakTech OPI
70 S. Bertelsen Rd.
Eugene, OR  97402


Paq-Source Austin, LLC
P.O. Box 81882
Austin,  TX  78708


Pinthouse Pizza, LLC
4279 Burnet Rd.
Austin, TX  78756

Point Remove Wine & Brewing Co.
102 S. Crestliner
Morrliton,AR   72110


PSSI Pest Solutions
P.O. Box 645026
Dallas,  TX   75264-5026


Ranch Hand
12501 Pauls Valley Rd.
Unit D
Austin,  TX   78737

Ranch House Brewery
6565 N Toltec Buttes Rd.
Eloy,  AZ   85131


Ranger Creek Brewing & Distilling
4834 Whirlwind Dr.
San Antonio,  TX   78217


Real Ale Brewing Company
6109 Mountain Villa Dr.
Austin,  TX   78731


Rockaway Drinks LLC
238 Beach 132nd Street
Rockaway Park, NY   11694


Saints and Sinners Brewing Company LLC
327 E Friar Tuck Ln.
Houston,TX   77024


Salesforce
P.O. Box 203141
Dallas, TX   75320-3141

San Juan Seltzer
3901 1st Avenue South
Seattle,WA   98134


Santa Monica Mountains Farmstead
23219 N. 23rd Place
Phoenix, AZ   85024


Sherwin Williams
101 Prospect Ave NW
Cleveland, OH   44115


St. Ambrose Cellars
971 South Pioneer Road
Beulah, MI   49617


St. Elmo Brewing Co.
440 East St Elmo Rd, STE G-2
Austin,  TX   78745


Stesti Brewing Company
P.O. Box 31
Lovelady,TX   75851


Stormalong Cider
320 Industrial Rd.
Leominster, MA   01453


Sunil Surana
8001 Edmondson Bend
Austin, TX  78744


Synergi Partners
151 West Evans Street
Florence,SC  29501

Talkhouse
800 Interchange Blvd.
Ste. 106
Austin, TX  78721


TC Austin Industrial Development, Inc.
500 West 2nd Street
Suite 1550
Austin,  TX    78701


Texas Beer Co.
P.O. Box 201
Taylor,  TX   76574


Texas Gas Service
610 E. St. Elmo Rd
Austin, TX   78745


THE ESTATE OF DAVID P. WILLIS, JR.
c/o Brian Willis
175 Pratts Dam Road
Coatesville, PA  19320


Tipsy Spritzers
845 Middle Tennessee Blvd.
Murfreesboro,  TN37129


Toyo Seikan Co., LTD
2-18-1 Higashi Gotanda
Shinagawa-Ku
Tokyo, Japan  141-9640


Toyota Industries Commercial Finance, In
P.O. Box 660926
Dallas, TX    75266


Trusted Tech Team
5171 California Ave.
Suite 250
Irvine, CA   92617

Tweaker Energy Drink
13757 N. Stemmons Fwy.
Farmers Branch, TX   75234


Uinta Brewing Company
269 E 1200 S.
Bountiful,UT   84010


United Rentals
P.O. Box 840514
Dallas, TX   75284-0514


United States Department of Justice
United States Attorney
601 N.W. Loop 410, Suite 600
San Antonio, TX 78216


United States Trustee
903 San Jacinto, Suite 230
Austin, TX 78701


UPS
P.O. Box 650690
Dallas, TX   75265


Videojet Technologies, Inc.
12113 Collection Center Dr.
Chicago, IL   60693


Waste Management
P.O. Box 660345
Dallas, TX   75266-0345


Whalers Brewing Company
1174 Kingstown Road
South Kingstown,  RI   02879

Wild Brewing Co.
601 7th Avenue
Altoona,  PA   16602


Wildpack Beverage
4007 Commercial Center Dr.#700
Austin,  TX   78744


Young & Pratt, Inc.
12822 Old Kimbro Rd.
Manor,  TX   78653-4519


Zilker Brewing Company
1701 E 6th St.
Austin, TX   78702